| | | | |
|---|---|---|---|
| DEFT: | Henry McFliker (J)# | CASE NO: | 00-4079-BSS |
| AUSA: | Diana Fernandez /present/ | ATTNY: | Marc Nurik (Kemp) |
| AGENT: | FBI | VIOL: | money laundering |
| PROCEEDING: | Initial Appearance | BOND REC: | |

BOND HEARING HELD — (yes) / no      COUNSEL APPOINTED:

BOND SET @ **$45,000 Corp Surety**
              **$250,000 PSB**

CO-SIGNATURES: ✓ wife

SPECIAL CONDITIONS: *must surr passport by today*

1) Do not violate any law. ✓
2) Appear in court as directed. ✓
3) Surrender and/or do not obtain passports/travel documents. ✓
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms. ✓
10) Curfew:
11) Travel extended to: SD/FL
12) ___ Halfway House
    ___ Electronic Monitoring

*Reside at current address, no illegal drugs or excessive alcohol.*

— advised of charges
— sworn

FILED by ___ D.C.
APR 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| NEXT COURT APPEARANCE: / INQUIRY RE COUNSEL | 5-1-00 | 11:00 | LSS |
| PTD/BOND HEARING: / PRELIM/ARRAIGN or REMOVAL | 5-1-00 | 11:00 | LSS |
| STATUS CONFERENCE: | | | |

DATE: 4-14-00     TIME: 11:00am     TAPE # 00-028     PG # 10
                                                      130-280
                                                      315 —      5p