UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by ___ D.C.
APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # 55170-004

UNITED STATES OF AMERICA )
          Plaintiff ) Case Number: CR_____
          ) REPORT COMMENCING CRIMINAL
  -vs-  MCFLIKER ) ACTION
Henry Harry McFliker )
          Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: __04/13/00__ __4:30__ am/(pm)

(2) Language Spoken: __English__

(3) Offense(s) Charged: __18 USC 371 for money laundering__

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: __10/08/45__

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: __Southern District__

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: __FBI/INS__       (11) Phone: _____

(12) Comments: _____