UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4079-BSS
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

v.

HENRY McFLIKER,

Defendant.
_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby files this permanent Notice of Appearance on behalf of the above-named Defendant, HENRY McFLIKER, in any and all proceedings had in the above-styled cause in United States District Court.

PLEASE TAKE FURTHER NOTICE that copies of any and all pleadings, proceedings, correspondence, etc., are to be mailed to the undersigned counsel, at the address set forth below.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this ____ day of May, 2000 to:

Diana Fernandez, Esq.
Assistant United States Attorney
500 East Broward Boulevard
Fort Lauderdale, FL 33394

Respectfully submitted,

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
Post Office Box 1900
Fort Lauderdale, Florida 33302
(954)764-6660 Miami 789-2700

By: _____
MARC S. NURIK
Florida Bar No. 272817