UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-4079 BSS

UNITED STATES OF AMERICA

v.

Henry McFliker

FILED by _____ D.C.
MAY - 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely preliminary hearing or examination as to the probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of Timely Preliminary Examination.

DATED: 5-1-00      _____
                          Defendant

## MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a preliminary examination within ___ days from the defendant's initial appearance has stated he/she refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the U. S. District Court. June 1, 2000 @ 11 am.

DATED: 5/1/00     Lurana S. Snow
                  LURANA S. SNOW
                  CHIEF UNITED STATES MAGISTRATE JUDGE