COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: HENRY McFLIKER (B)     CASE NO: 00-4079-SELTZER
AUSA: DIANA FERNANDEZ /s/ *(illegible)*     ATTY: MARC NURIK /s/
AGENT: _____     VIOL: _____
PROCEEDING INQ RE CNSL/PRELIM/ARR.     RECOMMENDED BOND _____
BOND HEARING HELD - yes/no     COUNSEL APPOINTED _____

[FILED by __ D.C. MAY -1 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

___ BOND SET @ _____
___ SPECIAL CONDITIONS: _____
1) To be cosigned by: _____
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: _____

Waiver of timely prelim hrg executed

NEXT COURT APPEARANCE:     INQUIRY RE COUNSEL: *(signature)*
                           PTD/BOND HRG: _____
                           PRELIM/ARRAIGN: 6-1  //  LSS
                           REMOVAL HRG: _____
                           STATUS CONF: _____

Date: 5-1-00     Time 11:00     FTL/LSS TAPE #00- 023     Begin: 1223 End: 1375

22