UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00407-BSS
                            Magistrate Judge Snow
v.

HENRY McFLIKER,

Defendant.
_____/

### DEFENDANT HENRY McFLIKER'S UNOPPOSED MOTION TO MODIFY CONTITIONS OF PRETRIAL RELEASE

COMES NOW, HENRY McFLIKER, by and through his undersigned counsel and moves this Honorable Court to release him from the random drug testing provision of his pretrial release and in support thereof would state as follows:

1. The Defendant appeared before this Court on April 14, 2000 posted a personal surety bond in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) and ordered to comply with the following provisions of pretrial release:

   a. Surrender all passports and travel documents to Pretrial Services.

   b. Report to Pretrial Services as directed.

   c. Submit to random urine testing by Pretrial Services.

   d. Maintain employment

   e. Avoid contact with victims of or witnesses to the crimes charged.

   f. Refrain from possessing a firearm, destructive device or dangerous weapon.

   g. Restricted travel throughout the Southern District of Florida.

3.  The Defendant has complied with each and every condition of his Pretrial Release.

4.  The Defendant has submitted to random urinalysis on five separate occasions since his release, on each occasion the Defendant tested negative for illegal substances.

5.  United States Probation Officer Winston Churchill has no objection to the relief sought herein.

6.  Assistant United States Attorney Diane Fernandez has no objection to the relief sought herein.

WHEREFORE, the Defendant respectfully requests that he be relieved of the random urinalysis provision of his Pretrial Release.

Respectfully submitted,

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
Attorneys for Defendant
200 E. Broward Boulevard, 15th Fl.
Fort Lauderdale, FL 33301
Ph. (954) 764-6600 Fax (954) 764-4996

By: _____
MARC S. NURIK
Florida Bar No. 272817

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail this _____ day of June, 2000 to:

Diane Fernandez, Esq.
Office of the United States Attorney
500 East Broward Boulevard
Fort Lauderdale, FL 33394

FTL:685417:1

Mr. Galvin Churchill
United States Pretrial Officer
United States District Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL  33301

_____
MARC S. NURIK