UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00407-BSS
MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,

v.

HENRY McFLIKER,

Defendant.

_____/

## ORDER ON DEFENDANT HENRY McFLIKER'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

THIS COURT having been presented Defendant Henry McFliker's Unopposed

Motion to Modify Conditions of Pretrial Release filed on June 7, 2000. The Court having

considered said Motion, it is hereby

ORDERED AND ADJUDGED that said Motion be and the same is hereby
GRANTED
. Defendant McFliker is/ released from the

random urinalysis provision of his Pretrial Release.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida this _____

day of June, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Cc:    Marc S. Nurik, Esq., Counsel for Defendant
       Diane Fernandez, Esq., Assistant
       Galvin Churchill, United States Pretrial