UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-Zloch

UNITED STATES OF AMERICA

vs

HENRY HARY McFLIKER

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND FORM__

                     Telephone:_____

DEFENSE COUNSEL:     Name:____MARC NURIK, ESQ._____

                     Address:_____

                     Telephone:_____

BOND SET/CONTINUED:  $____CON'T_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __28TH__ day of __JUNE_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: /s/ Jenny Butler
    Deputy Clerk

Tape No. __00-036__

cc: Copy for Judge
    U. S. Attorney

33