-cr-06181-PCH U.S. MAGISTRATE JUDGE BARRY S. SELTZER - SD. Docket 07/13/2000 P

DEFT: _Henry Harry McFliker (no, deft_   CASE NO: __00-6181-CR-Zloch_

AUSA: _____ Diana Fernandez _____   ATTNY: _Marc Nurik___ _Todd_

AGENT: _____   VIOL: _____

PROCEEDING: _Status Conference_____   BOND REC: _____

BOND HEARING HELD - yes/no        COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.

JUL 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) _____ Halfway House _____

_____ Electronic Monitoring _____

*Discovery out*

*4 days to try*

*Govt ready*

*no motions*

*△ - had not reci'd all documents.*

*△ - needs 90 days from time recieve, tapes for motions*

*△ - Given 45 added days.*

NEXT COURT APPEARANCE:        DATE:        TIME:        JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: _7-12-00_   TIME: _11:00am_   TAPE # _00-036_   PG # _5_

_807 - 909_

46