UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6181-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRY HARRY McFLIKER,
JOHN RAFFA, and
MICHAEL E. FULLER,

    Defendants.
_____/

### MOTION TO CONTINUE TRIAL

Comes now the United States and hereby files this motion to continue the trial date in the above captioned matter, and in support and in support thereof states as follows:

1. Trial in this matter is presently set for August 14, 2000 with a calendar call on August 11, 2000.

2. A key law enforcement witness in this matter is scheduled to travel overseas on law enforcement business during the two week period starting August 14, 2000 as part of an international law enforcement exchange program. The witness is necessary for the presentation of the Government's case in chief.

3. Because this exchange program involves law enforcement personnel from other countries, it would not be possible for the witness to change his travel plans. If the trial were to go forward on August 14, 2000, the witness would not be able to participate in this important international law enforcement exchange program.



4. The undersigned has contacted counsel for the defense who have indicated that they are not opposed to the requested continuance. Indeed, some defense counsel have indicated that they will also be filing motions to continue the trial because they are in need of additional time to prepare.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court ID #: A5500017
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

2

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 26th day of July, 2000 to:

Mark Nurik, Esquire
P.O. Box 1900
Fort Lauderdale, FL 33302-1900
(Counsel for Henry McFliker)

Samuel Montesino, Esquire
c/o Wilbur Montesino, Esq.
1100 North Olive
West Palm Beach, FL 33401
(Counsel for Michael E. Fuller)

David G. Vinikoor, Esquire
420 SE 12th St.
Fort Lauderdale, FL 33316-1902
(Counsel for John Raffa)

for DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

3