## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6181-CR-ZLOCH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| vs. | : |
| **HENRY HARRY MCFLIKER,** et al., | : |
| **Defendant.** | : |



### DEFENDANT HENRY HARRY MCFLIKER'S
### UNOPPOSED MOTION FOR CONTINUANCE

**COMES NOW,** Defendant HENRY HARRY McFLIKER ("McFliker"), by and through his undersigned counsel, and hereby moves this Honorable Court for a continuance of the trial of this action on the following showing of good cause:

1. On June 27, 2000, Defendant McFliker was indicted for his purported involvement in a: (a) money laundering and attempted money laundering conspiracy; and (b) visa fraud (Dkt. # 28), and arraigned on the following day, June 28, 2000 (Dkt. # 31).

2. On July 7, 2000, the Government filed its Response to the Court's Standing Discovery Order (Dkt. # 40). The attachment to the Response reflects that in addition to dozens of boxes of documents, the Government was also producing pursuant to its discovery obligations: (a) over 114 hours of audio cassettes representing taped conversations between Defendant McFliker and certain Government agents; and (b) a 2-hour video cassette which may contain surveillance material involving Defendant McFliker.

3. Copies of the Government's tapes and cassettes were provided to Defendant McFliker's counsel during the week of July 17th.

United States of America v. Henry H. McFliker
Case No. 00-6181-CR-ZLOCH
Defendant's Unopposed Motion for Continuance

4.   Pursuant to S.D. Fla. L.R. 88.9, Defendant McFliker's pretrial motions are to be filed "within 28 days from the arraignment . . . ." Based on McFliker's June 28, 2000 arraignment date, such motions would have been due to be filed on July 26, 2000.

5.   In light of the voluminous discovery identified for production by the Government, including the more than a hundred hours of audio and video tape which may comprise the Government's case-in-chief material, the undersigned counsel promptly moved *ore tenus* at the Court's July 12, 2000 Status Conference before Magistrate Judge Seltzer for a reasonable enlargement of time after receipt of the Government's production in which to file Defendant McFliker's pretrial motions.

6.   Magistrate Judge Seltzer granted the relief sought, and on July 12th ruled that Defendant McFliker would have until September 9, 2000 in which to file pretrial motions. (Dkt. # 43).

7.   On July 18, 2000, the Court issued its: (a) Order on Trial Instructions (Dkt. # 47); (b) Notice Setting Cause for Trial (Dkt. # 48); and (c) Order concerning the Government's discovery obligations concerning the audio and video tapes (Dkt. # 49).

8.   Pursuant to the Court's Notice Setting Cause for Trial (Dkt. # 48), calendar call has been set in this matter for August 11, 2000 at 9:00 a.m. for the trial period commencing August 14th. In addition, the Notice requires that any continuance motion be filed by July 28, 2000.

9.   In addition, the Court's *sua sponte* discovery Order (Dkt. # 49), acknowledging the voluminous nature of the Government's discovery, provides that by Friday, July 28th the Government must supplement its Standing Discovery Order production by providing Defendant

WPB:115515:1

2

United States of America v. Henry H. McFliker
Case No. 00-6181-CR-ZLOCH
Defendant's Unopposed Motion for Continuance

McFliker with "transcripts of all taped conversations, along with each transcript's corresponding tape . . ." which the Government will rely upon its case-in-chief.

10. Further, the Order (Dkt. # 49) contemplates that all issues concerning the accuracy of the Government's transcripts provided shall be resolved by the parties no later than August 17, 2000.

11. According to the United States Attorney's Office, the case-in-chief transcripts that it intends to provide this Friday, will comprise approximately 200 pages of transcript.

12. However, in addition to the subset of case-in chief transcripts to be provided by the Government which likely represents less than 20% of the total tape inventory, defense counsel anticipates that it will have to review and have transcribed hundreds of minutes of additional tapes other than the Government's case-in-chief materials in order to adequately prepare for trial.

13. Given the short August 17th deadline imposed by the Court to resolve the case-in-chief transcript issue, it is unlikely that defense counsel can simultaneously review and transcribe the other dozens of tapes in advance of the Court's August 11th Calendar Call, or the scheduled August 14th trial period to adequately prepare this case for trial.

14. Moreover, pursuant to the Court's earlier order (Dkt. # 43), pretrial motions are not due to be filed in this case until September 9, 2000 – almost a month *after* the Calendar Call.

15. Further, the Government has represented to the undersigned counsel during a teleconference on July 26th that it has also filed a continuance motion due to the unavailability of a Government witness during the scheduled trial period.

United States of America v. Henry H. McFliker
Case No. 00-6181-CR-ZLOCH
Defendant's Unopposed Motion for Continuance

16. Finally, the undersigned counsel has conferred with Assistant U.S. Attorney Michael Ditteo, Esq. concerning this motion prior to its filing, and he has indicated that the Government does not oppose the relief sought herein.

**WHEREFORE**, Defendant Henry Harry McFliker respectfully requests, without opposition, that: (a) his Motion for Continuance be granted and that the trial of this action be continued until at least 90 days after the September 9, 2000 pretrial motion deadline, and (b) for such further relief as the Court deems proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via U.S. mail this 27th day of July, 2000 to: Diane Fernandez, Esq., Office of the United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, FL 33394, Samuel J. Montesino, Esq. counsel for Michael Fuller, 1100 N. Olive Avenue, West Palm Beach, FL 33401, David J. Vinikoor, Esq. counsel for John Raffa, 420 S.E. 12th Street, Ft. Lauderdale, FL 33301,

**Respectfully Submitted,**

**RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.**
**200 E. Broward Boulevard
Suite 1500 Ft. Lauderdale, FL 33301**
Tel:    954/764-6660
Fax:   954/764-4996

By: _____

Marc S. Nurik
**Florida Bar No. 272817
Michael S. Popok
Florida Bar No. 44131**