IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY HARRY MCFLIKER,
et al.,

    Defendant.

## DEFENDANT HENRY HARRY MCFLIKER'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS

**COMES NOW,** Defendant HENRY HARRY McFLIKER ("Mr. McFliker"), by and through his undersigned counsel and pursuant to S.D. Fla. L.R. 7.1.A.3, and files this his Motion for Enlargement of Time to File Pretrial Motions, and states as follows:

1. The Court, which recently was reassigned this matter, has set the trial of this action to commence during the Court's two-week trial docket commencing October 10, 2000, with Calendar Call on October 4, 2000. (Dkt. # 61).

2. In addition, in response to a motion to extend time to file pretrial motions (Dkt. # 59), the Court extended the time to file pretrial motions to September 21, 2000. (Dkt. # 60).

3. According to the Government's Response to Defendant Raffa's Objections to Transcripts (Dkt. # 62), the Government will be providing the defendants with <u>substantially revised transcripts</u> concerning the hundreds of minutes of audio and video tape which the Government was compelled to produce in late July by Judge Zloch (Dkt. # 49).

4. Based on these substantially new transcripts, Mr. McFliker's undersigned counsel believes that it needs additional time to both file objections, if any, to the revised transcripts, as well as to file appropriate pretrial motions.

WPB:116901:1

United States of America v. Henry H. McFliker
Case No. 00-6181-Cr-Huck/Brown
Defendant's Motion for Enlargement of Time

5. Further, it is unknown at this time whether the Government will also seek to supercede the Indictment (Dkt. # 28) against Mr. McFliker in the event that this matter is not resolved prior to trial.

6. Prior to the filing of this Motion, Mr. McFliker's undersigned counsel spoke with the Government's AUSA Diana L.W. Fernandez, Esq. who indicated that she had no objection to the relief sought by this Motion.

**WHEREFORE**, Defendant Henry Harry McFliker moves this Court for an extension of time from September 21, 2000 through and including October 4, 2000, in which to file his pretrial motions in this matter, and for such other and further relief as the Court deems proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via U.S. mail this _19th_ day of September, 2000 to: Diana L.W. Fernandez, Esq., Office of the United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, FL 33394, Samuel J. Montesino, Esq. counsel for Michael Fuller, 1100 N. Olive Avenue, West Palm Beach, FL 33401, David J. Vinikoor, Esq. counsel for John Raffa, 420 S.E. 12th Street, Ft. Lauderdale, FL 33301,

Respectfully Submitted,

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
200 E. Broward Boulevard
Suite 1500 Ft. Lauderdale, FL 33301
Tel: 954/764-6660
Fax: 954/764-4996

By: _/s/ Ileana Almeida_
MARC S. NURIK
Florida Bar No. 272817
MICHAEL S. POPOK
Florida Bar No. 44131
ILEANA M. ALMEIDA
Florida Bar No. 989622

WPB:116901:1  2