IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : |
| HENRY HARRY MCFLIKER, et al., | : |
| Defendant. | : |

FILED by _____ D.C.
SEP 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER ON DEFENDANT
HENRY HARRY MCFLIKER'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS**

**THIS MATTER** came before the Court upon Defendant Henry McFliker's Unopposed Motion for and Extension of Time to File Pretrial Motions, and the Court having considered the same, it is hereby,

**ORDERED and ADJUDGED** that the Defendant's Motion is hereby granted, and the time for him to file pretrial motions is hereby extended from September 21, 2000 through and including October 4, 2000.

**DONE AND ORDERED** in Miami, Florida this 21 day of September, 2000.

_____
Honorable Paul C. Huck
United States District Court Judge

Copies to:

Diana L.W. Fernandez, Esq. (AUSA)
Marc S. Nurik/Michael S. Popok/Ileana M. Almeida (for Mr. McFliker)
Samuel Montesino, Esq. (for Mr. Fuller)
David G. Vinikoor, Esq. (for Mr. Raffa)

WPB:117480:1

