UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6181-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRY HARRY McFLIKER,
JOHN RAFFA, and
MICHAEL E. FULLER,

    Defendants.
_____/

## GOVERNMENT'S UNOPPOSED MOTION FOR A ONE MONTH CONTINUANCE OF TRIAL

The United States of America, through the undersigned Assistant United States Attorney, files this motion to continue the trial date in the above captioned matter, and in support thereof states as follows:

1. The defendants in this matter were arrested on April 13, 2000, and each has been released on bond since their initial appearance on April 14, 2000.

2. This matter was originally set for trial before the Honorable William J. Zloch for the two week period commencing August 14, 2000. Upon motion by the government and two of the defendants, that date trial was continued and this matter was also reassigned to this Court.

3. The government has been discussing a resolution of this matter with all three defendants. The government believes that with some additional time, this matter may be resolved without the necessity of a trial. Further, should that resolution not be



forthcoming, the government will require some additional time to prepare for trial. Due to the objections filed by defendant Raffa to some of the government's transcripts, the government has been reviewing and revising the transcripts in this matter. The audio recordings entail approximately 90 separate conversations.

4. The undersigned has contacted counsel for the defendants, Mark Nurik, David Vinikoor, and Sam Montesino, each of whom has indicated that they are not opposed to the requested continuance.

WHEREFORE, for the reasons set forth above, the government respectfully requests that this Court grant the government's motion and continue the trial of this matter for one month.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

By: *Diana L.W. Fernandez*
    DIANA L.W. FERNANDEZ
    ASSISTANT UNITED STATES ATTORNEY
    Court ID #: A5500017
    500 E. Broward Blvd., 7th Floor
    Fort Lauderdale, Florida  33394
    Telephone: (954) 356-7392
    Facsimile: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 28 day of September, 2000 to:

Mark Nurik, Esquire
P.O. Box 1900
Fort Lauderdale, FL 33302-1900
(Counsel for Henry McFliker)

David G. Vinikoor, Esquire
420 SE 12th St.
Fort Lauderdale, FL 33316-1902
(Counsel for John Raffa)

Samuel Montesino, Esquire
c/o Wilbur Montesino, Esq.
1100 North Olive
West Palm Beach, FL 33401
(Counsel for Michael E. Fuller)


_____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY