

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HENRY HARRY MCFLIKER,
JOHN RAFFA,
MICHAEL E. FULLER,

        Defendant.
_____/

CASE NO. 00-6181-CR-HUCK
Magistrate Judge Brown

**ORDER GRANTING MOTION FOR**
**CONTINUANCE OF TRIAL**

THIS MATTER having come before the Court upon the Government's *Unopposed Motion for Continuance of trial* filed September 28, 2000, the Court having reviewed said motion and the reasons advanced therein and the Court being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Joint *Motion for Continuance* is hereby **GRANTED**. Trial in this cause is hereby rescheduled for the trial calendar commencing **December 11, 2000, at 9:00a.m.**, with a calendar call on **Wednesday November 29, 2000, at 8:30a.m.**, unless counsel are otherwise notified, it being further

**ORDERED AND ADJUDGED** that all time between October 04, 2000, and December 22, 2000, shall be deemed excludable pursuant to Title 18, U.S.C. Section 3161(h)(8)(A), it being further

**ORDERED AND ADJUDGED** that all discovery responses and/or pre-trial motions shall be filed within the time limitations set forth in this Court's <u>Standing Discovery Order</u>. **A continuance of the**



trial date in this matter **shall not extend the deadline** for the filing of motions. Any proposed motion received after the "motions cut-off date" shall be accompanied by a separate motion for leave to file, setting forth the facts and circumstances for the late filing.

Counsel for the parties in this matter are hereby reminded that, pursuant to Local Rule 7.1(A)(4) (S.D. of Fla.), all motions filed with the Court shall be accompanied by **stamped** addressed envelopes for **all** parties to this action.

**DONE AND ORDERED**, in Miami, Florida, this 6th day of October, 2000.

```
                                    _____
                                    PAUL C. HUCK
                                    UNITED STATES DISTRICT JUDGE
```

cc: Hon. Stephen T. Brown
    Diana Fernandez, AUSA
    David Vinikoor, Esq.
    Samuel Montesino, Esq.