NOV 27 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MI·· ·

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6181-CR-HUCK

           Plaintiff,

vs.                                          <u>NOTICE OF HEARING</u>

HENRY HARRY MCFLIKER,

           Defendant.

_____/

    PLEASE TAKE NOTICE that the above-entitled cause has been

scheduled for a change of plea hearing on Thursday, February 01,

2001 at 8:30 a.m., before the Honorable PAUL C. HUCK, United States

District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth

Floor Courtroom.

    Dated: November 27, 2000

                             CLARENCE MADDOX, CLERK

                             By: _____
                                Valerie Thompkins,
                                Deputy Clerk

cc: Diana Fernandez, AUSA
    Marc Nurik, Esq.
    U.S. Probation Office
    U.S. Marshals Service
    Pre-Trial Services

