UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

v.

HENRY HARRY McFLIKER,

    Defendant.
_____/



### DEFENDANT HENRY HARRY McFLIKER'S WAIVER OF SPEEDY TRIAL

HENRY HARRY McFLIKER waives his right to Speedy Trial as defined by the Speedy Trial Act, 18 U.S.C. §3161, et seq., and agrees that the period of time from his arraignment until his scheduled Change of Plea on March 1, 2001 be excludable in calculating the period of time within which his trial must commence under the provisions of the Speedy Trial Act.

                              Respectfully submitted,

                              RUDEN, McCLOSKY, SMITH,
                              SCHUSTER & RUSSELL, P.A.
                              Attorneys for Defendant
                              15th Floor, 200 East Broward Boulevard
                              Fort Lauderdale, Florida 33302
                              (954)764-6660; Fax: (954)764-4996

By: _____
      MARC S. NURIK
      Florida Bar No. 272817



FTL:736597:1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail this 31 day of January 2001 to

Diane Fernandez, Esq.
Assistant United States Attorney
500 East Broward Boulevard
Fort Lauderdale, FL 33301.

David G. Vinikoor, Esq.
420 South East 12th Street
Fort Lauderdale, FL 33316

Samuel Montesino, Esq.
1100 North Olive
West Palm Beach, FL 33401

_____
MARC S. NURIK

FTL:736597:1