AO 455 (REV. 5/85) Waiver of Indictment

FILED by _____ D.C.
MAR 01 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | CASE NUMBER: 00-6181-CR-HUCK(S) |
| HENRY HARRY McFLIKER | |

I, HENRY HARRY McFLIKER, the above named defendant, who is accused of Conspiracy to Launder Money, in violation of Title 18, United States Code, Section 1956(h); Conspiracy to Commit Visa Fraud, and Conspiracy to Transport Stolen Property, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __3/01/01__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
HENRY HARRY McFLIKER
Defendant.

_____
MARC S. NURIK
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE