UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6181-Cr-HUCK(S)</u>
18 U.S.C. 1956
18 U.S.C. 371

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
v.                           )
                             )
HENRY HARRY McFLIKER,        )
                             )
            Defendant.       )
_____)

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT 1

From on or about January 3, 2000, to on or about April 13, 2000, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

HENRY HARRY McFLIKER,

did knowingly and unlawfully combine, conspire, confederate and agree with other persons, both known and unknown, to commit an offense against the United States, that is, to violate Title 18, United States Code, Section 1956(a)(1)(B)(i).

### THE PURPOSE AND OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy to knowingly conduct financial transactions affecting interstate and foreign commerce involving property that was proceeds from specified unlawful activity, that is, illegal narcotics trafficking, in



violation of Title 21, United States Code, Sections 841 and 846, and the international transportation of women for purposes of prostitution, in violation of Title 18, United States Code, Section 2421, with the intent to conceal and disguise the nature, location, source, ownership, and control, of the property believed to be the proceeds of the specified unlawful activity.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 2

1. From in or about July 21, 1998, and continuing to on or about the date of the return of this information, in the Southern District of Florida, and elsewhere, the defendant,

HENRY HARRY McFLIKER,

did knowingly and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown, to commit an offense against the United States, that is, to violate Title 18, United States Code, Section 1546.

### THE PURPOSE AND OBJECT OF THE CONSPIRACY

2. It was the purpose and object of the conspiracy to use, possess, obtain, accept and receive a "Department of State L-1" visa, in the name of Ilona Berezina, which document is one prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing it to have been procured by fraud and unlawfully obtained in violation of Title 18, United States Code, Section 1546.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, in the Southern District of Florida, the defendant or his coconspirators, committed at least one of the following overt acts, among others.

    A.    On or about July 21, 1998, in Deerfield Beach, Florida, the defendant had a conversation with a person concerning the acquisition of a United States non-immigrant visa.

    B.    On or about July 27, 1998, in Deerfield Beach, Florida, the defendant had a conversation with a person concerning the acquisition of a United States non-immigrant visa.

    C.    On or about July 31, 1998, in Deerfield Beach, Florida, the defendant received approximately $2,675 from a person as a down payment for assisting in fraudulently obtaining a United States L-1 non-immigrant visa.

    D.    On or about August 17, 1998, in Deerfield Beach, Florida, the defendant had a conversation with a person concerning the acquisition of a fraudulent United States L-1 visa.

    E.    On or about November 12, 1998, in Deerfield Beach, Florida, the defendant received documents from a person relating a non-existent Russian corporation.

All in violation of Title 18, United States Code, Section 371.

## COUNT 3

1. From in or about 1995, and continuing to on or about the date of the return of this information, in the Southern District of Florida, and elsewhere, the defendant,

HENRY HARRY McFLIKER,

did knowingly and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown, to commit an offense against the United States, that is, to violate Title 18, United States Code, Section 2314.

### THE PURPOSE AND OBJECT OF THE CONSPIRACY

2. It was the purpose and object of the conspiracy for the defendant and his coconspirators, to transport, transmit, and transfer in interstate and foreign commerce, securities and monies of a value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, for the purpose of unlawfully enriching the defendant and his coconspirators, in violation of Title 18, United States Code, Section 2314.

### OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, in the Southern District of Florida, the defendant or his coconspirators, committed at least one of the following overt acts, among others.

A. On or about May 22, 1996, in Deerfield Beach, Florida, the defendant received a wire transfer in the amount of $104,000 from Gabriel Antonio Libertador of Caracas, Venezuela, as an investment in Airspares Network, Inc.

4

B. On or about January 2, 1998, in Fort Lauderdale, Florida, the defendant received a wire transfer in the amount of $32,500 from Zahoor I. Khan, of Karachi, Pakistan, as an investment in Florida Executive Suites.

C. On or about March 25, 1998, in Fort Lauderdale, Florida, the defendant received a wire transfer in the amount of $40,000 from Catherine Luu of Montreal, Canada, as an investment in Bargain City.

D. On or about April 23, 1998, in Fort Lauderdale, Florida, the defendant received a wire transfer in the amount of $200,000 from Lovemore Mbigi of Johannesburg, South Africa, as an investment in Airspares Network, Inc.

All in violation of Title 18, United States Code, Section 371.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO.  00-6181-CR-HUCK(S)

v.                               **CERTIFICATE OF TRIAL ATTORNEY***

HENRRY HARRY McELIKER            **Superseding Case Information**:

**Court Division**: (Select One)

|     |        |     |          |   New Defendant(s)           Yes ___   No ___ |
|-----|--------|-----|----------|----|
| ___ | Miami  | ___ | Key West | Number of New Defendants ___ |
| X   | FTL    | ___ | WPB ___ FTP | Total number of counts    3 |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) No
   List language and/or dialect  _____

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days         X      Petty       ___
   II   6 to 10 days       ___     Minor       ___
   III  11 to 20 days      ___     Misdem.     ___
   IV   21 to 60 days      ___     Felony       X
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)  Yes
   If yes:
   Judge: Huck                              Case No.  00-6181-Cr-Huck
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) Yes
   If yes:
   Magistrate Case No.  00-4079-BSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  X Yes __ No    If yes, was it pending in the Central Region? x Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes  X No

                                    *[signature]* Diana W. Fernandez
                                    DIANA L.W. FERNANDEZ
                                    ASSISTANT UNITED STATES ATTORNEY
                                    COURT ID #A5500017

*Penalty Sheet(s) attached                                          REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: __HENRY HARRY McELIKER__    No: __00-6181-CR-HUCK(S)__

Count #: 1    18 U.S.C. 1956(H)    Conspiracy to Launder Money

*Max. Penalty: Twenty (20) years' imprisonment and/or $500,000 fine and/or twice the value of the property involved in the transaction, whichever is greater

Count #: 2    18 U.S.C. 371    Conspiracy to Commit Visa Fraud

*Max. Penalty: Five (5) years' imprisonment and $250,000 Fine

Count #: 3    18 U.S. C. 371    Conspiracy to Transport Stolen Property

*Max. Penalty: Five (5) years' imprisonment and $250,000 Fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96