

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6181-CR-HUCK(S)

UNITED STATES OF AMERICA,

vs.

HENRY HARRY MCFLIKER
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : ON BOND

Language: ENGLISH

    The above-named Defendant appeared before **District Judge** HUCK, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retainedcounsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

    Defendant:        Address: ON BOND

                      Tel. No:

    Defense Counsel:  Name    : MARC NURIK

                      Address:

                      Tel. No:

    Bond Set/Continued:    $

Dated this __01__ day of MARCH, 2001.

                CLARENCE MADDOX, COURT ADMINISTRATOR/CLERK

                BY VALERIE THOMPKINS
                    Deputy Clerk
COURT REPORTER: LARRY HERR

c:Clerk for Judge
  U.S. Attorney                   TAPE NO.
  Defense Counsel            DIGITAL START NO.
  Pretrial Services
formarra.ign