UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6181-Cr-Huck

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Henry Harry McFliker

    Defendant.

FILED by _____ D.C.

MAR 0 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### CHANGE OF PLEA

On 3/1/2001 the above named defendant appeared in person before the Honorable, Paul C. Huck United States District Judge, with Marc Nurick, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) I, II, III Superseding Information of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)
(X) The Court postponed sentencing until July 17, 2001 @ 8:30 am
(X) The defendant being allowed to remain on bond until sentencing.
( ) The defendant being remanded to the custody of the U. S. Marshal Service until a _____ bond in the amount of $_____ is approved and posted.
( ) The defendant being remanded to the custody of the U. S. Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge Paul C. Huck
Reporter Larry Herr
Courtroom Deputy Valerie Stumpf

93