UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _V__ D.C.

MAR 01 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

Henry Harry McFliker (B)

CASE NO. 00-6181-CR

NOTICE OF SENTENCING DATE

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the direction of the Honorable __Paul C. Huck__, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on __July 17, 2001__, 20__01__, at __8:30 A__.M. for imposition of sentence. On that date, report to the Federal Justice Building, Courtroom __10th Floor Courtroom #6__, 99 N.E. 4th Street, Miami, FL 33132, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $250,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION TO ROOM 315 OF THE OLD COURTHOUSE. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

Clerk, United States District Court

BY: __Dalene Truift__
Courtroom Deputy Clerk

DATE: __3/1/2001__
COUNSEL: __Marc Nurik__
RECEIVED: __X__
(Defendant)

| | | | |
|---|---|---|---|
| ☒ GUILTY PLEA | ☒ BOND | ☒ TO COUNT(S) | I II III |
| ☐ TRIAL | ☐ FEDERAL CUSTODY | ☐ TO TOTAL COUNTS | I II III |
| ☐ NOLO PLEA | ☐ STATE CUSTODY | ☐ ASST. U.S. ATTY | Diana Fernandez |
| | ☐ U.S.M. CUSTODY | | |

Copies to:
United States Attorney
Probation Department
Defense Counsel

United States Marshal
Pre-Trial Services
Defendant

