UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

HENRY HARRY McFLIKER,

  Defendant.

### DEFENDANT HENRY McFLIKER'S MOTION FOR ENLARGEMENT OF TIME TO FILE HIS RESPONSE/OBJECTION TO THE U.S. PROBATION OFFICE'S PRESENTENCE INVESTIGATION REPORT

**COMES NOW**, Defendant HENRY HARRY McFLIKER ("Mr. McFliker"), by and through his undersigned counsel, and pursuant to S.D. Fla. L.R. 7.1 and 88.9 and Fed. R. Crim. Pr. 32, hereby moves this Honorable Court for a short enlargement of time to file Mr. McFliker's Response/Objection to the U.S. Probation Office's Presentence Investigation Report (the "PSR") received by counsel on June 14, 2001, on the following showing of good cause:

1. Mr. McFliker is scheduled to be sentenced on July 17, 2001.

2. The thirty-three (33) page PSR was received by counsel on Thursday, June 14, 2001. Pursuant to Fed. R. Crim. Pr. 32(6)(B), defense counsel has fourteen (14) days, through and until Thursday, June 28, 2001 to file objections to the PSR.

3. Based on the complexity of the factual and legal issues raised by the PSR, defense counsel is in need of a short three (3) day extension of time through and including Monday, July 2, 2001 in which to file Mr. McFliker's objections.

4. Prior to filing this Motion, the undersigned certifies that he conferred in good faith with the lead prosecutor in this matter, AUSA Diana Fernandez, and the Probation Officer Georgann Stanley, in an effort to resolve Mr. McFliker's request for an extension of time. Ms. Fernandez indicated that the Government has no objection to the relief sought herein. Ms. Stanley stated that

MIA:150575:1



due to a pre-planned vacation she would prefer that Mr. McFliker's objections be received in advance of Monday to give her additional time to prepare any response prior to the July 17, 2000 sentencing hearing.

**WHEREFORE**, Defendant Henry McFliker respectfully requests, that his motion for enlargement of time to file his Opposition to the PSR from June 28th until July 2nd, be granted, and for such further relief as the Court deems proper.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to: AUSA Diana Fernandez, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394, and Ms. Georgann Stanley, US Probation Office, 299 E. Broward Blvd., Room 409, Ft. Lauderdale, FL 33301, this ___ day of June, 2001.

        Respectfully submitted,

        RUDEN, McCLOSKY, SMITH,
        SCHUSTER & RUSSELL, P.A.
        Attorneys for Defendant Henry McFliker
        200 East Broward Boulevard
        Post Office Box 1900
        Fort Lauderdale, Florida 33302
        Tel: (954) 764-6660
        Fax: (954) 764-4996

        and

        701 Brickell Avenue
        Suite 1900
        Miami, FL 33131
        (305) 789-2771 (phone)
        (305) 537-3971 (facsimile)

        By: _____
        MARC S. NURIK
        Florida Bar No. 272817
        MICHAEL S. POPOK
        Florida Bar No. 44131