**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6181-CR-HUCK/BROWN**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY HARRY McFLIKER,

    Defendant.



FILED by _____ D.C.

JUN 2 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER ON DEFENDANT HENRY McFLIKER'S MOTION FOR
ENLARGEMENT OF TIME TO FILE HIS RESPONSE/OBJECTION TO
THE U.S. PROBATION OFFICE'S PRESENTENCE INVESTIGATION REPORT**

**THIS MATTER** having come before the Court upon Defendant, Henry McFliker's Motion for Enlargement of Time to file his Response/Objection to the U.S. Probation Office's Presentence Investigation Report, the Court having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this Motion is hereby **GRANTED**.

Defendant shall have through and including July 2, 2001 to respond/object to the U.S. Probation Office's Presentence Investigation Report.

**DONE** and **ORDERED** this 28th day of June, 2001 in Chambers, in Miami, Florida.

_____
Honorable Paul C. Huck
U.S. District Court Judge

**Copies to:**

Marc S. Nurik/Michael S. Popok (for Mr. McFliker), Diana L.W. Fernandez, Esq. (AUSA) and Ms. Georgann Stanley (U.S. Probation Office).

MIA:150653:1