UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-Cr-HUCK(S)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRY HARRY MCFLIKER,

    Defendant.
_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT AND SENTENCING MEMORANDUM

The United States of America, through its undersigned Assistant United States Attorney, files this response to the defendant's objections to the presentence investigation report. The defendant's objections will be addressed in turn.

I.    Count 1 - Application of 2X1.1

The government agrees with the defendant that 2X1.1 should be applied to the guideline calculation, thus lowering the offense level to 17 on Count 1.

II.    Count 3 - Fraud/Loss Amount

The defendant is correct that the plea agreement (¶ 6d) entered into in this matter contains an agreed upon non-binding recommendation that as to Count 3, the amount of loss for relevant conduct should be in excess of $800,000, but not more than $1,500,000. However, that paragraph also contains the following proviso:

> The defendant however understands that the government's investigation concerning identification of victims and amount of

> losses is still ongoing and that if the final calculation exceeds the
> predicted amount, the government reserves the right to argue for a
> higher guideline increase based upon loss amount.

Count 3 of the indictment charges the defendant with conspiracy to commit interstate and foreign transport of securities and monies which were stolen, converted and taken by fraud, from 1995 to the date of the return of the information (March 2, 2001). In summary, this charge arises from the defendant's operation of a visa consulting service. In general terms, the defendant and his associates solicited business from foreign nationals who usually residing overseas. For a fee, the defendant promised to assist them in obtaining a legitimate U.S. visa.

However, what occurred in many of the instances was that besides paying an initial fee, which usually ranged between $4,500 - $8,500, the defendant then informed the alien that to obtain or renew their visa, they would have to have an operating company in the United States showing income. The manner in which the defendant accomplished this was to incorporate a company, have the alien rent "office" space at one of the executive suites associated with the defendant. The alien would then invest in one of McFliker's companies, such as Bargain City, Hydro-Tech, DryClean Florida, Daytona Aerospace, Florida Executive Suites, AB Pers, and Airspares Network, and McFliker's company would pay income to the alien's company, thus making the alien's company appear to be an ongoing business.

Through this practice, the defendant assisted aliens in fraudulently obtaining three types of visas: H-1, L-1, and E-2. An H-1 visa (specialized knowledge or abilities) requires that the alien possess a college degree or higher (or the equivalent) in the specialized field and that the U.S. company petitioning on their behalf has a need for that individual with the specialized knowledge

2

or abilities. An L-1 visa (intra company transferee) requires that the alien have been employed by the foreign company for one year within the previous three years and that the foreign company have a U.S. parent, affiliate, or subsidiary company to which the alien is being transferred in a management, executive or specialized knowledge position. An E-2 visa (treaty investor) requires that the alien make a substantial investment in a U.S. company which would help to create jobs in the U.S.[1]

The government has prepared a list of victims, which is attached and contains the total loss amount.[2] These totals generally come from three figures: amount paid for visa, monies paid to rent office space, and/or investment amount.[3] The number of victims listed and the total amount differs from the PSI because at the time the PSI was prepared, only 13 victims had responded. Since then, additional victims have responded, submitting to the government and to the probation department affidavits and supporting documents for their claims. Further, the government has documentation as to fees and investments made by some other victims who did not respond to the government's inquiry.

---

[1] The alien must be from one of the countries who is a signatory to the treaty.

[2] The loss amount does not take into consideration any monies that may have since been repaid by the defendant.

[3] Figures were not available in all categories for all the victims and some victims did not pay to rent office space.

3

As outlined on the attachment, based on the government's further investigation, the government believes that the total loss for purposes of Count 3 should be calculated at $3,351,600.[4] Under 2F1.1(b)(1), the offense level should be increased by 13 levels.

### III. Count 3 - Threats to Investors

The defendant complains of the portion of the PSI (¶ 12 at 6) which states that "[w]hen disagreements over the monies arose and the individuals sought full payment of their investment, they were threatened by McFliker with the possibility of being deported from the United States."

The government is prepared to support this statement at time of sentencing. A number of victims have been interviewed who stated that they were threatened by the defendant with deportation.[5]

### IV. Defendant's Medical Condition

The government has no independent information concerning the defendant's medical condition. The information concerning the medications he is taking for hypertension is supported by a physician's letter and therefore the government has no objection to the inclusion of this

---

[4]   Although it is admirable that since the defendant decided to plead guilty and cooperate with the government, he has been reimbursing some of the victims, the government submits that it should not lower the loss amount. Rather, the result of those reimbursements, should only affect any restitution order entered by this Court.

[5]   In fact, the defendant's objections also support that is portion of the PSI. As stated at page 7 when an investor asked for the return of monies, "...Mr. McFliker would attempt to discourage the client from seeking the return of his investment by informing him that since the business investment was in most cases the 'sponsor' for the visa application and any visa status obtained by the investor, that a return of the investment and elimination of the 'sponsor' could cause the INS to investigate the visa applicant (and Mr. McFliker), which could have dire consequences for both of them." The obvious dire consequences would be a loss of their visa status and deportation from the United States.

4

information in the PSI. Concerning the diagnosis of diabetes, the government submits that at minimum a physician's letter should be submitted to support his claim.

CONCLUSION

WHEREFORE, the government respectfully requests that this Honorable Court rule on the defendant's objections as addressed above.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
DIANA L.W. FERNANDEZ
Assistant United States Attorney
Court ID #: A5500017
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

5

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered to the below named on this 13 day of July, 2001.

Michael Popok, Esquire
for Marc Nurik, Esquire

DIANA L.W. FERNANDEZ
Assistant United States Attorney

## *McFLIKER VICTIM LIST*

| **VICTIM** | | **LOSS AMOUNT** | |
|---|---|---|---|
| AHMAD, MUNIR | Visa Fee | $ | 6,000 |
| | Office Rental | | |
| | Investment | | 40,000 |
| | | $ | 46,000 |
| ALVARADO-CORREA, MARIO | Visa Fee | | |
| | Office Rental | | |
| | Investment | **$** | **10,000** |
| ARANGO-GARCES, JOSE | Visa Fee | $ | 8,800 |
| | Office Rental | | 4,800 |
| | Investment | | 60,000 |
| | | **$** | **73,600** |
| BAZZICHELLI, FRANCESCA | Visa Fee | $ | 700 |
| | Office Rental | | |
| | Investment | | 40,000 |
| | | **$** | **40,700** |
| BELIVEAU, GASTON | Visa Fee | $ | 5,800 |
| | Office Rental | | |
| | Investment | | 65,000 |
| | | **$** | **70,800** |
| BRERETON, HENRY | Visa Fee | $ | 6,600 |
| | Office Rental | | |
| | Investment | | 50,000 |
| | | **$** | **56,600** |
| CLAROS-GARCIA, JUAN | Visa Fee | $ | 6,100 |
| | Office Rental | | 4,200 |
| | Investment | | 40,000 |
| | | **$** | **50,300** |

## *McFLIKER VICTIM LIST*

| VICTIM | | LOSS AMOUNT |
|---|---|---|
| DEVILLIERS, JOHAN & KIM (WILLIAM ROOS) | Visa Fee<br>Office Rental<br>Investment | $ 5,800<br><br>40,000<br>**$ 45,800** |
| DOAN, CHARLOTTE | Visa Fee<br>Office Rental<br>Investment | $ 5,900<br><br>50,000<br>**$ 55,900** |
| DOERWALD, BRUNO | Visa Fee<br>Office Rental<br>Investment | <br><br>**$ 175,000** |
| DURAO, ALFRED | Visa Fee<br>Office Rental<br>Investment | $ 2,500<br><br>136,005<br>**$ 138,505** |
| FLATMAN, STEPHEN | Visa Fee<br>Office Rental<br>Investment | <br><br>**$ 26,900** |
| FRANCO, MARK | Visa Fee<br>Office Rental<br>Investment | $ 5,900<br><br>150,000<br>**$ 155,900** |

2

## *McFLIKER VICTIM LIST*

| VICTIM | | LOSS AMOUNT |
|---|---|---|
| GUAQUETA-NIFESA, CESAR | Visa Fee | $ 5,800 |
| | Office Rental | |
| | Investment | 85,000 |
| | | $ 90,800 |
| INIGUEZ, WILLIAM | Visa Fee | |
| | Office Rental | |
| | Investment | $ 18,000 |
| JUNEJO, GHIASUDDIN | Visa Fee | |
| | Office Rental | |
| | Investment | $ 65,000 |
| JUNEJO, SHOHABUDDIN | Visa Fee | $ 4,400 |
| | Office Rental | |
| | Investment | 85,000 |
| | | $ 89,400 |
| KHAN, MOHD. ZAHOOR | Visa Fee | $ 5,200 |
| | Office Rental | |
| | Investment | 65,000 |
| | | $ 70,200 |
| LEIGHTON, JOHN | Visa Fee | $ 5,900 |
| | Office Rental | |
| | *Investment* | 48,500 |
| | | $ 54,400 |

3

## *McFLIKER VICTIM LIST*

| VICTIM | | LOSS AMOUNT |
|---|---|---|
| LIBERTADOR, GABRIEL | Visa Fee<br>Office Rental<br>Investment | <br><br>$ 220,000 |
| LUU, CATHERINE | Visa Fee<br>Office Rental<br>Investment | $ 4,850<br><br>50,000<br>$ 54,850 |
| LUU, CLAUDINE | Visa Fee<br>Office Rental<br>Investment | $ 7,350<br><br>50,000<br>$ 57,350 |
| MAHBOOB, MOHO-ASLAM | Visa Fee<br>Office Rental<br>Investment | $ 6,200<br><br>65,000<br>$ 71,200 |
| MARTINI, MARTIN | Visa Fee<br>Office Rental<br>Investment | $ 17,000<br><br>17,000<br>$ 34,000 |

4

## McFLIKER VICTIM LIST

| **VICTIM** | | **LOSS AMOUNT** |
|---|---|---|
| MBIGI, LOVEMORE | Visa Fee<br>Office Rental<br>Investment | $ 1,980<br><br>1,143,000<br>**$1,144,980** |
| NIETO, ABDELKADER | Visa Fee<br>Office Rental<br>Investment | <br><br>**$ 100,000** |
| OSORIO, FERNANDO | Visa Fee<br>Office Rental<br>Investment | $ 5,900<br><br>50,000<br>**$ 55,900** |
| OTTO, PETRUS | Visa Fee<br>Office Rental<br>Investment | $ 4,050<br>4,200<br>20,000<br>**$ 28,250** |
| RODRIGUEZ, AUGUSTO | Visa Fee<br>Office Rental<br>Investment | $ 8,640<br><br>60,000<br>**$ 68,640** |
| SIPPLI, JEANNETTE | Visa Fee<br>Office Rental<br>Investment | $ 12,125<br><br><br>**$ 12,125** |

5

## *McFLIKER VICTIM LIST*

| VICTIM | LOSS AMOUNT | |
|---|---|---|
| VAN DER MERWE, ANTHONY | Visa Fee | $ 10,600 |
| | Office Rental | |
| | Investment | 100,000 |
| | | **$ 110,600** |
| VAN MAANEN, WILLEN | Visa Fee | $ 4,900 |
| | Office Rental | |
| | Investment | 55,000 |
| | | **$ 59,900** |

6