```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO. 00-6181-CR-HUCK

        Plaintiff,

vs.                                 NOTICE OF HEARING

HENRY HARRY MCFLIKER

        Defendant.
_____/
```



PLEASE TAKE NOTICE that the above-entitled cause has been rescheduled for sentencing hearing on Tuesday, July 17, 2001, at 3:30 p.m., before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

Dated: July 13, 2001

CLARENCE MADDOX, CLERK

By: /s/ Valerie Thompkins
    Valerie Thompkins,
    Deputy Clerk

cc: Diana Fernandez, AUSA
    Marc Nurik, Esq.
    U.S. Probation Office (Georgann Stanley)