
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK

UNITED STATES OF AMERICA

        Plaintiff,

vs.

HENRY HARRY McFLIKER,

        Defendant.
_____/



FILED by D.C.

JUL 16 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER GRANTING CONTINUANCE OF SENTENCING DATE**

THIS CAUSE came before the Court upon the Defendant HENRY HARRY MCFLIKER'S Unopposed Motion For Continuance of Sentencing, filed July 16, 2001. The Court having been fully advised in the premises, it is, hereby

ORDERED AND ADJUDGED that the Motion For Continuance is **Granted.** Sentencing is rescheduled from July 17, 2001 to Wednesday, **July 25, 2001 at 4:30 P.M.**

DONE AND ORDERED in chambers, at Miami, Florida this 16th day of July, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:

AUSA Diana Fernandez, Esq.
Marc S. Nurik, Esq./Michael S. Popok, Esq.
U.S. Pretrial
U. S. Probation - Ms. Georgann Stanley - Ft. Lauderdale

