UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY HARRY McFLIKER,

    Defendant.



## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW**, Defendant HENRY HARRY McFLIKER ("Mr. McFliker"), by and through his undersigned counsel, and pursuant to S.D. Fla. L.R. 7.1 and 88.9 and Fed. R. Crim. Pr. 32, hereby moves this Honorable Court, without opposition from the Government, for a short seven (7) day continuance of his sentencing, on the following showing of good cause:

1. Mr. McFliker is scheduled to be sentenced on Tuesday, July 17, 2001 at 3:30 p.m.

2. Mr. McFliker pled guilty to all three counts of the Superceding Information in this case, for *inter alia*, visa fraud; obtaining monies by fraud; and attempted money laundering arising out of Mr. McFliker's operation of a visa services company.

3. The Government and the defense have worked earnestly to resolve complex issues concerning loss amount and restitution as they relate to an appropriate sentence for Mr. McFliker under the Sentencing Guidelines. In fact, the Government and the defense as recently as this past Friday, July 13th met during an almost three hour conference in an effort to resolve the loss issues in advance of sentencing.

4. Based on the substantial progress made by the parties, including during Friday's conference, the parties expect that if provided an additional week by this Honorable Court, they will be able to agree upon an appropriate loss amount for sentencing purposes, which will have the effect



mia:151428:1

USA v.McFliker
Case No. 00-6181 CR-Huck/Brown
Defendant Henry Harry McFliker's
Motion for Continuance of Sentencing

of both reducing the need for an extensive evidentiary hearing on the issue, and conserving scarce judicial resources.

5. Additionally, Mr. McFliker has also provided the Government with substantial assistance and cooperation. As of Friday's conference, AUSA Fernandez indicated that she had not yet received the expected formal approval for the Government's Rule 5K1.1 Motion. Thus, the requested short continuance will also permit the Rule 5K1.1 issues to be resolved which will likely have a major impact on Mr. McFliker's ultimate sentence.

6. Prior to filing this Motion, and in a good faith effort to resolve the issues herein, the undersigned counsel spoke with AUSA Diana Fernandez, Esq. who indicated on behalf of the Government, that she likewise believes that a short continuance is appropriate given the outstanding loss and Rule 5K1.1 issues.

7. Therefore, because the parties believe in good faith that a short one (1) week continuance of Mr. McFliker's sentence will be sufficient to accomplish the resolution of both the loss amount and Rule 5K1.1 issues, the purpose of this Motion is to protect the respective rights of the parties, to promote justice, and conserve scarce judicial resources.

**WHEREFORE**, Defendant Henry McFliker respectfully requests, that his motion for continuance of his sentencing be granted, and for such other and further relief as this Honorable Court deems proper.

USA v.McFliker
Case No. 00-6181 CR-Huck/Brown
Defendant Henry Harry McFliker's
Motion for Continuance of Sentencing

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by fax and U.S. Mail to: AUSA Diana Fernandez, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394, and Ms. Georgann Stanley, US Probation Office, 299 E. Broward Blvd., Room 409, Ft. Lauderdale, FL 33301, this 16th day of July, 2001.

Respectfully submitted,

**SCHUSTER & RUSSELL, P.A.**
**Attorneys for Defendant Henry McFliker**
**200 East Broward Boulevard**
**Post Office Box 1900**
**Fort Lauderdale, Florida 33302**
**Tel: (954) 764-6660**
**Fax: (954) 764-4996**

and

**701 Brickell Avenue**
**Suite 1900**
**Miami, FL 33131**
**(305) 789-2771 (phone)**
**(305) 537-3971 (facsimile)**

By: _____
**MARC S. NURIK**
Florida Bar No. 272817
**MICHAEL S. POPOK**
Florida Bar No. 44131

51428:1                                3