```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO.00-6181-CR-HUCK

          Plaintiff,

vs.                            NOTICE OF HEARING

HENRY HARRY MCFLIKER,

          Defendant.
_____/
```

PLEASE TAKE NOTICE that the above-entitled cause has been rescheduled for sentencing hearing to Wednesday, October 10, 2001, at 4:45 p.m., before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

Dated: July 20, 2001

```
                    CLARENCE MADDOX, CLERK

                    By: _____
                        Valerie Thompkins,
                        Deputy Clerk
```

cc: Diana Fernandez, AUSA
    Marc Nurik, Esq.
    U.S. Probation Office (Georgann Stanley)
    Pre-Trial Services