UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO:  00-6181-Cr-HUCK(S)

   Plaintiff,

vs.

HENRY HARRY McFLIKER,

   Defendant.
_____/

## NOTICE OF FILING REPORT OF EXPERT - GEORGE T. HESTER, CPA

COMES NOW, LOVEMORE MBIGI, a victim of fraudulent conduct by the Defendant, HENRY McFLIKER, and Notices the Filing of Report of Expert - GEORGE T. HESTER, CPA., in connection with the Defendant, HENRY HARRY McFLIKER's Sentencing Hearing scheduled on Wednesday - July 25, 2001.

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed and faxed this ____ day July, 2001, to: Marc S. Nurik, Esquire - Ruden, McClosky, Smith, Schuster & Russell, PA, Attorney for Defendant, 15th Floor, 200 East Broward Blvd., Ft. Lauderdale, FL 33302; and to Susan Snook and Diana Fernandez, Esquire at the Assistant United States Attorney's Office, 500 East Broward Blvd., Ft. Lauderdale, FL 33301.

ANGONES, HUNTER, McCLURE,
LYNCH, WILLIAMS & GARCIA, P.A.
Attorney for Lovemore Mbigi
66 West Flagler Street
Ninth Floor - Concord Bldg.
Miami, FL 33130

BY:_____
           STEVEN K. HUNTER

LAW OFFICES ANGONES, HUNTER, McCLURE, LYNCH, WILLIAMS & GARCIA, P.A.
9TH FLOOR, CONCORD BUILDING, 66 WEST FLAGLER STREET, MIAMI, FL 33130 ● (305) 371-5000 ● FAX (305) 371-3948

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO:   00-6181-Cr-HUCK(S)

    Plaintiff,

vs.

HENRY HARRY McFLIKER,

    Defendant.

_____/

## REPORT OF EXPERT WITNESS- GEORGE T. HESTER, CPA

COMES NOW, George T. Hester, CPA, who having been duly sworn deposes and states, concerning losses suffered by Professor Lovemore Mbigi as a result of the fraudulent conduct of Henry McFliker, as follows:

1.    My is George T. Hester and I have been a Certified Public Accountant for 22 years. My training and background is as:

> Currently I am President and CEO of Highlands Financial Services, Inc., a financial services and consulting firm specializing in debt and equity placements. I have been a licensed CPA for over twenty years, having spent ten years with the international accounting firm of Coopers & Lybrand, CPA and later operating my own private accounting and financial consulting practice, specializing in Securities & Exchange Commission and general corporation practice.

2.    I have reviewed the financial transaction between Professor Lovemore Mbigi and Henry McFliker and my findings (as of April 17, 2001) are as indicated on the attached (Exhibit "A") Declaration of Victim's Losses dated April 17, 2001.

Dated: _____July 23, 2001_____

                                                      GEORGE HESTER, CPA

SWORN TO AND SUBSCRIBED BEFORE ME this **23** day of **July**, 2001.

My commission expires:                NOTARY PUBLIC, STATE OF FLA.

```
OFFICIAL NOTARY SEAL
EVELYN JAUME
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC862431
MY COMMISSION EXP. AUG. 12,2003
```

FOR ADMINISTRATIVE PURPOSES ONLY
NOT TO BE MADE PUBLIC RECORD
TO BE COMPLETED BY THE VICTIM

## VICTIM'S PRIVATE INFORMATION

### Declaration of Victim Losses

United States      Case No. 00-6181-Cr-Huck(s)

v.

Henry Harry McFliker

Name: Lovemore Mbigi

Social Security (optional) _____

Address: 6367 N.W. 26th Terrace

City & State: Boca Raton, FL 33469

I am victim in the above-referenced case and I believe that I am entitled to restitution in the total amount of $906,028.00

My specific losses as a result of this offense are summarized as follows:

| | |
|---|---|
| Investment Principal | $755,103 |
| Interest outstanding @ | 107,880 |
| Attorney and Accountant fees | 43,045 |
| | $906,028 |

____ I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $_____. The name and address of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

_____AMbigi_____
(Signature)

Executed on
_17_ day of _April_/2001.

*(Additional Pages May be Attached)*

## MARCH 28, 2000 REPORT

## RAINMAKER ENTERPRISES

INVENTORIES PURCHASED:                     $1,097,606.00

INVENTORIES SOLD & PAID TO RAINMAKER:

| Date | Check | | Amount |
|---|---|---|---|
| MAY 21/1999 | CK. #2550 | | 30,400 |
| MAY 27/1999 | CK. #2552 | | 18,300 |
| JUNE 11/1999 | CK. #7822 | | 42,857 |
| JUNE 30/1999 | CK #7833 | | 13,980 |
| JULY 19/1999 | CK. #015341 | (RANDS) | 21,666 |
| JULY 07/1999 | CK. #015244 | (RANDS) | 20,000 |
| AUG 31/1999 | CK. #1260 | | 21,000 |
| SEP 17/1999 | CK. # | (RANDS) | 20,000 |
| NOV 18/1999 | CK. #1493 | | 21,300 |
| FEB 07/2000 | CK. #1774 | | 20,000 |
| MAR 28/2000 | CK. # 1920 | | 20,000 |
| | | TOTAL: | $ 249,503 ✓ |

CONSIGNMENT FEES PAID:                     $ 163,430.45

                              PAID  TOTAL:   $ 412,933.45

INVENTORY IN STOCK                         $ 848,103 ✓

**RAINMAKER ENTERPRISES**
**CONSIGNMENT NOTES**
**9/30/00**

| | | |
|---|---|---|
| Balance per March 28 Report (see attached) | | $848,103 |
| May 16, Kaplan Payment | $20,000 | |
| May 31, Kaplan Payment | $27,000 | |
| June 19, Kaplan Payment | $17,000 | |
| Kaplan, August Payment (per Professor) | $21,000 | ($85,000-) |
| Two $4,000 payments by McFliker (per Professor) | | ($8,000-) |
| **Balance of note** | | **$755,103-** |

**Accrued Interest Outstanding:**

| | | |
|---|---|---|
| May - 828,103 x .17% 12 | $11,732.00 | |
| June - 801,103 x .17% 12 | $11,349.00 | |
| July - 784,103 x .17% 12 | $11,108.00 | |
| Aug. - 763,103 x .17% 12 | $10,811.00 | |
| Sept. - 755,103 x .17% 12 | $10,697.00 | **$55,697.00** |
| **Total Principal and Interest** | | **$810,800.00** |

saved as: 99\199232\consignm.not

| | | |
|---|---:|---:|
| Initial Investment | | $1,097,606 |
| Payments on Principal: | | |
| - through September, 2000 | | ($342,503) |
| Outstanding Interest @ 17%: | | |
| - May - Sept., 2000 | $55,696 | |
| - Oct., 2000 - March, 2001 | $64,184 | |
| - Payment - November, 2000 | ($8,000) | |
| - Payment - January, 2001 | ($4,000) | $107,880 |
| Collection Expenses: | | |
| Attorney Fees | $27,445 | |
| Accounting Fees | $15,600 | $43,045 |
| | | **$906,028** |

\* 755,103 x .17% 2 = $64,184

saved as: 99\199232\investme.ini