UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,             CASE NO:   00-6181-Cr-HUCK(S)

    Plaintiff,

vs.

HENRY HARRY McFLIKER,

    Defendant.
_____/

## MOTION FOR RESTITUTION

COMES NOW, LOVEMORE MBIGI, a victim of fraudulent conduct by the Defendant, HENRY McFLIKER, and moves this Court for an Order of Restitution pursuant to The Mandatory Restitution Act of 1996 and states as follows:

1.    Your movant's restitution damages are in the amount of $906,028.00. Please see Exhibit "A" attached hereto.

WHEREFORE your movant prays this Honorable Court enter an Order of Restitution in the above referenced amount.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed and faxed this 23 day July, 2001, to: Marc S. Nurik, Esquire - Ruden, McClosky, Smith, Schuster & Russell, PA, Attorney for Defendant, 15th Floor, 200 East Broward Blvd., Ft. Lauderdale, FL 33302; and to Susan Snook and Diana Fernandez, Esquire at the Assistant United States Attorney's Office, 500 East Broward Blvd., Ft. Lauderdale, FL 33301.

                    ANGONES, HUNTER, McCLURE,
                    LYNCH, WILLIAMS & GARCIA, P.A.
                    Attorney for Lovemore Mbigi
                    66 West Flagler Street
                    Ninth Floor - Concord Bldg.
                    Miami, FL 33130

                    BY: _____
                          STEVEN K. HUNTER

LAW OFFICES ANGONES, HUNTER, McCLURE, LYNCH, WILLIAMS & GARCIA, P.A.
9TH FLOOR, CONCORD BUILDING, 66 WEST FLAGLER STREET, MIAMI, FL 33130 • (305) 371-5000 • FAX (305) 371-3948

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO:   00-6181-Cr-HUCK(S)

    Plaintiff,

vs.

HENRY HARRY McFLIKER,

    Defendant.
_____/

### REPORT OF EXPERT WITNESS- GEORGE T. HESTER, CPA

COMES NOW, George T. Hester, CPA, who having been duly sworn deposes and states, concerning losses suffered by Professor Lovemore Mbigi as a result of the fraudulent conduct of Henry McFliker, as follows:

1. My is George T. Hester and I have been a Certified Public Accountant for 22 years. My training and background is as:

> Currently I am President and CEO of Highlands Financial Services, Inc., a financial services and consulting firm specializing in debt and equity placements. I have been a licensed CPA for over twenty years, having spent ten years with the international accounting firm of Coopers & Lybrand, CPA and later operating my own private accounting and financial consulting practice, specializing in Securities & Exchange Commission and general corporation practice.

2. I have reviewed the financial transaction between Professor Lovemore Mbigi and Henry McFliker and my findings (as of April 17, 2001) are as indicated on the attached (Exhibit "A") Declaration of Victim's Losses dated April 17, 2001.

Dated: _____July 23, 2001_____.

                                    GEORGE HESTER, CPA

SWORN TO AND SUBSCRIBED BEFORE ME this 23 day of July, 2001.

                                    NOTARY PUBLIC, STATE OF FLA.

My commission expires:

> OFFICIAL NOTARY SEAL
> EVELYN JAUME
> NOTARY PUBLIC STATE OF FLORIDA
> COMMISSION NO. CC862431
> MY COMMISSION EXP. AUG. 12, 2003

ADMINISTRATIVE PURPOSES ONLY
NOT TO BE MADE PUBLIC RECORD
TO BE COMPLETED BY THE VICTIM

## VICTIM'S PRIVATE INFORMATION

### Declaration of Victim Losses

United States                         Case No. 00-6181-Cr-Huck(s)

v.

Henry Harry McFliker

Name: __Lovemore Mbigi__

Social Security (optional) _____

Address: __6367 N.W. 26th Terrace__

City & State: __Boca Raton, FL 33469__

I am victim in the above-referenced case and I believe that I am entitled to restitution in the total amount of $ __906,028.00__.

My specific losses as a result of this offense are summarized as follows:

| | |
|---|---|
| Investment Principal | $755,103 |
| Interest outstanding @ | 107,880 |
| Attorney and Accountant fees | 43,045 |
| | $906,028 |

____ I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $_____. The name and address of my insurance company and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature)

Executed on
__17__ day of __April__ 2001

*(Additional Pages May be Attached)*

## MARCH 28, 2000 REPORT

## RAINMAKER ENTERPRISES

INVENTORIES PURCHASED: $1,097,606.00

INVENTORIES SOLD & PAID TO RAINMAKER:

| | | | |
|---|---|---|---|
| MAY 21/1999 | CK. #2550 | | 30,400 |
| MAY 27/1999 | CK. #2552 | | 18,300 |
| JUNE 11/1999 | CK. #7822 | | 42,857 |
| JUNE 30/1999 | CK #7833 | | 13,980 |
| JULY 19/1999 | CK. #015341 (RANDS) | | 21,666 |
| JULY 07/1999 | CK. #015244 (RANDS) | | 20,000 |
| AUG 31/1999 | CK. #1260 | | 21,000 |
| SEP 17/1999 | CK. # (RANDS) | | 20,000 |
| NOV 18/1999 | CK. #1493 | | 21,300 |
| FEB 07/2000 | CK. #1774 | | 20,000 |
| MAR 28/2000 | CK. # 1920 | | 20,000 |
| | | TOTAL: | $ 249,503 |

CONSIGNMENT FEES PAID: $ 163,430.45

PAID TOTAL: $ 412,933.45

INVENTORY IN STOCK $ 848,103

RAINMAKER ENTERPRISES
CONSIGNMENT NOTES
9/30/00

| | | |
|---|---|---|
| Balance per March 28 Report (see attached) | | - $848,103 |
| May 16, Kaplan Payment | $20,000 | |
| May 31, Kaplan Payment | $27,000 | |
| June 19, Kaplan Payment | $17,000 | |
| Kaplan, August Payment (per Professor) | $21,000 | ($85,000-) |
| Two $4,000 payments by McFliker (per Professor) | | ($8,000-) |
| Balance of note | | $755,103- |

Accrued Interest Outstanding:

| | | |
|---|---|---|
| May - 828,103 x .17% 12 | $11,732.00 | |
| June - 801,103 x .17% 12 | $11,349.00 | |
| July - 784,103 x .17% 12 | $11,108.00 | |
| Aug. - 763,103 x .17% 12 | $10,811.00 | |
| Sept. - 755,103 x .17% 12 | $10,697.00 | $55,697.00 |
| Total Principal and Interest | | $810,800.00 |

saved as: 99\199232\consignm.not

| | | |
|---|---:|---:|
| Initial Investment | | $1,097,606 |
| | | |
| Payments on Principal: | | |
|     - through September, 2000 | | ($342,503) |
| | | |
| Outstanding Interest @ 17%: | | |
| - May - Sept., 2000 | $55,696 | |
| - Oct., 2000 - March, 2001 | $64,184 | |
| - Payment - November, 2000 | ($8,000) | |
| - Payment - January, 2001 | <u>($4,000)</u> | $107,880 |
| | | |
| Collection Expenses: | | |
|     Attorney Fees | $27,445 | |
|     Accounting Fees | <u>$15,600</u> | <u>$43,045</u> |
| | | <u>$906,028</u> |

\* 755,103 x .17% 2 = $64,184

saved as: 99\199232\investme.ini