UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY HARRY McFLIKER,

    Defendant.

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

**COMES NOW**, Defendant HENRY HARRY McFLIKER ("Mr. McFliker"), by and through his undersigned counsel, and pursuant to S.D. Fla. L.R. 7.1 and 88.9 hereby moves this Honorable Court, without opposition from the Government, for permission to travel as follows:

1. Mr. McFliker is seeking to conduct a short three (3) day business trip to Toronto, Canada for the purpose of negotiating the purchase of a substantial amount of surplus airplane parts to be resold by his airplane parts distribution business.

2. Mr. McFliker is scheduled to be sentenced on October 10, 2001. The Court has also indicated that it will hold a restitution hearing at that time (Dkt. #116).

3. Restitution in this case relates to certain investments Mr. McFliker obtained to support visa applications. Both before and after his indictment, Mr. McFliker has made substantial restitution, primarily from revenue generated from the surplus aircraft parts distribution business that he operates. It is expected that Mr. McFliker will continue to repay certain of his investors as part of the Court's restitution order, and that the funds needed to make restitution will come from the aircraft parts business. Thus, the parts that Mr. McFliker seeks to travel to Toronto to purchase are integral to the continued viability of his company, and his ability to make restitution.

MIA:153349:1

USA v.McFliker
Case No. 00-6181 CR-Huck/Brown
Defendant Henry Harry McFliker's
Unopposed Motion for Permission to Travel

4. Pursuant to the Court's Standard Conditions of Bond (Dkt. #8), Mr. McFliker has been released on a $250,000 personal surety bond and a $45,000 corporate surety bond since April 14, 2000 without incident (Dkt. ## 8 and 9).

5. In fact, to date, Mr. McFliker has satisfied all of the conditions set by the Court for his presentence release.

6. Pursuant to Section 2 of the Standard Conditions of Bond, Mr. McFliker is restricted from leaving the Southern District of Florida without "first obtaining written permission from the court." (Dkt. # 8).

7. Mr. McFliker respectfully requests permission to take a short three (3) day business trip to Toronto, Canada to purchase surplus airplane parts inventory from Lancaster Aviation, Inc. of Ontario. Attached hereto as Exhibit "A" is a copy of a letter from the president of Lancaster Aviation confirming the purpose of the proposed business trip.

8. This inventory is critical to the continued operation of the parts distribution business which is being used to make restitution, and Mr. McFliker is the only person affiliated with the business who has the expertise and experience to make the required inventory purchase. Mr. McFliker's son, Todd McFliker, will also be accompanying him on the trip for training purposes.

9. Attached hereto as Composite Exhibit "B" are both the American Airlines itinerary and a hotel confirmation for the October 4th through October 7th proposed trip. While in Toronto, Mr. McFliker and his son will stay at the Hotel Inter-Continental whose telephone number is 416.960.5200.

10. To conduct this business travel to Toronto, Mr. McFliker will also need to have his passports returned to him for the limited purpose of this trip. Upon his return, Mr. McFliker will promptly surrender his passports to the United States Pretrial Office.

11. No other family members will be traveling with Mr. McFliker other than his son.

USA v.McFliker
Case No. 00-6181 CR-Huck/Brown
Defendant Henry Harry McFliker's
Unopposed Motion for Permission to Travel

12. Since his arraignment in April 2000, Mr. McFliker has never sought permission to travel outside of the Southern District.

13. Prior to filing this Motion, undersigned counsel contacted Assistant United States Attorney Diana Fernandez, Esq., who indicated that the Government has no opposition to the travel sought herein as long as Mr. McFlicker's passports are promptly surrendered upon his return.

14. The United States Probation Officer indicated that the Department takes no position with regard to motions for permission to travel.

**WHEREFORE**, Defendant Henry McFliker respectfully requests that his Unopposed Motion for Permission to Travel be granted, that the Court's order permit him to have his passport returned to him for the limited purpose of conducting this travel, and for such other and further relief as this Honorable Court deems proper.

USA v.McFliker
Case No. 00-6181 CR-Huck/Brown
Defendant Henry Harry McFliker's
Unopposed Motion for Permission to Travel

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by fax and U.S. Mail to: AUSA Diana Fernandez, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394, this 20th day of August, 2001.

        Respectfully submitted,

        SCHUSTER & RUSSELL, P.A.
        Attorneys for Defendant Henry McFliker
        200 East Broward Boulevard
        Post Office Box 1900
        Fort Lauderdale, Florida 33302
        Tel: (954) 764-6660
        Fax: (954) 764-4996

        and

        701 Brickell Avenue
        Suite 1900
        Miami, FL 33131
        (305) 789-2771 (phone)
        (305) 537-3971 (facsimile)

        By: _____
        MICHAEL S. POPOK
        Florida Bar No. 44131
        MARC S. NURIK
        Florida Bar No. 272817

# Lancaster Aviation Inc.
2405 Drew Road
Mississauga, Ontario
Canada, L5S 1A1

Telephone: 905-673-0353
Facsimile: 905-673-8389
E-Mail: spares707@aol.com
WEB Site: http://lancasteraviation.com

15 August, 2001

DAYTONA AEROSPACE,
508 South Military trail,
Deerfield Beach, Florida
33442
Attention: Henry McFlicker
Fax: 954-428-4710

Re: SURPLUS INVENTORY FOR SALE

Dear Mr. McFlicker:

This is further to our recent conversation regarding the above.

Please be advised that we have scheduled you to attend our warehouse to view the surplus inventory on Friday, October 5 at 9:00 A.M. We are also finalizing arrangements to visit the Base at Trenton on Monday, October 8 to examine the surplus inventory we have at that location and will confirm with you later.

I would ask that you contact our office to advise how many will be in your party and also advise if we can help you with obtaining rooms. Our warehouse is close to the airport strip and we have a corporate rate at the Airport Hilton if you are interested.

I look forward to meeting with you again and take this opportunity to thank you for your interest in our company.

Sincerely,

Peter W. DuBeau, Pres.

03-AUG-23 03:57PM FROM-HOTEL INTERCONTINENTAL +416-960-8258 T-394 P.01/01 F-049

# HOTEL INTER•CONTINENTAL TORONTO

## CONFIRMED RESERVATION

TO: Mr Henry McFlikor  DATE: August 23, 2001
COMPANY:
FACSIMILE: 954-428-4725

Hotel Inter-Continental Toronto
220 Bloor Street West
Toronto, Ontario, M5S 1T8
Tel: (416)-960-5200
Fax:(416)-960-8269

| GUEST NAME | ARRIVAL DATE | DEPARTURE DATE | RESERVATION # | Single Rate | Double Rate |
|---|---|---|---|---|---|
| Mr Henry McFlikor | October 4, 01 | October 7, 01 | 26160 | 220.00 | 220.00 |

TELEPHONE: (416) 960-5200

RESERVATION GUARANTEED BY: Diners Club
SPECIAL COMMENTS:

NAME: Susan Laurie   SIGNED: [signature]

GUARANTEED RESERVATIONS MUST BE CANCELLED BY 4PM ON THE DATE OF ARRIVAL.

[map showing Spadina Ave., St. George Street, Bedford Road, Queen's Pk. Cres., Avenue Rd., Bay Street, Bloor Street West, Wellesley St., Yonge Street]

```
    1664 W HILLSBORO      DEERFIELD BEA, FL    33442      800-433-7300
  SALES PERSON: BB                    ITINERARY                 DATE: 23 AUG 01
                                      DUPLICATE    GTBQJR       PAGE: 01
```



```
  FOR: MCFLIKER/HENRY MR
       MCFLIKER/TODD MR


  04 OCT 01  -  THURSDAY
     AIR    AMERICAN AIRLINES    FLT:652      ECONOMY         SNACK
            LV MIAMI INTERNTNL                715P            EQP: BOEING 737-800
                                                              03HR 16MIN
            AR TORONTO ON                     1031P           NON-STOP
            ARRIVE: TERMINAL 3
            MCFLIKER/HENRY      SEAT-19A
            MCFLIKER/TODD M     SEAT-19C

  07 OCT 01  -  SUNDAY
     AIR    AMERICAN AIRLINES    FLT:1561     ECONOMY         LUNCH
            LV TORONTO ON                     1230P           EQP: MD-80
            DEPART: TERMINAL 3                                03HR 14MIN
            AR MIAMI INTERNTNL                344P            NON-STOP
            MCFLIKER/HENRY      SEAT-22A
            MCFLIKER/TODD M     SEAT-22B
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY HARRY McFLIKER,

    Defendant.

## ORDER

**THIS CAUSE** having come before this Court pursuant to the Defendant Henry McFliker's Unopposed Motion for Permission to Travel to Toronto, Canada from October 4th through October 7th, 2001, and the Government having no objection to said travel, it is hereby,

**ORDERED** and **ADJUDGED** that Defendant Henry McFliker may travel to Toronto, Canada from October 4th through October 7th, 2001.

**FURTHER ORDERED AND ADJUDGED** that the Probation Department is directed to release Mr. McFliker's passports to him in advance of October 4th to permit him to conduct his approved travel. Immediately upon Mr. McFliker's return from his trip on October 7th, he shall surrender his passports pending sentencing.

**DONE** and **ORDERED** this _____ day of August, 2001 in Chambers, in Miami, Florida.

                                                **HONORABLE PAUL C. HUCK**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    Michael Popok/Marc Nurik, Esq.
        AUSA Diana Fernandez, Esq.
        United States Probation Office

MIA:153351:1