UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY HARRY McFLIKER,

    Defendant.



## ORDER

**THIS CAUSE** having come before this Court pursuant to the Defendant Henry McFliker's Unopposed Motion for Permission to Travel to Toronto, Canada from October 4th through October 7th, 2001, and the Government having no objection to said travel, it is hereby,

**ORDERED** and **ADJUDGED** that Defendant Henry McFliker may travel to Toronto, Canada from October 4th through October 7th, 2001.

**FURTHER ORDERED AND ADJUDGED** that the Probation Department is directed to release Mr. McFliker's passports to him in advance of October 4th to permit him to conduct his approved travel. Immediately upon Mr. McFliker's return from his trip on October 7th, he shall surrender his passports pending sentencing.

**DONE** and **ORDERED** this 30 day of August, 2001 in Chambers, in Miami, Florida.

                                              **HONORABLE PAUL C. HUCK**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    Michael Popok/Marc Nurik, Esq.
        AUSA Diana Fernandez, Esq.
        United States Probation Office

MIA:153351:1