```
FILING FEE
PAID       75.00
In Forma   850628
Pauperis
    Clarence Maddox, Clerk
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Criminal Division

UNITED STATES OF AMERICA,                CASE NO.:  0-CR-6181 Huck

V.                                       JUDGE:     PAUL C. HUCK

HENRY MCFLIKER,

            Defendant.
_____/

## MOTION TO APPEAR PRO HAC VICE

COMES NOW, DANIEL B. LACESA, ESQ. and files and serves this the Motion

to Appear Pro Hac Vice as counsel for witness, BRUNO DOERWALD, in the above-

captioned case pursuant to Local Rule 4(B) Governing the Admission and Practice of

Attorneys and hereby alleges the following:

1.   Pursuant to the Mandatory Victims Restitution Act of 1996, Bruno Doerwald may

     be entitled to a restitution order from this Honorable Court for losses suffered as

     a result of Henry McFliker's criminal activity in the above-captioned case and he

     Respectfully Requests this Honorable Court for an evidentiary hearing for that

     purpose.

2.   Daniel Lacesa, Esq. of Daniel Lacesa, P.A. represents and has recently

     represented Bruno Doerwald in matters arising from the case of the United

     States v. Henry McFliker.

3.   Daniel Lacesa, Esq. also represents Bruno Doerwald's business interests,

     including Dover, Inc.

4.   The claims upon which Bruno Doerwald may be entitled to a Restitution Order

     involve complex transactions, accounting and counseling which have been

undertaken by Daniel Lacesa, Esq. on Bruno Doerwald's behalf and at his direction.

5.  Daniel Lacesa, Esq. wishes to appear Pro Hac Vice regarding an evidentiary hearing on the substance of Bruno Doerwald's claims, pursuant to the Mandatory Victim Restitution Acto fo 1996

6.  Daniel Lacesa, Esq. hereby certifies that the local rules of this Honorable Court have been reviewed and will continually be reviewed in this representation, and Daniel Lacesa, Esq. hereby submits to the jurisdiction of This Honorable Court in accordance with Local Rule 4.

7.  James M. Henderson, Esq., Florida Bar Number 0104516 has been authorized to appear before this Honorable Court since December 1, 1967.

8.  James M. Henderson, Esq. maintains an office within the Southern District of Florida, 1499 W. Palmetto Park Rd., Suite 208, Boca Raton, Florida 33486 and practices therein regularly and he has agreed to perform attorney services as Designee.

9.  James M. Henderson, Esq. has agreed to communicate with this Honorable Court and opposing counsel regarding this case.

WHEREFORE, Daniel Lacesa, Esq. and Bruno Doerwald respectfully Request this Honorable Grant permit Daniel Lacesa, Esq. to represent Bruno Doerwald as witness in the above-captioned case and permit James M. Henderson, Esq. to be designated as Attorney of Record.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail this ___day of _____, 2001 to the Clerk of Court and the United States

Attorney, and Michael Popok, Esq.701 Brickell Ave., Suite 1900, Miami, FL 33131.

DANIEL LACESA, P.A.
1499 West Palmetto Park Road, Suite # 208
Boca Raton, Florida 33486
(561) 391-6999
(561) 391-8216 Facsimile

By_____
JAMES M. HENDERSON, ESQ.
Florida Bar No. 0104516

By_____
DANIEL B. LACESA, ESQ.
Florida Bar No. 272700