UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Criminal Division

UNITED STATES OF AMERICA,   CASE NO.: 0-CR-6181

V.   JUDGE: PAUL C. HUCK

HENRY MCFLIKER,

　　　　Defendant.
_____/

**NOTICE OF APPEARANCE**

COMES NOW, DANIEL B. LACESA, ESQ. and files this Notice of Appearance as counsel on behalf of Witness, BRUNO DOERWALD, and hereby requests that any and all pleadings, correspondence, or documentation be forwarded as of this date to the undersigned Designee, JAMES M. HENDERSON, ESQ., 1499 W. Palmetto Park Rd., Suite 208, Boca Raton, Florida 33486 who hereby certifies he is authorized to appear before this Court, pursuant to Local Rule 4(B) Governing the Admission and Practice of Attorneys.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail this 27 day of SEPTEMBER 2001 to the Clerk of Court and the United States Attorney, and Michael Popok, Esq. 701 Brickell Ave., Suite 1900, Miami, FL 33131.

　　　　　　　　　　　　　　　DANIEL LACESA, P.A.
　　　　　　　　　　　　　　　1499 West Palmetto Park Road, Suite # 208
　　　　　　　　　　　　　　　Boca Raton, Florida 33486
　　　　　　　　　　　　　　　(561) 391-6999
　　　　　　　　　　　　　　　(561) 391-8216 Facsimile

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　JAMES M. HENDERSON, ESQ.
　　　　　　　　　　　　　　　Florida Bar No. 0104516

By: _____　　By: _____
　　BRUNO DOERWALD　　　　　　　DANIEL B. LACESA, ESQ.
　　　　　　　　　　　　　　　Florida Bar No. 272700