FILED by _____ D.C.

OCT 0 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Criminal Division

UNITED STATES OF AMERICA,     CASE NO.: 00-CR-6181

V.     JUDGE:     PAUL C. HUCK

HENRY MCFLIKER,

        Defendant.
_____/

### ORDER

THIS MATTER came before the Court on Witness BRUNO DOERWALD'S Motion for attorney Daniel B. Lacesa, Esq. to appear in the above-captioned case as his counsel Pro Hac Vice and having considered the file The Court finds

6. The Motion for Daniel B. Lacesa, Esq. to appear Pro Hac Vice is GRANTED;

7. James M. Henderson, Esq. shall be designee and receive all papers, correspondence and notices.

Therefore, it is

ORDERED AND ADJUDGED that Daniel B. Lacesa, Esq. shall appear on behalf of Bruno Doerwald in the above-captioned case as counsel.

DONE AND ORDERED in Chambers Dade County, Florida this 2<sup>d</sup> day of Oct, 2001.

_____
HONORABLE PAUL C. HUCKS, District Court Judge

copies:
Daniel Lacesa, Esq., 1499 W. Palmetto Park Rd., Boca Raton, FL 33486
James M. Henderson, Esq. 1499 W. Palmetto Park Rd., Boca Raton, FL 33486
Diana L.W. Fernandez, Esq. 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, FL 33394
Michael Popok, Esq. 701 Brickell Ave., Suite 1900, Miami, FL 33131