UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-Cr-HUCK(S)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRY HARRY MCFLIKER,

    Defendant.
_____/



FILED by ____ D.C.

OCT 0 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER

THIS MATTER having come before the Court on the joint motion from the government and counsel for the defendant for a continuance of the sentencing date in this matter, and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that the government's motion is GRANTED. Sentencing is hereby rescheduled for *November 29, 2001 @ 4:30 p.m.*

DONE and ORDERED in Chambers at Miami, Florida, this 3rd day of *October*, 2001.

                                           PAUL C. HUCK
                                           UNITED STATES DISTRICT JUDGE

cc: AUSA Diana L.W. Fernandez
    Mark Nurik, Esquire
    Michael Popok, Esquire