UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6181-Cr-HUCK(S)</u>

UNITED STATES OF AMERICA,
        Plaintiff,

v.

HENRY HARRY MCFLIKER,
        Defendant.
_____/

### NOTICE REGARDING SENTENCING AND RESTITUTION HEARING

The United States of America, through its undersigned Assistant United States Attorney, files this notice regarding the amount of time necessary for the sentencing and restitution hearing scheduled in this matter for 4:30 p.m. on November 29, 2001.

The government and defense counsel have come to an agreement concerning loss amount, which will lessen the objections to the PSI filed by the defendant. However, on the question of restitution, the parties have been unable to resolve three issues affecting a number of victims and as well, at least two victims with their attorneys wish to address the Court. Therefore, both the government and the defense believe that one additional hour will be necessary to address these matters.

                      Respectfully submitted,

                      GUY A. LEWIS
                      UNITED STATES ATTORNEY

By: _____
        DIANA L.W. FERNANDEZ
        Assistant United States Attorney
        Court ID #: A5500017
        500 E. Broward Blvd., Suite 700
        Fort Lauderdale, Florida 33394
        Telephone: (954) 356-7392
        Facsimile: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this 20th day of Nov., 2001.

Mark Nurik, Esquire
P.O. Box 1900
Fort Lauderdale, FL 33302-1900

Michael S. Popok, Esquire
Schuster & Russell, P.A.
701 Brickell Avenue, Suite 1900
Miami, FL 33131

James M. Henderson, Esq.
1499 W. Palmetto Park Road
Suite 208
Boca Raton, FL 33486
(Attorney for Bruno Doerwald)

DIANA L.W. FERNANDEZ
Assistant United States Attorney