UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK(S)

UNITED STATES OF AMERICA,
         Plaintiff,

v.

HENRY HARRY McFLIKER,
         Defendant.
_____/

**GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.C. § 5K1.1**

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to U.S.S.C. §5K1.1 and 18 U.S.C. §3553(e) respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to the substance of the defendant's cooperation with the government.

                          Respectfully submitted,

                          GUY A. LEWIS
                          UNITED STATES ATTORNEY

By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was faxed and mailed this 27th day of November, 2001, to:

Marc Nurik, Esquire
P.O. Box 1900
Fort Lauderdale, FL 33302-1900

Michael S. Popok, Esquire
Schuster & Russell, P.A.
701 Brickell Avenue, Suite 1900
Miami, FL 33131

DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY