

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

vs.

HENRY HARRY MCFLIKER,

      Defendant.

_____/

## DEFENDANT HENRY HARRY McFLIKER'S SENTENCING MEMORANDUM

COMES NOW, the Defendant Henry Harry McFliker ("Mr. McFliker"), by and through his undersigned counsel, and files this Sentencing Memorandum to aide the Court in its determination of an appropriate Sentence in this matter and in doing so, states as follows:

## I.    INTRODUCTION.

Mr. McFliker stands before this Court for sentencing having pled guilty to a Superceding Information charging him with: one (1) count of attempted conspiracy to launder money under 18 U.S.C. Section 1956(h); one (1) count of conspiracy to commit passport and visa fraud under 18 U.S.C. Section 371; and a related count of conspiracy to obtain monies through fraud in violation of 18 U.S.C. Section 371.

The intent of this Sentencing Memorandum is to bring to the Court's attention relevant conduct, including: (a) Mr. McFliker's substantial assistance and cooperation with the Government that is the basis for a reduction of his resulting sentence pursuant to USSG Section 5K1.1; (b) mitigating circumstances and character and background



information concerning Mr. McFliker and his activities; and (c) Mr. McFliker's extraordinary pre-indictment restitution efforts.

During the almost five (5) months since Mr. McFliker's Presentence Investigation Report ("PSR") was issued, the Government and the defense have worked together to accurately and fairly calculate the relevant fraud "loss" figure, the number of investors who are entitled to restitution, and the amount of restitution to which these investors should be entitled. As a result, the Government agrees with the defense that the fraud loss attributable to Mr. McFliker for sentencing purposes is $1,019,164.40 (as contrasted with the $1,936,553 used as the basis of the PSR's offense level calculations), and that the total number of investors entitled to restitution is 31 (not 47 as reflected in Paragraph 13 of the PSR). Further, the Government and the defense have reached agreement on the total restitution due Mr. McFliker's clients, save for one $89,400 amount in dispute.[1] Thus, the only remaining issue for the Court to resolve is the appropriate sentence for Mr. McFliker which would promote the goals of rehabilitation and restitution.

In sum, Henry McFliker is a man who made a serious mistake driven by greed. Recognizing his misbehavior, Mr. McFliker has worked assiduously with the Government to provide substantial and credible information to assist its efforts to curb immigration fraud, and even prior to arrest, has begun the process of making extraordinary restitution, which continues through today. Mr. McFliker is a man who stands before the Court having come from a hard-working immigrant family background; who enjoys a loving relationship with his family, wife, children and extended family; and

---

[1]    The defense contends that restitution remaining to be paid should be $1,715,859.65, while the Government contends that it should be $1,805,259.65.

who having seen the errors of his ways.  For these reasons, more fully developed below,

we respectfully urge  the Court to be merciful in imposing sentence.

## II.    THE DEFENDANT HAS EXPRESSED HIS SINCERE REMORSE FOR HIS ACTIONS.

In his Statement of Acceptance of Responsibility, Mr. McFliker further

recognizes the wrongdoing that led to his conviction, and expresses his sincere remorse

and clearly accepts responsibility for his actions, stating in pertinent part:

> \*   \*   \*
>
> I acknowledge my responsibility for participating in a visa application fraud scheme . . . which was motivated solely by my greed and desire to obtain investments from visa applicants in business investments recommended and/or sold by me.  As part of my fraud, I obtained some investments from immigrant applicants, and then submitted false and fraudulent information to the INS to assist the immigrant in obtaining primarily non-resident visas.
>
> \*   \*   \*
>
> Having now pled guilty to three felony counts, I am determined to rehabilitate myself.  To know that I willingly broke the law and am now a convicted felon, has been extremely painful to my family, including my wife, children and grandchildren, and the shame I have brought on them and me will never be erased.  I have now dedicated myself to cooperating fully with the Government to permit [the] continue[d] . . . investigation into other visa fraud activities in Florida, and to provide any required repayment of capital to the appropriate immigrant applicants.
>
> \*   \*   \*

Further demonstrating Mr. McFliker's deep remorse for his crimes are the

attached letters of friends, family members and business associates (Composite Exhibit

"A"), who have witnesses first-hand, his expressions of guilt and shame.  For example,

his niece, Robin Adleman, Esq., who is a prosecutor in Arizona, knows her uncle to be a

devoted family man, that his behavior in this case is "completely out of character," that

he is "truly sorry" for the "embarrassment he has brought to his family," and that he

"accepts full responsibility and is absolutely determined to repay all the restitution" to "make full amends." (Exhibit "B").

Similarly, his sister, Bellari Adleman, reports that Mr. McFliker is in "torment" and regret over what he did, because it is "contrary to all that he believes in and values." (Exhibit "C"). Likewise, his nephew, Jay Adleman, who like his sister is a prosecutor in Arizona, has observed his uncle's "extreme[] remorse" and that Mr. McFliker "understands that what he did was wrong" and that as a result he is sorry for his actions. (Exhibit "D").

In addition, other community members and business leaders who know Mr. McFliker well attest to the nature of his character. For example, Rabbi Dr. Emmet Allen Frank of the All Peoples Synagogue in Miami Beach, attests that Mr. McFliker is an active, supportive and charitable member of the synagogue, and that he is considered by Rabbi Dr. Frank to be a "doer of good deeds." (Exhibit "E").

And Peter Dubeau, the president of Lancaster Aviation, Inc. of Ontario, Canada has been doing business with Mr. McFliker on behalf of the Canadian Government related to aircraft parts surplus, for the last three years. During this time, Mr. Dubeau has always found Mr. McFliker to "be of great character," a man who is "dedicated to his work" and who "has demonstrated integrity and honesty at all times." (Exhibit "F").

As further evidence of Mr. McFliker's sincere remorse and acceptance of responsibility are the actions he took shortly after arrest to close down his visa service business.

## III.    MITIGATING CIRCUMSTANCES.

As more fully set forth in the defense's Objection to PSR (Dkt. # 111), all of Mr. McFliker's crimes for which he stands convicted arise out of a simple fact-pattern.  Mr. McFliker was a well-established businessperson in the community.  During the relevant time period, he operated a successful surplus aircraft parts distribution business in Broward County.  Based on his own immigration experience, Mr. McFliker began a visa services business, processing visa applications.  While there were visa applications processed by him which were legitimate and are not the subject of his prosecution, Mr. McFliker, sensing a business opportunity, also directed certain clients to make investments in ventures to serve as the "sponsor" for their visa application.  During the relevant period, Mr. McFliker operated a number of businesses in Broward County, including his visa services business, a surplus parts business (known as "Airspares Network , Inc."), a dry cleaning franchise concern, and a consignment flea market-type operation.  Mr. McFliker arranged to have a number of his immigration clients invest in business opportunities which were controlled, in whole or part, by him, a fact that often was undisclosed to the investor.  It was this "self-dealing" investment, that in many (but not all) cases, supported the client's visa application.

In essence, it is Mr. McFliker's self-dealing that forms the basis of each of the three-counts of the Superceding Information to which Mr. McFliker pled guilty.  Specifically, Count One ("Conspiracy to Launder Money") arose out of a reverse sting operation in which Mr. McFliker was approached by an undercover INS agent posing as a Russian businessman from whom Mr. McFliker attempted to secure investments to support a non-resident visa application.   At some point during Mr. McFliker's

"negotiations" with the undercover agent, the agent indicated to Mr. McFliker that funds

for his investment came, at least in part, from illegal activities in Russia. Mr. McFliker

was so interested in obtaining the investment that he agreed to take the money. Moreover,

at no time did Mr. McFliker actually obtain any monies from the undercover agent as part

of the sting, and, as a result, the Government and the defense agree that Count One is an

"attempt" offense, rather than a violation of the substantive money laundering statute.

Similarly, Count Two (visa fraud) arises out of an instance in which Mr. McFliker

knew or should have known that the underlying investments made by the visa applicant

in his business opportunities did not satisfy INS requirements. Further, Count Three

(interstate transport property obtained by fraud) pertains to Mr. McFliker's above-

described "self-dealing" activities in obtaining cash investments from various clients,

through misrepresentation, to form a business concern to sponsor their visa application.[2]

It is Count Three that the parties have agreed should serve as the vehicle for restitution

and repayment to the appropriate investor clients/visa applicants with whom Mr.

McFliker dealt.

The PSR notes that Mr. McFliker suffers from a number of medical ailments. As

revealed in the attached letter from Mr. McFliker's family physician, Dr. Gregg Sherman

(See Composite Exhibit "G"), the Defendant currently suffers from, hypertension,

diabetes, hyperlupiderma, coronary artery disease and melanoma skin cancer. While

these medical problems do not prevent Mr. McFliker from continuing to work 7 days a

---

[2]    Interestingly, some of Mr. McFliker's clients have expressed their satisfaction
with the investments they made with him. (Composite Exhibit "H").

USA v. McFliker et al..
Case No.: 00-6181-cr-Huck/Brown
Defendant's Sentencing Memorandum

week to pay off his investors and support his family, they do require constant medical

monitoring and a regimen of medications.

IV.    **IN THE 19 MONTHS SINCE HIS ARREST, MR. McFLIKER HAS DEMONSTRATED EXTRAORDINARY ACCEPTANCE OF RESPONSIBILITY THROUGH RESTITUTION AND SUBSTANTIAL COOPERATION[3].**

A.    **Restitution.**

Consistent with his professed desire to rehabilitate himself in the eyes of the law,

and return to his status as a law-abiding and respected member of our community, for the

last 19 months, Mr. McFliker, putting deed to word, has repaid "visa investors" more

than $1,300,000 (which has been confirmed by the Government), from the successful

operation of an aircraft parts business (Daytona Aerospace, Inc.) which is wholly

unrelated to the activities set forth in the Indictment. In fact, of the monies repaid by Mr.

McFliker to the investors during 2000 and 2001, more than $937,000 was repaid from

Mr. McFliker's operation of Daytona Aerospace even before his indictment on April 13,

---

[3]    The extent of Mr. McFliker's pre-indictment restitution has been so extraordinary, that it may form an independent basis for a Downward Departure pursuant to USSG Section 5K2.0. *See United States v. Garlich,* 951 F.2d 161, 163 (8th Cir. 1991) (holding in a bank fraud case that where defendant made, before sentencing, voluntary payment of restitution of over $1 million dollars, such restitution is "sufficiently unusual" as to warrant a downward departure pursuant to USSG Section 5K2.0); *United States v. Janusz,* 986 F. Supp. 328, 330-31 (D. Md. 1997) (holding in bank embezzlement case that where defendant, before sentencing, voluntarily provided details of her scheme to government, and made full restitution, this constituted "exceptional" restitution and thus "extraordinary acceptance of responsibility" to warrant 5K2.0 departure). However, the defense believes that the Court can adequately take into account Mr. McFliker's remarkable restitution history by giving him a substantial reduction in his sentence pursuant to the Government's 5K1.1 motion as discussed more fully in Section V below.

2000. Further, Mr. McFliker has continued to repay the investors approximately $30,000 per month for the last 19 months[4].

As part of negotiations with the Government, it is expected that Mr. McFliker will also be sentenced by this Court to make full repayment of the approximately $1,770,000 remaining to be repaid, a sum that he has the ability to repay from the continued operation of Daytona Aerospace.

## B.    Substantial Cooperation.

As the Government will urge at the sentencing hearing, Mr. McFliker has provided substantial assistance to its efforts to crack down on immigration fraud in South Florida. Specifically, over the past year, Mr. McFliker and his counsel have spent more than 40 hours with the Government's attorneys and investigators providing credible and valuable information and documents concerning other individuals and professionals who have abused the immigration and visa system. Mr. McFliker's cooperation has been full, complete and without reservation. The Government has indicated to defense counsel that it is exceedingly satisfied with Mr. McFliker's cooperation and the quality of the information that he has provided to assist their efforts.

---

[4]    Mr. McFliker's promptness in making payment to his former investors as part of his cooperation with the Government and his interest in righting his wrongs, has been noted by the Government. Thus, to permit it to finalize restitution numbers in advance of the sentencing hearing, the Government requested from defense that Mr. McFliker not make his usual monthly repayment for November. Instead, the Government and the defense have agreed to have the undersigned counsel hold November's payment in trust pending sentencing, the Court's approval of an order of restitution, and direction concerning this payment.

USA v. McFliker et al.,
Case No.: 00-6181-cr-Huck/Brown
Defendant's Sentencing Memorandum

## V.    SENTENCING OPTIONS.

Both the defense and the Government agree that based on *United States v. Khawaja*, 118 F.3d 1454, 1458 (11th Cir. 1997), Mr. McFliker is entitled to a three-level reduction in the base offense level for Count One pursuant to USSG Section 2X1.1 (as reflected in the plea negotiations) because the money laundering sting operation did not result in Mr. McFliker completing any "acts" of the underlying offense. While the parties recognize that their position reflected in Mr. McFliker's Plea Agreement that USSG Section 2X1.1(b)(2) is applicable to Count I is not automatically binding on the Court, it is respectfully urged that the Plea Agreement was negotiated in good faith by both parties, who both believed at the time that a three-level reduction for Count One was appropriate.

Pursuant to that good-faith belief, which continues through today, the Government's position concerning the application of 2X1.1 to Mr. McFliker's attempted money laundering count has been consistent as to Mr. McFliker's co-conspirators, John Raffa and Michael Fuller, who have been previously sentenced by this Court, and who received the benefit of the same three-level reduction sought by Mr. McFliker here.

Should the Court agree with the parties that 2X1.1 applies to Count One, and adopts the fraud loss number agreed to by the Government and the defense of $1,019,164.40[5], the Adjusted Offense Level for Group One (predicated on Count One)

---

[5]    Although the Government's Response to Defendant's Objections to the Presentence Investigation Report (Dkt. #112) dated July 13, 2001 references a fraud loss amount for Count Three of $3,351,600, since July, the Government and defense counsel have recalculated loss to $1,019,164.40, which is only a +11 increase to the base offense level for Group II, not the +13 originally urged by the Government.

would be reduced to Level 19, and Group Two's Adjusted Offense Level (predicated on Count Three) would be reduced to Level 17.

Consequently, the Greater Adjusted Offense Level would be Level 19. After application of the Guideline's multiple grouping rules (+2) and "acceptance of responsibility" adjustments (-3), the Total Offense Level for sentencing purposes would be Level 18 (27-33 months), prior to the Court's consideration of the Government's 5K1.1 motion, and the mitigating circumstances described above.

Because of Mr. McFliker's substantial assistance to the Government by providing information to the Government to prosecute individuals and professionals involved in visa fraud in South Florida and elsewhere, the defense respectfully requests that pursuant to the Government's 5K1.1 motion, the Court sentence Mr. McFliker to a period of twelve (12) months home confinement for the following reasons. First, as detailed above, Mr. McFliker has provided substantial assistance to the Government and continues to do so.

Second, Mr. McFliker has made extraordinary restitution of more than a million dollars of repayment to visa clients prior to sentencing. Mr. McFliker's ability to continue his restitution payments depends upon the continued viability of Daytona Aerospace, a surplus aircraft parts distribution business located in Deerfield Beach, Broward County. Mr. McFliker, as will be demonstrated through testimony at the hearing, is the sole person within the Company that has the knowledge, expertise and acumen to run the business and acquire the parts required to generate the revenue necessary for restitution. Without Mr. McFliker's continued operation of Daytona Aerospace as its "key man," it is likely that the company will be unable to operate for

more than a few months. The Company's outside accountant since 1994, Jeffrey S.

Hoshor, observes that among his employees, Mr. McFliker alone is the only one

possessing the unique combination of global contacts and relationships, and pricing

acumen to permit the Company to survive. (*See* Exhibit "I"). In fact, Mr. Hoshor

confirms that Mr. McFliker alone accounts for approximately 70% of the Company's

gross sales, and handles literally all of its purchasing and parts procurement, the lifeblood

of the business.

Because full restitution realistically depends wholly on Mr. McFliker's continued

operation of Daytona Aerospace[6], the defense urges the Court to fashion an appropriate

sentence which would both serve as a just punishment, while at the same time allowing

Mr. McFliker to operate the business, thus preserving Mr. McFliker's ability to make full

restitution; a significant interest in the Government's prosecution of Mr. McFliker.

Taking into account Mr. McFliker's substantial assistance to the Government,

extraordinary restitution and all of the other relevant factors set forth herein above and to

be mentioned at the Sentencing Hearing, undersigned counsel respectfully urges this

Court to Sentence Mr. McFliker to a period of 12 months home confinement, 5 years

probation, 1200 hours community service and full restitution of all appropriate claims.

This sentence will accomplish the purposes of punishment, deterrence, rehabilitation and

restitution.

---

[6]    As the revised PSR reveals, "[t]he payments to the victims will be taken from the net profits or retained earnings of Daytona Aerospace, Inc. and Airspares Network, Inc." (PSR p. 29, ¶ 119). Mr. McFliker's own assets are clearly insufficient to satisfy the anticipated restitution order at the amounts agreed to between the parties. Other than approximately $100,000 in assets which are liquid, his remaining assets are receivables

USA v. McFliker et al.,
Case No.: 00-6181-cr-Huck/Brown
Defendant's Sentencing Memorandum

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by

hand-delivery this 28th day of November, 2001 to: Diana L.W. Fernandez, Esq., Office of the

United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, FL 33394, and

Georgann Stanley, United States Probation Office, 299 E. Broward Blvd., Room 409, Ft.

Lauderdale, FL 33494.

Respectfully submitted,

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
200 E. Broward Boulevard
Suite 1500
Fort Lauderdale, FL  33301
Telephone      (954) 764-6660
Fax               (954) 764-4996

By: _____
      MARC S. NURIK
      Florida Bar No. 272817
      MICHAEL S. POPOK
      Florida Bar No. 44131

and assets from the Company (which require the continued viability of the business) and
the family residence.

**Penny McFliker**
5124 NW 57th Way, Coral Springs, Florida 33067-4031

The Honorable Judge Huck,

I have been married to Henry McFliker for thirty-five years. In all this time, Henry has been a very kind, generous and devoted husband, son, son-in-law, father and most recently, a doting grandfather. Henry has gone out of his way to help his parents, family and friends. Everyone who knows him well knows that "Henry would give you the shirt off his back" if you needed help. In my opinion, he would NEVER intentionally set out to hurt another person. I believe that Henry got himself into trouble by merely trying to help others.

Please keep in mind that Henry's entire family loves him. We know in our hearts that he did not intend to break the law. If you can find it in your heart to be lenient with his sentencing, we'd all be very grateful.

Yours truly,

Penny McFliker



Honorable Paul C. Huck                                                6/20/01
U.S. District Court
Miami, Florida


Your Honor,

Writing a letter on behalf of my father is really quite easy.  The fact of the matter is that he is a wonderful, caring and giving person.  He is an excellent father and teacher.  My whole life he has inspired me and encouraged me to be the best I can be.

By far the two most valuable lessons he gave me were the importance of education and caring for others. Both of which brought me to where I am today, working on the management team in a hospital where I can give back to my community on a daily basis.

Caring and giving to others is the core belief and principle motivator for my dad.  My dad is always ready, willing and able to help others.  Whether it was taking underprivileged kids on outings, working the food drives before Thanksgiving, sponsoring needy families to help them get a home, job, food and clothes or giving my college friends jobs when they graduated, my dad always demonstrated that he would go out of his way to help people.

As a teacher and coach, he always enjoyed teaching me about geography and history.  He would stress the importance of family and strong relationships.  When I was interested in something, he was always my proudest supporter.  He would cut short business trips to accompany me to "Indian Princesses" or fly into town to attend my theatrical debuts.

When I was unsure of myself, he taught me to have confidence and inner-strength.  He encouraged me to reach for the stars and told me that I could do anything and be anything.  With his support I achieved so much.  I loved school and relished learning.  I entered a Miss Teen Contest and won for my speech writing and delivery.  I was consistently on the Honor Roll.  I got into my dream school and made the Dean's List at Northwestern University.  I graduated Phi Beta Kappa from the University of North Carolina in Chapel Hill.  I've had great jobs as a result of who I am and what I learned.  For this, I thank my father.

As an adult, I realize how much dad has influenced my life.  I am outgoing and assertive.  I am confident and reliable.  I am able to balance a demanding job where I work with 800 employees and 463 physicians every day to help the community.  I am now a parent too.

My children mean everything to me.  My family means everything to me.  "Papa," as Justin (2 ½) and Ryan (4 mo.) call him, sees my two boys several times a week.  He plays with them, reads to them, teaches them and just enjoys them.  More than that, they enjoy him.  He is teaching Justin to swim.  When Justin was in the hospital and I couldn't bear to hold him so they could start an IV in a two-year old, "Papa" was there. "Papa" held him.  With tears in his eyes, "Papa" was there.

Dad is always there….for me, my kids, my brothers, my mom, my husband, my grandparents, my uncles and aunts, my friends, my husband's grandmother, and perfect strangers….my dad is always there.  Giving, supporting, helping, caring and trying.

In closing, my dad is one of the most caring people I know.  His heart is in the right place and his intentions are always good.  He thinks of others before himself and worries how to make their lives better.  I know that without him, my life and the things I am most proud of would not be what they are today.

Thank you for your time and consideration.

Sincerely,

Nancy McFliker Teitelbaum

June 20, 2001

Dear Honorable Judge Huck,

As the thirty year old son of Henry McFliker, I can say with pride and admiration that no one has influenced me more than my father. A man of uncompromising standards, strength and commitment, my father is incomparable. To this day, it is hard for me to fathom the obstacles he has overcome. From an impoverished childhood wrought with World War II labor camps, anti-Semitism and hardship, he surmounted the seemingly insurmountable to carve out his niche of the American Dream.

Family and community have always been an integral part of my father's concept of that "dream" and his ideology of success. The individual achievements accomplished by my brother, Todd, my sister, Nancy, and me have always been the source of my father's greatest pride. He has always been and continues to be an indefatigable cheerleader and guidance counselor.  Additionally, he encourages and supports everyone he encounters. Whether sponsoring needy families or creating job opportunities for other people in need, my father is the most generous person I know.

His ceaseless strength of character and conviction has always, and will undoubtedly continue to influence and inspire me.

Sincerely,

Dean McFliker

**Todd David McFliker**
5124 NW 57th Way, Coral Springs, Florida 33067-4031

*My Most Favorite Person in the Whole World*
by Todd McFliker

My father is in trouble with the law? If I didn't witness the judge decide his bail with my own eyes, I would've never believed it. Henry McFliker, my boss, my dad, is a gentle man who has worked his entire life as a business professional, to serve his family.

In my eighteen months at the office, I have learned from watching the man run his global aircraft parts business. Watching the way he can defuse an irate customer over the telephone, always honest and realistic, the boss has earned the respect of every individual in the office. Despite needing the manpower, my father has graciously allowed me the time off of work to chase my own dream of journalism.

At home, my pop has always been a loving soul and teacher, whether he was practicing soccer when I was a kid, discussing safe sex with me in high school, or explaining the stock-market crash for a college term-paper in Advanced Expository Writing class. Caring for those less fortunate, and trying to lend a hand, my boss opened up our home to a friend of mine in his early teens who had been booted from his own family nine years ago. My dad lives to smother either of his two grandsons with kisses, while he and the 2-year-old both enjoy watching cartoons, or having a swimming lesson in the pool.

People make mistakes. We have all chosen the wrong path at some point in our lives. Henry McFliker made a blunder. He has been in turmoil, not sleeping at night, since the day he got into trouble. In my heart, I know that my most favorite person in the world made a monumental mistake that he'll never be able in forgive himself for. In my head, I honestly believe that my dad messed up because he was trying to help others with their unfortunate situations.

Sincerely,

-Todd David McFliker

June 19, 2001

Judge Paul Huck
U.S. Districk Court Judge
99 N.E. 4 th Street
Miami, FL 33132

I am writing to you concerning my Uncle, **Henry McFliker**. It is most important to share with you some of our family background. Being the youngest of the Adleman-McFliker Family, I was always the one to spend the most time with my Uncle. Uncle Henry is a giving and committed family person. He takes great pride in his heritage and gains strength, in time of need, from the Judaic background that is so very dear to him.

I must tell you that he has and always will be a very important member of this family.

Judge Huck, I ask you to please consider Henry McFliker for the kindness in his heart and the person that he truly is.

Most sincerely,

**Brent Adleman**
**20100 North 78th Place  #20100**
**Scottsdale, AZ  85255**



The UNIVERSITY
of WINNIPEG

WINNIPEG EDUCATION CENTRE
BACHELOR OF EDUCATION PROGRAM

June 20, 2001

Honorable Paul C. Huck
United States District Court
Miami, Florida

Your Honor,

I am writing on behalf of my brother-in-law Henry McFliker. I have known Henry for almost forty years from his humble start as a recent immigrant to Canada to the successful businessman that he became in the United States. In all that time with the ups and down of business and life Henry has remained one of my most admired people that it has been my good fortune to know.

Henry is an unique individual. He is kind, loving and compassionate as well as brilliant in business. He does not let one override the other. Family and friends always come first. I believe this is due to his own family being virtually wiped out in the Second World War. His parents were survivors of the camps and the bond they instilled in Henry and his sister for family is all important to them. His caring and generosity is not just for his immediate family. As Henry became more successful in business he helped many friends in financial need. He always has had a big heart and tries to do what is right and good.

Henry has come to my aid on more than one occasion. When I was a young man of twenty-three I got into a financial disaster and did not see how I could overcome my debt load. Henry came to me and offered to pay off my credit card debts on the one condition that I cut the cards up in front of him and pay cash until I got my finances in order. It was Henry and my sister who encouraged me to take my doctoral studies and Henry covered the cost of my tuition. I am where I am today thanks to his generosity and support.

Henry married my sister Penny thirty-five years ago. He has always been a wonderful husband and a loving father to their three children - Nancy, Dean, and Todd. Now he is a very proud and loving grandfather to Justin and Ryan. Henry was a devoted and loving son to his parents and his father-in-law who are all sadly deceased. My mother - Henry's mother-in-law - is a special person to him. He calls her very often as he did his own mother just to hear her voice and cheer her up.

I know in my heart that Henry McFliker is a good man and I am honored to call him brother and friend.

Sincerely,

*Philip Baker*

Philip Baker, Instructor/Faculty Advisor, Bachelor of Education Program, UWEC

15 CHESTER STREET, WINNIPEG, MANITOBA, CANADA, R2L 1W6
TEL: (204) 668-8160                          FAX:(204) 663-8857



June 21, 2001

Honorable Paul C. Huck
United States District Court
Miami, Florida


Your Honor,

Your Honor is obliged to pronounce sentence on one Henry McFliker
this mid-July. Doubtlessly, your honor will diligently weigh many
pertinent factors prior to doling out perceived justice. It would
behoove you to countenance but another offering from one who knows
Henry McFliker quite intimately and for the better part of the last
decade. As I do not suffer fools gladly, I am particularly
discriminating as to the character of my associations.

Henry is known to and by me as a soft hearted, generous man of
admirable stature. He has accomplished what few others can boast;
an enduring marriage to a saintly lady for his entire adult life.
His three children are all professionals who rightly adore their
doting father. In an effort to jump-start Henry's fledgling
airplane parts business, still in its infancy, I have personally
loaned Henry money. He was both gracious and expeditious in the
full satisfaction of those loans. I hasten to add, that Henry has
reciprocally lent me money. Incidentally, not that it should be a
concern to the Court, but all indebtedness has been reconciled.

Henry is a European immigrant who came to us via Canada. Best said
by Emma Lazarus, it is owing to the mind-set of an immigrant that
perhaps cajoled Henry to go the extra mile to facilitate entrance.
To be sure, most of these immigrants hold Henry's endeavors in high
esteem and as with the silent majority, are silently appreciative.

Henry's business employs many good people. The success of that
business requires Henry's unencumbered participation on a daily
basis. It is, as this Court can appreciate, a most complex business
that demands hourly decisions of the greatest import. In the
absence of that stewardship, irreparable harm would most assuredly
result, with unintended consequences to many families and vendors.

I summation, Henry is a chastened man. He has already suffered much
cost, and embarrassment. He confided in me long ago, that he will
be forthcoming and cooperative with Immigration. I personally
beseech this Court when metering out a measure of justice, temper
that wrath with but two measures of deserved mercy. I ask for
meritorious consideration for a good man that I have come to love.

Respectfully,

*Marty Teitelbaum*

Marty Teitelbaum. CLTC
MT/sk

ASHELY WRIGHT
2214 PARKLAND WAY
NORMAN, OK  73069

Honorable Paul C. Huck
United States District Court
Miami, Florida

Your Honor:

I am Henry McFliker's goddaughter and have known he and his family all of my life.  He has always impressed me with his hard work ethic and energy level.  Many times throughout his life many a person would have given up, he has always worked hard and his character is amazing.  He and his wife, Penny are a very special part of my life.  I will always look up to him and admire all of his accomplishments.

Sincerely,

Ashley Wright

TANNER WRIGHT
2214 PARKLAND WAY
NORMAN, OK. 73069

Honorable Paul C. Huck
United States District Court
Miami, Florida

Your Honor:

Henry McFliker is my godfather and I have known him all of my life.  I am 18 years
old and Henry has been a major influence on my life.  He his a very hard worker and
always willing to help me in anyway.  I have always looked up to him and will
continue to admire all of his accomplishments, both professionally and personally.

Sincerely,

Tanner Wright

## DOCTOR OF CHIROPRACTIC
### SPECIALIZING IN APPLIED KINESIOLOGY



DR. JAY A. HAMMER, P.C.

328 Fourteenth St., N.W.
Atlanta, Georgia 30318-5363
(404) 872-8779

June 4, 2001

The Honorable Paul C. Huck
Justice, United States District Court
Miami, FL

Re:  Henry McFliker

Dear Judge Huck:

I have known Henry McFliker as a patient and later as a friend for the past three years.  I have seen him intimately in my office, his place of business, and socially with his family in their home.  My wife Meryl and I have been apprised of some of his problems.  I can honestly and professionally say that we have never noticed one instance, one moment, of irregularity or impropriety with Henry McFliker.

If there is anything I can do to help, please feel free to contact me.

Sincerely,

Dr. Jay A. Hammer



# RHEUMATOLOGY ASSOCIATES
of South Florida

**Ira Pardo, M.D., F.A.C.R.**
**Joseph Z. Forstot, M.D., F.A.C.P., F.A.C.R.**
**Shawn Baca, M.D., F.A.C.R.**
**Richard A. Cappiello, M.D., F.A.C.R.**
**David Alboukrek, M.D., F.A.C.R.**

*All Physicians Are Board Certified in
Internal Medicine and Rheumatology*

**ARTHRITIS DIAGNOSIS
AND TREATMENT CENTER**

**Boca Raton**
*Boca Raton Medical Plaza
1050 N.W. 15th Street, Suite 212A
Boca Raton, Florida 33486
561-368-5611*

**Delray Beach**
*5162 Linton Blvd., Suite 101
Delray Beach, Florida 33484
561-498-1114*

**Boynton Beach**
*2828 S. Seacrest Blvd., Suite 103
Boynton Beach, Florida 33435
561-737-1947*

**OSTEOPOROSIS DIAGNOSTIC
AND TREATMENT CENTER**

*Boca Raton Medical Plaza
1050 N.W. 15th Street, Suite 208A
Boca Raton, Florida 33486
561-368-9776*

**Nancy Pankhurst**
*Research Coordinator
561-361-6547*

June 22, 2001

Honorable Paul C. Huck
United States District Court
Miami, Florida

RE:  Henry McFlicker

Your Honor:

Mr. McFlicker has been my patient and personal friend for fifteen years.  From my observations Henry is very close to his family and is an excellent husband, father, and grandfather.

I have always admired his integrity, honor, and exceptional character.  I feel he is a major asset to the community.

Sincerely Yours,

Ira Pardo, M.D.



**P VETERINARY RODUCTIVITY** INC.
Consultants For The Life You Deserve

The Honorable Paul C. Huck
Unites States District Court
Miami Florida

June 25, 2001

Your Honor,

Henry McFliker has been both a friend and a business associate for some fifteen years.
I have never known him to act in a manner that would discredit his reputation or that of
his many friends and associates in any way. His honesty or lack thereof has never been
questioned in my presence.

He has never dealt with me unfairly or to any purpose that would suggest that his
integrity should be questioned. He is a proud parent and grandparent. To the best of my
knowledge, he is a responsible member of our community.

Sincerely,

Gerald M. Snyder VMD

17094-1 Boca Club Blvd. • Boca Raton, FL 33487-1225 • Phone: 800-292-7995 & 561-289-1228 • Fax: 561-989-8558 • Email: vethelp@gate.net

June 19, 2001

Robin Jennifer Adleman
Phoenix, Arizona

The Honorable Paul C. Huck
United States District Court
    for the
Southern District of Florida

Dear Judge Huck:

I wish to address this Court on behalf of my uncle, Henry McFliker.    Henry McFliker is a very
kind and charitable individual.  All those who know him feel comfort and warmth in his
presence.  He is completely devoted to his family, and I am honored to have him in my life.

As a prosecutor myself, I have truly struggled to somehow explain this situation.  Henry does not
possess any criminal mindset.  This behavior is completely out of character for him and this
family.  However, the fact remains that Henry has made mistakes and poor choices  I would
like this Court to know that Henry is truly sorry for his actions and the embarrassment he has
brought to his family.  He accepts full responsibility and is absolutely determined to repay all
the restitution.  Henry wishes to make full amends.  I am confident and certain he will make full
repayment and once again be a productive and charitable member of our society.

Judge Huck, I would like you to know that Henry has a very loving and supportive family.  We
will continue to support him and help him to get back on the right path.  He will never be alone
in this endeavor.

Please take all the above into consideration when you are contemplating his sentence.  There is
no liklihood that Henry will ever reoffend, and he certainly is not a danger to society.  Although
Henry is ready to accept the consequences of his actions, incarceration of any kind is counter
productive in this case.  Please allow him the opportunity to continue to work so that he may
fulfill his obligations to all the concerned parties.

Thank you for your time and consideration in this matter.

Respectfully submitted,

Robin Adleman

ATTACHMENT / EXHIBIT _____



June 20, 2001

Judge Paul Huck
U.S. District Court Judge
99 N.E. 4th St.
Miami, Florida 33132

**Re: Henry McFliker**

Dear Judge Huck,

My name is Bellarri Adleman and I am taking the liberty of writing to
you regarding my brother Henry McFliker.

This is my best opportunity to help you better know the Henry McFliker
I know and love and of course, grew up with.

My brother is a good and decent person. He is a very devoted father, a
proud grandfather and a caring husband. He is a loving and most supportive
brother to me, and to our parents a loving son who treasures and respects
their memory.

Henry is now going thru personal torment. He regrets what
has happened, not just because of the consequences, but because it is
contrary to all that he believes in and values.

The Henry McFliker that I know is a charitable, good-hearted,
kind spirited individual who has and will continue to be a productive
member of society.

Judge Huck, please take all the above into consideration
when you are imposing your sentence. Please allow Henry
to redeem himself in the eyes of this court and once again
become a lawful, productive and charitable member of our society.

Respectfully,

Bellarri Adleman

ATTACHMENT / EXHIBIT ___C___

7400 E. McDonald Drive
Suite #110
Scottsdale, Arizona 85250
USA

480-609-8777 Phone
480-609-8822 Fax
1-800-255-0192 Toll Free
E-mail: bellarri@aol.com

June 20, 2001

Dear Judge Huck,

My name is Jay Adleman. I am writing this letter in regard to my uncle, Henry McFliker, who is awaiting sentencing in your Court. On behalf of my entire family, I want to thank you for your careful consideration of Henry's case.

Judge, please take into consideration that my uncle is extremely remorseful for his involvement in this matter. He understands that what he did was wrong, and he wants this Court to understand that he is sorry for his actions. He apologizes to this Court, to the United States government, and to his family.

I have known my uncle for my entire life. Judge Huck, I can sincerely state that he has been a productive and compassionate member of society. He has been a loving uncle to me, as well as for my brother and sister. He is extremely family-oriented, and I know that he is very close to his sister, Bellarri Adleman (my mother).

As an individual who is involved in law enforcement, I am very appreciative of your careful consideration in this case. Please know that my uncle has strong family support in his efforts to once again become a productive, upstanding member in our society.

Sincerely,

Jay Adleman



BOARD OF RABBIS
RABBI SAMUEL BLACKER
RABBI FINLEY M. BUKAITZ
RABBI SOLOMON DUBIN
RABBI MICHAEL RAAB
RABBI LARRY SCHUVAL

DAVID SCHNITZER
DIRECTOR OF DEVELOPMENT

UDI MANOR
EXECUTIVE DIRECTOR

RICHARD WINE
PRESIDENT

RABBI DR. EMMET ALLEN FRANK
(1923-1987)
IN MEMORIA

RABBI DR. JOSEPH H. GELBERMAN
HONORARY RABBI

CANTOR LAWRENCE GOLDBERG
HONORARY CANTOR

RABBI LORING JETHRO FRANK
SPIRITUAL LEADER

AFFILIATED ORGANIZATIONS

ALL PEOPLES SYNAGOGUE BROWARD, FL

ALL PEOPLES SYNAGOGUE PALM BEACH, FL

ALL PEOPLES SYNAGOGUE TUSTON, AZ

FLORIDA ACADEMY INSTITUTE of RABBINICAL STUDIES

FLORIDA ACADEMY INSTITUTE of RELIGION

HAVURAH SHALOM

INTERNATIONAL AFFILIATION for INTERFAITH UNDERSTANDING

INTERNATIONAL UNION for JEWISH CONTINUITY

MAZEL HOUSE

MITZVAH HOUSE

RABBINICAL REFERRAL SERVICES

**ALL   PEOPLES   SYNAGOGUE**

בית כנסת כל העמים

"An Outreach Synagogue Dedicated to Serving All"

"Since 1972"

7455 COLLINS AVENUE, MIAMI BEACH, FL 33141-2713

| Dade | Broward | Palm Beach | National |
|------|---------|------------|----------|
| (305) 861-5554 | (954) 796-0409 | (561) 395-8979 | (877) 4A RABBI |

Fax: (305) 868-3883   E-Mail: aps7455@bellsouth.net   www.Rabbionline.com

October 20, 2001

The Honorable Justice Paul C. Huck
United States District Court
Miami, Florida

Re: Letter of Recommendation for: HENRY Mc FLICKER

Dear Honorable Judge Huck,

I pray this finds you well, in the best of spirits, and receptive to reading and learning more about our fellow congregant and good friend, Mr. Henry McFlicker, who is scheduled to appear before you.

Henry and his dear family have been active, supportive, and very charitable in aiding the ongoing viability of our synagogue and our Jewish community.

Recently, Henry was officially recognized and granted a "certificate of service" with appreciation and respect from our synagogue, for his involvement and deeds of loving kindness towards others. We refer to Henry as a "ma-ah-seem toveem"; a doer of good deeds.

ATTACHMENT / EXHIBIT _E_

"My house shall be called a house of prayer for all peoples sayeth the Lord, God"        Isaiah 56.7

This past month I had the privilege of leading our congregation in prayers, of which Henry participated, at High Holy Day Worship Services, held in the Parker Playhouse in Fort Lauderdale.

These services, at the dawn of our New Year, bring all peoples together in the spirit of love, unity, atonement, and forgiveness. In particular, we emphasize that although one may have wronged another we are encouraged to open our hearts and minds in the spirit of forgiveness.

Dear Honorable Judge Huck, I entreat you to look favorably and compassionately upon Mr. Henry McFlicker, who we rely on and need in the ongoing viability of our synagogue.

Our congregation humbly prays that God grants you the wisdom, insight, and courage to be especially merciful upon Henry McFlicker so he may continue his humanitarian efforts in our community and be a source of strength to his family and our congregation.

May God bless you with health, happiness, prosperity, and peace.

Faithfully yours,

Rabbi Frank

*"My house shall be called a house of prayer for all peoples sayeth the Lord, God"*    *Isaiah 56.7*

# Lancaster Aviation Inc.

2405 Drew Road,
Mississauga, Ontario, Canada
L5S 1A1

Telephone:    905-673-0353
Fax:          905-673-8389
EMail:        spares707@aol.com

Honorable Paul C. Huck
United States District Court,
Miami, Florida

Your Honor:

### RE: Henry McFliker

Lancaster Aviation was awarded a contract by the Canadian Governement to act as
asset recovery managers for their aircraft parts inventory. We began doing business
with Mr. McFliker approximately 3 years ago. During this time, we have come to know
him quite well on a professional level and we have no hesitation in writing to you on his
behalf.

During the course of our business relationship with Mr. McFliker, we have always found
him to be of great character. He is dedicated to his work and has demonstrated integrity
and honesty at all times.

Having had the opportunity to interact with him on a day-to-day basis, he has displayed
tremendous concern and kindness for others, especially, but not limited to, his
employees and business associates.

Respectfully,
LANCASTER AVIATION, INC.

Peter Dubeau - President

ATTACHMENT / EXHIBIT ⎰_____



# JACK A. KRAVITZ, M.D.                    GREGG A. SHERMAN, M.D.

## BOARD CERTIFIED FAMILY MEDICINE

September 17, 2001

RE:   HENRY McFLIKER
DOB:  10/8/45

To Whom It May Concern:

I have been Mr. McFliker's family physician since 8/30/01.  He is a 55-year-old gentleman with multiple medical problems which we are currently managing.  His medical history consists of:

1.    Hypertension.
2.    Diabetes mellitus, type 2.
3.    Hyperlipidemia.
4.    Coronary artery disease, S/P angioplasty in 1995.
5.    Melanoma skin cancer recently diagnosed by biopsy;  surgical excision is pending at this time.

The patient's medications include the following:

1.    Atenolol 25 mg daily.
2.    HCTZ 25 mg daily.
3.    Lipitor 10 mg daily.
4.    Aspirin 325 mg daily.
5.    Multiple vitamins.

Due to his multiple medical problems, Mr. McFliker requires close routine follow up to monitor the underlying disease processes and the various medications which are required to treat these diseases.

If you have any specific questions, we may be contacted with the authorization of Mr. McFliker.

Sincerely,

Gregg A. Sherman, MD
GAS:jg

ATTACHMENT / EXHIBIT ___

5800 Colonial Drive • Suite 403 • Margate, FL 33063 • (954) 977-4101



**Integrative Heart Care**

SETH J. BAUM, M.D., F.A.C.C.
Diplomate American Board of Clinical Cardiac Electrophysiology
Diplomate American Board of Cardiovascular Disease
Diplomate American Board of Internal Medicine

June 25, 2001

Honorable Paul C. Huck
United States District Court
Miami, FL

Dear Judge Huck:

I have been caring for Mr. McFlicker since March of 1996. At that time he had a significant right coronary stenosis and I performed a single vessel angioplasty. His last visit with me was 5/24/01.

He is currently on numerous medications, including Altace, Tenormin, Lipitor, aspirin and a high-dose multivitamin/multimineral supplement. He is overweight and needs to continue to exercise and to employ all strategies for risk factor modification. He obviously needs continued observation and care with regard to risk factor modification such as limiting hypertension and decreasing weight.

If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,

Seth J. Baum, M.D., F.A.C.C.

SJB/ap

JOHN W. HENRY CENTER FOR INTEGRATIVE MEDICINE
MIND/BODY MEDICAL INSTITUTE AT BOCA RATON
BOCA RATON COMMUNITY HOSPITAL

Seth J. Baum, M.D., F.A.C.C.                                              Marcia A. Gill, R.N., M.H.M.
Medical Director                                                          Administrative Director

Honorable Paul C. Huck
United States District Court
Miami, FL

Your Honor,

Mr. Henry McFliker was referred to me by Dr. Seth Baum to begin a cardiac rehabilitation program. After undergoing an angioplasty, Dr. Baum strongly urged Mr. McFliker to participate in an exercise program to prevent a repeat procedure and possible myocardial infarction. I have been working with Mr. McFliker three times per week for the past four years. After consulting with Dr. Baum, it is in the best interest of Mr. McFliker to continue his program in order to keep his blood pressure and cholesterol under control.

Over the course of his therapy, I have come to know Mr. McFliker on a personal level. He is a person with good character and morals. He is a very caring person who treats his friends and employees as if they were family. If you need to discuss anything in regard to Mr. McFliker please feel free to contact me.

Sincerely,

Shaun O'Hare

Shaun E. O'Hare, M.Ed., C.P.T.
Exercise Physiologist

*Settimio & Giovina Nusca    Via Alberto Mario 27, Roma 00152, Italy*
*Phone: 011-06-58332535*

Honorable Paul C. Huck
United States District Court,
Miami, Fl.

Your Honor,

Recently, we received a letter that was addressed to us as so-called "victims" and asking us to respond, which is the reason for this letter.

During the span of my life to date, I have been an employer to numerous persons as well as an investor in many ventures.  One of the investment was that of aircraft parts with a company called Airspares Network.   The opportunity appealed to us so my wife and I flew to Florida, met with Mr. McFliker and ironed out all the details and decided to become investors.

Needless to say, whenever one decides to invest or to enter into any venture, there is always the possibility of risk as is evident in drilling for oil, investing in pork bellies and mutual funds, to name a few.

In our humble opinion, we do not consider ourselves "victims" and would further like to state that we do intend to keep our investment in Boeing aircraft parts, keeping in mind the potential to earn a good return.

We have invested a total of $140,000 and we have come to realize that the market value is approximately $350,000.

In closing, we would like to state that we have enjoyed a positive working relationship with Mr. McFliker, who has always been honest and direct with us and we intend to continue our business relationship wiht him indefinitely.  Please feel free to contact us for any further information you may require.

Regards,

Settimio & Giovina Nusca

ATTACHMENT / EXHIBIT

June 20, 2001

To:  The Honorable Paul C. Huck
     United States District Court
     Southern District of Florida
     303 North Miami Avenue
     Miami, Florida

From: Dr. Marc Franco, Cape Town, South Africa

Re:   United States v. McFlicker

Dear Judge Huck:

    I have been contacted by the United States Department of Justice, (Diana L. W.
Fernandez, Assistant U.S. Attorney) regarding my business relationship with Mr. Henry
McFlicker. In addition, Mr. McFlicker requested that I contact and advise the Court of my
business relationship with Mr. McFlicker and Airpares Network, Inc.
    I currently own Royal Enterprises, Inc. (hereinafter referred to as "Royal"). The purpose
of Royal's business is the acquisition and resale of airplane parts. Royal purchases parts from
Airspares Network, Inc. and then resells these parts. As the owner of Royal I am satisfied with
the relationship it has had with Mr. McFlicker and Airspares Network, Inc. and I intend to
continue doing business with Mr. McFlicker and Airspares. Royal will not be seeking restitution
through the Court at this time.
    I thank both the United States Attorney and this Honorable Court for its inquiry. If I may
be of any further assistance, please do not hesitate to contact my attorney in the United States,
Timothy McCabe, c/o Magias, McCabe & Samiljan, 2135 South Congress Avenue, Suite #3C,
West Palm Beach, Florida 33406, (561) 969-3344.

Sincerely,

_____
Dr. March Franco

cc:   Mr. Henry McFlicker
      Mr. Timothy McCabe
      Diana L. W. Fernandez
      Susan Snook

June 20, 2001

Honorable Judge Paul C. Huck
United States District court
Miami, Florida

Re: Henry McFliker

Dear Judge Huck,

I have made investments via Mr. McFliker in the U.S. by purchasing Boeing Aircraft spare parts. I am also an investor in other markets

My investments via Mr. McFliker were made with no arm twisting. I am planning to remain invested in that business in the USA and work with Mr. McFliker in the future

Yours very truly

R. LALIBERTE, M.D.

René Laliberte m.d.
17 Wick Crescent
Gloucester, Ontario
K1J 7H1

# S.H. HOSHOR

*Certified Public Accountant*

Member
American Institute of
Certified Public Accountants

7464 Wentworth Drive
Lake Worth, FL 33467
(561) 969-9201   FAX (561) 642-4257

Member
Florida Institute of
Certified Public Accountants

Honorable Paul C. Huck
United States District Court
Miami, Florida

## RE: HENRY MCFLIKER/AIRSPARES NETWORK/DAYTONA AEROSPACE

Your Honor

    I have been the accountant for both Airspares Network and Daytona Aerospace since their inception in 1994. I have also been Mr. Mcfliker's accountant for the past ten years. During this time, I have seen the business operation, activities and sales in detail. The primary business for both corporations is to provide new and refurbished parts used in older aircraft, such as Boeing 720's, 707's and 727's. In many cases, the parts required are not easily available in the marketplace, nor are they being manufactured or stocked by Boeing.

    Through years of experience and knowledge of the industry, Mr. Mcfliker has had unique success in locating Boeing spare parts on a worldwide basis. He has purchased and continues to purchase, through Airspares Network and Daytona Aerospace, parts locally and from countries such as Britain, Belgium, Luxembourg, Ireland, Israel, Canada, India, South Africa, Pakistan, Jordan, Germany, Costa Rica and Australia. The continued procurement of these parts is due in whole to Mr. Mcfliker's relationship with different companies. It is because of his domestic and international contacts that the company has been able to achieve strong revenue growth. Mr. Mcfliker accounts for about seventy percent of the gross sales and handles all purchasing and procurement of parts.

    It is my professional opinion that the businesses will suffer immense losses and might not survive if Mr. Mcfliker cannot perform his services for Airspares Network or Daytona Aerospace. This in turn will result in significant hardship for the employees and families who depend on their jobs for their survival. I would be happy to confirm this in person, should you so require.

Sincerely,

Jeffrey S. Hoshor
Senior Accountant

ATTACHMENT / EXHIBIT