SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by____ D.C.
NOV 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

CASE # __00-6181-CR-Huck__

DEFENDANT __00-6181__        JUDGE __PAUL C. HUCK__
Deputy Clerk __Elvis Taveras__   DATE __11/29/01 - 5:00__
Court Reporter __Larry Herr__   USPO _____
AUSA __Diana Fernandez__   Deft's Counsel __Mark Nurik, Esq.__

COUNTS DISMISSED _____
____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/ /__ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | / | |
| | | / | |
| | | / | |

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 5 | | 1, 2, 3 |

Comments __Condition of 12 months Home Confinement. The defendant is allowed to work 12 hours a day, seven days a week.__

Assessment $ __300.00__           Fine $ __0__
Restitution /Other __$1,716,259.65__

### CUSTODY
____ Remanded to the Custody of the U.S. Marshal Service   ____ Release on bond pending appeal
____ Voluntary Surrender to (designated institution or U.S. Marshal Service) on __/ /__

Commitment Recommendation: __The parties will submit a stipulation with a payment schedule. The deft. is to serve 1750 hours of community service__