UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-Cr-HUCK(S)

00 - 6181-CR

NIGHT BOX
FILED

OCT 03 2001

CLARENCE MADDOX
CLERK  USDC / SDFL / MIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

HENRY HARRY MCFLIKER,
        Defendant.
_____/

## JOINT MOTION TO CONTINUE
## SENTENCING AND RESTITUTION HEARING

The United States of America, through its undersigned Assistant United States Attorney and counsel for the defendant, Marc Nurik, Esquire, file this joint motion for a continuance of the sentencing of the defendant for two months for the following reasons.

1.    The defendant is presently scheduled to be sentenced and a restitution hearing to be held at 4:45 p.m. on October 10, 2001.

2.    The government and defense counsel have been working diligently since the last scheduled sentencing date in order to complete the investigation concerning fraud loss for purposes of the guideline calculation as well as attempting to determine the amount of restitution for which the defendant should be held responsible.

3.    Due to the terrorist attacks on the World Trade Center and the Pentagon on September 11, 2001, the case agent assigned to this matter has become unavailable for at least one month. The case agent's assistance is necessary for the completion of follow-up interviews with a number of the victims which will have a direct impact on both the guidelines as well as the restitution in this matter.

4. Both counsel for the government as well as the defendant need the victim interviews to be completed in order to attempt to resolve the outstanding issues on fraud loss and restitution. It is anticipated that with the additional time being requested, the government and the defendant will be able to come to an agreement on these issues or at the minimum, define the very few remaining issues for the Court succinctly.

5. Another result of the terrorist attack has also been an increased difficulty in air travel. Since this sentencing/restitution hearing is likely to involve air travel, including overseas travel, for a number of the victims, this additional delay will allow some time for the air travel schedules to become more normalized.

WHEREFORE, for the foregoing reasons, the government and counsel for the defendant respectfully request that the sentencing of defendant McFliker be continued for two months.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DIANA L.W. FERNANDEZ
Assistant United States Attorney
Court ID #: A5500017
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

_____
MARC S. NURIK
Counsel for Henry Harry McFliker
Florida Bar No. 27817
Ruden, McClosky, Smith, Schuster & Russell
Attorneys for Defendant
15th Floor, 200 East Broward Blvd.
Fort Lauderdale, FL 33302
(954) 764-6660; Fax: (954) 764-4996