UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6181-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HENRY HARRY MCFLIKER,

        Defendant.
_____/

NIGHT BOX FILED
DEC 31 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## GOVERNMENT'S MOTION CONCERNING REPAYMENT OF RESTITUTION AND PROPOSED ORDER

The United States of America, through its undersigned Assistant United States Attorney, files this motion concerning the repayment of restitution in this matter.

1. On November 29, 2001, the Court imposed restitution in this case in the amount of $1,716,259.65, to be distributed to a total of thirty-one victims.

2. Pursuant to the Court's Order, the government has prepared the attached restitution payment schedule. The government and the defendant have agreed that the defendant will pay into the Clerk's Office for restitution no less than $40,000 each month until the restitution is satisfied.

3. As contained on this payment schedule, the government recommends that six victims be paid immediately: Alvarado, Durao, Shohabuddin Junejo, Khan, Kovatchev, and Sippli. These include

those individuals who are owed lessor amounts. This would reduce the victims being paid each month, thereby lessening the administration of the payments.

4. As to the remaining victims, the government has attached a schedule which accounts for the amounts which had previously been paid by the defendant to certain victims and attempts to repay the remaining amounts in equitable percentages. It should be noted that just prior to sentence being imposed, the defendant paid victim Doerwald an additional $37,000 in restitution and since that time, another $5,000; both these payments have been taken into account on the attached schedule.

5. As to victims Doerwald, Rodriguez, Van Der Merwe, and Van Maanen, their restitution is dependant upon their return of aircraft parts to the defendant. Inventories of those respective parts, except for Doerwald,[1] is attached and confirmation of their return shall be given by counsel for defendant to the Clerk's Office prior to restitution payments to these four individuals. Should any of the aircraft parts not be returned, the restitution for that individual should be reduced by the amount of the cost of the item plus freight as contained on the respective inventories.

6. As to victim Doerwald, just prior to sentencing of the defendant, the defendant reached a settlement with Doerwald which

---

[1] The inventory for Doerwald will have to be provided by defense counsel.

calls for the payment of $5,000 monthly to this victim. Since this amount exceeds the proposed repayment schedule, which the government believes is fair to all victims, the government opposes the additional amount. Defense counsel will be requesting, through a separate pleading, a brief hearing on this one issue prior to the entry of an Order on the repayment schedule, where counsel for Doerwald could be allowed an opportunity to address this issue.

Respectfully submitted,

GUY E. LEWIS
UNITED STATES ATTORNEY

BY: *[signature]*
DIANA L.W. FERNANDEZ
Assistant United States Attorney
Court Id # A5500017
500 East. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone:(954) 356-7392
Fax:   (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 31st day of December, 2001, to:

Mark Nurik, Esquire
P.O. Box 1900
Fort Lauderdale, FL 33302-1900

Michael S. Popok, Esquire
Schuster & Russell, P.A.
701 Brickell Avenue, Suite 1900
Miami, FL 33131

James M. Henderson, Esq.
1499 W. Palmetto Park Road
Suite 208
Boca Raton, FL 33486
(Attorney for Bruno Doerwald)

Steven K. Hunter
66 West Flagler Street
9th Floor, Concord Building
Miami, FL 33130
(Attorney for Lovemore Mbigi)

Rehan N. Khawaja
817 North Main Street
Jacksonville, FL 32202
(Attorney for Munir Ahmad and Augusto Rodriguez)

_____
DIANA L.W. FERNANDEZ
Assistant United States Attorney

PROPOSED RESTITUTION PLAN FOR HENRY McFLIKER CONTEMPLATES PAYMENTS OVER 42 MONTHS, WITH THE PAYMENTS FOR MONTHS #1 THROUGH #41 AT $40,000.00. THE 42nd AND LAST PAYMENT IS $34,259.65. THOSE PERSONS OWED LESS THAN $15,000.00 WOULD RECEIVE THEIR PAYMENTS IN FULL AT THE TIME OF THE FIRST PAYMENT. THIS WILL DECREASE THE NUMBER OF THOSE RECEIVING LONG-TERM MONTHLY PAYMENTS FROM 29 TO 23 INDIVIDUALS.

| SUBJECT | RESTI-TUTION | POST-4/13/00 PAYMENTS | NET % | MONTHLY REPAYMENT SCHEDULE ||| 
|---|---|---|---|---|---|---|
| | | | | MO. #1 | MOS. #2-41 | MO. #42 |
| AHMAD | 41,000.00 | | .02496 | 205.95 | 998.40 | 858.05 |
| ALVARADO | 2,000.00 ** | 10,000.00 | | 2,000.00 | | |
| ARANGO | 47,800.00 | 1,000.00 | .02910 | 239.35 | 1,164.00 | 1,000.65 |
| BAZZICHELLI | 44,185.80 | 1,814.20 | .02690 | 221.25 | 1,076.00 | 924.55 |
| BRERETON | 43,400.00 | 13,200.00 | .02642 | 217.30 | 1,056.80 | 910.70 |
| CLAROS | 30,300.00 | 20,000.00 | .01845 | 151.75 | 738.00 | 628.25 |
| DEVILLIERS, et al. | 18,090.50 | | .01101 | 90.50 | 440.40 | 384.00 |
| DOAN | 39,400.00 | 6,500.00 | .02399 | 197.30 | 959.60 | 818.70 |
| DOERWALD | 115,827.16 * | 44,714.13 *** | .07052 | 580.00 | 2,820.80 | 2,415.16 |
| DURAO | 6,181.00 ** | 4,958.00 | | 6,181.00 | | |
| FLATMAN | 22,900.00 | 4,000.00 | .01394 | 114.65 | 557.60 | 481.35 |
| GUAQUETA | 31,960.96 | | .01946 | 160.05 | 778.40 | 664.91 |
| JUNEJO, Ghiasuddin | 40,880.00 | 8,000.00 | .02489 | 204.70 | 995.60 | 851.30 |
| JUNEJO, Shohabuddin | 4,400.00 ** | | | 4,400.00 | | |
| KHAN | 5,200.00 ** | 49,500.00 | | 5,200.00 | | |
| KOVATCHEV | 2,500.00 ** | | | 2,500.00 | | |
| LEIGHTON | 26,848.02 | 18,292.00 | .01630 | 134.00 | 652.00 | 634.02 |
| LIBERTADOR | 91,478.50 | 5,000.00 | .05569 | 458.00 | 2,227.60 | 1,916.50 |
| LUU, Catherine | 47,850.00 | 7,000.00 | .02913 | 239.55 | 1,165.20 | 1,002.45 |
| LUU, Claudine | 48,950.00 | 8,400.00 | .02980 | 245.10 | 1,192.00 | 1,024.90 |
| MAHBOOB | 45,215.91 | 6,500.00 | .02750 | 226.15 | 1,100.00 | 989.76 |
| MBIGI | 615,683.58 | 111,905.68 | .37485 | 3,083.05 | 14,994.00 | 12,840.53 |
| NIETO | 59,000.00 | 25,000.00 | .03592 | 295.40 | 1,436.80 | 1,232.60 |
| OTTO | 16,221.41 | 2,490.00 | .00999 | 82.15 | 399.60 | 155.26 |
| TARIQ | 18,450.00 | | .01123 | 92.30 | 449.20 | 389.70 |
| RODRIGUEZ | 33,286.00 * | 5,550.00 | .02025 | 166.50 | 810.00 | 719.50 |
| SIPPLI | 11,494.00 ** | 503.00 | | 11,494.00 | | |
| VAN DER MERWE | 107,106.81 * | 310.84 | .06521 | 536.35 | 2,608.40 | 2,234.46 |
| VAN MAANEN | 56,650.00 * | 3,000.00 | .03449 | 283.65 | 1,379.60 | 1,182.35 |
| TOTAL | 1,674,259.65 | 357,763.85 | 1.00000 | 40,000.00 | 40,000.00 | 34,259.65 |

* FULL RESTITUTION DEPENDENT UPON RETURN OF REMAINING AIRCRAFT PARTS
** MINOR DEBTS (<$15,000.00), TOTALING $31,775 ARE TO BE REPAID IN THE FIRST PAYMENT
*** INCLUDES ADDITIONAL PRE-/POST-29NOV2001 SETTLEMENT PAYMENTS OF $42,000 TO DOERWALD

SrSA John Gershkoff                                                            Date –28DEC2001
G-166C

| | | | | |
|---|---|---|---|---|
| 5-86510-3039 | 403B | 1 | $228.90 | ✓ |
| 64-N73-45 | 07673 | 1 | $900 | -32 |
| 65-24796-27 | 06593 | 1 | $265.34 | -32 |

ASTO4

MS1#104-6

(32)

| | | | | |
|---|---|---|---|---|
| 64-N73-45 | 7673 | 1 ✓ | | |
| 65-24632-13 | 6829 | 1 ✓ | | |
| 65-32716-5 | 6825 | 4 ✓ | | |
| 65-60229-15 | LOFT #1 | 1 ✓ | | |
| 65-B04615-21 | SJ2040/0981 | 3 ✓ | | |
| 65B14272-2 | SJ0308/0309 | 13 ✓ | | |
| 65B 81011-173 | SJ2043/0236 | 9 ✓ | SJ2043/07655 | |
| A113-2A | SJ2021/0486 | 2317 | 00486 | |
| HL18FB10-6 | SJ2020/0645 | 870 ✓ | | |

* DID NOT RECEIVE

08/14/00

Rodriguez

*VAN DER MERWE*

783-2426

AIRSPARES NETWORK, INC.                           PRINT DATE: 05/24/00
INVENTORY REPORT BY: OWNER NUMBER: 15                 TIME: 17:29:36
        IN ORDER OF: OWNER CODE                   REPORT PAGE:  1

| QTY ORDER | QTY RCVD | QTY O/H | PART NUMBER | DESCRIP | CD | PURCHASE PRICE | OVERHAUL PRICE | TOTAL COST W/ FREIGHT | SUGGESTED SALE | TOTAL INVENTORY | OWN # | INVENTORY BIN LOCATN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊗ 20 | 20 | 20 | 0015MF400V | CAPACITOR | NE | 0.400 | 0.000 | 8.00 | 0.850 | 17.00 | 15 | 06915 ✓ |
| ⊗ 2 | 2 | 2 | 00443R110 | BUSHING | NE | 35.000 | 0.000 | 70.00 | 65.000 | 138.00 | 15 | 4996 ✓ |
| ⊗ 6 | 6 | 6 | 007-0283-00 | TRANSISTOR | NE | 7.500 | 0.000 | 45.00 | 15.500 | 93.00 | 15 | 07206 ✓ |
| ✓ 5 | 5 | 5 | 007-0284-02 | TRANSISTOR | NE | 8.500 | 0.000 | 42.50 | 17.500 | 87.50 | 15 | 07204 ✓ |
| ✓ 3 | 3 | 3 | 007-392-00 | TRANSISTOR | NE | 35.000 | 0.000 | 105.00 | 74.000 | 222.00 | 15 | 07451 ✓ |
| ✓ 5 | 5 | 5 | 007-4013-01 | DIODE | NE | 14.500 | 0.000 | 72.50 | 29.000 | 145.00 | 15 | 05296 ✓ |
| ✓ 11 | 11 | 11 | 007-4020-00 | DIODE | NE | 16.500 | 0.000 | 181.50 | 34.000 | 374.00 | 15 | 06150 ✓ |
| ⊗ 2 | 2 | 2 | 01-18171-28 | SEAL | NE | 140.000 | 0.000 | 280.00 | 280.000 | 560.00 | 15 | B1009 ✓ |
| ✓ 4 | 4 | 4 | 01-20905-9 | WASHER | NE | 40.000 | 0.000 | 160.00 | 78.000 | 312.00 | 15 | B0367 ✓ |
| ✓ 1 | 1 | 1 | 01-52605-11 | CABLE ASSY | NE | 80.000 | 0.000 | 80.00 | 175.000 | 175.00 | 15 | B1001 ✓ |
| ✓ 24 | 24 | 24 | 0101591-01 | LOCK | NE | 33.000 | 0.000 | 792.00 | 57.000 | 1368.00 | 15 | B0979 ✓ |
| ⊗ 5 | 5 | 5 | 0133-4-MTN-1PLA | DECAL | NE | 4.500 | 0.000 | 22.50 | 8.500 | 42.50 | 15 | 05455 ✓ |
| ✓ 31 | 31 | 23 | 01464 | CAP | NE | 7.500 | 0.000 | 172.50 | 15.000 | 345.00 | 15 | 00401 ✓ |
| ✓ 1 | 1 | 1 | 017-5 | EQUIPMENT | NE | 80.000 | 0.000 | 80.00 | 164.000 | 164.00 | 15 | 06820 ✓ |
| ✓ 1 | 1 | 1 | 019-2241-00 | INDUCTOR | NE | 60.000 | 0.000 | 60.00 | 125.000 | 125.00 | 15 | 06359 ✓ |
| ✓ 1 | 1 | 1 | 019-5037-00 | TRANSFORMR | NE | 30.000 | 0.000 | 30.00 | 60.000 | 60.00 | 15 | 06738 ✓ |
| ✓ 1 | 1 | 1 | 019-6015-00 | XFMR PLL | NE | 44.590 | 0.000 | 44.59 | 89.180 | 89.18 | 15 | 07222 ✓ |
| ✓ 1 | 1 | 1 | 019-6016-00 | TRANSISTOR | NE | 45.000 | 0.000 | 45.00 | 92.000 | 92.00 | 15 | 05217 ✓ |
| ✓ 1 | 1 | 1 | 019-7046-01 | XFMR PWR | NE | 40.510 | 0.000 | 40.51 | 81.000 | 81.00 | 15 | 06407 ✓ |
| ⊗ 3 | 3 | 3 | 02-4107-01 | NUT | NE | 4.000 | 0.000 | 12.00 | 8.750 | 26.25 | 15 | 06487 ✓ |
| ✓ 1 | 1 | 1 | 03312-0500 | DMH150 INS | NE | 49.000 | 0.000 | 49.00 | 98.000 | 98.00 | 15 | 06579 ✓ |
| ✓ 30 | 30 | 30 | 035759-158 | CONTAINER | NE | 25.000 | 0.000 | 750.00 | 50.000 | 1500.00 | 15 | 00274 ✓ |
| ✓ 79 | 79 | 79 | 040-0034-015 | MOLD POTTI | NE | 3.500 | 0.000 | 276.50 | 7.000 | 553.00 | 15 | 02330/01516 ✓ |
| ✓ 1 | 1 | 1 | 045275 | FILTER ASS | OH | 390.000 | 0.000 | 390.00 | 780.000 | 780.00 | 15 | B0290 ✓ 2/ |
| ✓ 1 | 1 | 1 | 050-1110-00 | INSTALLATI | NE | 20.000 | 0.000 | 20.00 | 40.000 | 40.00 | 15 | 06290 ✓ |
| ✓ 1 | 1 | 1 | 050-1278-00 | INST KIT K | NE | 130.000 | 0.000 | 130.00 | 275.000 | 275.00 | 15 | 05603 ✓ |
| ✓ 1 | 1 | 1 | 050-1443-01 | IN61 INST | NE | 20.000 | 0.000 | 20.00 | 39.000 | 39.00 | 15 | 05184 ✓ |
| ⊗ 1 | 1 | 1 | 060-0015-0001 | SLAVED DIR | SV | 2163.250 | 0.000 | 2163.25 | 4221.500 | 4221.50 | 15 | A0141 ✓ |
| ⊗ 1 | 1 | 1 | 065-0045-009 | FLIGHT COM | OH | 1000.000 | 0.000 | 1000.00 | 2200.000 | 2200.00 | 15 | 01557 ✓ |
| ✓ 1 | 1 | 1 | 065-05023-0002 | BOARD KING | OH | 402.000 | 0.000 | 402.00 | 802.000 | 802.00 | 15 | 01614 ✓ |
| ✓ 236 | 236 | 236 | 060010 | BUSH | NE | 0.200 | 0.000 | 47.20 | 0.450 | 106.20 | 15 | 00291 ✓ |
| ✓ 3 | 3 | 3 | 0811-11-0100-30 | STOP DOOR | NE | 26.860 | 0.000 | 80.58 | 57.400 | 172.20 | 15 | 737-066KLX ✓ |
| ✓ 1 | 1 | 1 | 08165-21 | WIRE HARNS | NE | 135.000 | 0.000 | 135.00 | 275.500 | 275.50 | 15 | 06544 ✓ |
| ✓ 1 | 1 | 1 | 08165-23 | WIRE HARNS | NE | 250.000 | 0.000 | 250.00 | 500.000 | 500.00 | 15 | 06543 ✓ |
| ✓ 1 | 1 | 1 | 08165-25 | WIRE HARNS | NE | 223.000 | 0.000 | 223.00 | 456.500 | 456.00 | 15 | 06545 ✓ |
| ✓ 1 | 1 | 1 | 08C07 | MOTOR | NE | 512.000 | 0.000 | 512.00 | 980.000 | 980.00 | 15 | 07533 ✓ |
| ⊗ 5 | 5 | 4 | 1580435-1 | IDCR | NE | 286.840 | 0.000 | 1147.36 | 430.260 | 1721.04 | 15 | SJ2031/0861 ✓ |
| ✓ 1 | 1 | 1 | 2-147-000200030 | TOP-WORK | NE | 839.000 | 0.000 | 839.00 | 1678.000 | 1678.00 | 15 | B74-020 ✓ |
| ✓ 1 | 1 | 1 | 2-157-000700000 | FLAP | NE | 59.000 | 0.000 | 59.00 | 118.000 | 118.00 | 15 | 737-089 ✓ |
| ⊗ 2 | 2 | 2 | 2-157-000800000 | FLAP | NE | 100.000 | 0.000 | 200.00 | 200.000 | 400.00 | 15 | 737-042 ✓ |
| ✓ 2 | 2 | 2 | 2203185-1 | INJECTOR | NE | 237.500 | 0.000 | 475.00 | 475.000 | 950.00 | 15 | B73-118 ✓ |
| ✓ 8 | 8 | 8 | 2416-4 | STRIKE | NE | 137.500 | 0.000 | 1100.00 | 275.000 | 2200.00 | 15 | 737-073 ✓ |
| ⊗ 39 | 39 | 39 | 24880 | WASHER | NE | 14.000 | 0.000 | 546.00 | 28.000 | 1092.00 | 15 | ADP1013/5013 ✓ |
| ✓ 4 | 4 | 4 | 311A1530-79 | FAIRING | NE | 302.500 | 0.000 | 1210.00 | 605.000 | 2420.00 | 15 | B73-123 ✓ |
| ✓ 4 | 4 | 2 | 311A1741-3 | DOUBLER | NE | 118.000 | 0.000 | 236.00 | 236.000 | 472.00 | 15 | B73-125/126 |
| ✓ 1 | 1 | 1 | 335-249-050-0 | HOSE | NE | 227.000 | 0.000 | 227.00 | 454.000 | 454.00 | 15 | B73-119 ✓ |
| ⊗ 2 | 2 | 2 | 335-357-802-0 | TUBE OIL | NE | 285.000 | 0.000 | 570.00 | 570.000 | 1140.00 | 15 | B73-128 ✓ |
| ⊗ 9 | 9 | 9 | 335-306-301-0 | NUT | NE | 126.000 | 0.000 | 1134.00 | 252.000 | 2268.00 | 15 | 737-026 ✓ |
| ⊗ 1819 | 1819 | 1819 | 407-10-500-28 | SCREW | NE | 0.880 | 0.000 | 1600.72 | 1.500 | 2728.50 | 15 | ADP1930/4503 ✓ |
| ✓ 1 | 1 | 1 | 415-1552 | LIGHT PL | NE | 253.000 | 0.000 | 253.00 | 506.000 | 506.00 | 15 | 737-082 ✓ |

AIREPARES NETWORK, INC.                                   PRINT DATE: 05/24/00
INVENTORY REPORT BY: OWNER NUMBER: 15                     TIME: 17:31:10
IN ORDER OF: OWNER CODE                                   REPORT PAGE: 2

| QTY ORDER | QTY RCVD | QTY O/H | PART NUMBER | DESCRIP | CD | PURCHASE PRICE | OVERHAUL PRICE | TOTAL COST W/ FREIGHT | SUGGESTED SALE | TOTAL INVENTORY | OWN / | INVENTORY BIN LOCATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ 2 | 2 | 2 | 418-1540 | LIGHT PL | NE | 76.800 | 0.000 | 153.60 | 153.600 | 307.20 | 15 | 737-004 ✓ |
| ✓ 3 | 3 | 3 | 44720138 | SHAFT | NE | 361.530 | 0.000 | 1084.59 | 484.450 | 1453.35 | 15 | 07573 ✓ |
| ✓ 70 | 70 | 70 | 5708233 | O-RING | NE | 4.220 | 0.000 | 294.70 | 30.000 | 2100.00 | 15 | AB1921/5034 ✓ |
| ⊗ 43 | 43 | 43 | 6-55097-6 | WASHER | NE | 32.130 | 0.000 | 1381.59 | 64.350 | 2763.18 | 15 | ABP1932/4904 ✓ |
| ✓ 11 | 11 | 11 | 6-72038-501 | INTERCOG | NE | 52.000 | 0.000 | 572.00 | 104.000 | 1144.00 | 15 | 737-021 ✓ |
| ✓ 10 | 10 | 10 | 6-84607-2 | BAR | NE | 82.500 | 0.000 | 825.00 | 169.000 | 1690.00 | 15 | ABP1932/5026 ✓ |
| ✓ 13 | 13 | 13 | 65-10549 | SUPPORT | NE | 52.450 | 0.000 | 681.85 | 105.700 | 1374.10 | 15 | ABP1930/5008 ✓ |
| ✓ 5 | 5 | 5 | 65-10607-39 | TUBE AY | NE | 118.000 | 0.000 | 590.00 | 236.000 | 1180.00 | 15 | ABP1930/4901 ✓ |
| ✓ 3 | 3 | 3 | 65-18410-1 | CRANK | NE | 138.000 | 0.000 | 414.00 | 276.500 | 829.50 | 15 | ABP1930/4941 ✓ |
| ✓ 35 | 30 | 30 | 65-18608-3 | SLEEVE | NE | 135.453 | 0.000 | 4063.59 | 270.900 | 8127.00 | 15 | ABP1930/5010 ✓ |
| ⊗ 1 | 1 | 1 | 65-19851-26 | FRAME | NE | 2300.000 | 0.000 | 2300.00 | 4500.000 | 4500.00 | 15 | 07643 |
| ✓ 1 | 1 | 1 | 65-20058-9 | SUPPORT | NE | 2200.000 | 0.000 | 2200.00 | 2950.000 | 2950.00 | 15 | 03122 ✓ |
| ⊗ 2 | 2 | 2 | 65-27063-15 | WINCH AS | NE | 718.500 | 0.000 | 1437.00 | 1077.750 | 2155.50 | 15 | EJ2033/10191 |
| ✓ 4 | 4 | 4 | 65-28070-1 | SWITCH | NE | 181.600 | 0.000 | 726.00 | 272.250 | 1089.00 | 15 | ABP1930/4937 |
| ✓ 2 | 2 | 4 | 65-28747-16 | DOOR AY HI OH | NE | 493.500 | 0.000 | 1974.00 | 496.000 | 1984.00 | 15 | AB1921/4991 |
| ✓ 3 | 3 | 3 | 65-34741-3 | FITTING | NE | 208.830 | 0.000 | 626.49 | 626.500 | 1879.50 | 15 | 06683 ✓ |
| ⊗ 6 | 6 | 5 | 65-41416-25 | CHORD | NE | 194.000 | 0.000 | 970.00 | 291.000 | 1456.00 | 15 | 07659 |
| ✓ 58 | 58 | 58 | 65-44583-2 | SEAL | NE | 7.900 | 0.000 | 458.20 | 23.000 | 1334.00 | 15 | ABP1930/4898 |
| ✓ 1 | 1 | 1 | 65-48400-124 | FILLET | NE | 1045.500 | 0.000 | 1045.50 | 2091.000 | 2091.00 | 15 | 737-055 |
| ✓ 20 | 10 | 10 | 65-49258-1 (20) | CAP | NE | 200.000 | 0.000 | 2000.00 | 550.000 | 5500.00 | 15 | 03188/03956 ✓ |
| ✓ 1 | 1 | 1 | 65-50821-401 | ANGLE/BRAG FI | NE | 10.000 | 0.000 | 10.00 | 20.000 | 20.00 | 15 | 737-062 |
| ✓ 1 | 1 | 1 | 65-57472-2 | QUADRANT | NE | 226.500 | 0.000 | 226.50 | 453.000 | 453.00 | 15 | 737-071 |
| ✓ 1 | 1 | 1 | 65-57476-11 | ARM/ LINK | NE | 110.000 | 0.000 | 110.00 | 220.000 | 220.00 | 15 | 737-115 |
| ✓ 2 | 2 | 2 | 65-57542-2 | ROD | NE | 299.600 | 0.000 | 599.60 | 599.200 | 699.20 | 15 | 04673 |
| ✓ 1 | 1 | 1 | 65-57758-7 | FTG STOP | NE | 89.550 | 0.000 | 89.55 | 268.650 | 268.65 | 15 | 07478 |
| ✓ 4 | 4 | 4 | 65-58573-1 | FITTING | NE | 195.650 | 0.000 | 782.60 | 391.300 | 1565.20 | 15 | ABP1930/4900 |
| ✓ 3 | 3 | 3 | 65-63819-3 | CPART | NE | 37.000 | 0.000 | 111.00 | 74.000 | 222.00 | 15 | B73-137 |
| ✓ 2 | 2 | 2 | 65-74038-4 | SUPPORT | RB | 603.000 | 0.000 | 1206.00 | 904.500 | 1809.00 | 15 | 07564 |
| ⊗ 4 | 4 | 4 | 65-74053-3 | ARM | NE | 409.850 | 0.000 | 1639.40 | 819.700 | 3278.80 | 15 | 04998 ✓ |
| ✓ 4 | 4 | 4 | 65B02469-1 | FITTING | NE | 335.000 | 0.000 | 1340.00 | 670.000 | 2680.00 | 15 | 06062 |
| ✓ 2 | 2 | 2 | 65B02668-7 | THRUST | NE | 352.950 | 0.000 | 749.90 | 704.900 | 1409.80 | 15 | 04605 |
| ✓ 6 | 6 | 6 | 65005347-1 | BUSHING | RB | 100.000 | 0.000 | 600.00 | 195.000 | 1170.00 | 15 | A0013 |
| ✓ 15 | 15 | 15 | 65C20900-36 | DECAL | NE | 7.900 | 0.000 | 118.50 | 15.800 | 237.00 | 15 | 737-105 |
| ✓ 25 | 25 | 25 | 65C20900-37 | DECAL | NE | 7.000 | 0.000 | 175.00 | 14.000 | 350.00 | 15 | B73-131 |
| ✓ 1 | 1 | 1 | 65C25145-15 | TIP | NE | 495.500 | 0.000 | 495.50 | 991.000 | 991.00 | 15 | B73-127 |
| ⊗ 1 | 1 | 1 | 65C25145-16 | TIP RH | NE | 495.500 | 0.000 | 495.50 | 991.000 | 991.00 | 15 | B73-127 |
| ✓ 2 | 2 | 1 | 65C25660-264 | NOZZLE AY | NE | 541.000 | 0.000 | 541.00 | 1082.000 | 1082.00 | 15 | B73-133 |
| ✓ 38 | 38 | 38 | 66-11642 | FITTING | NE | 9.700 | 0.000 | 368.60 | 14.550 | 552.90 | 15 | ABP1932/4913 |
| ✓ 10 | 10 | 10 | 66-11843-2 | FITTING | NE | 1500000 | 0.000 | 1500.00 | 1000000 | 100000 | 15 | CC015 |
| ✓ 4 | 4 | 3 | 66-12470-1 | BEARING | NE | 45.000 | 0.000 | 135.00 | 90.000 | 270.00 | 15 | 05553 |
| ✓ 2 | 2 | 2 | 66-12875-1 | BUSHING | NE | 102.500 | 0.000 | 205.00 | 153.750 | 307.50 | 15 | 07448 |
| ✓ 2 | 2 | 2 | 66-13076-1 | BUSHING | NE | 43.900 | 0.000 | 87.80 | 65.850 | 131.70 | 15 | 05954 |
| ✓ 1 | 1 | 1 | 66-12916-5 | SLEEVE | NE | 40.020 | 0.000 | 49.02 | 100.000 | 100.00 | 15 | 06547 |
| ✓ 3 | 3 | 3 | 66-13844-2 | FITTING | NE | 58.000 | 0.000 | 174.00 | 116.000 | 348.00 | 15 | 737-095 |
| ✓ 15 | 12 | 9 | 66-14174-3 | BEARING | NE | 122.500 | 0.000 | 1102.50 | 245.000 | 2205.00 | 15 | ABP1932/5047 |
| ✓ 16 | 16 | 16 | 66-15305-2 | PLATE | NE | 30.800 | 0.000 | 492.80 | 43.150 | 691.04 | 15 | 04496 |
| ✓ 28 | 28 | 28 | 66-18303-1 | SPACER | NE | 10.450 | 0.000 | 292.60 | 14.430 | 400.44 | 15 | ABP1932/4903 |
| ✓ 4 | 4 | 4 | 66-21456-1 | BOLT | NE | 125.500 | 0.000 | 502.00 | 175.700 | 702.80 | 15 | ABP1932/4943 |
| ⊗ 80 | 80 | 80 | 66-24474-1 | BOLT | NE | 112.000 | 0.000 | 8960.00 | 156.800 | 12544.00 | 15 | ABP1932/4935 |
| ✓ 5 | 5 | 5 | 66-36059-4 | ROD | NE | 200.500 | 0.000 | 1002.50 | 280.700 | 1403.50 | 15 | ABP1932/4899 |

AIREPARER NETWORK, INC.                              PRINT DATE: 05/24/00
INVENTORY REPORT BY: OWNER NUMBER: 15                · TIME: 17:33:09
IN ORDER OF: ORDER CODE                              REPORT PAGE: 3

| QTY ORDER | QTY RCVD | QTY O/H | PART NUMBER | DESCRIP | CD | PURCHASE PRICE | OVERHAUL PRICE | TOTAL COST W/ FREIGHT | SUGGESTED SALE | TOTAL INVENTORY | OWN # | INVENTORY BIN LOCATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ 6 | 6 | 5 | 69-11425-11 | ROD AY | NE | 337.500 | 0.000 | 1687.50 | 525.700 | 3628.50 | 15 | AMP/04447 |
| ⊗ 2 | 2 | 2 | 69-13307-3 | BOLT | NE | 140.000 | 0.000 | 380.00 | 363.900 | 727.80 | 15 | 07031 |
| ⊗ 2 | 2 | 2 | 69-13307-4 | BOLT | NE | 71.500 | 0.000 | 143.00 | 115.560 | 231.12 | 15 | 04860 |
| ✓ 6 | 4 | 7 | 69-16408-1 | SHAFT | NE | 181.000 | 0.000 | 1367.00 | 350.000 | 2450.00 | 15 | AMP1933/4933 |
| ✓ 4 | 4 | 4 | 69-1819-14 | LEVER | NE | 91.500 | 0.000 | 366.00 | 183.000 | 732.00 | 15 | E74-015 |
| ⊗ 10 | 10 | 10 | 69-23690-1 | RETAINER | NB | 296.000 | 0.000 | 2960.00 | 478.400 | 4784.00 | 15 | AMP1933/4933 |
| ✓ 9 | 7 | 5 | 69-31632-1 | SPACER | NE | 51.500 | 0.000 | 357.50 | 77.250 | 386.25 | 15 | AMP1933/4970 |
| ⊗ 12 | 12 | 11 | 69-38175-1 | LINK | NE | 178.000 | 0.000 | 1958.00 | 365.000 | 3915.00 | 15 | BJ2039/0102 ✓ |
| ✓ 2 | 2 | 2 | 69-77045-1 | STUD | NE | 251.000 | 0.000 | 502.00 | 502.000 | 1004.00 | 15 | 737-084 |
| ✓ 3 | 3 | 3 | 69-8430-1 | HINGE HALF | NE | 86.500 | 0.000 | 259.50 | 138.400 | 415.20 | 15 | 07036 |
| ✓ 2 | 2 | 2 | 69-8428-2 | HINGE HALF | NE | 65.500 | 0.000 | 131.00 | 138.400 | 276.80 | 15 | 06997 |
| ✓ 2 | 2 | 2 | 69-8677-6 | PLATE | OH | 923.500 | 0.000 | 1847.00 | 1077.000 | 2154.00 | 15 | 07550 |
| ✓ 7 | 7 | 7 | 69B13846-1 | BUSHING | NE | 75.000 | 0.000 | 525.00 | 120.000 | 840.00 | 15 | BJ2033/0491 ✓ |
| ✓ 15 | 15 | 15 | 69B97411-1 | BUSHING | NE | 5.250 | 0.000 | 78.75 | 14.000 | 210.00 | 15 | 03519 |
| ✓ 1 | 1 | 1 | 60C27204-5 | CAM | NE | 670.000 | 0.000 | 670.00 | 1340.000 | 1340.00 | 15 | 737-055 |
| ✓ 10 | 10 | 10 | 727604-4 | FILTER | NE | 19.000 | 0.000 | 190.00 | 32.000 | 320.00 | 15 | B00113 |
| ✓ 1 | 1 | 1 | 7913-1K1X1 | INDICATOR | GV | 1000.000 | 0.000 | 1000.00 | 2640.000 | 2640.00 | 15 | 03176 |
| ⊗ 1 | 1 | 1 | 792-6031-002 | ILS RECEIV | OH | 1170.000 | 0.000 | 1170.00 | 3950.000 | 3950.00 | 15 | 05429 |
| ✓ 3 | 3 | 3 | 815054-361 | MARKER | NE | 34.680 | 0.000 | 104.04 | 52.030 | 156.06 | 15 | 05548 |
| ✓ 2 | 2 | 2 | 838080-8002 | BOARD ASSY | NE | 1212.000 | 0.000 | 2424.00 | 2424.000 | 4848.00 | 15 | E73-131 KLM |
| ✓ 16 | 16 | 8 | 890112-18 | BEARING | NE | 53.700 | 0.000 | 429.60 | 110.000 | 880.00 | 15 | AMP1915/8037 |
| ✓ 2 | 2 | 2 | 94097-1 | DIAPHRAM | NE | 57.750 | 0.000 | 115.50 | 115.500 | 231.00 | 15 | 03471 |
| ✓ 756 | 811 | 731 | A103-5G | BOLT | NE | 0.020 | 0.000 | 14.62 | 0.350 | 255.85 | 15 | 00303 |
| ✓ 357 | 357 | 357 | A103-GT | NUT | NE | 0.090 | 0.000 | 32.13 | 0.350 | 124.95 | 15 | 00446 |
| ✓ 148 | 148 | 148 | A104110 | BOLT | NE | 0.530 | 0.000 | 78.44 | 1.300 | 192.40 | 15 | 00741 |
| ✓ 229 | 229 | 204 | A111-73 | BOLT | NE | 0.320 | 0.000 | 65.28 | 0.850 | 173.40 | 15 | 00253 |
| ✓ 11 | 11 | 11 | A112-180 | BOLT | NE | 8.280 | 0.000 | 91.08 | 23.000 | 253.00 | 15 | 00576 |
| ✓ 1170 | 1170 | 1150 | A113-7C | BOLT | NE | 0.510 | 0.000 | 586.50 | 1.400 | 1610.00 | 15 | BJ2022/0631 ✓ |
| ✓ 1 | 1 | 1 | A9359207000000 | BOARD | NE | 550.000 | 0.000 | 550.00 | 1100.000 | 1100.00 | 15 | E73-120 |
| ✓ 462 | 462 | 462 | AN806D5 | PLUG | NE | 0.600 | 0.000 | 277.20 | 1.750 | 808.50 | 15 | 02082 |
| ✓ 472 | 472 | 472 | AN815-10D | UNION | NE | 1.500 | 0.000 | 708.00 | 3.000 | 1416.00 | 15 | 04387/A0137 |
| ✓ 74 | 74 | 36 | AN824-6K | TEE | NE | 7.840 | 0.000 | 203.84 | 15.750 | 409.50 | 15 | 01326 |
| ✓ 54 | 54 | 52 | AN832-10 | UNION | NE | 4.530 | 0.000 | 235.56 | 9.000 | 468.00 | 15 | BJ2020/0452 |
| ✓ 302 | 302 | 302 | AN900-20 | GASKET | NE | 0.070 | 0.000 | 21.14 | 2.200 | 664.40 | 15 | 06686 |
| ✓ 400 | 400 | 371 | AS3181-8C | CLIP | NE | 0.480 | 0.000 | 178.08 | 1.000 | 371.00 | 15 | 00216 |
| ✓ 63 | 63 | 59 | B76742 | NUT | NE | 3.680 | 0.000 | 217.12 | 7.360 | 434.24 | 15 | AMP1909/4820 |
| ✓ 8 | 8 | 5 | BACB10CH6S0 | BEARING | NE | 66.500 | 0.000 | 332.50 | 90.000 | 450.00 | 15 | 06037 |
| ⊗ 8 | 8 | 7 | BACD40K11-046AS | PIPE TUBE | NE | 0.000 | 0.600 | 0.00 | 275.000 | 1926.00 | 15 | E74-019 |
| ⊗ 1 | 0 | 0 | BACD40K12-04CAS | PIPE TUBE | NE | 132.500 | 0.000 | 0.00 | 275.000 | 0.00 | 15 | PO 062260001 |
| ✓ 7 | 7 | 7 | BACH106EZ0260T | HOSE | NE | 26.000 | 0.000 | 182.00 | 52.000 | 364.00 | 15 | B73-131 |
| ✓ 7 | 7 | 7 | BACH106KR0240T | HOSE | NE | 16.500 | 0.000 | 115.50 | 33.000 | 231.00 | 15 | E73-131 |
| ⊗ 1452 | 1452 | 1452 | BACR10JN6R | NUT | NE | 0.940 | 0.000 | 1364.88 | 1.880 | 2729.76 | 15 | 737-008 |
| ⊗ 90 | 90 | 90 | BACR10J6JB4CD | NUT PLATE | NE | 2.680 | 0.000 | 241.20 | 5.360 | 482.40 | 15 | 737-097 |
| ⊗ 88 | 88 | 88 | BACR10J6JB5CD | NUT PLATE | NE | 1.310 | 0.000 | 115.28 | 2.630 | 231.44 | 15 | 737-110 |
| ✓ 90 | 90 | 90 | BACR10J6JB6CD | NUT PLATE | NE | 1.580 | 0.000 | 142.20 | 3.160 | 284.40 | 15 | 737-053 |
| ✓ 150 | 150 | 150 | BACR10J25A7 | NUT | NE | 0.750 | 0.000 | 112.50 | 2.500 | 375.00 | 15 | 02105 |
| ✓ 402 | 402 | 390 | F3.5T13 | FASTENER | NE | 0.390 | 0.000 | 152.10 | 0.800 | 312.00 | 15 | AMP1909/4780 |
| ✓ 2 | 2 | 2 | FRPDE36-5P03 | RECPTACL | NE | 241.000 | 0.000 | 482.00 | 482.000 | 964.00 | 15 | 737-056 |
| ✓ 6 | 6 | 6 | H13495-112-1400 | LATCH | NE | 54.000 | 0.000 | 324.00 | 108.000 | 648.00 | 15 | 737-042 |
| ✓ 115 | 115 | 115 | HL18PB10-6 | HI-LOK | NE | 1.070 | 0.000 | 123.05 | 2.140 | 246.10 | 15 | AMP1926/4016 |

AIRSPARES NETWORK, INC.  
INVENTORY REPORT 37: ORDER NUMBER: 15  
IN ORDER OF: OWNER CODE

PRINT DATE: 35/24/00  
TIME: 17:35:12  
REPORT PAGE: 4

| QTY ORDER | QTY RCVD | QTY O/H | PART NUMBER | DESCRIP | CD | PURCHASE PRICE | OVERHAUL PRICE | TOTAL COST W/ FREIGHT | SUGGESTED SALE | TOTAL INVENTORY | OWN # | INVENTORY BIN LOCATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ 1399 | 1399 | 1399 | HL18PB4-15 | HI-LOK | NE | 0.300 | 0.000 | 419.70 | 0.750 | 1049.25 | 15 | 00093 |
| ✓ 57 | 57 | 57 | HL18PB6-17 | HI-LOK | NE | 1.400 | 0.000 | 79.80 | 3.000 | 171.00 | 15 | 05419 |
| ✓ 209 | 209 | 209 | MS21A514 | RIVET | NE | 2.100 | 0.000 | 438.90 | 4.200 | 877.80 | 15 | ABP1909/4795 |
| ✓ 1 | 1 | 1 | J834P10 | NIPPLE | NE | 136.200 | 0.000 | 136.20 | 272.400 | 272.40 | 15 | 737-113 |
| ✓ 17 | 17 | 17 | LM4190A | BEARING | NE | 27.800 | 0.000 | 473.60 | 55.600 | 945.20 | 15 | 737-015 |
| ⊗ 300 | 300 | 300 | M52135004054 | BOLT | NE | 4.500 | 0.000 | 1350.00 | 9.500 | 2850.00 | 15 | 632037/0223 |
| ✓ 1094 | 1094 | 1094 | NAS100416A | BOLT | NE | 0.540 | 0.000 | 590.76 | 1.080 | 1181.52 | 15 | 632039/0169 |
| ✓ 112 | 112 | 112 | NAS1031N3 | NUT ANCHOR | NE | 0.610 | 0.000 | 68.32 | 1.400 | 156.80 | 15 | 06512 |
| ✓ 52 | 52 | 52 | NAS43DD4-143 | SPACER | NE | 2.000 | 0.000 | 104.00 | 4.000 | 208.00 | 15 | 04753/01566 |
| ✓ 900 | 900 | 900 | NAS6009B | SCREW | NE | 0.070 | 0.070 | 126.00 | 0.200 | 180.00 | 15 | ABP1909/4755 |
| ⊗ 1665 | 1665 | 1665 | NAS664V12HT | SPACER | NE | 0.570 | 0.000 | 949.05 | 1.500 | 4162.50 | 15 | ABP1902/4876 |
| ⊗ 1721 | 1765 | 1763 | NAS664V15HT | SPACER | NE | 0.570 | 0.000 | 1004.91 | 1.230 | 2115.60 | 15 | ABP1907/4879 |
| ⊗ 237 | 237 | 237 | NAS665V13HT | BOLT | NE | 1.800 | 0.000 | 426.60 | 5.000 | 1185.00 | 15 | 4833 |
| ✓ 15 | 15 | 15 | P24600 | BEARING | NE | 21.500 | 0.000 | 322.50 | 43.000 | 645.00 | 15 | 737-029 |
| ✓ 1 | 1 | 1 | 6417R302-30 | CABLE AY | NE | 582.500 | 0.000 | 582.50 | 1165.000 | 1165.00 | 15 | H73-132 |
| ✓ 24 | 24 | 24 | 6417N506-77 | LINK | NE | 64.500 | 0.000 | 1548.00 | 129.000 | 3096.00 | 15 | H73-124 |
| ⊗ 283 | 283 | 283 | SL2334-4C3 | INSERT | NE | 5.400 | 0.000 | 1528.20 | 10.800 | 3056.40 | 15 | 737-022 |
| ✓ 157 | 157 | 157 | SP1538 | WASHER | NE | 0.330 | 0.000 | 51.81 | 0.700 | 109.90 | 15 | ABP1911/4849 |
| ⊗ 217 | 217 | 174 | ST1534-1 | BUSH | NE | 2.010 | 0.000 | 349.74 | 5.000 | 870.00 | 15 | ABP1926/4820 |

GRAND TOTALS:       31794.45     0.07   100932.37           204,524.47

**AIRSPARES NETWORK, INC.**
503 SOUTH MILITARY TRAIL,
DEERFIELD BEACH, FL 33442
USA

INVOICE: 08896
DATE: 01/06/00

SOLD TO:
W. VAN MAANEN
APARTADO POSTAL 66107
PLAZA LAS AMERICAS 1061A, EL CAFETAL
CARACAS, VENEZUELA

SHIP TO:
W. VAN MAANEN
APARTADO POSTAL 66107
PLAZA LAS AMERICAS 1061A, EL CAFETAL
CARACAS, VENEZUELA

| ORDER DATE | CUSTOMER ORDER | REFERENCE | SHIP DATE |
|---|---|---|---|
| 01/06/00 | | | 01/06/00 |
| TERMS | SHIPPED VIA | AIR BILL NO. | OUR REF |
| SPECIAL TERM | | | S/1/8481 |

| QUANTITY ORDER | SHIP | B/O | PART NUMBER | DESCRIPTION | CD | UM | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 810 | 810 | 0 | HL18PB10-6 | HI-LOCK | NS | EA | 0.350 | 283.50 |
| 1 | 1 | 0 | 5-86510-3039 | PANEL | NS | EA | 2296.900 | 2,296.90 |
| 5 | 5 | 0 | 50-2458-3027 | LONGERON | NS | EA | 115.000 | 575.00 |
| 7 | 7 | 0 | 50-2458-3026 | LONGERON | NS | EA | 125.000 | 875.00 |
| 6 | 6 | 0 | 63B11784-11 | RETAINER | NS | EA | 175.000 | 1,050.00 |
| 1 | 1 | 0 | 64-1173-45 | PANEL | NS | EA | 850.000 | 850.00 |
| 1 | 1 | 0 | 65-12097-17A | PARTITION/PANEL | NS | EA | 825.000 | 825.00 |
| 1 | 1 | 0 | 65-12752-3 | FAIRING | NS | EA | 425.000 | 425.00 |
| 1 | 1 | 0 | 65-19112-19 | FAIRING ASSY | NS | EA | 475.000 | 475.00 |
| 1 | 1 | 0 | 65-22732-2 | MECHANISM FLUD TRIM | NS | EA | 1125.000 | 1,125.00 |
| 1 | 1 | 0 | 65-24632-13 | RIB | NS | EA | 1136.000 | 1,136.00 |
| 7 | 7 | 0 | 65-2550-21 | LONGER | NS | EA | 130.000 | 910.00 |
| 2 | 2 | 0 | 65-28263-18 | PANEL | NS | EA | 560.000 | 1,120.00 |
| 1 | 1 | 0 | 65-31542-42B | PANEL | NS | EA | 835.000 | 835.00 |
| 4 | 4 | 0 | 65-32716-5 | COVER | NS | EA | 177.500 | 710.00 |

CONTINUED ON NEXT PAGE

Page: 2

RSPARES NETWORK, INC.
SOUTH MILITARY TRAIL,
RFIELD BEACH, FL 33442

INVOICE: 08896

DATE: 01/06/00

OLD TO:
W. VAN MAANEN
APARTADO POSTAL 66107
PLAZA LAS AMERICAS 1061A, EL CAFETAL
CARACAS, VENEZUELA

SHIP TO:
W. VAN MAANEN
APARTADO POSTAL 66107
PLAZA LAS AMERICAS 1061A, EL CAFETAL
CARACAS, VENEZUELA

| ORDER DATE | CUSTOMER ORDER | REFERENCE | SHIP DATE |
|---|---|---|---|
| 01/06/00 | | | 01/06/00 |
| TERMS | SHIPPED VIA | AIR BILL NO. | OUR REF |
| PECIAL TERM | | | S/1/8481 |

| QUANTITY ORDER | SHIP | B/O | PART NUMBER | DESCRIPTION | CD | UM | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | 6 | 0 | 65-36733-13A | GRILL | NS | EA | 95.000 | 570.00 |
| 1 | 1 | 0 | 65-56017-74 | PANEL | NS | EA | 925.000 | 925.00 |
| 2 | 2 | 0 | 65-68379-20 | SEAL KIT | NS | EA | 4250.000 | 8,500.00 |
| 1 | 1 | 0 | 65B04348-192 | PART | NS | EA | 300.000 | 300.00 |
| 1 | 1 | 0 | 65B04432-5 | PLATE ASSEMBLY | NS | EA | 200.000 | 200.00 |
| 3 | 3 | 0 | 65B04615-21 | FITTING | NS | EA | 400.000 | 1,200.00 |
| 2 | 2 | 0 | 65B05002-240 | FRAME/PANEL | NS | EA | 200.000 | 400.00 |
| 1 | 1 | 0 | 65B10545-4 | PANEL ASSEMBLY | NS | EA | 3800.000 | 3,800.00 |
| 9 | 9 | 0 | 65B12344-22 | FLAP | NS | EA | 18.000 | 16.00 |
| 1 | 1 | 0 | 65B14063-5 | CHANNEL/FRAME | NS | EA | 45.000 | 45.00 |
| 13 | 13 | 0 | 65B14272-2 | FITTING ASSY | NS | EA | 70.000 | 910.00 |
| 2 | 2 | 0 | 65B41615-1 | PANEL | NS | EA | 325.000 | 650.00 |
| 9 | 9 | 0 | 65B81011-173 | ROD ASSY | NS | EA | 297.500 | 2,677.50 |
| 1 | 1 | 0 | 65B98704-8 | DUCT A | NS | EA | 8000.000 | 8,000.00 |
| 1 | 1 | 0 | 65C15630-405 | PANEL ASSY | NS | EA | 1465.000 | 1,465.00 |

CONTINUED ON NEXT PAGE

Page: 3

**AIRSPARES NETWORK, INC.**
508 SOUTH MILITARY TRAIL,
DEERFIELD BEACH, FL 33442
USA

INVOICE: 08896

DATE: 01/06/00

SOLD TO:
W. VAN MAANEN
APARTADO POSTAL 66107
PLAZA LAS AMERICAS 1061A, EL CAFETAL
CARACAS, VENEZUELA

SHIP TO:
W. VAN MAANEN
APARTADO POSTAL 66107
PLAZA LAS AMERICAS 1061A, EL CAFETAL
CARACAS, VENEZUELA

| ORDER DATE | CUSTOMER ORDER | REFERENCE | SHIP DATE |
|---|---|---|---|
| 01/06/00 | | | 01/06/00 |

| TERMS | SHIPPED VIA | AIR BILL NO. | OUR REF |
|---|---|---|---|
| SPECIAL TERM | | | S/1/8481 |

| QUANTITY ORDER | SHIP | B/O | PART NUMBER | DESCRIPTION | CD | UM | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1  | 1  | 0 | 65C15630-758 | PANEL     | NS | EA | 2622.000 | 2,622.00 |
| 5  | 5  | 0 | 69-16954-2   | PLATE     | NS | EA |   14.000 |    70.00 |
| 12 | 12 | 0 | 69-2373      | STRIP     | NS | EA |   12.000 |   144.00 |
| 1  | 1  | 0 | 65-60229-15  | DUCT      | NS | EA | 1385.000 | 1,385.00 |
| 1  | 1  | 0 | 65B11176-13  | REVEAL    | NS | EA |  600.000 |   600.00 |
| 1  | 1  | 0 | 65B236-0118  | LEAD ASSY | NS | EA | 6500.000 | 6,500.00 |
| 2  | 2  | 0 | 65-36941-10  | PANEL     | NS | EA |   95.000 |   190.00 |

SUB TOTAL:    54806.90

TOTAL:    54,806.90

---------------------- TERMS AND CONDITIONS OF SALE ----------------------
Request for return of merchandise must be given, in writing, within 20 days
from the date of order and may not be returned without an authorization #.
All returns are subject to a 20% restocking fee. 1.5% applies to past due
invoices.  NO MATERIAL WILL BE ACCEPTED AFTER 30 DAYS FROM INVOICE DATE.