UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY HARRY MCFLIKER,

    Defendant.
_____/



FILED by _____ D.C.
JAN 0 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the Government's Motion Concerning Repayment of Restitution will be held on **Friday, January 11, 2002 at 2:00 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida.

DONE in Chambers, Miami, Florida, January 4, 2002.

_____
Deputy Clerk
United States District Court

Copies furnished to:
Diana L.W. Fernandez, Esq., AUSA
Mark Nurik, Esq.
Michael S. Popok, Esq.
James M. Henderson, Esq.
Steven K. Hunter, Esq.
Rehan N. Khawaja, Esq.



Diana L.W. Fernandez, Esq., AUSA
500 East Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
fax 954-356-7230


Mark Nurik, Esq.
P.O. Box 1900
Ft. Lauderdale, FL 33302-1900

Michael S. Popok, Esq.
701 Brickell Avenue, Suite 1900
Miami, FL 33131


James M. Henderson, Esq.
1499 W. Palmetto Park Road, Suite 208
Boca Raton, FL 33486

Steven K. Hunter, Esq.
66 W. Flagler Street, 9th Floor
Miami, FL 33130

Rehan N. Khawaja, Esq.
817 N. Main Street
Jacksonville, FL 32202