IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF
AMERICA,

       Plaintiff,

vs.

HENRY HARRY MCFLIKER, et
al.,

       Defendant.

## DEFENDANT McFLIKER'S RESPONSE TO GOVERNMENT'S MOTION CONCERNING REPAYMENT OF RESTITUTION AND PROPOSED ORDER

       COMES NOW, Defendant Henry McFliker, by and through his undersigned attorneys, and hereby responds to the Government's Motion Concerning Repayment of Restitution, as follows:

1. Per the Court's direction, defense counsel and counsel for the Government worked together following sentencing to finalize a proposed equitable restitution schedule in this matter. Based on the information provided by the defense to the Government, the parties jointly recommend that Mr. McFliker's monthly restitution amount be $40,000 per month.

2. Presently, the amount of restitution to be paid by Mr. McFliker stands at $1,674,259.65, having been reduced by $42,000 in payments made by

MIA:159409 S1A



United States v. McFliker,
Case No.: 00-6181-CR-Huck/Brown
Defendant McFliker's Response to
Government's Motion Concerning
Repayment of Restitution and Proposed Order

Mr. McFliker to one client, Mr. Bruno Doerwald, who was represented by

counsel at Mr. McFliker's November 29th sentencing hearing.

3. In addition, at the Government's request, the undersigned counsel is

presently holding in escrow more than $65,000 deposited by Mr. McFliker

since November. Of that amount, $25,500 was deposited immediately

prior to sentencing because the Government requested that Mr. McFliker

refrain from making any additional payments to restitution candidates

while sentencing was pending. Subsequently, after the parties agreed

upon the $40,000 per month restitution amount, Mr. McFliker deposited

the January monthly payment into the Firm's escrow account.

4. The defense requests that the restitution order entered by the Court also

direct the Firm to deposit the above escrowed funds with the Clerk of the

Court representing the first installment on Mr. McFliker's monthly

restitution payments.

5. Concerning restitution, there remains only one dispute between the

defense and the Government which concerns a civil settlement reached

between defense counsel and counsel for Mr. Doerwald.

6. The Court will recall that at the sentencing hearing, Mr. Doerwald's

counsel announced in open court that a settlement had been reached, and

that the parties had negotiated in good faith expecting that this reasonable

settlement would be incorporated into the Court's final restitution order.

MIA:159409:1

2

United States v. McFliker,
Case No.: 00-6181-CR-Huck/Brown
Defendant McFliker's Response to
Government's Motion Concerning
Repayment of Restitution and Proposed Order

(*See* Sentencing Hearing Transcript dated November 29, 2001 ("Hearing

Tr."), attached hereto as Exhibit "A").

7. Immediately prior to the hearing, a copy of the written settlement

agreement between Mr. McFliker and Mr. Doerwald was provided to the

Government's counsel.  The settlement agreement provides, *inter alia*, that

over the course of 23 months, Mr. Doerwald will return to Mr. McFliker

the $152,000 in parts that he is holding at a rate of $5,000 per month, and

that Mr. McFliker upon receipt of each month's parts will remit to Mr.

Doerwald $5,000 in certified funds.  (A true and correct copy of the

settlement agreement is attached hereto as Exhibit "B').

8. In addition, as per the Settlement Agreement, Mr. McFliker paid Mr

Doerwald $37,000 as an initial down payment.

9. Moreover, a material and integral part of the settlement agreement

anticipated that the settlement agreement would be incorporated into the

restitution order, a fact made known to the Government both prior to and

at the sentencing hearing.  (*See* Exhibit "B," Section  6).

10. Further, immediately following Mr. Doerwald's attorney's appearance on

the record announcing the settlement reached in open court, the

Government's attorney, Ms. Diana L.W. Fernandez, Esq., consistent with

prior conversations between the defense and the Government concerning

Mr. Doerwald's situation, represented to the Court that Mr. Doerwald's

MIA:159409:1

3

United States v. McFliker,
Case No.: 00-6181-CR-Huck/Brown
Defendant McFliker's Response to
Government's Motion Concerning
Repayment of Restitution and Proposed Order

settlement could be incorporated into the agreed-upon restitution schedule.
(Hearing Tr. pp. 16, ln. 15 – p. 18, ln. 1).

11.  Notwithstanding its position at the hearing, the Government now opposes incorporating the terms of the Doerwald settlement into the restitution schedule.  Specifically, while the terms of the settlement provide that Mr. Doerwald will be paid $5,000 per month for 23 months, the restitution schedule proposed by the Government provides that he will be paid approximately $2,820.80 for 42 months.

12. In response, Mr. McFliker's counsel proposed a solution to the Government by which Mr. McFliker would avoid defaulting on his civil settlement agreement with Mr. Doerwald (which would expose him to substantial civil liability, a default judgment, and an attorneys' fees award pursuant to Section 4 of the Settlement Agreement), and abiding by the spirit of the Court's restitution order, by having Mr. McFliker pay both the $40,000 per month restitution amount, and make an additional payment of $2,180 per month directly to Mr. Doerwald.

13. In the alternative, the defense requests that the Court incorporate the Doerwald settlement into the restitution order permitting Mr. McFliker to make a $5,000 per month payment to Mr. Doerwald for 23 months.

**WHEREFORE**, Defendant, Henry McFliker, respectfully requests that this Court adopt the Government's proposed restitution schedule modified to permit a $5,000 per

MIA:159409:1

4

United States v. McFliker,
Case No.: 00-6181-CR-Huck/Brown
Defendant McFliker's Response to
Government's Motion Concerning
Repayment of Restitution and Proposed Order

month payment to Mr. Doerwald for 23 months, and enter an appropriate restitution order

reflecting same.

<u>**CERTICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished via facsimile and U.S. mail this ⁸ᵗʰ day of January 2002 to:  SEE ATTACHED

SERVICE LIST.

> **RUDEN, McCLOSKY, SMITH,**
> **SCHUSTER & RUSSELL, P.A.**
> **Attorneys for Defendant McFliker**
> **701 Brickell Avenue**
> **Suite 1900**
> **Miami, Florida 33131**
> **PH:  (305) 789-2771**
> **Fax: (305) 537-3971**
>
> By: _____
>    Michael S. Popok
>    Florida Bar No.  44131

United States v. McFliker,
Case No.: 00-6181-CR-Huck/Brown
Defendant McFliker's Response to
Government's Motion Concerning
Repayment of Restitution and Proposed Order

## SERVICE LIST

Diana L. W. Fernandez, Esq.
Assistant United States Attorney
Office of the United States Attorney
500 East Broward Boulevard
Ft. Lauderdale, FL 33301
Tel:    (954)-356-7250
Fax:    (954)-356-7230
Counsel for Plaintiff

Michael S. Popok, Esq.
Ruden, McClosky, Smith,
Schuster & Russell P.A.
701 Brickell Avenue
Suite 1900
Miami, Florida  33131
Tel:    (305) 789-2771
Fax:    (305) 537-3971
Counsel for Defendant

Daniel Lacesa
Daniel Lacesa P.A.
1499 W Palmetto Park Road
Suite 206
Boca Raton, FL  33486
Tel:    (561)-391-6999
Fax:    (561) 391-8216
Counsel for Doerwald

MIA:159409:1

6

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6181-CR-HUCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | NOVEMBER 29, 2001 |
| v. | |
| HENRY HARRY McFLIKER, | |
| Defendant. | |

TRANSCRIPT OF SENTENCING PROCEEDING
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:      DIANA L. W. FERNANDEZ, ESQ.
                         Assistant U. S. Attorney
                         United States Courthouse
                         500 East Broward Boulevard
                         Fort Lauderdale, FL  33394
                         954/356-7255

FOR THE DEFENDANT:       MARC S. NURIK, ESQ.
                         MICHAEL POPOK, ESQ.
                         STEVE CHAYKIN, ESQ.
                         Ruden McClosky Smith, etc.
                         200 East Broward Boulevard
                         Fort Lauderdale, FL  33301
                         954/537-2432

FOR VICTIM MBIGI:        STEVEN K. HUNTER, ESQ.
                         Angones, Hunter, et al.
                         66 West Flagler Street
                         Miami, FL  33130 - 305/371-5000

ATTACHMENT / EXHIBIT A

**Page 2**

1
FOR VICTIM    STUART I. LEVIN, ESQ.
2  BAZZICHELLI:    200 South Biscayne Boulevard
                  Suite 2930
3                 Miami, FL 33131 - 305/372-9111

4 FOR VICTIM DOERWALD:  DANIEL LACESA, ESQ.
                       1499 West Palmetto Park Road
5                      Suite 204
                       Boca Raton, FL 33486
6                      561/391-6999

7 REPORTED BY:    LARRY HERR, RPR-CM-FCRR-AE
                 Official Federal Court Reporter
8                JLK Federal Justice Building
                 99 Northeast 4th St., Suite 1067
9                Miami, FL 33132 - 305/523-5528

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1    THE COURT: Are we ready to proceed in United
2 States of America vs. McFliker, 00-6181.
3    MS. FERNANDEZ: I believe we are, Your Honor.
4    THE COURT: There are a lot of documents in the
5 case.
6    Let me have your appearances for the record,
7 first.
8    MS. FERNANDEZ: Yes, Your Honor. On behalf of
9 the Government, A.U.S.A. Diana Fernandez.
10    Also present at counsel table, INS Special Agent
11 John Gershkoff, G-e-r-s-h-k-o-f-f.
12    MR. HUNTER: Your Honor, if it please the Court,
13 I am here -- my name is Steve Hunter, representing a
14 victim. I don't know if you want my appearance.
15    THE COURT: Yes, sir.
16    MR. HUNTER: I am here representing Lovemore and
17 Joyce and 'Mbigi.
18    MR. LEVIN: Good afternoon, Your Honor. Stuart
19 Levin on behalf of the victim by the name of Francesca
20 Bazzichelli.
21    I have never filed an appearance. I have given
22 one to Ms. Fernandez. If I may approach, Judge, I have one
23 for the Court.
24    THE COURT: Just leave it up here.
25    MR. LEVIN: I have filed a pleading, but I have

**Page 4**

1 never filed an appearance.
2    MR. LACESA: Good afternoon, Your Honor. Daniel
3 lacesa representing Mr. Bruno Doerwald. There is a notice
4 of appearance, and we have reached an accord with
5 Mr. McFliker regarding the restitution. I have presented
6 that to Ms. Fernandez.
7    MR. NURIK: Marc Nurik and Michael Popok and
8 Steve Chaykin on behalf of Mr. McFliker, who is present
9 here in court.
10    THE COURT: Did the Government file a 5K.1?
11    MS. FERNANDEZ: Yes, we did, Your Honor.
12    THE COURT: I thought you had but I can't seem to
13 locate it here. I will tell you why because I put a yellow
14 tab over it.
15    Let's deal with that last.
16    There are a couple of issues. One is an
17 objection with regard to the amount of loss attributed to
18 Mr. McFliker, and the PSI had 1.936-plus dollars, and the
19 defendant claims it's one million nineteen hundred one,
20 sixty-four, and the Government concurs with that number?
21    MS. FERNANDEZ: Well, Your Honor, the Government
22 had provided, and I think it has changed just in the last
23 day as we have been discussing the final numbers. And I
24 believe I have provided it to the Court, Probation and to
25 defense counsel listing a victim list with the case number

**Page 5**

1 at the top.
2    The fraud amount that the Government and the
3 defense believe or agree upon at this point is $934,164.40.
4    THE COURT: This is the amount to be attributed
5 to Mr. McFliker for the fraud, not the restitution amount.
6    MS. FERNANDEZ: That's correct, Your Honor.
7    THE COURT: So that number is down from a little
8 over one million to a little over $900,000.
9    MS. FERNANDEZ: That's correct, Your Honor.
10    THE COURT: You are satisfied that number is a
11 good number?
12    MS. FERNANDEZ: I am satisfied that is a good
13 number.
14    THE COURT: Mr. Nurik, you agree with that
15 number?
16    MR. NURIK: Yes, Your Honor.
17    THE COURT: Does that change the Sentencing
18 Guideline taking it under a million dollars? Does that
19 change anything?
20    MS. FERNANDEZ: No, it doesn't, Your Honor.
21    THE COURT: I didn't think so.
22    Then the next item would be the restitution
23 amount.
24    MS. FERNANDEZ: As to the restitution, Your
25 Honor, I wanted to address a couple of matters on this and

Page 6

1 to explain to the Court where these figures come from that
2 are contained on the list.
3      There are a number of victims that we were able
4 to locate and identify, and they are contained on the list,
5 who have submitted affidavits or requests to the Government
6 and have requested amounts that differ than the amount that
7 we have included and listed as restitution amount.
8      And let me just explain in general terms what
9 things we kept in and what things we didn't keep in.
10     It was the Government's intention from the
11 beginning of this particular case to, as much as possible,
12 get the monies returned to any individuals who had invested
13 with Mr. McFliker, with the defendant, in order to obtain a
14 visa that they were not entitled to.
15     For the most part, the restitution amount figures
16 represent any monies that they paid Mr. McFliker or his
17 company as visa fees or attorneys' fees towards that
18 processing, along with any investment amounts, generally,
19 which came in terms of 50,000, 60,000 or more.
20     A number of the victims had requested additional
21 amounts of money. In general terms, those came in based
22 upon interest they think they should have earned on their
23 money, profit they believe they should have been paid back
24 pursuant to the contracts that they signed, attorneys'
25 fees, accountants' fees, mental duress compensation. I am

Page 7

1 trying to think if there is any other or general
2 category -- travel amounts, telephone calls, and so forth.
3      The Government's position we would recommend to
4 the Court that in this instance what should be returned to
5 these victims is the initial investment amount along with
6 any additional visa fees that they paid, which is what is
7 listed on this sheet.
8      There are a number of victims here, however, and
9 I think particularly Mr. Mbigi, through his attorney, has
10 asked for a substantially larger amount than we have
11 listed. We have listed it at $615,683.58, and the amount
12 that he is requesting is substantially larger. So I will
13 leave it to Mr. Hunter or his client to address the
14 additional amounts that they are requesting.
15     THE COURT: May I ask you a question?
16     MS. FERNANDEZ: Certainly, Your Honor.
17     THE COURT: What is the standard for restitution?
18     MS. FERNANDEZ: As far as what is to be given
19 back, Your Honor?
20     THE COURT: And also proof?
21     MS. FERNANDEZ: Your Honor, as to proof in this
22 particular -- generally, proof the Court should find the
23 reasonable basis for the amount of money that are being
24 requested or being ordered to be turned back.
25     What defense counsel, the defendant and I have

Page 8

1 done over the last several months when we had put this case
2 over, along with the agents, is to review each and every
3 file concerning the victims. We have found the original
4 wire transfers underlying the amounts that were transferred
5 in or checks, canceled checks. At any point that
6 Mr. McFliker's attorney claimed that certain amounts of
7 money or airplane parts were given to the victims, we have
8 confirmed that as well through canceled checks, along with
9 inventories of airplane parts, along with conversations and
10 interviews of the victims.
11     I think as far as the figures that we have come
12 up with, we are more than comfortable that they are
13 substantiated by the written records.
14     As to any additional amounts, as I have said,
15 some of these victims -- all of them have submitted, for
16 the most part, affidavits, and I believe that Mr. Mbigi and
17 Mr. Hunter have prepared, and I believe it was submitted to
18 the Court as well. They have a civil suit pending in which
19 they have also submitted the additional documentation
20 underlying their claims.
21     THE COURT: That was my next question. This does
22 not preclude a civil suit. I assume everybody knows that.
23     MS. FERNANDEZ: No, it does not preclude it. All
24 it would do is reduce the amount of any award that might be
25 given in any civil suit.

Page 9

1      THE COURT: Mr. Nurik, do you have something to
2 say?
3      MR. NURIK: Just that, Your Honor, as
4 Ms. Fernandez has indicated, we agree as to the amount of
5 restitution. It is my client's intent to pay back not only
6 all of the monies that were invested with him, but also
7 fees which were given to him which he, in fact, then paid
8 on to attorneys for the processing of immigration files.
9      THE COURT: Is that requested in the 1.716
10 thousand dollars?
11     MR. NURIK: That is correct. So he is in
12 agreement to pay that back, to be ordered to pay that back.
13 As the Court might note from looking at the papers we
14 submitted, he already has paid back a significant amount of
15 money to date.
16     This is what remains: $1,716,259.65.
17     It is our position that interest benefitted the
18 bargain, incidental fees, cost and attorneys' fees are not
19 appropriate for purposes of the criminal restitution order.
20 The parties have the option --
21     THE COURT: Is there some legal standard that I
22 can refer to in that matter? I don't know.
23     MR. NURIK: Your Honor, I can just tell the Court
24 that I do not have a case in support of that simply
25 because, quite frankly, in every case we litigated in

## Page 10

1 sentencings for the last number of years, it's never come
2 up that those items are included.
3      And, of course, in most fraud cases where there
4 are investments, there is always lost interest, there is
5 always cost of collection, and things like that. I have
6 never been involved personally in a case where a court has
7 ordered, nor have I been involved personally in a case
8 where the Government has sought restitution for those
9 items.
10      I'm sure there is authority for it, but I can't
11 tell the Court offhand. But, in any event, the parties
12 involved do have redress in civil court. And, in fact, in
13 the case of Mr. Mbigi, it is my understanding that he has
14 filed such a complaint.
15      Of course, nothing that happens in court here
16 today precludes such an action, other than a possible
17 offset for what he has been paid.
18      THE COURT: I mentioned just that I don't know
19 everybody out there in the audience so that they know that.
20      Now everybody should be put on notice that this
21 is merely restitution pursuant to a criminal proceeding.
22 This is not a civil lawsuit and it is not a civil remedy,
23 per se.
24      So if anybody feels that they are treated
25 unfairly, they do have that recourse in bringing their own

## Page 11

1 civil lawsuit.
2      Let me ask the Government. Ms. Fernandez, you
3 probably have been down this road before, I have not: How
4 shall I proceed with regard to those matters that are in
5 dispute? There are only three of them, it looks like.
6      MS. FERNANDEZ: Are you talking about the
7 restitution, Your Honor?
8      THE COURT: The restitution.
9      MS. FERNANDEZ: Your Honor, let me just indicate,
10 and I will ask Mr. Nurik to confirm as well.
11      There are four individuals on the list who are
12 designated with a single asterisk, and that has to do with
13 airplane parts.
14      I believe that we have agreed with defense
15 counsel that that is the only issue that would remain
16 standing, which is that these individuals would be entitled
17 to that amount of money conditioned upon their return of
18 the airplane parts which, basically, they are holding at
19 this point as security.
20      THE COURT: Okay.
21      MS. FERNANDEZ: And we have inventories which
22 would relate to those airplane parts.
23      So that would still stand. But it would just be
24 a condition within the restitution order.
25      As to the --

## Page 12

1      THE COURT: Remind me of that when we go through.
2      MS. FERNANDEZ: Yes, I will, Your Honor.
3      As to the double asterisk in which victims are
4 requesting substantially more, I have addressed that for
5 the most part. As I said, the one remaining individual
6 would be Mr. ambigi.
7      THE COURT: There are three people who have
8 double asterisks. Khan, Kovatchev and then Mbigi.
9 Are there any others?
10      MS. FERNANDEZ: I will address those three
11 individuals. There are two other individuals.
12      As to Mr. Khan: The Government has received an
13 affidavit from him which requests $112,200, 1-1-2-2-0-0,
14 plus interest. What that includes in coming to that figure
15 is the rental payments which he did not receive, mental
16 torture, telephone calls and trips to the U.S.
17      Mr. Khan is an eye doctor in Pakistan.
18      THE COURT: Is he here today or represented here?
19      MS. FERNANDEZ: No, he is not, Your Honor. He
20 was unable to appear on his behalf -- appear himself.
21      THE COURT: The 5200 number is based on
22 documentation that the Government has reviewed?
23      MS. FERNANDEZ: Yes, Your Honor.
24      What we have in that is 5200 was the initial visa
25 fees, $65,000 was the investment that was made by Mr. Khan.

## Page 13

1 He received 15,500 in pre-indictment payments, for which
2 what we have done is decrease the fraud amount as to any
3 pre-indictment payments.
4      And then post-indictment, Your Honor, is another
5 49,500 in payments have been made to Mr. Khan, and that's
6 where we came up with the final figure.
7      THE COURT: How about Mr. Kovatchev?
8      MS. FERNANDEZ: On Mr. Kovatchev, Your Honor, he
9 has an affidavit in which he claims $30,000. He just
10 recently sent some back-up documents. But what, basically,
11 that includes is what he claims to be are tax due and owing
12 to the Federal Government on the company that was created.
13      We have in our records 2500 visa fees that were
14 paid by him. And that is what we have indicated we believe
15 is the appropriate amount.
16      THE COURT: Is he here today or represented here?
17      MS. FERNANDEZ: Not as far as I know, Your Honor.
18      THE COURT: Then Mr. Mbigi. Let me hear from
19 Mr. Hunter.
20      MR. HUNTER: Thank you, Your Honor.
21      What I'm -- I'm willing to stipulate to the
22 $615,000 number that the Government has suggested if it
23 represents a return of monies that were paid to McFliker.
24      And what I would suggest to the Court, is I have an accountant here who
25 Court would permit me, is I have an accountant here who

**Page 14**

1 would testify as to what interest we claim and what
2 additional monies we contend to be the benefit of the
3 bargain.

4         And I don't think counsel for the defendant would
5 dispute any of the facts. But if I could present the
6 testimony, I think the Court --

7         THE COURT: Let me suggest this rather than go
8 that route: Do you have some law that would indicate that
9 Mr. Nurik in his experience has just not gotten to a case
10 where a victim was entitled to more than what the
11 Government has indicated they are entitled to?

12         MR. HUNTER: No. What I was going to ask the
13 Court permission to do is brief that and submit that.

14         THE COURT: No, I am going to finish up today.
15 This case has been continued. This is the third or fourth
16 time we have met on this. We are going to get this
17 resolved today even if we have to stay until midnight,
18 Mr. Herr.

19         MR. HUNTER: I am here without authority on what
20 are the elements of damages and restitution.

21         THE COURT: Here is my concern, and this is a
22 concern on the sentencing aspect, setting aside the
23 restitution aspect.

24         While I consider this to be a very serious crime
25 which justifies a substantial sentence, it's kind of a

**Page 15**

1 Catch 22 situation, because if I put Mr. McFliker into the
2 Bureau of Prisons, then I'm told, and it makes some sense
3 to me, that those victims may not get paid back, because
4 the source of prepayment is this aero parts company or
5 whatever it is called.

6         The other is that there is a lot of restitution
7 that's due. It's over $1.7 million. And I'm not about to
8 treat one person differently than others. Since everybody
9 has their civil lawsuit right, that might be the better way
10 to handle this. Treat everybody the same in this
11 proceeding, unless while we are here, someone can show me
12 where they are entitled to accrued interest plus loss of
13 the bargain and things of that nature.

14         I am probably going to treat everybody on this
15 list the same and return to them that which they turned
16 over to Mr. McFliker, and those people who feel that they
17 are materially shorted on that can proceed in civil
18 litigation.

19         MR. HUNTER: In that case we would stipulate to
20 that $615,000 number as being correct.

21         THE COURT: Does anybody else have anything to
22 say about that restitution number? Any of the parties?
23 The victims?

24         MR. NURIK: I just want to clarify one other
25 thing, Your Honor.

**Page 16**

1         The three asterisk items, which are Mr. Nieto,
2 Doan and Leighton, they are not in dispute. These were
3 agreements that were reached between Mr. McFliker and these
4 parties through compromise.

5         THE COURT: I just assumed that was something
6 that was taken care of. That was one less thing I had to
7 worry about.

8         MR. LEVIN: Judge, on behalf of Franchesa
9 Bazzichelli, Stuart Levin.

10         She has agreed to accept the sum of $44,185.80 as
11 full restitution for her claim, Judge.

12         THE COURT: Anyone else have anything to say
13 other than they agree what the amount set forth on this
14 list of restitution?

15         MS. FERNANDEZ: Your Honor, there is one other
16 victim, if I could have a moment to speak to him.

17         MR. LACESA: Your Honor, Daniel Lacesa, on behalf
18 of Bruno Doerwald.

19         As I stated previously, Mr. McFliker's counsel
20 and myself and Mr. Doerwald have reached an accord, and it
21 amounts to essentially 60,000 and change restitution
22 amount. The balance of 152 as a fraud, and that would be
23 incorporated in this Court's order, and it would involve a
24 monthly payment in exchange for the parts. Those are the
25 airline parts that were given to Mr. Doerwald.

**Page 17**

1         THE COURT: Let me ask tell you what I am going
2 to ask everybody to do: If anybody has a separate date, I
3 am not going to be a scrivener to take all of this down, I
4 guarantee I am having enough trouble with all the documents
5 that have been thrown at me.

6         Is this something that can be added to the
7 judgment or added to something after the fact so you all
8 can get together?

9         MS. FERNANDEZ: Yes, Your Honor. What I was
10 going to suggest is this: Obviously, the victims are
11 identified and the amounts, depending on whether the Court
12 goes along with what we have agreed to, then the amounts
13 are settled.

14         The only thing remaining, which is where this
15 issue comes up is the payment schedule based upon the
16 defendant's ability to pay, which would also be part of the
17 order.

18         The order must be entered within 90 days of
19 sentencing. I think that we have all but the payment
20 schedule. And that even Mr. Doerwald's situation can be
21 incorporated that as to that victim, he is to pay within
22 whatever schedule they have agreed upon. But that we would
23 have to then work out a generalized payment schedule,
24 whatever the Court wants to direct, based upon the
25 defendant's estimated ability to pay back 1.7 million and

Page 18

1 change.
2    THE COURT: I am very happy that you let me know
3 there are 30 days to accomplish that. So that is good. I
4 was hoping I wouldn't have to do that tonight.
5    Is that something that you and Mr. Nurik and
6 those individuals would have some specific side deal, such
7 as Mr. Doerwald?
8    MS. FERNANDEZ: As far as I know, that's the only
9 side arrangement as far as a repayment schedule. The only
10 other thing that we have agreed upon with those three
11 additional victims is that the airplane parts must be
12 returned as a condition to their repayment.
13    THE COURT: Can you put together a proposal that
14 sets forth the payment schedule after you and counsel for
15 Mr. McFliker get together? Because I assume it is going to
16 be, except for those people with security and things of
17 that nature, and Mr. Doerwald, that everybody is going to
18 be paid on some kind of a pro rata basis.
19    MS. FERNANDEZ: Exactly. They would be paid --
20 whatever the Court wants to set up. The Court does need to
21 make findings as to the defendant's ability to pay.
22    No, it does not? It is mandatory. I'm sorry.
23    I'm sorry. I was just getting some advice.
24    THE COURT: You say it is not mandatory?
25    MS. FERNANDEZ: It is mandatory.

Page 19

1    PROBATION OFFICER: Your Honor, this is covered
2 by the Mandatory Restitution Act of 1996, Title 18.
3    THE COURT: It is mandatory that he makes
4 restitution. Is it mandatory that I make findings of fact
5 that he, in fact, is able to make restitution?
6    PROBATION OFFICER: No, Your Honor. You do not
7 have to do that.
8    THE COURT: Again, that's one less thing. We may
9 get out of here before midnight.
10    MR. HUNTER: I believe the schedule, though, is
11 mandatory, is it not?
12    THE COURT: Well, the schedule -- this is what we
13 are talking about the 90 days.
14    Ms. Fernandez, since you are the one who filed
15 this indictment, I am going to put the burden on you to be
16 the leader to pull together this schedule --
17    MS. FERNANDEZ: Certainly, Your Honor.
18    THE COURT: -- and deal with Mr. Nurik, or more
19 likely, Mr. Popok who will do the work.
20    MS. FERNANDEZ: I will say this, Your Honor:
21 Defense counsel have been extremely cooperative. We have
22 spent a lot of time, although this doesn't look like much
23 what we have presented to the Court, this has taken an
24 inordinate amount of time to present in some reasonable
25 fashion that we are all satisfied with represents the

Page 20

1 proper amount.
2    THE COURT: I disagree with you. It looks to me
3 like a lot of work. It's the result. But that doesn't
4 tell you what -- it looks to me like you did a lot of work
5 on it.
6    MS. FERNANDEZ: So if I have no question in the
7 next week or two, we will be able to come up with a
8 repayment schedule that is reasonable and for which
9 Mr. McFliker can live by.
10    THE COURT: Anything else we need to discuss with
11 regard to the restitution?
12    Now, let's go through some of these other items.
13    I have already indicated my concern about
14 sentencing, imprisonment versus restitution. So you all
15 can be thinking about that.
16    What else do we have besides the motion for a
17 downward departure based on 5K1.1?
18    MS. FERNANDEZ: Your Honor, as to the defendant's
19 objections to the PSI, I believe the only one actually
20 outstanding is the application or not of 2X1.1, which is
21 the three-level downward for a conspiracy on attempt.
22    THE COURT: That's because the defendant did not
23 complete any act?
24    MS. FERNANDEZ: Correct, Your Honor.
25    THE COURT: Mr. Nurik, what did Mr. Popok tell

Page 21

1 you?
2    MR. NURIK: I am going to let Mr. Popok speak,
3 Your Honor, but I wanted to reference one thing on that.
4    The parties; that is, the Government and the
5 defense, do agree in this position that it does apply. And
6 the difference that it makes is if it -- if the Court
7 agrees that it does apply, it renders a final offense level
8 of 18. If the Court determines that it does not apply,
9 then it renders a final offense level of 19, and that is
10 before the downward departure, if it were granted.
11    THE COURT: So we are only talking about one
12 level?
13    MR. NURIK: We are only talking about one level.
14    So I point that out in terms of the Court
15 considering how much time you want to spend in doing it
16 from a practical point of view.
17    THE COURT: Okay. Let me fast-forward, then ,
18 before we get into that.
19    What is the Government's view on this in terms of
20 prison time? The defendant has made a very aggressive
21 pitch for home confinement. The two co-defendants were
22 given probation.
23    I think these are fairly serious offenses,
24 criminal offenses, but I do appreciate the practical aspect
25 that this is not a victimless crime. There are a lot of

## Page 22

1 victims. The probability is that the only way they are
2 going to be repaid is to have Mr. McFliker out there
3 working diligently to earn some money.
4      So, Ms. Fernandez, what's your view or what is
5 the Government's view?
6      MS. FERNANDEZ: Your Honor, I'm a little bound by
7 my office's view so that's what I'll express at this time.
8      THE COURT: That's why I said the Government's
9 view, not your personal view.
10     MS. FERNANDEZ: As to this particular matter,
11 because of the 5K1, the Government's position is that we
12 would recommend a one-third off the sentence based upon
13 cooperation.
14     I understand the defendant's argument that unless
15 he is out there working for this company, that these
16 victims are not going to be repaid, and I will say that I
17 have no reason to doubt that representation by both the
18 defendant and defense counsel.
19     But I'm not authorized to recommend that he not
20 go to jail.
21     THE COURT: I can't think of the name of company,
22 Aero Parts, or whatever.
23     MS. FERNANDEZ: Air Fares.
24     THE COURT: Probably better than anybody on the
25 defense side, the report indicates that Mr. McFliker

## Page 23

1 doesn't own any stock, that 20 percent of the stock is
2 owned by employees, and the rest is owned by his family.
3 Which, may be a way to protect that ownership from whatever
4 problems Mr. McFliker may have had in the past.
5      But as a practical matter, is Mr. McFliker the
6 one who does create sales of 70 or 80 percent, as far as
7 you know?
8      MS. FERNANDEZ: As a practical matter, Your
9 Honor, from everything that I'm aware of, yes, he is the
10 one that arranges the sales and is the moving force behind
11 the sale of the parts, both the acquisition and sale of
12 parts.
13     THE COURT: Let me hear from maybe one or two of
14 the victims who are probably the people who are most upset
15 at Mr. McFliker. I sit here every day and see people who
16 are victims of crimes. I never like to see crimes
17 committed. People come before me.
18     Mr. Hunter, do you have a view on this? Or has
19 he gone?
20     MS. FERNANDEZ: May I have just a moment? He
21 just stepped out.
22     THE COURT: While he is coming in, Mr. Levin, do
23 you have a view on this? It's your client's ox that's
24 being gored, so speak. You see the dilemma.
25     MR. LEVIN: Yes, I do, Judge.

## Page 24

1      Quite frankly, my client wants to get paid and
2 the only way my client is going to get paid is if
3 Mr. McFliker is out there working. My client needs that
4 money, and he needs it desperately. And if he is going to
5 be incarcerated, she is going to take a beating, and I
6 don't want to see my client take a beating, Judge. She is
7 a lovely, lovely lady.
8      THE COURT: Anybody else have a view on that?
9 Any of the victims?
10     MR. DOERWALD: My name is Bruno Doerwald. If you
11 don't mind, I will just speak directly.
12     I did work with Mr. McFliker. I did make an
13 attempt, a valid effort to try and market the parts on my
14 own and have not been very successful to do so.
15     So I would -- you need a lot of contacts in this
16 industry. You need to know a lot of the trace material on
17 the parts.
18     I would agree with the Government that it
19 wouldn't be easy for somebody else to run that business
20 other than Henry himself.
21     THE COURT: You are pretty mad at Mr. McFliker, I
22 assume?
23     MR. DOERWALD: Yes, but I'm trying to be
24 realistic.
25     THE COURT: That's what I assume. You were mad,

## Page 25

1 but you would set that aside because of the practicalities.
2      MR. DOERWALD: I made my demand strictly for that
3 which I could show with cancelled checks and wire
4 transfers. And I have made no attempts to recover interest
5 or costs or anything else.
6      THE COURT: That's not an issue in your case from
7 what I can tell.
8      MR. DOERWALD: But I would say that is a fairly
9 good estimation. It is not easy to sell these parts.
10     THE COURT: Does anyone else take a contrary
11 view?
12     THE WITNESS: Your Honor, my name is Abdel Kader
13 Nieto, A-b-d-e-l K-a-d-e-r N-i-e-t o.
14     THE COURT: Are you a victim?
15     MR. NIETO: Yeah.
16     THE COURT: You are not listed on the --
17     MS. FERNANDEZ: I'm sorry. Yes, he is. It is
18 Mr. Nieto, N-i-e-t-o.
19     THE COURT: You have already resolved your
20 dispute?
21     MR. NIETO: Yeah.
22     THE COURT: And you received your $59,000?
23     MR. NIETO: No, I haven't received that.
24     THE COURT: You just settled for that amount?
25     MR. NIETO: Yeah.

## Page 26

1    THE COURT: Okay.

2    MR. NIETO: That is part of the restitution, I
3 think.

4        The other thing I want to say, Judge, is here we
5 are talking about taking Mr. McFliker to the jail. My
6 concern as a victim is to receive my money back.

7    THE COURT: So you agree with the other people
8 that have been up here?

9    MR. NIETO: Yes. Basically, I do.

10    THE COURT: I am just looking for anybody who
11 might feel that they would rather see some sentencing to
12 prison as opposed to having Mr. McFliker out there working
13 to pay back the funds he wrongfully took from you all.

14        Does anybody take that view?

15    MS. FERNANDEZ: Your Honor, I would just add as
16 well, so that the record is clear, that in speaking with a
17 number of the other victims who are in the affidavits,
18 there was never any indication from any of those
19 individuals that their beliefs or intentions or wishes were
20 that Mr. McFliker be incarcerated. Rather, only solely
21 that they get their money returned. So I indicate that as
22 well.

23    THE COURT: This is one of those frustrating
24 situations where maybe a prison term may be appropriate,
25 but it is kind of killing the goose that hopefully will lay

## Page 27

1 the golden egg here.

2    MS. FERNANDEZ: That is very difficult, Your
3 Honor.

4        And I would also indicate for the Court that in
5 dealing with Mr. McFliker over the last year-and-a-half or
6 so on this, and a number of other matters, I believe that I
7 could represent to the Court, quite honestly, that I feel
8 that this has certainly -- this case has caught his
9 attention. He has altered substantially the type of
10 activity that he was involved in which led to the return of
11 these charges.

12        And that he has been working legally and lawfully
13 during this time period. In particular, in making, and has
14 taken it upon himself to make repayments to the victims
15 that he was able to reach, and has done that consistently
16 during this time period.

17        And I would also indicate, I think it is
18 mentioned in defense counsel's motion, but let me just add
19 that it was at the Government's request just approximately
20 two weeks ago or a week-and-a-half that the payments --
21 basically, he had been making monthly payments to a number
22 of victims that he had been able to contact.

23        In about a week-and-a-half I requested that they
24 no longer make the payments, only because we had -- the
25 Government needed to confirm each repayment that was made.

## Page 28

1 And this required quite a bit of time and effort since many
2 of these victims are overseas.

3        So, as I understand it, for about the last
4 week-and-a-half, any monies he would have repaid the
5 victims he has been putting in an escrow account with the
6 attorneys.

7    THE COURT: It seems to me part of the order of
8 restitution when you list the people that somehow we need
9 to get everybody on an even plain here so that some people
10 are not benefited to the detriment of others because,
11 hopefully, everybody will be paid back, but there is no
12 guarantee of that.

13        So, if some people have been lucky enough to
14 receive some restitution payments, it seems to me they
15 should have reduced payments or no payments until everybody
16 catches up with them on a pro rata basis.

17    MS. FERNANDEZ: What we can do, Your Honor, is
18 taking a percentage of the amount to be paid as to each
19 victim in considering how much has been repaid as well and
20 work something out.

21    THE COURT: Tell me: How is Mr. McFliker more
22 culpable, setting aside the restitution issue which I think
23 is now pretty much revolved, how that impacts on any
24 sentence, how does it compare to Raffa and Fuller, because
25 they got probation of five years?

## Page 29

1    MS. FERNANDEZ: Your Honor, as to Mr. McFliker,
2 the only count that is actually consistent with Mr. Raffa
3 and Mr. Fuller is what is now Count 1 of the superseding
4 information, and that is the money laundering count which
5 was the reverse sting.

6        The Court may recall this was an incident where
7 an undercover came to Mr. McFliker through a confidential
8 informant, represented himself to have illegal money from
9 overseas and asked to launder the money.

10        It was Mr. McFliker that then brought John Raffa
11 and Michael Fuller into the picture. Originally, they were
12 going to then launder the money for the undercover.
13 However, as it led up to the date, which was the arrest
14 date, Mr. McFliker indicated to the undercover he is well
15 to handle the laundering of some money. And after the
16 arrest of Fuller and Raffa separately, the undercover met
17 with Mr. McFliker, presented the money, and on the receipt
18 by the defendant he was also placed under arrest.

19        So that's really the relationship.

20        As far as the money laundering aspect of it,
21 which is a reverse sting, Mr. McFliker was the first
22 approached, and but for him, Mr. Raffa and Mr. Fuller would
23 not have been brought into this matter.

24        The other counts emanate actually from activity
25 of Mr. McFliker which predates the reverse sting. And that

## Page 30

1 involves strictly Mr. McFliker's activities in the visa
2 consulting business; that is activity and matters for the
3 most part that neither Mr. Raffa nor Mr. Fuller had any
4 part in.
5        Mr. Fuller certainly didn't.  There has been some
6 indication on, I think we discussed this earlier during the
7 Raffa sentence, that at the request of Mr. McFliker, that
8 Mr. Raffa was as well helping to obtain Social Security
9 cards for a charge for some of the clients of Mr. McFliker
10 to add to their file on the justification on the visas, to
11 have all their documents in order.
12        THE COURT: Mr. McFliker has submitted a proposed
13 sentence on page 11 of his memo.  Have you had a chance to
14 review that?
15        MS. FERNANDEZ: Briefly, Your Honor.  If I could
16 have one second just to discuss it with the agent.  We were
17 in the middle of discussing it.
18        THE COURT: Okay.
19        MS. FERNANDEZ: Your Honor, after discussing it
20 with the agent that is present, and I think our feelings
21 are the same on this, I think that what's recommended does
22 accomplish the goals as described by defense counsel, and
23 does permit the business to be ongoing, as well as to allow
24 for the restitution to the designated victims as we have
25 agreed upon.

## Page 31

1        THE COURT: Let me ask Mr. Popok.  Are you
2 proposing twelve months confinement followed by five years
3 probation, or is that legally permissible pursuant to the
4 guidelines, or is it five years probation, twelve months of
5 which is home confinement?  I guess I am kind of asking.
6        Ms. Stanley?
7        PROBATION OFFICER: Your Honor wishes to sentence
8 him to probation?
9        THE COURT: Well, they have suggested twelve
10 months probation -- excuse me -- twelve months home
11 confinement, five years probation, and there are some other
12 items.  Is that permissible under the sentencing
13 guidelines?
14        PROBATION OFFICER: Not as such stated.
15        What Your Honor can do if you grant the 5K1.1
16 motion is to sentence him to five years probation with a
17 special condition to give him up to six months home
18 confinement.  And that would be allowable.
19        You could do with a 5K1.1 motion, Your Honor, you
20 can go all the way down to probation with special
21 conditions.
22        THE COURT: The only problem with that, that's
23 even more than the defendant is asking for.  They always
24 ask for more than they think they are entitled to.
25        How creative can we get to come to something like

## Page 32

1 that?  I have got something in mind.  There is no way you
2 can have the twelve months.
3        PROBATION OFFICER: Your Honor can do it.  Our
4 office has a policy not to recommend more than six months,
5 but you can do it as a special condition.
6        THE COURT: Could it be twelve months plus five
7 years?
8        PROBATION OFFICER: It's five years as a special
9 condition, and twelve months home confinement.
10        THE COURT: So it is twelve plus four years
11 outright.
12        PROBATION OFFICER: Probation would be a
13 sentencing in and of itself.
14        THE COURT: So it is one year of which is
15 confinement?
16        PROBATION OFFICER: Right.
17        MS. FERNANDEZ: So those other items that he has
18 also mentioned as community service would also be imposed
19 as special conditions of probation.
20        THE COURT: He is going to get community service.
21        MS. FERNANDEZ: I am just saying, that is just a
22 term.
23        THE COURT: So it can't be stretched out to six
24 years?
25        PROBATION OFFICER: No, Your Honor.  It's a

## Page 33

1 felony.  It can only be up to five years.
2        MS. FERNANDEZ: Your Honor, the only question I
3 would have with Probation.  I know their policy about the
4 six months, and I know defense counsel is suggesting twelve
5 months.  Whether there is any statutory limit to the amount
6 of home confinement under a sentence of probation?
7        PROBATION OFFICER: No.
8        MS. FERNANDEZ: So that if the Court wished, the
9 Court actually could impose longer than twelve months as a
10 special condition, or less.
11        THE COURT: We have got a head shaking.
12        PROBATION OFFICER: I would have to read the
13 statute, Your Honor.  If you go beyond that, it sounds to
14 me like you are trying to impose an imprisonment sentence
15 which would probably be against the statute, and I would
16 have to research that.
17        THE COURT: Whatever we do here, they are not
18 going to appeal it.
19        PROBATION OFFICER: Five years probation followed
20 by whatever conditions Your Honor wants.
21        THE COURT: Anything else we have here?
22        MS. FERNANDEZ: The only last thing, Your Honor,
23 the Government has not made its showing to the Court
24 concerning the 5K1.1.  I would ask to do that in-camera at
25 sidebar.

Page 30 - Page 33

## Page 34

1    THE COURT: All right. Everybody else can either
2 stay or leave or whatever you want. We will be back in two
3 or three minutes, I suspect.

## Page 35

1         [Proceedings at side-bar follow]:
2    MS. FERNANDEZ: Your Honor, I just wanted --
3 because we have ongoing matters, I wanted to raise this at
4 the bench rather than in open court.
5    Specifically, as the Court is obviously aware,
6 and I think as part of the consideration of his cooperation
7 should be the amount of restitution that he has already
8 given to victims on his own, as well as the substantial
9 amount of time and effort that he's put into to assist the
10 Government in preparing what is now the victim list and the
11 restitution amounts.
12    This has involved him basically canvassing
13 through stored records and files and producing them to the
14 Government. We have a room that is basically his records
15 at this point.
16    Any time we had any questions where we only had a
17 front copy of the check and not the back, Mr. McFliker has
18 gone back again to locate those additional records. So
19 that we would be satisfied with every single amount that we
20 discussed as to each of the victims.
21    This he's done, I think, quite -- did quite up
22 front as to all of this. We never had any disagreements
23 about it. I know it frustrated him. But he's been doing
24 that for at least the last six to nine months.
25    In addition, Your Honor, he has provided

## Page 36

1 information concerning -- specifically concerning two
2 attorneys. These are two attorneys that he utilized and
3 referred many of the aliens to in order to process and
4 submit to INS the particular visa applications.
5    Based on the information he has provided us
6 directly, it's clear that the two attorneys were well aware
7 of the fraudulent nature of these applications.
8    One of the attorneys is no longer practicing
9 here. Notwithstanding that, that is still a matter that we
10 are considering to prosecute as to him. The other one is
11 still practicing here in South Florida and in the area of
12 immigration law.
13    And we have considered, and actually we are
14 starting to implement this summer what we anticipate to be
15 an undercover operation. However, because of all the
16 events during this year, and particularly in September,
17 that has kind of fallen a little bit by the wayside.
18    But now that the law enforcement has gotten a
19 little breather from some of those events, that will get
20 back in track and we fully expect that those will be two
21 prosecutions for which Mr. McFliker has agreed to testify
22 in both.
23    So, in sum, that would be the Government's
24 proffer. Thank you, Your Honor.
25    THE COURT: For a while, I thought he was just

## Page 37

1 cooperating under his own.
2    MS. FERNANDEZ: No.

## Page 38

1    [Proceedings in open court follow]:
2    THE COURT: Anything else?
3    MS. FERNANDEZ: Nothing for the Government, Your
4 Honor.
5    THE COURT: Well, I am going to grant the
6 Government's motion for a downward departure based on
7 5K1.1.
8    I am going to deny the objection with regard to
9 Section 2X1.1.
10    Is there anything else?
11    I find that the statement that's been submitted
12 to the Court by the Government listing amounts and
13 individuals entitled to restitution as well as the fraud
14 amount, I am going to accept that as the facts in this
15 case.
16    Is there anything else I need to do on any
17 issues?
18    Anybody else have anything to say?
19    MS. FERNANDEZ: Your Honor, so the record is
20 clear, there is one outstanding objection that I don't
21 think defense counsel have specifically withdrawn, which is
22 the third one concerning the threat of individuals.
23    MR. NURIK: Your Honor, we would simply argue
24 against the use of the word threat. It is really of no
25 moment to have no effect. As such, we would withdraw.

## Page 39

1    MS. FERNANDEZ: Other than that, Your Honor, I
2 think nothing else.
3    THE COURT: I have considered the statements made
4 by the parties, the evidence offered here today, the
5 proffer and as well as the objections. Of course, I
6 reviewed the presentence investigation report. I am going
7 to adopt the findings of facts and conclusions set forth in
8 the presentence investigation report with the modifications
9 I have announced here in court.
10    I just have granted the downward departure. So
11 the sentence will be outside the guideline range and in
12 accordance with the granting of the Government's motion.
13    I am going to impose a small fine -- no, I am not
14 going to even impose a fine.
15    Pursuant to the Sentencing Reform Act of 1984,
16 it's the judgment of the Court that the defendant, Henry
17 Harry McFliker, is sentenced to five years probation under
18 the following terms and conditions:
19    The first twelve months of his probation shall be
20 in home confinement wearing some kind of device that is
21 going to be decided by the Probation Office, and he will
22 pay for the cost of that device.
23    In addition to that, Mr. McFliker is to serve
24 1,750 hours of community service to be spread over those
25 five years of probation. Again, at the discretion of the

## Page 40

1 Probation Officer in charge of his case.
2    He is to make full restitution of all appropriate
3 amounts as set forth in the schedule provided to the Court
4 by the Government.
5    While he is on probation, of course, he is not to
6 commit any federal, state or local crime. He is not to
7 possess any controlled substance, or any firearm or weapon
8 or other dangerous devices.
9    With regard to the restitution in the amount of
10 $1,716,259.65 as set forth in the victim list, including a
11 final restitution amount which will become part of the
12 Court's findings.
13    The restitution is due and payable immediately.
14 And the U.S. Probation OFFICER and the United States
15 Attorney's office are both responsible for the enforcement
16 of this order with regard to restitution.
17    Restitution, unless otherwise ordered by the
18 Court, pursuant to a stipulation of the parties submitted
19 to the Court and approved by the Court, in the absence of
20 that, the restitution shall be made payable to the Clerk of
21 the United States Court, to be forwarded to the Clerk of
22 the Court, 301 North Miami Avenue, Miami, Florida
23 33128-7788, Attention: Financial Section, Room 150. Of
24 course, the clerk will then forward the restitution to the
25 victims in the case.

## Page 41

1    Also, as part of his conditions of probation, he
2 shall provide complete access to his financial information,
3 including disclosure of all business and personal finances,
4 as is reasonably requested by the United States Probation
5 Officer in charge of his case.
6    It is further ordered that Mr. McFliker shall pay
7 to the United States a special assessment of $100 as to
8 Counts 1, 2 and 3 for a total of $300 assessment.
9    Therefore, the total sentence in this case is
10 five years probation under the terms and conditions I have
11 announced, restitution in the amount of $1,716,259.65, and
12 a special assessment of $300.
13    Is there anything else I need to put in this?
14    PROBATION OFFICER: No, Your Honor.
15    THE COURT: Mr. McFliker, now that sentence has
16 been imposed in this case, do you or your counsel object to
17 the Court's findings of facts or the manner to which the
18 sentence has been pronounced this afternoon?
19    DEFENDANT McFLIKER: No, Your Honor.
20    THE COURT: Mr. McFliker, I want to tell you
21 about your appellate rights.
22    Pursuant to Rule 32(C)5 of the Rules of Criminal
23 Procedure, you have the right to appeal the sentence that
24 has just been imposed against you. Any notice of appeal of
25 that sentence must be filed within ten days after the entry

Page 42

1 of judgment in this case against you.

2       If you don't have the money to pay the cost for
3 the appeal, you may seek to take your appeal in forma
4 pauperis, which simply means in plain English if you don't
5 have the financial ability to pay for the appeal and you
6 otherwise qualify, the Government will pay for the cost of
7 that appeal.  Do you understand those appellate rights.

8       DEFENDANT McFLIKER:  Yes.

9       THE COURT:  Anything else?

10      MR. NURIK:  Your Honor, may I just clarify where
11 we are going to go from here?  It is my understanding that
12 the Government and the defense and the other parties who
13 are involved will get together to propose a stipulation to
14 the Court regarding, amongst other things, the amount to be
15 paid on a monthly basis.

16      THE COURT:  Right.  A payment schedule, taking
17 into account that we want to treat all the victims equal on
18 a pro rata basis.

19      And I guess we need to use the Clerk's Office to
20 pay restitution.  I don't know if there is any alternative.
21 If there is, it makes more sense.

22      MR. NURIK:  We are currently holding an amount of
23 money, roughly $25,000, in escrow as Ms. Fernandez
24 indicated because we did not want to mess up the figures.

25      THE COURT:  Fair enough.  We know where to find

Page 43

1 you.

2       MR. NURIK:  Okay.  The final thing I just want to
3 mention was Mr. McFliker, as the Government is well aware,
4 has been working seven days a week, twelve hours a day, and
5 that's what's required literally to accomplish this purpose
6 of getting everybody paid back.

7       I'm hopeful, notwithstanding the fact that he
8 will be wearing electronic equipment and following all the
9 rules that are required by the Probation Department, that
10 he be permitted the opportunity to work as extensively as
11 he has because that's necessary.

12      THE COURT:  That goes without saying.  But I will
13 say that's the intent here, obviously.  I think the
14 Probation Officer will know that.

15      So it is clear in the record that the aim here is
16 to have Mr, McFliker basically work for the victims until
17 they are repaid, and do everything that is reasonably
18 required in order to give Mr. McFliker that opportunity,
19 because it really inures to the benefit of the victims
20 which is what we are attempting to do here.

21      Mr. McFliker, you will be working for these and
22 some other people for the next several years.  I hope you
23 are able to complete your restitution.  I know you have
24 learned a pretty valuable lesson here.  It is not a
25 pleasant place to be.  In some respects, you got off pretty

Page 44

1 easy.  But given the the circumstances, I think it is the
2 right sentence in this case.

3       So I hope you understand that things could be a
4 lot worse for you.  You have been well represented by your
5 legal counsel, very extensive and a very professional and
6 excellent job of representing you in this throughout this
7 case.

8       Hopefully, we will never have to see you again,
9 and I suspect we never will have to see you again in this
10 case.

11      So good luck to you and to the people who are
12 depending upon you.

13      DEFENDANT McFLIKER:  Your Honor, I just want to
14 take a minute and say how sorry I am to the people that I
15 have misled, to Mr. Nieto, Mr. Doerwald, the Mbigis, and I
16 repledge that you will see all of your money back under the
17 present circumstances.  Thank you.

18      THE COURT:  Yes, sir.

19      MR. NURIK:  Thank you, Your Honor.

20      THE COURT:  You all have a good night.

21      [Proceeding adjourned at 6:00 p.m.].

Page 45

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate
transcription of proceedings in the above-entitled matter.

DATE            LARRY HERR, RPR-CM-FCRR-AE
                Official Federal Court Reporter
                JLK Federal Justice Building
                99 Northeast 4th St., Suite 1067
                Miami, FL  33132 - 305/523-5528

RUDEN
McCLOSKY
SMITH
SCHUSTER &
RUSSELL, P.A.
ATTORNEYS AT LAW

701 BRICKELL AVENUE
SUITE 1900
MIAMI, FLORIDA 33131

(305) 789-2771
FAX: (305) 537-3971
MSP@RUDEN.COM

**FOR SETTLEMENT PURPOSES ONLY**

November 27, 2001

*Via Fax Only*
Daniel Lacesa, Esq.
Law Offices
1499 W. Palmetto Park Road
Suite 208
Boca Raton, FL 33486

Re:    *Doerwald from McFliker*

Dear Daniel:

This letter agreement (the "Agreement") will serve to memorialize the settlement reached between our respective clients, Bruno C. Doerwald ("Doerwald"), and Henry McFliker ("McFliker") to resolve all outstanding disputes between them.

WHEREAS, Doerwald and McFliker had business transactions involving the purchase of airplane parts (the "Parts");

WHEREAS, the total originally invested by Doerwald in Parts was $175,000;

WHEREAS, McFliker made repayments and/or repurchases of Parts to Doerwald in the amount of $23,000.00 prior to the execution of this Agreement, the receipt of which is hereby acknowledged by Doerwald;

WHEREAS, Doerwald was provided Parts by McFliker pursuant to a written inventory list (the "Inventory List"), a copy of which is attached hereto as Exhibit "A;"

WHEREAS, Doerwald took possession the Parts, and these Parts remain in his possession and are presently located in Miami-Dade County, except for one part described in Section 2 below.

WHEREAS, Doerwald warrants and covenants that the Parts in his possession are free of any and all liens or other like encumbrances, and have not been pledged or hypothecated

MIA:156726:1 MIA:156726:1 MIA:156726:1 MIA:156726:1 MIA:156726:1

ATTACHMENT / EXHIBIT 

FORT LAUDERDALE ■ MIAMI ■ NAPLES ■ PORT ST. LUCIE ■ SARASOTA ■ ST. PETERSBURG ■ TALLAHASSEE ■ TAMPA ■ WEST PALM BEACH

Daniel Lacesa, Esq.
November 5, 2001
Page 2

by him for any purpose, and that he retains good title to such Parts, capable of being conveyed by him.

WHEREAS, $60,841.29 of the total invested by Doerwald in Parts was used to support the visa application for  Ms. N. Gamboa/Gamboa Inc., and the balance of $114,158.71 represented a non-visa related investment by Doerwald for personal investment purposes;

WHEREAS, differences arose between the parties;

WHEREAS, the parties are desirous of entering into the Agreement for the expressed purpose of resolving all disputes existing between and among them;

NOW, THEREFORE, in consideration of the mutual covenants and conditions contained herein, including the above recitals, and other good and valuable consideration, the receipt of which is hereby acknowledged by each party, it is agreed:

1.      **Parts Exchange.**  To resolve there dispute, the parties have agreed that in exchange for cash payments from McFliker set forth in Section 2 below, Doerwald will exchange Parts of a value equal to the cash payment received according to the terms set forth herein.

2.      **Repayment**. McFliker will repay to Doerwald the total amount of $152,000.00 (the "Repayment Amount"), as follows:

i. **Initial Downpayment.**  A $37,000 check made payable to "Daniel Lacesa, P.A. Trust Account" will be delivered to McFliker's counsel's trust account upon Doerwald's signing of this Agreement as agreed between counsel. Within 5 business days thereof, Doerwald, using the attached Inventory List and its Part Number Value as listed on the original parts list provided to Doerwald, shall designate in writing those Parts that will be released to McFliker in exchange for the Initial Down payment, and fax such list to McFliker's attention at 954.428.4725.   Within 5 business days of McFliker's receipt of Doerwald's Parts designation, McFliker shall arrange for the packing and shipment of such parts at his expense on the condition that the Parts (except for one) are located in Miami-Dade County and that Doerwald endeavors in good faith to make appropriate arrangements to provide McFliker with access to such Parts during reasonable business hours.   Doerwald represents that one Part, serial number

Daniel Lacesa, Esq.
November 5, 2001
Page 3

A29784-107-1-33 (escape slide) is located in Washington State. He will arrange for shipment to McFliker, but McFliker will be responsible for the shipping cost. Once McFliker's shipper and/or designated personnel take possession of these Parts, the $37,000 held in McFliker's counsel's escrow shall be immediately released to Doerwald.

> **Monthly Payments In Exchange for Parts Provided by Doerwald.** Following McFliker's provision of the above Initial Downpayment, the $115,000 balance, shall be paid in twenty-three (23) equal monthly payments of $5,000 by certified or cashier's check. On the 15th of each month, commencing on December 15, 2001, Doerwald shall provide McFliker by fax with written designation of those Parts he will exchange for that month's $5,000 payment. Within 5 business days of McFliker's receipt of Doerwald's parts designation, McFliker shall arrange for the packing and shipment of such parts at his expense, as set forth in Section (i) above. The parts will be released to McFliker's shipper and/or designated personnel in a COD basis: Prior to release of the parts by Doerwald, that month's $5,000 payment shall be immediately provided by check made payable to "Dover Enterprises." If Doerwald fails to provide the appropriate Parts list for that month's $5,000 payment, and/or Doerwald fails to provide all such parts on that list or like parts of total value of $5,000, McFliker be obligated to pay that portion of the $5,000 payment which reflects the total value received by him based on Doerwald's designation. Further, while Doerwald shall endeavor in good faith to designate parts for cash exchange as described above on a monthly basis, if he fails to provide such designation, it shall not waive his entitlement to recover the remaining monies owed by McFliker, as long as by the end of 23 month repayment period set forth herein, he has provided all Parts to McFliker.

3.      There shall be no prepayment penalty or interest charged on the balance remaining.

4.      Should payment not be received timely as set forth above, Doerwald and/or his counsel shall provide written notice of default to counsel for McFliker. Upon receipt of said notice of default, McFliker shall have three (3) business days in which to cure such default. Should said default

Daniel Lacesa, Esq.
November 5, 2001
Page 4

not be cured within that time frame, Doerwald shall be entitled to: (a) an immediate civil judgment after default and without notice in the amount of $152,000 against Henry McFliker, less any payments made by McFliker under this Agreement, and shall be entitled to retain any and all remaining parts; and/or (b) seek relief in the criminal matter styled *United States v. McFliker*, Case No. 00-6181-CR-HUCK for violation of the Court's order of restitution incorporating this Settlement Agreement as set forth below.

5.       Upon expiration of any cure period as set forth in Paragraph D above, Doerwald shall be entitled to a final judgment upon providing an affidavit of non-payment to the court.

6.       **Restitution Order.**  The parties hereto, and their respective counsel, will make Judge Huck, the presiding judge in the matter styled *United States v. Henry McFliker, United States District Court*, Southern District of Florida, Case No. 00-6181-CR-HUCK, aware of this Agreement and request that it be incorporated into the Court's Order of Restitution.

7.       **Releases.**  Doerwald shall execute a release of McFliker, and likewise, McFliker shall execute a release of Doerwald.  All releases shall be in the form attached hereto as Exhibit "B," and shall be executed contemporaneously with the execution of this Agreement, but shall be held in escrow by respective counsel until the $152,000 Repayment Amount is fully paid off  by McFliker.  Once final payment has been made, counsel for McFliker and Doerwald shall release from their escrow each party's release.

8.       **Fees and Costs.**  The parties will each bear their own attorney's fees and costs.

9.       The parties represent and acknowledge that they have been given adequate time with which to consider this Agreement and have been advised to discuss all aspects of this Agreement with their private attorney and that each party has in fact done so, that each party has carefully read and fully understands all the provisions of this Agreement and that each party has voluntarily entered into this Agreement, without duress or coercion.

10.      Each party represents and acknowledges that in executing this Agreement they have not relied and do not rely upon any representation or statements which are not set forth in this Agreement made by any other party hereto

MIA:156726:1 MIA:156726:1 MIA:156726:1 MIA:156726:1 MIA:156726:1

Daniel Lacesa, Esq.
November 5, 2001
Page 5

or by any of the agents, representatives or attorneys of such party or parties with regard to the subject matter, or relating to the basis or effect, of this Agreement.

11.    The provisions of this Agreement are severable, and if any part of it is found to be unenforceable, the other paragraphs and provisions hereof shall remain fully valid and enforceable; provided, that, the parties may still effectively realize the complete benefit of the promises and considerations conferred hereby.

12.    This Agreement sets forth the entire agreement between the parties and fully supersedes any and all prior agreements or understandings between the parties pertaining to the subject matter hereof.

13.    This Agreement shall be construed and interpreted in accordance with the laws of the State of Florida applicable to contracts made and intended to be wholly performed in said State. Venue for any lawsuit arising out of this Agreement shall be Broward County Circuit Court. Headings shall not be used in the interpretation of this Agreement. This Agreement shall be interpreted as if it were jointly prepared by all parties and will not be construed against any party because it may have been drafted in whole or part by that party or the party's counsel.

14.    If any action at law or in equity is necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to reasonable attorney's fees and expenses, including in appellate proceedings, in addition to any other relief to which such prevailing party may be entitled.

15.    This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original but all of which together will constitute one and the same instrument.

16.    **Miscellaneous**. The provisions of this Agreement shall be binding upon, and shall run in favor of, the respective successors and assigns of non-individuals, and the personal representatives, successors and assigns of individuals.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

MIA:156726:1 MIA:156726:1 MIA:156726:1 MIA:156726:1 MIA:156726:1

Daniel Lacesa, Esq.
November 5, 2001
Page 6

Very truly yours,

RUDEN McCLOSKY SMITH
SCHUSTER & RUSSELL, P.A.

Michael S. Popok

**THE UNDERSIGNED HEREBY ACKNOWLEDGE AND AGREE TO THE FOREGOING:**

Witnesses:
(2 as to each)

_____
Witness signature↑
Print name:

_____
Witness signature↑
Print name:

HENRY McFLIKER

By: _____
    :

Date: _____

MIA:156726:1 MIA:156726:1 MIA:156726:1 MIA:156726:1 MIA:156726:1

Daniel Lacesa, Esq.
November 5, 2001
Page 7


Witnesses:                                    **BRUNO C. DOERWALD**
(2 as to each)

Witness signature↑

                                              By: _____
                                                  Print name:

Witness signature↑
Print name:                                   Date: _____

**[REST OF THIS PAGE LEFT INTENTIONALLY BLANK]**

MIA:156726:1 MIA:156726:1 MIA:156726:1 MIA:156726:1 MIA:156726:1

Table C1                                                    Printed 9/4/2001

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 1924 | CLAMP | NE | 14 | 112 | 8 | 63 | | |
| 2810 | TERM.BOARD | NE | 2 | 4 | 2 | 122 | | |
| 3898 | WASHER | NE | 0 | 118 | 420 | 136 | | |
| 5749 | TUBE | NE | 7 | 140 | 20 | 42 | | |
| 6005 | TUBE/RADIO | NE | 2 | 23 | 11 | 42 | | |
| 6186 | TUBE ELECT | NE | 4 | 70 | 20 | 42 | | |
| 10551 | LINK FITTI | NE | 25 | 2,132 | 87 | 43 | | |
| 12504 | TRANSFORMER | NS | 50 | 250 | 5 | 114 | | |
| 16338 | PLATE | NE | 228 | 1,138 | 5 | 81 | | |
| 21696 | GUIDE | NE | 11 | 160 | 15 | 1 | | |
| 24231 | ELECTRON TUBE, SPAR | NE | 35 | 70 | 2 | 132 | | |
| 25100 | CHOPPE IND | NE | 1,120 | 6,720 | 6 | 140 | | |
| 30585 | ROTOR | NE | 35 | 280 | 8 | 109 | | |
| 31841 | TERMINAL | NE | 2 | 189 | 90 | 61 | | |
| 32133 | HOOK | NE | 20 | 20,500 | 1025 | 140 | | |
| 33242 | COIL | NE | 31 | 154 | 5 | 92 | | |
| 35936 | ACTUATOR rotary | OH | 430 | 5,590 | 13 | 29,31 | | |
| 40535 | LEAD SHAFT | SV | 380 | 1,140 | 3 | 145,201 | | |
| 43180 | BRACKET | SV | 175 | 2,275 | 13 | 59 | | |
| 43320 | BRACE | SV | 53 | 368 | 7 | 48 | | |
| 43887 | BRACE | NE | 32 | 851 | 27 | 70 | | |
| 43982 | LEG SPACER | NS | 1 | 17 | 12 | 20 | | |
| 43982 | LEG SPACER | NE | 1 | 34 | 24 | 64 | | |
| 44034 | GUIDE | NE | 88 | 1,838 | 21 | 79 | | |
| 44037 | LATCH BRAC | NE | 35 | 35 | 1 | 78 | | |
| 44624 | RECPTACLE | NE | 20 | 162 | 8 | 160 | | |
| 45593 | HOUSING | SV | 35 | 560 | 16 | 76 | | |
| 48097 | FILLER | NE | 1 | 13 | 18 | 132 | | |
| 48603 | SEAT/DRIVE | NE | 46 | 9,555 | 210 | 160 | | |
| 49352 | HOUSING AR air cycle ma | NE | 4,290 | 4,290 | 1 | 46 | | |
| 52058 | ADJUSTER | NS | 18 | 54 | 3 | 114 | | |
| 53098 | LEVER BRAC | NE | 21 | 609 | 29 | 77 | | |
| 53206 | LEVER | SV | 70 | 70 | 1 | 77 | | |
| 53206 | LEVER | NE | 140 | 420 | 3 | 76 | | |
| 56694 | CHANNEL | SV | 210 | 3,780 | 18 | 192 | | |
| 60540 | ACTUATOR | SV | 560 | 560 | 1 | 50 | | |
| 61312 | STUD TRACK | NE | 4 | 298 | 85 | 85 | | |
| 70780 | PLATE | NE | 4 | 25 | 7 | 72 | | |
| 71136 | HARNES ROD | NS | 1,960 | 9,800 | 5 | 128 | | |
| 80017 | NUT / SHEL | NE | 15 | 15 | 1 | 109 | | |
| 81137 | HANDLE | NE | 18 | 18 | 1 | 4 | | |
| 81141 | KNOB | NE | 67 | 67 | 1 | 122,116 | | |
| 81141 | KNOB | NE | 67 | 1,463 | 22 | 122,116 | | |
| 81527 | SPRING | NE | 14 | 308 | 22 | 4 | | |
| 83907 | VALVE PIST | SV | 875 | 875 | 1 | 74 | | |
| 85265 | PISTON | NE | 4,000 | 52,000 | 13 | 69 | | |
| 88471 | SLEEVE/CON | NE | 158 | 2,048 | 13 | 42 | | |
| 104123 | RELAY | AR | 123 | 735 | 6 | 44 | | |
| 104992 | VALVE STAR | SV | 420 | 2,520 | 6 | 134 | | |

Table C1                                                           Printed 9/4/2001

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 104992 | VALVE STAR | SV | 420 | 3,360 | 8 | 192 | | |
| 108528 | REGULATOR | OH | 750 | 750 | 1 | 48 | | |
| 112933 | SPRING | NE | 25 | 368 | 15 | 92 | | |
| 115196 | WASHER | NE | 105 | 29,610 | 282 | 96 | | |
| 115666 | SLEEVE/BUS | NE | 9 | 18 | 2 | 142 | | |
| 116062 | ELBOW | NE | 3 | 22 | 8 | 42 | | |
| 117655 | PISTON VAL | NE | 103 | 1,029 | 10 | 96 | | |
| 126030 | LEVER | NE | 26 | 525 | 20 | 50 | | |
| 135373 | SPRING | NE | 15 | 1,275 | 85 | 73 | | |
| 135572 | SPRING | NE | 6 | 73 | 13 | 72 | | |
| 136034 | GEAR SH | AR | 70 | 210 | 3 | 97 | | |
| 136265 | BUSHING | NS | 11 | 55 | 5 | 114 | | |
| 136428 | RETAIN | NE | 4 | 216 | 54 | 71 | | |
| 136496 | PLATE | NE | 5 | 64 | 13 | 95 | | |
| 136769 | WASHER | NE | 14 | 14 | 1 | 72 | | |
| 137396 | WASHER | NE | 21 | 63 | 3 | 72 | | |
| 137928 | RING NUT | NE | 32 | 126 | 4 | 68 | | |
| 151693 | PISTON BRA | NE | 39 | 78 | 2 | 61 | | |
| 167508 | FITTING | NE | 504 | 1,512 | 3 | 54 | | |
| 184457 | FASTENER | NE | 300 | 1,200 | 4 | 114 | | |
| 185768 | SPRING | NE | 1 | 45 | 43 | 62 | | |
| 201279 | SPRING | NE | 2 | 180 | 80 | 136 | | |
| 205716 | SCREEN/PLA | NE | 18 | 910 | 52 | 128 | | |
| 205935 | ARM | NS | 1,798 | 35,966 | 20 | 154 | | |
| 205944 | SCROLL CYC | OH | 1,600 | 3,200 | 2 | 47 | | |
| 205984 | RETAINER | NE | 60 | 2,202 | 37 | 96 | | |
| 206325 | BODY | NE | 105 | 1,050 | 10 | 88 | | |
| 206766 | TUBE | NE | 14 | 182 | 13 | 154 | | |
| 208159 | RETAINER | NE | 5 | 74 | 14 | 61 | | |
| 211099 | BOLT SHAFT | NE | 18 | 1,400 | 80 | 180 | | |
| 240645 | STUD | NE | 12 | 3,708 | 309 | 62 | | |
| 270563 | HEAD | NE | 20 | 120 | 6 | 72 | | |
| 270964 | BRACKET | NE | 1 | 20 | 14 | 51 | | |
| 276003 | FUSE | NE | 1 | 80 | 57 | 136 | | |
| 311184 | RETAINER | NE | 18 | 158 | 9 | 72 | | |
| 320440 | TERMINAL/C | NE | 0 | 64 | 803 | 116 | | |
| 352607 | BOARD BRAC | NS | 480 | 10,070 | 21 | 128 | | |
| 356390 | GUARD | NE | 1,680 | 1,680 | 1 | 45 | | |
| 361332 | FLANGE | NE | 84 | 84 | 1 | 51 | | |
| 380028 | RING | NE | 0 | 58 | 128 | 117 | | |
| 392707 | GEAR SH | NE | 353 | 706 | 2 | 4 | | |
| 393813 | TUBE | NS | 65 | 65 | 1 | 114 | | |
| 428732 | BRACKET | NE | 9 | 540 | 60 | 131 | | |
| 428732 | BRACKET | NE | 9 | 900 | 100 | 180 | | |
| 431867 | BRACKET | NE | 8 | 398 | 53 | 136 | | |
| 441279 | SHIELD | NE | 56 | 2,184 | 39 | 94 | | |
| 441280 | SHIELD | NE | 18 | 18 | 1 | 74 | | |
| 443869 | BRACKET | NE | 30 | 1,230 | 41 | 72 | | |
| 444558 | BRACKET | NE | 6 | 181 | 28 | 95 | | |

Table C1

Printed 9/4/2001

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 446064 | VANE COMPR | NE | 2 | 22 | 9 | 80a | | |
| 454471 | CLAMP | NE | 2 | 32 | 15 | 80a | | |
| 467731 | FUEL COOLER | SV | 910 | 910 | 1 | 143 | | |
| 494262 | VALVE | SV | 420 | 1,680 | 4 | | | |
| 504514 | SHIM | SV | 140 | 1,260 | 9 | 115 | | |
| 505308 | SPRING | NE | 5 | 98 | 20 | 65 | | |
| 518198 | WASHER | NE | 25 | 3,210 | 131 | 116 | | |
| 518489 | CPA | NE | 30 | 30 | 1 | 4 | | |
| 518504 | SUPPOR | NE | 21 | 42 | 2 | 95 | | |
| 519511 | BUSHING | NS | 123 | 245 | 2 | 59 | | |
| 519511 | BUSHING | NS | 123 | 4,900 | 40 | 55,59 | | |
| 520297 | SPRING | NE | 8 | 124 | 15 | 141 | | |
| 521763 | SPRING | NE | 4 | 144 | 41 | 97 | | |
| 522885 | LOCK | NE | 73 | 8,687 | 119 | 83 | | |
| 522886 | INSERT | NE | 25 | 1,519 | 62 | 82 | | |
| 527550 | HOUSING | NE | 35 | 385 | 11 | 97 | | |
| 528800 | BUSHING | NE | 3 | 34 | 12 | 132 | | |
| 537567 | SHAFT | NE | 16 | 63 | 4 | 115 | | |
| 539427 | HOUSING | NE | 97 | 291 | 3 | 111 | | |
| 552567 | VALVE | SV | 70 | 70 | 1 | 159 | | |
| 552976 | PLATE | NE | 112 | 896 | 8 | 69 | | |
| 570125 | HOUSING | NE | 2,800 | 2,800 | 1 | 160 | | |
| 571333 | RESTRICTOR | NE | 130 | 2,849 | 22 | 62 | | |
| 571510 | LEVER HEAT | NE | 700 | 7,700 | 11 | 57 | | |
| 573304 | SPACER | NE | 8 | 319 | 38 | 31 | | |
| 575211 | CUP | NE | 14 | 84 | 6 | 80 | | |
| 576872 | HOUSING | NE | 300 | 900 | 3 | 51 | | |
| 590645 | ROD | NE | 53 | 630 | 12 | 51 | | |
| 605661 | BOLT SHAFT | NS | 5 | 250 | 50 | 142 | | |
| 620702 | PIN | NE | 14 | 98 | 7 | 80a | | |
| 625933 | RETAINER H | NS | 21 | 630 | 30 | 139 | | |
| 642942 | STUD | NE | 3 | 59 | 21 | 137 | | |
| 663862 | COVER PLUG | NE | 150 | 16,950 | 113 | 100 | | |
| 665474 | GEAR | SV | 58 | 116 | 2 | 73 | | |
| 665642 | RETAINER | NE | 29 | 823 | 28 | 141 | | |
| 670052 | ROD | NE | 77 | 1,617 | 21 | 180 | | |
| 670336 | MANIFOLD | SV | 850 | 1,700 | 2 | 77 | | |
| 674200 | CAN BLOWER | NE | 105 | 105 | 1 | 26 | | |
| 680065 | TUBE | NE | 350 | 4,900 | 14 | 89 | | |
| 680221 | SPRING | NE | 1 | 190 | 190 | 125 | | |
| 680222 | SPRING | NE | 4 | 175 | 50 | 62 | | |
| 680359 | TUBE | NE | 940 | 32,900 | 35 | 51 | | |
| 681985 | RETAINER/S | NE | 175 | 2,450 | 14 | 38 | | |
| 681987 | SPRING | NE | 160 | 3,200 | 20 | 143,164 | | |
| 681987 | SPRING | NE | 160 | 6,560 | 41 | 143,164 | | |
| 682586 | SLEEVE | NE | 150 | 600 | 4 | 73 | | |
| 684325 | CLAMP | NE | 35 | 35 | 1 | 1 | | |
| 684555 | BRACKET | NE | 70 | 560 | 8 | 109 | | |
| 689545 | FLYWEIGHT | NS | 175 | 3,675 | 21 | 58 | | |

Printed 9/4/2001

| PART NUMBER | | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | 697545 | RACE | NE | 28 | 112 | 4 | 4 | | |
| | 697745 | GEAR SHAFT | NE | 1,190 | 10,710 | 9 | 84,166 | | |
| | 697745 | GEAR SHAFT | NE | 1,190 | 23,800 | 20 | 84,166 | | |
| | 699975 | CLAMP PLAT | NE | 18 | 350 | 20 | 57 | | |
| | 702617 | RING RETAI | NE | 4 | 25 | 7 | 57 | | |
| | 708251 | RING A | NE | 125 | 750 | 6 | 159 | | |
| | 719170 | CASE & STU | NE | 140 | 420 | 3 | 28 | | |
| | 742172 | BRUSH | NE | 53 | 210 | 4 | 109 | | |
| | 802674 | SPRING | NE | 21 | 1,155 | 55 | 79 | | |
| | 841007 | SOLENOID | SV | 140 | 1,120 | 8 | 81 | | |
| | 848844 | RING/COVER | NE | 15 | 46 | 3 | 35 | | |
| | 904114 | STEM | NE | 7 | 28 | 4 | 159 | | |
| | 931108 | PLUNGER | NE | 25 | 686 | 28 | 98 | | |
| | 1101211 | LINK | SV | 4 | 1,736 | 496 | 95 | | |
| | 1382705 | INSERT | NE | 3 | 62 | 19 | 1 | | |
| | 1755191 | SHAFT | NE | 18 | 455 | 26 | 61 | | |
| | 2064693 | TRANSF | NE | 42 | 756 | 18 | 109 | | |
| | 2067968 | TRANSF | NE | 46 | 228 | 5 | 92 | | |
| 2525487 | | FILTER | | 900 | 19,800 | 22 | 238 | | |
| | 2633446 | PISTON | NE | 75 | 1,650 | 22 | 80 | | |
| | 4001709 | CAM SHAFT | NE | 35 | 245 | 7 | 132 | | |
| 4390507 | | CLUTCH | | 2,533 | 12,665 | 5 | 237 | | |
| | 5701767 | WIPPER NUT | NE | 18 | 298 | 17 | 137 | | |
| | 7552355 | FILTER | NS | 477 | 477 | 1 | 99 | | |
| 0-0 | | BOX AY | N | 1,350 | 8,100 | 6 | - | | |
| 017193-0100 | | CONN | N | 35 | 3,579 | 103 | 211 to 219 | | |
| 1004016-1 | | CLAMP | NS | 18 | 72 | 4 | 114 | | |
| 100B1-8 | | ELBOW TEE | NE | 18 | 2,293 | 131 | 40 | | |
| 101035-1 | | FLIGHT DATA | SV | 22,400 | 22,400 | 1 | 240 | | |
| 10215-0035 | | CAPACITOR | NE | 21 | 147 | 7 | 92 | | |
| 10305-1 | | GEAR WORM | NE | 140 | 2,380 | 17 | 55 | | |
| 10-3274-13 | | DUCT/SEAL | NS | 18 | 35 | 2 | 98 | | |
| 10-3274-3 also with | | SEAL/DUCT, white | NE | 35 | 1,680 | 48 | 188, 177, 173, 174, 187, 17 | | |
| 10350-3 | | VALVE | SV | 500 | 1,000 | 2 | 79 | | |
| 10-407018-15T | | PIN | NE | 4 | 560 | 160 | 83 | | |
| 1045-190B | | KNOB | NE | 116 | 809 | 7 | 72 | | |
| 104972-1 | | VALVE LOCK | OH | 420 | 1,680 | 4 | 37 | | |
| 10503-4 | | FLANGE | NE | 850 | 4,250 | 5 | 40 | | |
| 105726-1 | | VALVE OIL | OH | 210 | 210 | 1 | 37 | | |
| 10-60424-326 | | PLATE | NE | 2,520 | 5,040 | 2 | 105,108 | | |
| 10-60424-427 | | PLATE | NE | 18 | 18 | 1 | 79 | | |
| 10-61437-211B | | PLATE/PANE | NE | 70 | 700 | 10 | 35 | | |
| 10-61467-1233 | | PANEL/LIGHT | SV | 210 | 4,620 | 22 | 220 | | |
| 108HD | | VALVE | NE | 28 | 252 | 9 | 63 | | |
| 111170-8 | | SLEEVE | NE | 35 | 525 | 15 | 108 | | |
| 113-3033-00 | | CAPACITOR | NE | 0 | 18 | 50 | 148 | | |
| 113642-17 | | PACKIN | NE | 17 | 571 | 34 | 35 | | |
| 114828-9 | | RING DISC | NE | 10 | 88 | 9 | 123 | | |
| 118-10641 | | ELBOW COUP | NE | 112 | 6,160 | 55 | 166 | | |

Table C1

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 118660-2 | BOLT | NE | 2 | 441 | 196 | 54 | | |
| 119055-1 | BODY | NE | 1,700 | 3,400 | 2 | 27,165 | | |
| 119055-1 | BODY | NE | 1,700 | 23,800 | 14 | 27,165 | | |
| 1205901-101 | ARRESTOR | NE | 137 | 683 | 5 | 65 | | |
| 12192G-02 | COIL | NE | 35 | 1,120 | 32 | 54 | | |
| 1-259-1 | TRANSF | SV | 60 | 60 | 1 | 4 | | |
| 1298768-1 | STUD | NE | 24 | 528 | 22 | 74 | | |
| 13-3612P | BUSH | N | 161 | 7,728 | 48 | 223 | | |
| 137193B-1 | LATCH BRAC | NE | 96 | 96 | 1 | 83 | | |
| 1379145-B11 | BRACKET | NE | 19 | 19 | 1 | 80a | | |
| 139513-1 | SPRING | NE | 6 | 54 | 9 | 80a | | |
| 13966-1 | TUBE | NE | 816 | 5,712 | 7 | 35,167 | | |
| 13966-1 | TUBE | NE | 816 | 6,528 | 8 | 35,167 | | |
| 150D336X9020R2 | CAPACITOR | NE | 1 | 19 | 16 | 136 | | |
| 150PW6 | PLATE, steel & vulcanized | N | 26 | 3,670 | 139 | 221 | | |
| 151D602X9020W2 | CAPACITOR | NE | 2 | 88 | 50 | 136 | | |
| 153-00-311-00 | COVER | NE | 23 | 135 | 6 | 2 | | |
| 153-00-411-00 | FOOT TRAY ? | N | 35 | 2,695 | 77 | 222 | | |
| 1531758-16 | GASKET | ? | 45 | 6,615 | 147 | 239 | | |
| 1581197-2 | RELAY | N | 280 | 5,880 | 21 | 232 | | |
| 15831-2B | TRANS | SV | 9,390 | 9,390 | 1 | 221 | | |
| 162C7A | INDICATOR/ | OH | 1,050 | 3,150 | 3 | 1 | | |
| 1712070-001 | HEAD GEAR | N | 2,000 | 12,000 | 6 | 221 | | |
| 1717965-3 | WEIGHT BAL | NE | 6 | 985 | 179 | 62 | | |
| 17238-1B | GYRO | OH | 2,000 | 8,000 | 4 | 229-230 | | |
| 1741-06 | AMMETER | SV | 350 | 350 | 1 | 79 | | |
| 17727-5 | CONN | N | 456 | 6,840 | 15 | 231 | | |
| 1789699-1 | BRACKET | NE | 75 | 150 | 2 | 57 | | |
| 178AS360 | ADAPTER | N | 900 | 13,500 | 15 | 233 | | |
| 18114-2 | CLAMP | NS | 8 | 420 | 50 | 48 | | |
| 195-123 | POPPET/VAL | NE | 35 | 700 | 20 | 95 | | |
| 1-999-1-940 | ENSEMBLE | N | 230 | 31,510 | 137 | 241 | | |
| 1BA58 | BODY | NS | 28 | 308 | 11 | 50 | | |
| 1N469 | DIODE | NE | 4 | 7 | 2 | 126 | | |
| 1SB (?)-13 | SWITCH | N | 25 | 12,500 | 500 | 224,228 | | |
| 20103-2 | TRANSFORME | NE | 833 | 3,332 | 4 | 58 | | |
| 20103-2 | TRANSFORME | NE | 833 | 3,332 | 4 | 195 | | |
| 2039906-1 | SPRING | NE | 110 | 220 | 2 | 140 | | |
| 2040323-1 | BLOCK ASSY | | 750 | 9,750 | 13 | 236 | | |
| 2040399-1 | GEAR | N | 5.900 | 41,300 | 7 | 221 | | |
| 20420-2 | COVER | N | 4,900 | 4,900 | 1 | 221 | | |
| 205457-3 | INSERT | NE | 35 | 2,905 | 83 | no bag | | |
| 206-00-352-01 | COVER | NE | 15 | 105 | 7 | 2 | | |
| 206-00-353-01 | COVER | NE | 15 | 90 | 6 | 115 | | |
| 206654-1 | GENERATOR | NE | 3,200 | 32,000 | 10 | 79 | | |
| 2067368-73 | CRYSTAL | NE | 6 | 18 | 3 | 126 | | |
| 207004-0123 | METER | NE | 498 | 4,482 | 9 | 159 | | |
| 2088196-0004 | BEARING | NE | 6 | 60 | 10 | 72 | | |
| 212-24D | SOCKET ELB | NE | 3 | 30 | 10 | 14 | | |

Table C1                                                    Printed 9/4/2001

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 2-1627 | SPRING | SV | 4 | 18 | 4 | 133 | | |
| 22141W28-8TC2 | RING | SV | 0 | 7 | 20 | 146 | | |
| 221910-0078 | CRYSTAL | NE | 35 | 70 | 2 | 148 | | |
| 2258-38 | INTAKE | NE | 95 | 1,418 | 15 | 80a | | |
| 2-303-458-02 | HOUSING VA | NE | 150 | 1,650 | 11 | 21 | | |
| 2481-2 | END SLEEVE | NE | 14 | 84 | 6 | 51 | | |
| 251-20D | NIPPLE ADA | NE | 6 | 781 | 124 | 124 | | |
| 2536-11 | KNOB | NE | 6 | 57 | 9 | 92 | | |
| 25A556 | MOTOR SWIT | NE | 105 | 735 | 7 | 51 | | |
| 2600-15K | STUD | NE | 2 | 257 | 147 | 64 | | |
| 260-79 or 266-56 | Manifold, cast, HEAT TRE | NE | 105 | 210 | 2 | 202 | | |
| 2651-4A | BALL CAP | NE | 32 | 63 | 2 | 64 | | |
| 269-1282-000 | WAFER | NE | 70 | 560 | 8 | 55 | | |
| 271-10D | NIPPLE ADA | NE | 3 | 420 | 168 | 58 | | |
| 280956-0001 | GEAR | NE | 41 | 165 | 4 | 71 | | |
| 28912-1 | PACKING/OR | NE | 9 | 834 | 97 | 44 | | |
| 2HM1-1 | SWITCH | NE | 105 | 210 | 2 | 79 | | |
| 30-0432-9 | LIGHT AY | NE | 44 | 44 | 1 | 57 | | |
| 30-2208 | SPACER | NE | 18 | 70 | 4 | 14 | | |
| 30-2221 | RETAINER | NE | 40 | 520 | 13 | 94 | | |
| 30-3035 | SHIM | NS | 20 | 100 | 5 | 114 | | |
| 30-3539 | SPRING | NE | 4 | 49 | 14 | 89 | | |
| 314040-3 | VALVE SOLE | SV | 280 | 280 | 1 | 80 | | |
| 38894-1 | DIFFUSER | NS | 540 | 1,620 | 3 | 137 | | |
| 392212-1 | REGULATOR | NE | 900 | 900 | 1 | 28 | | |
| 3-93370 | SPRING | NE | 17 | 34 | 2 | 96 | | |
| 3-95670 | SPRING | NE | 7 | 42 | 6 | 117 | | |
| 3-98762-2000 | BUSHING BE | NE | 14 | 560 | 40 | 168 | | |
| 3DP1AS2 | TUBE | NE | 175 | 350 | 2 | 126 | | |
| 3S2791G210T11 | CAPACITOR | NE | 140 | 700 | 5 | 55 | | |
| 4161BK8119 | SCREEN | NE | 210 | 30,450 | 145 | 80 | | |
| 42-64-12-010 | GLASS | NE | 222 | 4,653 | 21 | 38 | | |
| 434873-9 | PLATE RETA | NE | 88 | 2,013 | 23 | 142 | | |
| 4472C119 | SLEEVE/SPR | NE | 35 | 70 | 2 | 89 | | |
| 45-22047-18-39 | STRAP | NE | 4 | 52 | 13 | 72 | | |
| 457641-4 | BRIDGE, CIRCUIT | NE | 158 | 473 | 3 | 142 | | |
| 457641-6 | BRIDGE | NE | 175 | 1,225 | 7 | 58 | | |
| 46-0433-1 | RELAY | NE | 158 | 1,733 | 11 | 96 | | |
| 467163-501 | GEAR | NE | 35 | 385 | 11 | 108 | | |
| 467187-1 | CHOKE | NE | 5 | 37 | 7 | 136 | | |
| 4741-6B | FITTING | NE | 18 | 1,330 | 76 | 139 | | |
| 4812-1320 | PLATE | NE | 85 | 340 | 4 | 1 | | |
| 50-10370-17 | FITTING ST | NE | 193 | 193 | 1 | 72 | | |
| 50-11333-33 | SPACER/STRIP/SHIM | NS | 20 | 340 | 17 | 114 | | |
| 50-11333-77 | STRIP | NE | 55 | 273 | 5 | 137 | | |
| 50-1426-2002 | SUPPORT BR | NS | 800 | 1,600 | 2 | 23 | | |
| 50-1519-9 | FITTING BR | NE | 4 | 12 | 3 | 9 | | |
| 502-1 | NUT | NE | 11 | 3,738 | 356 | 98 | | |
| 50-2458-10 | FRAME | NE | 11 | 126 | 12 | 5 | | |

Table C1                                                                                    Printed 9/4/2001

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 504-3187-002 | PLATE | NE | 139 | 693 | 5 | 71 | | |
| 50-4674-2013 | SUPPORT BR | SV | 35 | 315 | 9 | 118 | | |
| 50-6387-3006 | DRUM | NE | 1,528 | 1,528 | 1 | 76 | | |
| 50-6848-1875 | TUBE | NE | 100 | 100 | 1 | 62 | | |
| 50-6852-115 | TUBE | NS | 14 | 70 | 5 | 94 | | |
| 50-6852-147 | TUBE | NS | 69 | 343 | 5 | 94 | | |
| 50-6852-156 | TUBE | NS | 56 | 336 | 6 | 94 | | |
| 50-8254 | PLATE | NE | 525 | 4,725 | 9 | 112,113 | | |
| 50-8294-18 | ARM SUPPOR | NE | 489 | 1,954 | 4 | 34 | | |
| 509112-1 | LUG | NE | 21 | 126 | 6 | 57 | | |
| 516-12D | SOCKET | NE | 19 | 1,349 | 71 | 114 | | |
| 516-6D | SOCKET/FIT | NE | 2 | 505 | 328 | 38 | | |
| 525128-1 | ACTUATOR | SV | 252 | 252 | 1 | 158 | | |
| 536-12D | NIPPLE | NE | 21 | 987 | 47 | 40 | | |
| 536440-4 | HOUSING | NE | 420 | 1,680 | 4 | 6 | | |
| 536-6 | NIPPLE | NE | 46 | 1,047 | 23 | 105 | | |
| 536-6D | NIPPLE | AR | 5 | 389 | 72 | 50 | | |
| 540448-2 | PLATE | NE | 7 | 182 | 26 | 77 | | |
| 54-205 | SLEEVE/PIS | NE | 11 | 441 | 42 | 50 | | |
| 542786-2 | NOZZLE | NE | 35 | 455 | 13 | 76 | | |
| 5468421P001 | SPACER | NE | 2 | 546 | 260 | 136 | | |
| 562026-45 | PACKING | NE | 5 | 100 | 20 | 147 | | |
| 570036-5 | TUBE | NE | 140 | 840 | 6 | 78 | | |
| 571513-2 | GUIDE | NE | 35 | 735 | 21 | 181 | | |
| 5-71764-3007 | STRIP | NE | 35 | 490 | 14 | 86 | | |
| 5-73139-2015 | RIB | SV | 8 | 8 | 1 | 21 | | |
| 5-73139-2016 | RIB ANGLE | NE | 18 | 105 | 6 | 23 | | |
| 5-73139-3021 | CHANNEL | SV | 80 | 80 | 1 | 74 | | |
| 5-73139-3021 | CHANNEL | NE | 170 | 1,360 | 8 | 74 | | |
| 5833-1 | ARM | SV | 35 | 70 | 2 | 8 | | |
| 5-86080-5 | LINK AY MO | NE | 699 | 699 | 1 | 43,124,167? | | |
| 5-86080-5 | LINK AY MO | NE | 699 | 3,495 | 5 | 43,167 | | |
| 5-88792-8 | PANEL | NE | 84 | 252 | 3 | 21 | | |
| 5-89595-2 | FITTNG | NE | 310 | 620 | 2 | 6 | | |
| 5-89870-2002 | DRUM | SV | 490 | 490 | 1 | 21 | | |
| 5914514-29 | FLAP ASSY | NE | 81 | 81 | 1 | 142A | | |
| 5-96197-3007 | TUBE | NE | 35 | 35 | 1 | 78 | | |
| 5-96323-5 | FRAME | NE | 37 | 37 | 1 | 75 | | |
| 5-96762-2000 | HOOK | NE | 195 | 5,460 | 28 | 13 | | |
| 5-96763-18 | HINGE | NE | 120 | 240 | 2 | no bag | | |
| 5-97658-7 | LINK ARM | NS | 123 | 245 | 2 | 59 | | |
| 5-98328-3001 | CRANK AS | NS | 600 | 1,200 | 2 | 3 | | |
| 5W540 | STUD | NE | 3 | 383 | 153 | 3 | | |
| 601182-12D0330 | HOSE | NE | 56 | 56 | 1 | 115 | | |
| 60-1537-3001 | COLLAR | NE | 14 | 28 | 2 | 6 | | |
| 602TR | MICROPHONE | AR | 20 | 20 | 1 | 131 | | |
| 60-4312 | CYLIND | SV | 193 | 2,310 | 12 | 82 | | |
| 60-4466 | BELLCRANK | NE | 119 | 476 | 4 | 21 | | |
| 60-4957 | SHIM | NE | 11 | 105 | 10 | 159 | | |

Table C1                                                                Printed 9/4/2001

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 60-5019-1 | SLEEVE | NS | 350 | 1,400 | 4 | 108 | | |
| 60-6959 | LINK ARM | NE | 131 | 263 | 2 | 96 | | |
| 60-6959-1102 | TUBE | NE | 88 | 175 | 2 | 90 | | |
| 60-6961-5 | WASHER | NE | 20 | 800 | 40 | 81 | | |
| 616518-2 | RELAY | NE | 157 | 157 | 1 | 132 | | |
| 630583GA | RACE | NE | 105 | 945 | 9 | 51 | | |
| 63-10177 | SPACER BUS | NS | 7 | 77 | 11 | 48 | | |
| 63-10233 | SPRING/PIN | NE | 53 | 4,358 | 83 | 125 | | |
| 63-10285-2 | STOP | NE | 18 | 438 | 25 | 14 | | |
| 63-1031-1 | SPACER | NE | 35 | 525 | 15 | 89 | | |
| 63-10543 | SPRING | NE | 2 | 128 | 61 | 54 | | |
| 63-1374 | DIFFUSER | SV | 329 | 3,290 | 10 | 107 | | |
| 63-2157 | BUSHING | NE | 38 | 1,178 | 31 | 31,197 | | |
| 63-2157 | BUSHING | NE | 38 | 1,520 | 40 | 31,197 | | |
| 63-2163 | BUSHING | NE | 35 | 1,225 | 35 | 91 | | |
| 63-2362 | SPRING | NE | 4 | 102 | 29 | 80 | | |
| 63-2626 | KNOB | NE | 11 | 116 | 11 | 94 | | |
| 63-2634 | SHIM | NE | 35 | 595 | 17 | 56 | | |
| 63-8351 | SPRING | NE | 7 | 126 | 18 | 154 | | |
| 63-9327-4 | HINGE | NE | 40 | 80 | 2 | 19 | | |
| 6420-7 | WASHER/COLLAR | NE | 81 | 8,100 | 100 | 131 | | |
| 65-10505-196 | SEAL | NS | 21 | 105 | 5 | 117 | | |
| 65-10505-361 | PANEL | AR | 47 | 186 | 4 | 67 | | |
| 65-10505-824 | FILLER | NE | 3 | 2,277 | 723 | 82 | | |
| 65-10523 | CRANK | NE | 260 | 2,080 | 8 | 58 | | |
| 65-10528-9 | TRUCK | OH | 700 | 5,600 | 8 | 69 | | |
| 65-10540-23 | TUBE | SV | 24 | 336 | 14 | 51 | | |
| 65-1057-12 | ANGLE | NE | 34 | 510 | 15 | 74 | | |
| 65-10606-810 | CHANNEL  S | NE | 55 | 6,050 | 110 | 154 | | |
| 65-10608-105 | LONGER DOU | NE | 88 | 263 | 3 | 85 | | |
| 65-10608-195 | CHANNEL | NE | 500 | 2,000 | 4 | 85 | | |
| 65-10608-220 | INTERCOS S | NE | 85 | 1,445 | 17 | 120 | | |
| 65-10608-29 | STRIP SEAL | NE | 67 | 333 | 5 | 125 | | |
| 65-10608-312 | RETAINER | NE | 7 | 889 | 127 | 168 | | |
| 65-10608-316 | STRIP | NE | 12 | 36 | 3 | 117 | | |
| 65-1113-20 | PLATE PANE | NS | 700 | 700 | 1 | 111 | | |
| 65-11687-169 | TUBE | SV | 35 | 420 | 12 | 99 | | |
| 65-11687-876 | TUBE ASS\ | NE | 26 | 310 | 12 | 51 | | |
| 65-11731-17 | CARRIAGE | SV | 3,495 | 34,950 | 10 | | | |
| 65-11841-1 | SHAFT/ROD | AR | 438 | 1,750 | 4 | 98,105 | | |
| 65-11841-2 | SHAFT STAR | NE | 896 | 2,688 | 3 | 150 | | |
| 65-11899-20 | DUCT | SV | 365 | 5.110 | 14 | 12 | | |
| 65-11904-233 | TUBE | NE | 31 | 31 | 1 | 62 | | |
| 65-11952-5 | ASSY | NE | 10 | 225 | 23 | 96 | | |
| 65-11983-1 | PLATE | NE | 14 | 14 | 1 | 80a | | |
| 65-12238-2 | PISTON SHA | NE | 69 | 206 | 3 | | | |
| 65-12782-4 | BRACKET | NE | 600 | 2.400 | 4 | 101.96.115 | | |
| 65-12782-4 | BRACKET | NE | 600 | 3.000 | 5 | 10 | | |
| 65-12783-810 | SUPPORT | NE | 95 | 855 | 9 | 51 | | |

Table C1                                                           Printed 9/4/2001

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 65-1313-1 | SLEEVE ADA | SV | 49 | 196 | 4 | 123 | | |
| 65-13176 | DUCT | AR | 350 | 700 | 2 | 106 | | |
| 65-13176 | DUCT | AR | 350 | 700 | 2 | 169 | | |
| 65-13336-52 | BRACKET TR | NS | 420 | 6,300 | 15 | 70 | | |
| 65-13368-5 | VANE-CASCA | OH | 539 | 2,156 | 4 | 1 | | |
| 65-13772-20 | DOOR | OH | 176 | 529 | 3 | 122 | | |
| 65-13772-28 | SEAL | NE | 17 | 340 | 20 | 9 | | |
| 65-1378-10 | STRIP | NE | 98 | 294 | 3 | 13 | | |
| 65-13781-4 | HINGE | NE | 8 | 8 | 1 | 4 | | |
| 65-1388-7 | LEVER ASSY other part# | NE | 249 | 249 | 1 | 109 | | |
| 65-14509-57 | BRACKET | SV | 30 | 120 | 4 | 131 | | |
| 65-14509-57 | BRACKET | SV | 30 | 390 | 13 | 133 | | |
| 65-14509-81 | BRACKET | SV | 5 | 10 | 2 | 30 | | |
| 65-14548-6 or -3 | STOP | NE | 200 | 1,400 | 7 | 34 | | |
| 65-14667-19 | BRACKET SU | NS | 4 | 410 | 101 | 140 | | |
| 65-15379-805 | TUBE | NE | 39 | 195 | 5 | 19 | | |
| 65-16085-1 | TRACK | AR | 368 | 735 | 2 | 39 | | |
| 65-1769-7 | FITTING | NE | 300 | 1,800 | 6 | 24 | | |
| 65-17809-1 | ACTUATOR | OH | 1,260 | 1,260 | 1 | 203 | | |
| 65-18483-27 | FAIRING | AR | 32 | 32 | 1 | no bag | | |
| 65-18617-2 | BUNDLE | NS | 500 | 8,000 | 16 | 55 | | |
| 65-18732-14 | FITTING | NE | 700 | 700 | 1 | 80a | | |
| 65-18758-53 | FAIRING | AR | 102 | 102 | 1 | no bag | | |
| 65-19063-1 | CRANK | NS | 700 | 1,400 | 2 | 65 | | |
| 65-19066-13 | STRIP | NE | 1 | 14 | 23 | 141 | | |
| 65-19088-22 | TUBE | NE | 49 | 833 | 17 | 39 | | |
| 65-19429-1 | FITTING SU | NE | 780 | 3,120 | 4 | 7,194 | | |
| 65-19429-1 | FITTING SU | NE | 780 | 3,120 | 4 | 7,194 | | |
| 65-19432-2 | FITTING | NE | 3,600 | 3,600 | 1 | 20 | | |
| 65-19432-2 | FITTING | NE | 3,600 | 14,400 | 4 | 118 | | |
| 65-19641-1 | LINK SUPPO | SV | 44 | 394 | 9 | 131 | | |
| 65-20845-3 | GEAR BOX | OH | 4,000 | 4,000 | 1 | 75 | | |
| 65-20882-1 | FITTING | RP | 98 | 294 | 3 | 19 | | |
| 65-2110-10 | STOP SUPPO | NE | 175 | 525 | 3 | 8 | | |
| 65-2129-7 | STOP END/F | NE | 88 | 263 | 3 | 85 | | |
| 65-2163-43 | HINGE | NE | 235 | 1.645 | 7 | 85 | | |
| 65-2193-4 | STOP FITTI | NE | 50 | 300 | 6 | 90 | | |
| 65-22585-1 | KIT FITTIN | NE | 21 | 63 | 3 | 157 | | |
| 65-23413-3 | BOLT/PIN | SV | 60 | 300 | 5 | 81 | | |
| 65-23742-2 | HOUSING | | 675 | 18,900 | 28 | 234,235 | | |
| 65-24420-13 | BOX ASSY | NE | 963 | 6.738 | 7 | | | |
| 65-2452-22 | TUBE | NE | 35 | 35 | 1 | 115 | | |
| 65-2477-60 | TUBE | NE | 45 | 270 | 6 | 1 | | |
| 65-2477-62 | TUBE A | NE | 35 | 420 | 12 | 128 | | |
| 65-25234-3 | FITTING | NE | 175 | 700 | 4 | 83 | | |
| 65-2550-162 | BRACKET | NE | 60 | 60 | 1 | 85 | | |
| 65-2566-3 | DUCT TUBE | SV | 50 | 50 | 1 | 119 | | |
| 65-2571-13 | BRACKET | NE | 12 | 12 | 1 | 168 | | |
| 65-2573-876 | TUBE | NE | 250 | 2.000 | 8 | 86 | | |

Table C1                                                          Printed 9/4/2001

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 65-2602 | ELBOW DUCT | SV | 158 | 158 | 1 | 23 | | |
| 65-2604 | HOUSING | NE | 200 | 200 | 1 | 20 | | |
| 65-2616-13 | BRACKET | NE | 18 | 123 | 7 | 3 | | |
| 65-2634-57 | BRACKET | NE | 14 | 14 | 1 | 126 | | |
| 65-2634-57 | BRACKET | NE | 14 | 112 | 8 | 108 | | |
| 65-27303-7 | BUSHING | NE | 28 | 532 | 19 | 69 | | |
| 65-28188-2 | DOOR AS | NE | 70 | 70 | 1 | 72 | | |
| 65-2826 | BRACKET | NE | 7 | 161 | 23 | 48 | | |
| 65-2938-6 | RIB BRACKE | NE | 98 | 196 | 2 | 24 | | |
| 65-30020-3 | TUBE | NE | 70 | 140 | 2 | 89 | | |
| 65-31495-6 | FITTING | NE | 210 | 210 | 1 | 21 | | |
| 65-31527-20 | RAMP MULLI | NE | 53 | 473 | 9 | 106 | | |
| 65-31944-22 | SUPPORT BR | NS | 200 | 600 | 3 | 140 | | |
| 65-32272-7 | LINK/ROD/T | NE | 140 | 420 | 3 | 92 | | |
| 65-33636-1 | COVER | NE | 315 | 315 | 1 | 160 | | |
| 65-33636-1 | COVER | NE | 315 | 945 | 3 | 49 | | |
| 6534-1 | HOUSING/LU | NE | 4 | 12 | 3 | 65 | | |
| 65-4071-2 | MANIFOLD | NS | 2,800 | 2,800 | 1 | 79 | | |
| 65-41100-1 | SECTION | NE | 250 | 250 | 1 | | | |
| 65-41416-21 | ANGLE | NE | 225 | 900 | 4 | 19 | | |
| 65-42194-1 | BRACKET | SV | 30 | 30 | 1 | 4 | | |
| 65-4395-6 | HANGER | NE | 280 | 280 | 1 | 8 | | |
| 65-44072-1 | CRANK BELL | NE | 315 | 315 | 1 | 45 | | |
| 65-45364-1 | FITTING | SV | 450 | 1,350 | 3 | 40,140 | | |
| 65-45364-1 or -2 | FITTING | NE | 450 | 1,800 | 4 | 40,140 | | |
| 65-4704 | AIR VALVE | SV | 150 | 600 | 4 | 237 | | |
| 65-47158-1 | DRUM | NE | 280 | 280 | 1 | 17 | | |
| 65-4876 | FITTING/BR | NE | 1,180 | 5,901 | 5 | 18 | | |
| 65-50473-27 | CLIP | NE | 1 | 70 | 100 | 105 | | |
| 65-54024-3 | CRANK | NE | 98 | 98 | 1 | 19 | | |
| 65-55026-31 | TUBE | SV | 11 | 11 | 1 | 132 | | |
| 65-55026-35 | TUBE | NS | 35 | 70 | 2 | 91 | | |
| 65-5954-6 | HANGER | NE | 70 | 70 | 1 | 119 | | |
| 65-60360-23 | PANEL LIGH | NE | 132 | 794 | 6 | 181 | | |
| 65-6391-10 | FITTING/AS | SV | 823 | 823 | 1 | 36 | | |
| 65-6511-18 | ACTUATOR | OH | 700 | 700 | 1 | | | |
| 65-6513 | BARREL | NE | 1,050 | 1,050 | 1 | 90 | | |
| 65-68069-51 | SEAL | NE | 210 | 2,730 | 13 | 90 | | |
| 65-68624-2 | BRACKET | NE | 150 | 300 | 2 | 192,133 | | |
| 65-68624-2 | BRACKET | NE | 150 | 900 | 6 | 192,133 | | |
| 65-69944-1 | FITTING SU. SSP NO:120 | NE | 140 | 700 | 5 | 65.13 | | |
| 65-7038-104 | PLATE LENS | NE | 25 | 1,250 | 51 | 96 | | |
| 65-7086 | COVER RATC | NE | 399 | 3,990 | 10 | 118 | | |
| 65-7273-3001 | SUPPORT | NE | 690 | 690 | 1 | 83 | | |
| 65-7273-3002 | SUPPRT BRC | NE | 666 | 1,998 | 3 | 150 | | |
| 65-81100-7 | FITTING | NS | 51 | 459 | 9 | 114 | | |
| 65-8353-5 | DAMPER ACT | SV | 140 | 280 | 2 | 95 | | |
| 65-8757-13 | COVER | NE | 1,680 | 6,720 | 4 | 15.149 | | |
| 65-8757-13 | COVER | NE | 1,680 | 13,440 | 8 | 15.149 | | |

Table C1

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 65-8866-3001 | CRANK | NE | 280 | 280 | 1 | 133 | | |
| 65-8866-3001 | CRANK | NE | 280 | 1,120 | 4 | 180 | | |
| 65-97357-4 | FITTING | NE | 1,800 | 1,800 | 1 | 169b | | |
| 65-97357-4 | FITTING | NE | 1,800 | 3,600 | 2 | 170,171 | | |
| 65-97357-4 | FITTING | NE | 1,800 | 5,400 | 3 | 25 | | |
| 65C18894-33 | GUSSET/MEM | NE | 24 | 96 | 4 | 86 | | |
| 65C18894-9 | CONE SUPPO | NE | 20 | 40 | 2 | 86 | | |
| 65C19080-2 | KIT | NE | 350 | 2,450 | 7 | 153 | | |
| 6-60405 | RETAINER | NE | 75 | 975 | 13 | 57 | | |
| 66-10237-2 | STRAP | AR | 4 | 46 | 13 | 86 | | |
| 66-1051-11 | SHIM SPACE | NE | 28 | 1,736 | 62 | 55 | | |
| 66-10530 | PLUG PIN | NE | 137 | 2,594 | 19 | 238 | | |
| 66-10614 | WASHER | NE | 60 | 714 | 12 | 58 | | |
| 66-10662-2 | SPACER | NE | 11 | 221 | 21 | 92 | | |
| 66-10711-1 | FLANGE | NE | 70 | 420 | 6 | 17 | | |
| 66-1074 | BELLCRANK | NE | 315 | 1,260 | 4 | 90 | | |
| 66-1074-3 | CRANK | NE | 60 | 536 | 9 | 108 | | |
| 66-1075 | HOUSING | NE | 230 | 1,382 | 6 | 90 | | |
| 66-1075-8 | SHIM | NE | 6 | 185 | 33 | 95 | | |
| 66-10859 | RETAINER | NE | 35 | 175 | 5 | 90 | | |
| 66-11239 | SPACER WAS | NE | 65 | 585 | 9 | 40 | | |
| 66-11271-1 | SPRING | NE | 2 | 269 | 137 | 20 | | |
| 66-11297 | BUSHING | NE | 35 | 1,225 | 35 | 64 | | |
| 66-11297 | BUSHING | NE | 35 | 2,170 | 62 | 164 | | |
| 66-11297-1 | BUSHING SL | NE | 59 | 2,950 | 50 | 45 | | |
| 66-11411-1 | LUG | NS | 25 | 25 | 1 | 94 | | |
| 66-11433-3 | BUSHING | NE | 301 | 5,719 | 19 | 56,172 | | |
| 66-11433-4 | BUSHING | NE | 75 | 975 | 13 | 76 | | |
| 66-11469 | SPRING | NE | 9 | 18 | 2 | 80a | | |
| 66-1353 | BRACKET | NE | 35 | 4,235 | 121 | 90 | | |
| 66-1353-1 | BRACKET | NE | 14 | 4,172 | 298 | 63 | | |
| 66-13975-2 | SPACER SUP | NE | 10 | 110 | 11 | 94 | | |
| 66-18056 | RING | NE | 11 | 105 | 10 | 72 | | |
| 66-1917 | BRACKET | NE | 56 | 448 | 8 | 39 | | |
| 66-20014 | SEAL | NE | 150 | 750 | 5 | 137 | | |
| 66-20258-1 | STUD | OH | 22 | 154 | 7 | 41 | | |
| 66-20982-1 | SPRING | NE | 6 | 156 | 26 | 57 | | |
| 66-21039 | FITTING | NE | 42 | 252 | 6 | 90 | | |
| 66-2112 | BRACKET | NE | 35 | 105 | 3 | 109 | | |
| 66-2112 | BRACKET | NE | 35 | 5,250 | 150 | 109,168 | | |
| 66-2117-1 | TEE SUPPOR | NE | 7 | 168 | 24 | 3 | | |
| 66-2121-601 | SPACER FAI | NS | 4 | 298 | 71 | 140 | | |
| 66-2418 | RETAINER S | NE | 17 | 50 | 3 | 1.123 | | |
| 66-2418 | RETAINER S | NE | 17 | 3,192 | 190 | 1.123 | | |
| 662498-12 | ARM ASSY/L | NE | 245 | 2,205 | 9 | 168 | | |
| 66-3190 | PLATE | NE | 263 | 1,575 | 6 | 195 | | |
| 66-3190 | PLATE | NE | 263 | 2,625 | 10 | 17 | | |
| 66-36018-2 | PIN | NE | 123 | 368 | 3 | 80 | | |
| 66-37053-1 | BRACKET | SV | 11 | 147 | 14 | 77 | | |

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 66-3789-2 | PLATE NOSE | NE | 60 | 238 | 4 | 119 | | |
| 66-4073 | SPRING | NE | 69 | 69 | 1 | 4 | | |
| 66-4439-1 | RETAIN | NE | 7 | 21 | 3 | 85 | | |
| 66-4562 | BUSHING | NE | 20 | 20 | 1 | 95 | | |
| 66-4701 | WASHER | NE | 4 | 18 | 5 | 95 | | |
| 66-4871 | CAM | SV | 53 | 315 | 6 | 65 | | |
| 66-5181 | WASHER | NE | 4 | 4 | 1 | 95 | | |
| 666-2461 | BAS/UNIT | NE | 21 | 294 | 14 | 65 | | |
| 6-68023 | PANEL | NE | 123 | 1,470 | 12 | 89 | | |
| 6-68040-3018 | LATCH | NE | 53 | 525 | 10 | 91 | | |
| 6-68054-2001 | TEE | SV | 38 | 675 | 18 | 3 | | |
| 6-68428 | POPPET | NE | 8 | 85 | 11 | 159 | | |
| 66-8821 | BUSHING SL | NE | 7 | 266 | 38 | 152 | | |
| 66-8906 | BRAKE PLAT | NE | 50 | 100 | 2 | 57 | | |
| 66-9675 | ADAPTER | NE | 40 | 40 | 1 | 86 | | |
| 66-9903 | RETAINER | NE | 118 | 470 | 4 | 33 | | |
| 66-9903-1 | RETAINER | NE | 53 | 735 | 14 | 13 | | |
| 6-72425-3001 | SEAL | NE | 100 | 1,400 | 14 | 92 | | |
| 673-0823-000 | FILTER | NE | 70 | 70 | 1 | 80 | | |
| 6-74689 | HOUSING | NE | 70 | 210 | 3 | 80a | | |
| 6770517-000 | TRANSFORME | NE | 90 | 360 | 4 | 181 | | |
| 6770517-000 | TRANSFORME | NE | 90 | 540 | 6 | 140 | | |
| 678-1096-000 | REACTOR TR | NE | 32 | 441 | 14 | 26 | | |
| 6-84501-2004 | COUPLING F | NE | 25 | 123 | 5 | 19 | | |
| 69-10324-6 | FILLER | NE | 56 | 616 | 11 | 108 | | |
| 69-10343-2 | FITTING | NE | 150 | 300 | 2 | 86 | | |
| 69-10494-1 | CLEVIS HIN | NE | 65 | 258 | 4 | 154 | | |
| 69-10710 | BUSHING FI | SV | 35 | 595 | 17 | 13 | | |
| 69-10768-800 | ANGLE/BRAC | NE | 7 | 853 | 116 | 36a | | |
| 69-10806-1 | BRACKET | NE | 22 | 902 | 41 | 137 | | |
| 69-10855-1 | SHAFT | SV | 75 | 375 | 5 | 4 | | |
| 69-11002-3002 | DOOR ASS | NE | 123 | 123 | 1 | 83 | | |
| 69-11002-3002 | DOOR ASS | NE | 123 | 245 | 2 | 83 | | |
| 69-11174-5 | BRACKET | NE | 35 | 350 | 10 | 193 | | |
| 69-11194 | SLEEVE | NE | 110 | 441 | 4 | 85 | | |
| 69-11418-8 | SUPPORT BR | NE | 18 | 210 | 12 | 21 | | |
| 69-11420-1 | CHANNEL | NE | 53 | 840 | 16 | 61 | | |
| 69-11514-1 | BRACKET | NE | 140 | 280 | 2 | 22 | | |
| 69-11558-9 | TUBE | NE | 35 | 1,400 | 40 | 43 | | |
| 69-11735-6 | STRIP | NE | 4 | 50 | 12 | 132 | | |
| 69-11735-7 or -6 | STRIP | AR | 8 | 8 | 1 | 33 | | |
| 69-11751-5 | FILLER | NE | 66 | 658 | 10 | 34 | | |
| 69-11905-1 | HINGE | NE | 21 | 861 | 41 | 152 | | |
| 69-12072-1 | HINGE | NE | 11 | 21 | 2 | 146 | | |
| 69-12142 | SHAFT | NE | 160 | 1,120 | 7 | 63 | | |
| 69-12189-4 | RING SUPPO | NE | 46 | 2,184 | 48 | 22 | | |
| 69-12740-1 | BRACKET | NE | 35 | 70 | 2 | 142 | | |
| 69-13394-1 | TUBE | AR | 125 | 2,500 | 20 | 102,101,190,191 | | |
| 69-13394-1 | TUBE | AR | 125 | 3,000 | 24 | 101,102,190,191 | | |

Printed 9/4/2001

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 69-16117 | CLAMP BRAC | NE | 210 | 630 | 3 | 43 | | |
| 69-16125-1 | BUSHING/SLEEVE | NS | 33 | 767 | 23 | 114 | | |
| 69-1677-1 | ARM HINGE | NE | 35 | 35 | 1 | 23 | | |
| 69-17034-1 | BRACKET SU | NE | 21 | 21 | 1 | 3 | | |
| 69-17293-4 | ROLLER | NE | 395 | 1,975 | 5 | 61 | | |
| 69-17550-5 | LINK | NE | 91 | 182 | 2 | 72 | | |
| 69-18653-1 | GEAR BRACK | NS | 125 | 875 | 7 | 78 | | |
| 69-18687-1 | GEAR | NE | 140 | 560 | 4 | 13 | | |
| 69-18759-1 | FAIRING PL | NE | 34 | 1,210 | 36 | 26 | | |
| 69-19001-2 | FUEL/TUBE | SV | 35 | 105 | 3 | 168 | | |
| 69-2048-1 | ROD END | NE | 126 | 378 | 3 | 154 | | |
| 69-2052-2 | SPACER | NE | 6 | 396 | 66 | 137 | | |
| 69-20886-1 | WASHER | NE | 13 | 819 | 63 | 136 | | |
| 69-2095-6 | BRACKET | AR | 2 | 15 | 6 | 23 | | |
| 69-2095-6 | BRACKET | NE | 7 | 42 | 6 | 24 | | |
| 69-2097-5 | BRACKET | NE | 88 | 3,938 | 45 | 77 | | |
| 69-2105-9 | BRACKET | NE | 7 | 1,071 | 153 | 39 | | |
| 69-21080-1 | WEIGHT | NE | 30 | 840 | 28 | 80a | | |
| 69-22689-1 | FITTING | NE | 46 | 137 | 3 | 181 | | |
| 69-22689-1 | FITTING | NE | 46 | 273 | 6 | 119,118 | | |
| 69-22689-1 | FITTING | NE | 46 | 546 | 12 | 23 | | |
| 69-24488-9 | ANGLE SUPP | NE | 14 | 112 | 8 | 6 | | |
| 69-25365-2 | BUSHING SP | NE | 105 | 735 | 7 | 17 | | |
| 69-25440-2 | RETAIN/ASS | SV | 19 | 173 | 9 | 38 | | |
| 69-2593-3 | COVER PLAT | NE | 21 | 21 | 1 | 21 | | |
| 69-27079-6 | CLIP BRACK | NE | 11 | 11 | 1 | 23 | | |
| 69-27383-2 | BRACKET | NE | 18 | 88 | 5 | 74 | | |
| 69-28001-3002 | DAMPER ROD | SV | 560 | 1,120 | 2 | 97 | | |
| 69-2860-32 | BUSHING | NE | 48 | 1,248 | 26 | 67 | | |
| 69-2860-33 | BUSHING | NE | 44 | 831 | 19 | 78 | | |
| 69-2860-50 | BUSHING | NE | 35 | 455 | 13 | 77 | | |
| 69-2860-51 | BOLT BUSHI | NE | 21 | 567 | 27 | 55.61 | | |
| 69-2860-52 | BUSHING | NE | 53 | 420 | 8 | 55 | | |
| 69-2860-57 | BUSHING | NE | 46 | 637 | 14 | 62 | | |
| 69-2860-59 | BUSHING | NE | 30 | 325 | 11 | 55 | | |
| 69-29639-1 | GUIDE ANGL | NE | 52 | 624 | 12 | 19 | | |
| 69-30093 | GEAR | SV | 442 | 3,538 | 8 | 91 | | |
| 69-3323 | TUBE | NE | 16 | 80 | 5 | 24 | | |
| 69-33677-3 | BRACKET | NE | 18 | 540 | 30 | 71 | | |
| 69-33974-2 | NOZZLE HEA | NE | 35 | 35 | 1 | 142 | | |
| 69-34195-3 | STRIKE | NE | 380 | 380 | 1 | 142 | | |
| 69-3453 | CAM VALVE | NS | 280 | 3.080 | 11 | 78 | | |
| 69-34532-6 | PLATE | NE | 18 | 35 | 2 | 67 | | |
| 69-3456-3000 | VALVE REST | NE | 1.260 | 6.300 | 5 | 41 | | |
| 69-34568-2 | BRACKET | NE | 19 | 190 | 10 | 8 | | |
| 69-34905-16 | BUSHING/BE | NE | 49 | 2,058 | 42 | 33,172 | | |
| 69-34905-16 | BUSHING/BE | NE | 49 | 2.156 | 44 | 33,172 | | |
| 69-34905-17 | BUSHING | NE | 12 | 852 | 71 | 20 | | |
| 69-34905-97 | BUSHING | NE | 42 | 546 | 13 | 54 | | |

Table C1

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 69-3602-6 | SHERTIE | NS | 160 | 960 | 6 | 114 | | |
| 69-3687 | COVER PLAT | NE | 70 | 70 | 1 | 6 | | |
| 69-36953-1 | PLUG | NE | 70 | 1,540 | 22 | 91 | | |
| 693724A | SHAFT INPU | NE | 840 | 10,920 | 13 | 43 | | |
| 69-3827-2 | BRACKET | NE | 67 | 466 | 7 | 17 | | |
| 69-38514-1 | SUPPORT | NE | 60 | 60 | 1 | 85 | | |
| 69-38518-5 | BUSHING SP | NE | 56 | 1,792 | 32 | 65 | | |
| 69-3943-1 | FITTING | NE | 70 | 140 | 2 | ? | | |
| 69-3943-2 | FITTING | NE | 160 | 320 | 2 | 24 | | |
| 69-3957-22 | RETAINER | NE | 380 | 1,900 | 5 | 21 | | |
| 69-3957-27 | RETAINER | AR | 120 | 720 | 6 | 118 | | |
| 69-3957-27 | RETAINER | NE | 380 | 2,280 | 6 | 118, | | |
| 69-40018-3 | PANEL | NE | 350 | 350 | 1 | 192 | | |
| 69-40018-3 | PANEL | NE | 350 | 4,900 | 14 | 124 | | |
| 69-4012-2006 | ANGLE | NE | 70 | 3,570 | 51 | 51 | | |
| 694073-2 | STUD | NE | 8 | 252 | 30 | 56 | | |
| 69-41008 | PLATE | NE | 473 | 1,418 | 3 | 132 | | |
| 69-41008 | PLATE | NE | 473 | 1,890 | 4 | 34 | | |
| 69-4118-5 | SEAL | NE | 18 | 35 | 2 | 154 | | |
| 69-4192 | RETAINER/S | NE | 252 | 1,512 | 6 | 36,172 | | |
| 69-4192 | RETAINER/S | NE | 252 | 1,512 | 6 | 36,172 | | |
| 69-42475-5 | BUSHING | NE | 105 | 840 | 8 | 86 | | |
| 69-42475-9 | BUSHING | NE | 48 | 432 | 9 | 86 | | |
| 69-43183-1 | LINK / ROD | SV | 19 | 76 | 4 | 6 | | |
| 69-4450 | LEG | SV | 35 | 490 | 14 | 110 | | |
| 69-47090-6 | PIN | NE | 64 | 773 | 12 | 95 | | |
| 69-47090-9 | PIN | SV | 26 | 26 | 1 | 149 | | |
| 69-47090-9 | PIN | NE | 53 | 53 | 1 | 95 | | |
| 69-47655-1 | HOLDER CUP | NE | 46 | 137 | 3 | 66 | | |
| 69-4769-1 | VALVE BODY | NE | 420 | 2,100 | 5 | 26 | | |
| 69-47691-3 | ASHTRAY | NE | 11 | 32 | 3 | 58 | | |
| 69-48808-2 | HINGE LATC | NE | 88 | 1,663 | 19 | 19 | | |
| 69-52988-5 | BRACKET | NE | 45 | 1,620 | 36 | 31 | | |
| 69-55011-1 | SPRING | NE | 9 | 131 | 15 | 6 | | |
| 69-55353-1 | WASHER | NE | 40 | 1,594 | 40 | 192.116 | | |
| 69-5550 | HOOK FITTI | NS | 35 | 70 | 2 | 72 | | |
| 69-5795 | GEAR | NE | 1,250 | 13,750 | 11 | 78 | | |
| 69-58734-3 | STOP FITTI | NE | 49 | 49 | 1 | 13 | | |
| 69-6233-5 | RING | NE | 53 | 53 | 1 | 72 | | |
| 69-6373 | PLUG | NE | 32 | 189 | 6 | 83 | | |
| 69823-18-23 | STUD BOLT | NE | 8 | 1,643 | 219 | 86 | | |
| 69-8351 | HOUSING VA | NE | 1,750 | 10.500 | 6 | 149 | | |
| 69-8351 | HOUSING VA | NE | 1,750 | 10.500 | 6 | 66? | | |
| 69-8679-1 | ARM | AR | 500 | 500 | 1 | 86 | | |
| 69-8690 | FLANGE | NE | 35 | 140 | 4 | 80a | | |
| 69-9160 | DOOR | NE | 46 | 137 | 3 | 24 | | |
| 699443-1 | STUD | NE | 6 | 34 | 6 | 57 | | |
| 699645GL | SPACER | NE | 11 | 95 | 9 | 80 | | |
| 69B40122-1 | DUCT | SV | 1.225 | 1.225 | 1 | 110 | | |

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 6F1956-3 | RESTRICTOR | NE | 105 | 105 | 1 | 72 | | |
| 6F1956-9 | RESTRICTOR | SV | 125 | 2,625 | 21 | 139 | | |
| 6J6A | TUBE | NE | 3 | 79 | 30 | 137 | | |
| 7002P | SHOCKMOUNT | NE | 7 | 21 | 3 | 80a | | |
| 705096-01 | FIRE SENSO | NS | 140 | 1,400 | 10 | 93 | | |
| 705096-01 | FIRE SENSO | NS | 140 | 3,920 | 28 | 161,163 | | |
| 70J2481-11 | DOOR | AR | 25 | 49 | 2 | 73 | | |
| 7-1255-51 | FLOAT | AR | 1,050 | 1,050 | 1 | 80a | | |
| 725500-2 | DRIP STICK | SV | 350 | 700 | 2 | 150 | | |
| 74-451-34 | PATCH OVAL | NE | 14 | 14 | 1 | 133 | | |
| 74799-1 | ESCUTCH | NE | 6 | 221 | 35 | 142 | | |
| 749395-2 | GEAR | NE | 105 | 210 | 2 | 71 | | |
| 755-14-2-8 | CLIP ADEL/ | NE | 4 | 473 | 135 | 56 | | |
| 755-32-2-8 | CLAMP | NE | 6 | 818 | 146 | 146 | | |
| 75935-1 | ESCUT | NE | 2 | 90 | 60 | 137 | | |
| 800-030-6 | WASHER/LOC | NE | 1 | 53 | 75 | 38 | | |
| 80-304 | WASHER | NE | 0 | 33 | 95 | 142 | | |
| 811-3 | TEE | NE | 4 | 46 | 11 | 42 | | |
| 812-1 | NUT | NE | 14 | 4,480 | 320 | 123 | | |
| 812-1-316 | NUT | NE | 9 | 359 | 41 | 31 | | |
| 885112-6D | NIPPLE | NE | 25 | 4,582 | 187 | 128 | | |
| 885409-16D | NIPPLE | NE | 105 | 1,365 | 13 | 92 | | |
| 891411-14 | OXYGEN CYL | SV | 428 | 428 | 1 | no bag | | |
| 90-2246-2005 | TERMINAL S | NE | 112 | 1,008 | 9 | 63 | | |
| 90-2377-3002 | ROD | NE | 123 | 490 | 4 | 21 | | |
| 90-3359-2 | DOOR | NE | 259 | 2,072 | 8 | 86 | | |
| 90-5018 | TUBE ASSY | NE | 330 | 990 | 3 | 125 | | |
| 90-5221-2 | HINGE | NE | 35 | 420 | 12 | 94 | | |
| 90-5265 | ACTUATOR,RETENTION | SV | 100 | 100 | 1 | 19 | | |
| 90-5581-3001 | BUSHING FI | NE | 560 | 2,800 | 5 | 70 | | |
| 90-8654 or 90-8655 | CLAMP FITT | NE | 420 | 420 | 1 | 86 | | |
| 90-8664 | WASHER RIN | NE | 350 | 5,250 | 15 | 14,167 | | |
| 90-8664 | WASHER RIN | NE | 350 | 6,650 | 19 | 14,167 | | |
| 90-9473-11 | BUSHING | NE | 11 | 21 | 2 | 108 | | |
| 90-9473-19 | BUSHING | NE | 18 | 1,138 | 65 | 86 | | |
| 90-9473-20 | BUSHING | NE | 7 | 364 | 52 | 90 | | |
| 90-9473-27 | BUSHING | NE | 11 | 252 | 24 | 108 | | |
| 90-9473-33 | BUSHING | NE | 11 | 158 | 15 | 72 | | |
| 90-9473-7 | BUSHING | NE | 11 | 21 | 2 | 108 | | |
| 90-9484 | CAP AY | NE | 35 | 280 | 8 | 54 | | |
| 9220-5786 | RELAY | NE | 110 | 880 | 8 | 69 | | |
| 9-2649-76-1 | CAP | NE | 280 | 3.080 | 11 | 56 | | |
| 9300-134 | FLYWHEEL | NE | 25 | 75 | 3 | 71 | | |
| 93-172 | PLATE | NE | 18 | 630 | 36 | 97 | | |
| 947322-1 | PLATE. with two pots. elec | NE | 350 | 1,050 | 3 | 69 | | |
| 9-55679-2004 | FITTING | SV | 65 | 130 | 2 | 8 | | |
| 957C560-1 | ARREST | NE | 35 | 140 | 4 | 54 | | |
| 9-60338-2 | TRUNNION | NE | 70 | 420 | 6 | 16 | | |
| 9-61945-3000 | BRACKET | NE | 163 | 163 | 1 | 1 | | |

Table C1                                                                    Printed 9/4/2001

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| 9-65864-3000 | ROD ASSY | SV | 53 | 53 | 1 | 109 | | |
| 9-66369-1 | SHAFT | NE | 758 | 758 | 1 | 95 | | |
| 9-67066-4 | RIB NOSE A | NE | 400 | 22,000 | 55 | 119 | | |
| 980629-6 | FITTIN/ELB | NE | 13 | 895 | 71 | 38 | | |
| 98265-2-170 | STUD | NE | 1 | 34 | 24 | 159 | | |
| 98265-5-550 | STUD/TURN& | NS | 1 | 50 | 50 | 4 | | |
| 985628-8-6 | NIPPLE | NE | 11 | 231 | 22 | 78 | | |
| 98575-3 | SPRING | NE | 18 | 263 | 15 | 80a | | |
| A10024-1 | VALVE | SV | 630 | 4,410 | 7 | 172? | | |
| A10024-1 | VALVE | SV | 630 | 7,560 | 12 | 81 | | |
| A11940-1 | BUSHING | NE | 7 | 665 | 95 | 76 | | |
| A1224F | SWITCH | NE | 4 | 21 | 6 | 73 | | |
| A12616-17 | RELAY BRACKET | NE | 1,750 | 5,250 | 3 | 71 | | |
| A2035 | RELAY SWIT | NE | 7 | 35 | 5 | 67 | | |
| A29784-107-1-33 | ESCAPE SLI | OH | 6,500 | 6,500 | 1 | 104 | | |
| A3128-101 | FITTING/EL | NE | 98 | 1,176 | 12 | 72 | | |
| A3511 | ELBOW | NE | 4 | 95 | 27 | 108 | | |
| A5277-101 | SLEEVE | SV | 105 | 945 | 9 | 192,11 | | |
| A5277-101 | SLEEVE | SV | 105 | 1,050 | 10 | 11 | | |
| A5341-5 | BUSHING | NE | 21 | 33,894 | 1614 | 77 | | |
| A6024 | MOTOR | NE | 8 | 25 | 3 | 71 | | |
| A8135-1 | CABLE ASSY | SV | 18 | 105 | 6 | 138 | | |
| A8179-1 | NOISE FIL | NE | 53 | 2,625 | 50 | 121 | | |
| A8184-5 | DUCT/SLEEV | NE | 20 | 490 | 25 | 55 | | |
| AA3911-1 | LENS | NE | 30 | 2,231 | 75 | 135,165 | | |
| AA3911-1 | LENS | NE | 30 | 2,975 | 100 | 165,135 | | |
| AD969LCH | COUPLER AN | NE | 420 | 420 | 1 | 55 | | |
| AGS2097-C40 | BONDING | | 5 | 4,635 | 1030 | 238 | | |
| AN2320 | BOLT CLEVI | NE | 1 | 8 | 10 | 115 | | |
| AN3C25A | BOLT LOCK | NE | 1 | 35 | 39 | 126 | | |
| AN6-30A | BOLT FASTE | NE | 4 | 546 | 156 | 146 | | |
| AN816-4B | NIPPLE UNI | NE | 175 | 3,500 | 20 | 81 | | |
| AR5965 | COIL INDUC | NE | 35 | 630 | 18 | 64 | | |
| AS2883 | ARM | NE | 140 | 140 | 1 | 89 | | |
| AS2955 | WEDGE LENS | NS | 770 | 770 | 1 | 142 | | |
| AS2X1E | SUPPRESSOR | NE | 7 | 21 | 3 | 89 | | |
| AV13J5102 | VALVE | RP | 140 | 140 | 1 | 1 | | |
| AVX3850 | PLUG MOUDE | NE | 18 | 35 | 2 | 89 | | |
| B400-2-2 | ELBOW | NE | 79 | 1,738 | 22 | 51 | | |
| B400-3TMT | TEE MALE R | NE | 65 | 390 | 6 | 55 | | |
| B431-11 | HOSE | NE | 125 | 500 | 4 | 99 | | |
| B5634P2 | HEATER | NE | 50 | 2.850 | 57 | 141 | | |
| B787 | TUBE | SV | 1.260 | 2.520 | 2 | 89 | | |
| B833-2B | KNOB | NS | 18 | 263 | 15 | 89 | | |
| B8414-7 | SPRING | NE | 14 | 1,652 | 118 | 136 | | |
| B910023-508 | CONDUIT CA | NE | 280 | 840 | 3 | 111 | | |
| BACB30BH10C40 | BOLT | NE | 36 | 792 | 22 | 70 | | |
| BACB30CT8-7 | BOLT | NE | 1 | 10 | 16 | 115? | | |
| BACB30FN10-12 | BOLT | NE | 2 | 4 | 2 | 116? | | |

Table C1

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| BACB30FN10-12 | BOLT | NE | 2 | 5 | 3 | ? | | |
| BACB30FN10-12 | BOLT | NE | 2 | 49 | 28 | 1 | | |
| BACB30FN8-6 | PIN/BOLT/H | NE | 0 | 6 | 17 | 122 | | |
| BACB30FN8-6 | PIN/BOLT/H | NE | 0 | 31 | 88 | 116 | | |
| BACB30FP10-19 | BOLT/PIN | NE | 3 | 16 | 6 | 1 | | |
| BACB30FQ8-6 | BOLT | NE | 1 | 3 | 3 | 122 | | |
| BACB30GE5D70 | BOLT LOCK | NE | 32 | 126 | 4 | 126,116 | | |
| BACB30GE5D70 | BOLT LOCK | NE | 32 | 2,993 | 95 | 126,116 | | |
| BACB30GE6D33 | BOLT | NE | 18 | 2,310 | 132 | 33 | | |
| BACB30GY10-10 | BOLT | AR | 1 | 112 | 92 | 131 | | |
| BACB30KF6-4 | HI-LOK BOL | NE | 0 | 1 | 3 | 122 | | |
| BACB30KF6-4 | HI-LOK BOL | NE | 0 | 26 | 153 | 116 | | |
| BACB30KK6-10 | BOLT | NE | 1 | 4 | 6 | 117 | | |
| BACB30KK6-14 | BOLT | NE | 0 | 14 | 47 | 122 | | |
| BACB30KK8-13 | BOLT | NS | 1 | 7 | 7 | 1 | | |
| BACB30LU2-7 | BOLT | NE | 0 | 36 | 107 | 159 | | |
| BACB30MD8-15 | BOLT | NE | 3 | 11 | 4 | 122 | | |
| BACB30MY8C7 | BOLT | NE | 18 | 35 | 2 | 72 | | |
| BACB30NF10-59 | BOLT | NE | 18 | 123 | 7 | 132 | | |
| BACC30AC6 | COLLAR/NUT | NE | 1 | 8 | 15 | 115 | | |
| BACC30R8 | COLLAR | NE | 0 | 2 | 18 | 1 | | |
| BACF32A8A | FERRULE | NE | 18 | 3,623 | 207 | 131 | | |
| BACR15BA6D7 | RIVET LOCK | NE | 1 | 8 | 6 | 122 | | |
| BACR15BA8D8 | RIVET PIN | NE | 7 | 1,400 | 200 | 167 | | |
| BACR15CE6D6 | RIVET BOLT | NE | 15 | 9,000 | 600 | 168 | | |
| BACS11L162C | SEAL/SPRIN | NE | 1 | 12 | 22 | 115 | | |
| BACW10BN32AP | WASHER | NE | 1 | 202 | 289 | 116 | | |
| C31-25 | EXT. CABLE | NE | 63 | 63 | 1 | 108 | | |
| C49C91 | ADAPTER TU | NE | 18 | 140 | 8 | 59 | | |
| CP05A1KC474K | CAPACITOR | NS | 18 | 385 | 22 | 13 | | |
| D1-4275-133 | SEAL | NE | 28 | 112 | 4 | 19 | | |
| D6101 | HANDLE | NE | 18 | 228 | 13 | 38 | | |
| D9449-1 | LENS WING, RED, 605 D | AR | 74 | 1,397 | 19 | 168 | | |
| D9449-2 | LENS/GREEN | NE | 14 | 238 | 17 | 126,130 | | |
| D9449-2 | LENS/GREEN | NE | 14 | 350 | 25 | 126,130 | | |
| D9449-2 | LENS/GREEN | NE | 14 | 420 | 30 | 130 | | |
| D9928-1 | WORM DRIVE | NE | 228 | 5,460 | 24 | 80 | | |
| D9932-1 | CANOPY | NE | 21 | 525 | 25 | 41 | | |
| DPD219941-3 | CONECCTOR | NE | 24 | 24 | 1 | 77 | | |
| DTS402 | TRANSISTOR | NE | 6 | 44 | 7 | 65 | | |
| FG120L62 | TANK UNIT | NS | 263 | 263 | 1 | 94 | | |
| G67479-5 | NIPPLE ELB | NE | 18 | 1,750 | 100 | 97 | | |
| G67973-20 | NIPPLE/ELB | NE | 12 | 867 | 74 | 155,156 | | |
| G9926-1 | CASTING UN | NE | 350 | 350 | 1 | 61 | | |
| GC598-24 | SLEEVE | | 95 | 2,188 | 23 | 239 | | |
| H833-9 | LATCH | NE | 123 | 245 | 2 | 61 | | |
| HGBC | HOLDER FUS | NE | 35 | 665 | 19 | 67 | | |
| HL18PB38 | HILOK | | 3 | 564 | 188 | 238 | | |
| HL18PB8-17 | HI-LOK PIN | NE | 1 | 35 | 50 | 117 | | |

Table C1                                                                    Printed 9/4/2001

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| HL18PB8-3 | HILOK | | 1 | 2,144 | 1715 | 239 | | |
| JS71 | MICRO SWIT | NE | 4 | 81 | 23 | 72 | | |
| K432305 | INSERT | | 19 | 5,605 | 295 | 238 | | |
| L1850-113 | NET/CARTER | SV | 9 | 18 | 2 | 126 | | |
| LM806610 | BEARING | NE | 7 | 129 | 18 | 30 | | |
| LM806649 | BEARING | NE | 35 | 105 | 3 | 89 | | |
| M2055 | PATCH PLAT | SV | 8 | 248 | 31 | 31 | | |
| M21075 | BEZEL | NE | 105 | 840 | 8 | 72 | | |
| M359 | ADAPTER EL | NE | 1 | 20 | 14 | 140 | | |
| M5821-3 | SHADE SHIE | NE | 25 | 123 | 5 | 34 | | |
| M83723/77R1212N | CONNECTOR | NE | 23 | 211 | 9 | 133 | | |
| M8468-1 | RELAY GROU | OH | 80 | 80 | 1 | 142 | | |
| M8840-9 | PIN TUBE | NS | 450 | 6,300 | 14 | 138 | | |
| M8840-9 | PIN TUBE | NS | 450 | 7,650 | 17 | 60 | | |
| M9533-1 | ADAPTER | NE | 375 | 749 | 2 | 97 | | |
| MC15-36, CABLE A | CABLE CONT | NE | 35 | 175 | 5 | 66 | | |
| MD1946 | STUD | NE | 20 | 60 | 3 | 4 | | |
| MDV1-4 | FUSE | NE | 7 | 315 | 45 | 181 | | |
| MDV1-4 | FUSE, solder type | NE | 7 | 630 | 90 | 126 | | |
| MH1892-1 | RELAY | NE | 35 | 560 | 16 | 77 | | |
| MH1893-1 | RELAY | NE | 300 | 1,800 | 6 | 44 | | |
| MHJX6056 | RELAY/CONT | NE | 30 | 298 | 10 | 132 | | |
| ML17D | RELAY COIL | NS | 25 | 490 | 20 | 68 | | |
| MS16630-1137 | RING | NE | 0 | 179 | 447 | 126 | | |
| MS20010H134 | BOLT PIN L | NE | 7 | 14 | 2 | 90 | | |
| MS20392-3-13 | PIN | NE | 0 | 133 | 381 | 132 | | |
| MS20426B4-12 | RIVET SOLI | NE | 1 | 44 | 44 | 192 | | |
| MS20426B8-12 | RIVET PIN | NE | 18 | 7,000 | 400 | 67 | | |
| MS20426DD5-8 | RIVET SOLI | NE | 1 | 3,025 | 4802 | 117 | | |
| MS20427M6-4 | RIVET | | 15 | 10,150 | 700 | 239 | | |
| MS20822-6-6D | ELBOW TUBE | NE | 7 | 117 | 17 | 57 | | |
| MS21025-23 | NUT | NE | 19 | 56 | 3 | 146 | | |
| MS21250H07010 | BOLT | NS | 16 | 624 | 39 | 114 | | |
| MS21910D5 | TEE | NE | 7 | 399 | 57 | 73 | | |
| MS21911-4 | TEE | NE | 13 | 1,008 | 77 | 68 | | |
| MS21919 | CLAMP/LOOP | NE | 1 | 47 | 78 | 44 | | |
| MS21924-12J | UNION | NE | 18 | 54 | 3 | 95 | | |
| MS25253-3 | SWITCH | NE | 8 | 224 | 28 | 4 | | |
| MS28774-225 | RING/SEAL/ | NE | 1 | 232 | 421 | 168 | | |
| MS28775-235 | PACKING O' | NE | 1 | 3 | 6 | 116 | | |
| MS28777-28 | SEAL RING | NE | 1 | 6 | 8 | 126 | | |
| MS29513-221 | PACKING | NE | 0 | 25 | 86 | 159 | | |
| MS3100R24-22S | CONNECTOR | NE | 129 | 129 | 1 | 141 | | |
| MS3102A10SL-3P | CONNECTOR | NE | 12 | 238 | 20 | 83 | | |
| MS9014-45 | RING | SV | 18 | 2,800 | 160 | 81 | | |
| N3634-1 | MOTOR | NE | 140 | 1,120 | 8 | 34 | | |
| NAS1105-33D | BOLT | NE | 2 | 2 | 1 | 136 | | |
| NAS1237-6 | ELBOW FITT | NE | 25 | 1,310 | 52 | 30 | | |
| NAS2908E14 | BOLT | NE | 18 | 1,453 | 83 | 73 | | |

Table C1                                                    Printed 9/4/2001

| PART NUMBER | DESCRIPTION | CD | SALE | PART # VALUE | No. Packed | Bag # | X | Comments |
|---|---|---|---|---|---|---|---|---|
| NAS42DD6-20 | SPACER | NE | 8 | 1,764 | 210 | 126 | | |
| NAS43DD3-63 | SPACER BUS | NS | 0 | 48 | 345 | 33 | | |
| NAS43DD3-70 | SPACER | NE | 1 | 47 | 47 | 116 | | |
| NAS43DD3-9 | SPACER | NE | 0 | 88 | 733 | 126 | | |
| NAS43DD4-162 | SPACER | NE | 0 | 35 | 99 | 142 | | |
| NAS43DD4-192 | SPACER | NE | 4 | 158 | 41 | 95 | | |
| ND3212 | BEARING | NE | 26 | 78 | 3 | 57 | | |
| P116-421-12-495 | STUD | NE | 1 | 34 | 49 | 76 | | |
| P1296 | KNOB | NE | 4 | 186 | 53 | 126 | | |
| P24135 | MOTOR | NE | 325 | 325 | 1 | 80a | | |
| P35285 | DISC INSUL | NE | 1 | 27 | 31 | 133 | | |
| P41701 | FRAME | NE | 18 | 228 | 13 | 79 | | |
| P664 | VALVE CHEC | NS | 98 | 980 | 10 | 83 | | |
| P664 | VALVE CHEC | NS | 98 | 2,156 | 22 | 195 | | |
| P6B | RIVET HUCK | NE | 18 | 2,905 | 166 | 89 | | |
| PAAC1H2 | HEATER ELE | NE | 175 | 175 | 1 | 55 | | |
| PDC1-1B | SWITCH AIR | NE | 1,400 | 2,800 | 2 | 96 | | |
| PLM150 | BREAKER SW | NE | 11 | 168 | 16 | 66 | | |
| R3002T8-13 | BOLT LOCK | NE | 4 | 644 | 184 | 133 | | |
| R3007T12-8 | BOLT | NE | 2 | 228 | 93 | 89 | | |
| R3007T6-12 | BOLT LOCK | NE | 0 | 20 | 120 | ? | | |
| R3008T6-14 | BOLT | NE | 2 | 507 | 207 | 35 | | |
| RH25-10 | RESIST | NE | 2 | 13 | 7 | 137 | | |
| RK26723 | SEAL | NE | 28 | 112 | 4 | 77 | | |
| RN55D1691F | RESISTOR | NE | 1 | 4 | 4 | 137 | | |
| RN65D6043F | RESIST | NE | 4 | 444 | 111 | 147 | | |
| S29C71 | CLAMP FLAN | NE | 280 | 1,400 | 5 | 55 | | |
| S672-1 | PISTON CUP | NE | 53 | 1,365 | 26 | 67 | | |
| S8057R101 | PACKING GA | NE | 18 | 508 | 29 | 131 | | |
| S8154-313C005 | WASHER | NE | 1 | 119 | 113 | 131 | | |
| S8157N125-031 | WASHER | NE | 0 | 16 | 75 | 131 | | |
| S8157N35-030 | WASHER | NE | 6 | 450 | 75 | 116 | | |
| SL607-3-65 | NUT INSERT | NE | 1 | 16 | 16 | 133 | | |
| SL607-3-8S | TAB/INSERT | NE | 7 | 182 | 26 | 133 | | |
| SP140-27 | RING | NE | 5 | 450 | 100 | 146 | | |
| SR-03R | INDICATOR | SV | 198 | 198 | 1 | 114 | | |
| SRS200A11 | FITTING | NE | 4 | 4 | 1 | 115 | | |
| SUE12685 | TRANSFORME | NE | 7 | 46 | 7 | 137 | | |
| TR724-05 | VALVE STEM | SV | 9 | 508 | 58 | 97 | | |
| TVA1406 | CAPACITOR | NE | 3 | 27 | 10 | 4 | | |
| UA723HM | INTEGRATED | NE | 2 | 47 | 19 | 51 | | |
| V5-110 | SPRING | NE | 4 | 4 | 1 | 126 | | |
| YSV10 | RIVET CONN | NE | 1 | 840 | 600 | 142 | | |
| YSV10 | RIVET CONN | NE | 1 | 840 | 600 | 181 | | |
| Z984711-3 | SHIM | NE | 0 | 2 | 5 | 116 | | |
| ZY1011-9 | ELBOW | NE | 18 | 578 | 33 | 36 | | |
| ZY1211-9 | ELBOW | NE | 14 | 84 | 6 | 137 | | |