

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRY HARRY McFLIKER,

    Defendant.
_____/

## VICTIM'S OBJECTION TO REPAYMENT OF RESTITUTION SCHEDULE

COMES NOW the Victim, LOVEMORE MBIGI, by and through the undersigned counsel and hereby objects to the repayment schedule as submitted pursuant to the Government's Motion Concerning Repayment of Restitution and would show unto the Court as follows:

1.    There seems to be no basis set forth by the Government as to why the victims should be repaid by the Defendant in any manner other than on a basis of pro rata indebtedness.

2.    Victim, LOVEMORE MBIGI, is owed the sum of $615,683.00 by the Defendant, HENRY McFLIKER and, according to the proposed schedule, during month number one he would receive $3,083.05. Whereas, the following individuals (all who are owed less than $15,000.00) would receive the following amounts:

|    |          |            |
|----|----------|------------|
| a. | Alvarado | $ 2,000.00 |
| b. | Durao    | 6,000.00   |
| c. | Kunejo   | 4,400.00   |
| d. | Khan     | 5,200.00   |
| e. | Sippli   | 11,494.00  |



LAW OFFICES ANGONES, HUNTER, McCLURE, LYNCH, WILLIAMS & GARCIA, P.A.
9TH FLOOR, CONCORD BUILDING, 66 WEST FLAGLER STREET, MIAMI, FL 33130 • (305) 371-5000 • FAX (305) 371-3948

1.

3.   There is simply no justification to allow the victim whose losses are the greatest to be repaid on an inequitable basis so that others who have been defrauded the lesser amounts are made whole in a shorter period of time.

WHEREFORE, Victim, LOVEMORE MBIGI, objects to the Government's Motion Concerning Repayment of Restitution and requests this Honorable Court to order that all victims be repaid pro rata.

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Attorney Henderson (in that fax # could not be obtained) and faxed this 10th day of January, 2002, to: ALL OTHER COUNSEL ON ATTACHED MAILING LIST.

Respectfully submitted,

ANGONES, HUNTER, McCLURE,
LYNCH, WILLIAMS & GARCIA, P.A.
Ninth Floor - Concord Bldg.
66 West Flagler Street
Miami, FL 33130

BY: _____
         STEVEN K. HUNTER
         Attorney for Victim - MBIGI

LAW OFFICES ANGONES, HUNTER, McCLURE, LYNCH, WILLIAMS & GARCIA, P.A.
9TH FLOOR, CONCORD BUILDING, 66 WEST FLAGLER STREET, MIAMI, FL 33130 • (305) 371-5000 • FAX (305) 371-3948

2.

# MAILING LIST

**DIANA L.W. FERNANDEZ**
Assistant United States Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
**(954) 356-7255 Fax: (954) 356-7230**

**MARC S. NURIK, ESQ.**
Ruden, McClosky, Smith,
Schuster & Russell, P.A.
200 E. Broward Blvd.
Ft. Lauderdale, FL 33302-1900
**(954) 764-6660 Fax: (954) 764-4996**

**MICHAEL S. POPOK, ESQ.**
Ruden, McClosky, Smith,
Schuster & Russell, P.A.
701 Brickell Avenue, Suite 1900
Miami, FL 33131
**(305) 789-2700 Fax: (305) 789-2793**

**JAMES M. HENDERSON, ESQ.**
1499 W. Palmetto Park Rd., Suite 208
Boca Raton, FL 33486
**(561) 391-6999 Fax: (561)**
**(Attorney for Bruno Doerwald)**

**REHAN N. KHAWAJA, ESQ.**
817 North Main Street
Jacksonville, FL 32202
**(904) 355-8055 Fax: (904) 355-8058**
**(Attorney for Munir Ahmad and Augusto Rodriguez)**