**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| vs. ) | CASE NO: 00-6181-Cr-Huck(s) |
| ) | |
| HENRY HARRY McFLIKER ) | |

### NOTICE OF FILING OF AIRCRAFT INVENTORY

**COMES NOW,** AUGUSTO RODRIQUEZ by and through his undersigned attorney and hereby files the enclosed list of aircraft parts, which are in his possession.

**DATED:** This 19th day of February, 2002.

REHAN N. KHAWAJA, ESQUIRE
Florida Bar No. 0064025
817 North Main Street
Jacksonville, Florida 32202
Telephone: (904) 355-8055
Facsimile: (904) 355-8058

Attorney for Claimant Augusto Rodriquez
and The David Group, Inc.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by depositing the same in the United States Mail, postage, this 19th day of February, 2002, to:

**Diana L.W. Fernandez, Esquire**
Assistant United States Attorney
Southern District of Florida
500 East Broward Boulevard
Suite # 700
Fort Lauderdale, Florida 33394



**United States Probation Office**
Victim Coordinator
300 North East 1st Avenue
Room # 315
Miami, Florida 33132

**Mark Nurik, Esquire**
Post Office Box 1900
Fort Lauderdale, Florida 33302-1900

**Michael S. Popol, Esquire**
Schuster & Russell, P.A.
701 Brickell Avenue
Suite # 1900
Miami, Florida 33131

**James M. Henderson, Esquire**
1499 West Palmetto Park Road
Suite # 208
Boca Raton, Florida 33486

**Steven K. Hunter, Esquire**
66 West Flagler Street
9th Floor, Concord Building
Miami, Florida 33130

/s/ Rehan N. Khawaja
REHAN N. KHAWAJA, ESQUIRE
Florida Bar No. 0064025
817 North Main Street
Jacksonville, Florida 32202
Telephone:     (904) 355-8055
Facsimile:     (904) 355-8058

Attorney for Claimant Augusto Rodriquez
and The David Group, Inc.

**EXHIBIT**

| NO. | PART NUMBER | NAME | QUANTITY |
|---|---|---|---|
| 1 | 69-1175-5 | Filler | 10 |
| 2 | 69-11282 | Beam | 2 |
| 3 | 66-10235 | Tube | 58 |
| 4 | 5407-11H | Relay Armature | 8 |
| 5 | 69-10494-1 | Bushing/Clevis | 6 |
| 6 | 69-6236 | Retainer | 10 |
| 7 | 65-10608-176 | Bracket | 10 |
| 8 | 66-4356-1 | Shaft | 10 |
| 9 | 69-10070-1A | Insert | 6 |
| 10 | 65-10608-21 | Seal | 11 |
| 11 | 65-11967-16 | Ring | 6 |
| 12 | 3765-1624D | Housing | 22 |
| 13 | 65c375649-1 | Kit | 2 |
| 14 | 65-12752-8 | Channel | 2 |
| 15 | 65-26786-13 | Panel | 2 |