UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

FILED by ___ D.C.

MAR 0 6 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

HENRY HARRY McFLIKER,

   Defendant.

## ORDER

**THIS MATTER** having come before the Court upon the Defendant Henry McFliker's Unopposed Motion for Permission to Travel, the Court having reviewed said motion, and being fully advised as to the facts and circumstances of this case and being advised that the Government has no objection, it is

**ORDERED AND ADJUDGED** that Defendant Henry McFliker's Standard Conditions of Supervision and Special Conditions of Supervision, are modified as follows:

1.  Mr. McFliker may conduct five (5) business trips to Dallas and Oklahoma City at the end of March for up to four (4) days; Brussels and Greece in the middle of June for up to five (5) days; Minneapolis in the middle of August for up to four (4) days; Baltimore in the middle of October for up to three (3) days, and Arizona and California in January 2003 for up to four (4) days.

2.  One week prior to each scheduled trip, Mr. McFliker shall provide to the Probation Office and the Government his specific itinerary, including the airline, flight numbers, departure and arrival times, place of lodging, name of vendors/customers, dates and times of

MIA:162623:1



      each appointment, and contact phone numbers where he can be reached.

3. For the Brussels/Greece trip, Mr. McFliker's passport shall be returned to him by the Probation Office immediately prior to his departure. Immediately upon his return to the Southern District following this trip, Mr. McFliker shall surrender his passport to the Probation Office.

4. The Probation Office shall remove Mr. McFliker's monitoring device on the day of each scheduled trip. Such monitoring device shall be reinstalled by the Probation Office the next business day after Mr. McFliker's arrival in the Southern District.

**DONE AND ORDERED**, in Miami, Florida this 6 day of March, 2002.

                _____
                **PAUL C. HUCK**
                **UNITED STATES DISTRICT JUDGE**

cc: Michael Popok/Marc Nurik, Esq.
   AUSA Diana Fernandez, Esq.
   United States Probation Office
   Hon. Stephen T. Brown