UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY HARRY McFLIKER,

    Defendant.



### STIPULATION CONCERNING APPOINTMENT OF CO-COUNSEL

IT IS HEREBY STIPULATED and agreed by and between the undersigned, and upon the request, consent and approval of the Client as evidenced by the attachment hereto, that the law firm of Weiss Serota Helfman Pastoriza & Guedes, P.A. be Appointed Co-Counsel of record for Defendant, HENRY HARRY McFLIKER, along with the law offices of Ruden, McClosky, Smith, Schuster & Russell, P.A. who shall remain counsel of record in the case.

DATED this 15th day of March, 2002.

| | |
|---|---|
| RUDEN, McCLOSKY, SMITH, SCHUSTER & RUSSELL, P.A. <br> 701 Brickell Avenue <br> Suite 1900 <br> Miami, Florida 33131 <br> (305)789-2755; Fax: (305)537-3955 <br><br> By: _____ <br> Norman S. Segall <br> Florida Bar No. 158302 | WEISS SEROTA HELFMAN PASTORIZA & GUEDES, P.A. <br> 3107 Stirling Road <br> Suite 300 <br> Ft. Lauderdale, Florida 33312 <br> (954) 763-4242; Fax (954) 764-7770 <br><br> By: _____ <br> Michael S. Popok <br> Florida Bar No. 44131 |

MIA:167196:1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **STIPULATION FOR SUBSTITUTION OF COUNSEL** has been furnished by U.S. Mail this 15th day of March, 2002 to: AUSA Diana Fernandez, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394, Terry Levin, U. S. Probation Office, United States Courthouse, Suite 409, 299 East Broward Blvd., Fort Lauderdale, FL 33301, and Henry McFliker, Daytona Aerospace, 508 South Military Trail, Deerfield Beach, FL 33442.

_____
Michael S. Popok
Fla. Bar No. 44131
Weiss Serota Helfman Pastoriza & Guedes, P.A.
3107 Stirling Road, Suite 300
Ft. Lauderdale, FL 33312
(954) 763-4242
Fax (954) 764-7770

MIA:167196:1

Received 03/11/2002 04:13PM in 01:06 on line [2] for MSP * Pg 1/1
03/11/02   04:11pm   P. 001

To: Ruden McClosky (c/o David Lane-CEO)

Re:   McFliker/Mbigi and Shelby Homes

I hereby direct that all of my civil litigation files (Mbigi and Shelby Homes) be transferred to Michael Popok when he joins Weiss Serota on Friday. In addition, because he will remain co-counsel with Marc Nurik in any matters related to my criminal case, I approve of him taking with him any and all of his copies of files and work product related to my criminal case.

DATED: 3/11/02

_____
HENRY HARRY MCFLIKER

MIA 163238 1

PAGE 1/1 * RCVD AT 3/11/2002 4:13:54 PM [Eastern Standard Time] * SVR:FTLFAX/2 * DNIS:3971 * CSID: * DURATION (mm-ss):01-06