UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**NIGHT BOX FILED**
JUN 11 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| vs. ) | CASE NO:   00-6181-Cr-Huck(s) |
| ) | |
| HENRY HARRY McFLIKER ) | |
| ) | |

### AUTHORIZATION TO DISBURSE RESTITUTION FUNDS

**COMES NOW,** MUNIR AHMAD and states as follows:

1. That he understands that he is entitled to receive Forty One Thousand & 00/100 Dollars, $41,000.00, as restitution in the above-styled case.

2. That these funds will be paid in monthly payments over forty-two (42) months.

3. That he wants these funds to be paid through his attorney, and therefore, he hereby authorizes Clerk of the United States District Court, United States Attorney's, Mr. Harry McFliker, Attorneys' for Harry McFliker, and any other entity who is responsible for disbursement of these funds to disburse these funds, as payable to his attorney's trust account and mail the same at the following address:

> Rehan N. Khawaja, Attorney at Law Trust Account
> Law Offices of Rehan N. Khawaja
> 817 North Main Street
> Jacksonville, Florida 32202-3094
> Telephone:   (904) 355-8055

**DATED:**   This ____ day of ~~March, 2002~~.
MAY 22 2002

_____
**MUNIR AHMAD**

**SWORN TO AND SUBSCRIBED BEFORE ME,** the undersigned authority, personally appeared **MUNIR AHMAD**, known to be the individual described in and who executed the

1



foregoing, and acknowledged before me that he executed the same for the purpose therein expressed. I relied upon the following form(s) of identification of the above named person: __MUNIR, AHMAD.__

    **WITNESS** my hand and seal in the county and state named above, this __MAY 22 2002__ day of ~~March, 2002~~.



_____
Notary Public

**Raj Katyal, B.A., LL.B.**
Barrister, Solicitor & Notary Public
100 Cowdray Court, Suite 330
Toronto, Ontario M1S 5C8
Tel: (416) 754-4404
Fax: (416) 754-7280