UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6181-CR-HUCK

UNITED STATES OF AMERICA,

Plaintiff,

v.

HENRY MCFLICKER

Defendant.

## MOTION TO REDIRECT RESTITUTION PAYMENTS TO JOYCE MBIGI

**COMES NOW**, JOYCE MBIGI, by and through the undersigned attorney and hereby file this Motion To Redirect Restitution payments to **JOYCE MBIGI**, and hereby states as follows:

1. A Restitution Order was entered in the above styled cause which directs the Defendant, HENRY MCFLICKER, to make monthly restitution payments to **LOVEMORE MBIGI.**

2. An Order was entered by Judge James T. Carlisle in Palm Beach County Family Division Case No. 2001 DR 10932 (FZ) which directs that all future restitution payments received by the U.S. District Court Clerk's Office-Financial Unit be forwarded to **JOYCE MBIGI** as payment of a $15,000.00 per month Temporary Relief Order entered by the Family Division Court (attached as Exhibit A).

3. The U.S. District Court Clerk's Office-Financial Unit has advised the undersigned that it requires the entry of an Order from this Honorable Court to redirect said payments to **JOYCE MBIGI.**



U.S. of America vs. Henry McFlicker
Motion To Redirect Restitution Payments To Joyce Mbigi
Page 2

4.  The undersigned has contacted assistant U.S. Attorney Diana L.W. Fernandez who does not object to the entry of an Order which redirects the payments to **JOYCE MBIGI**

**WHEREFORE**, the undersigned prays that this Court enter an Order which directs the restitution payments to **JOYCE MBIGI**.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via U. S. Mail to: Charles Wender, Esq., 190 West Palmetto Park Road, Boca Raton, FL 33432, Steven K. Hunter, Esq., 66 West Flagler Street, 9th Floor, Concord Building, Miami, FL 33130, and Diana L.W. Fernandez, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394, on this ___ day of July, 2002.

Respectfully submitted,

KNOVACK G. JONES, ESQ.
Florida Bar # 364258
Attorney for Joyce Mbigi
18590 NW 67th Avenue, Suite 201
Miami Lakes, Florida 33015
Telephone:   (305)364-7668
Facsimile:   (305) 364-1244