# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

## CASE NUMBER
## 00 6181 CR HUCK

## PLAINTIFF

## v.

## Henry McFlicker
## DEFENDANT

## Application to Oppose the Motion to Redirect Payments to Joyce Mbigi

Case 0:00-cr-06181-PCH    Document 147    Entered on FLSD Docket 08/16/2002    Page 2 of 114
Application to oppose the Motion to Redirect Restitution Order Payments to Joyce Mbigi
Case Number 00-6181-CR-HUCK

# APPLICATION TO OPPOSE THE MOTION TO REDIRECT RESTITUTION ORDER PAYMENTS TO JOYCE MBIGI

## Case Number 00-6181-CR-HUCK

1. Please take notice that the respondent Lovemore Mbigi, moves the court for an order rejecting an order entered by Judge James T Carlisle in Palm Beach County Family Division Case Number 2001 DR 10932 (FZ), which direct that all future restitution payments received by the US District Court Clerk's Office Financial Unit be forwarded to Joyce Mbigi as payment of a $ 15 000 per month Temporary Relief Order entered by the Family Division Court (enclosed as **Exhibit 1**). The Temporary Support Order was made on the basis of the fraudulent financial affidavit submitted by Mrs. Joyce Mbigi and is enclosed as **Exhibit 2**.

2. The Temporary Support Order of $ 15 000 per month was entered on the basis of fraud, deliberate misrepresentations and a callous disregard for the truth in the wife Mrs. Mbigi's financial affidavit filed in support of her motion for temporary relief and the perjurious testimony given at that hearing and in support thereof submits as follows:

   2.1 On 11 January 2002 the Palm Beach County Family Court held a temporary relief hearing in which the Court ordered me the husband to pay support in the sum of $ 15 000 per month. This order was based on the financial affidavit submitted by Mrs. Mbigi which attested falsely to the total assets of the parties of $ 19 563.274 and monthly expenses of $ 26 375 (refer **Exhibit 2**).

   2.2 During an oral deposition taken by my lawyer Mr, Charles Wender on 24 May 2002, of which a copy can be made available on request, Mrs. Mbigi admitted that the asset base of over $ 19 million does not exist and that she had lied in court before Judge James T Carlisle.

   2.3 The Rules of the House in terms of Florida Family Law requiring financial disclosure from the petitioning party were disregarded. An award of support cannot stand on the shoulders of fraudulent financial affidavits and false testimony. See DeClair V Wilkes vs. Wilkes 768 S0o.2d 1150 (Fla 2 DCA 2000 Rule 12.540, Fla R Fam L).

---

P O Box 321, Strathavon, Johannesburg, SA 2031
46 Dennis Road, Atholhurst, Sandton, Johannesburg, SA
E-mail rmc@netactive.co.za
Phone (011 27 11) 786 5767    Fax (011 27 11) 786 1371
Cell (011 27) 82 800 3623

10570 Harich Lane
Boca Raton, FL 33498
E-mail lvmr9@aol.com
Phone (561) 477 0481    Fax (561) 477 7323
Cell (954) 609 7026 / (561) 212 9952



<u>**Application to oppose the Motion to Redirect Restitution Order Payments to Joyce Mbigi**</u>
<u>**Case Number 00-6181-CR-HUCK**</u>

2.4    I have accordingly applied for the Temporary Support Order to be reviewed and modified. Hearings are taking place on these issues before Judge James T Carlisle on 29 August 2002 and some time in September 2002.

2.5    The Temporary Relief Order is by its very nature for a specified short period of time. The Temporary Relief Order of $ 15 000 per month entered by the Family Court in January 2002 was granted for a period of three months, although Mrs. Mbigi applied for six months. The aforementioned order was then to be reviewed at the end of the specified period. It stands to reason that it is unfair and incorrect for Judge James T Carlisle to enter an order requiring all future restitution payments for the next four years received by the District Court Financial Unit to be forwarded to Mrs. Joyce Mbigi as payment of a $ 15 000 per month Temporary Relief Order entered by the Family Division Court.

2.6    The hearing on 29 July 2002 was too short notice to enable me to travel from Africa an' I have applied for continuance of the hearing regarding this matter. Subsequently an order was entered by Judge T Carlisle in Palm Beach County Family Division Case Number 2001 DR 10932 (FZ), which directs that all future restitution payments be forwarded to Mrs. Mbigi – it was done in my absence. I only learnt about it on 12 August 2002.

2.7    I am requesting this court NOT to act according to the request and motion to redirect restitution payments to Mrs. Mbigi until after the end of September 2002 after the two family court hearings have taken place in the Family Division Court before Judge James T Carlisle.

3.    Mrs Mbigi is not financially desperate. She has accessed over $ 243 506 from funds from family accounts during the period 28 August 2001 to 12 August 2002 (refer attached **Exhibit 3**). In addition, in June 2002 I paid her $ 18 000 and in July 2002 $ 15 000 of which $ 13 000 was from MetLife (documentary evidence to this effect can be furnished on request). Mrs. Mbigi's problem  is excessive and unnecessary expenditure as shown by an analysis of her payments from our Merrill Lynch checking account for July 2002, which is detailed below (once again documentary proof is available on request):

| EXPENDITURE | AMOUNT |
|---|---|
| Telephone ($ 573 + $ 300). | $ 873 |
| Southern Security. | $ 652 |
| TV Dish Network. | $ 190 |
| Gardening and Lawn ($ 440 + $ 99). | $ 539 |
| Bloomingdale | $ 114 |
| **TOTAL** | **$ 2 368** |

P O Box 321, Strathavon, Johannesburg, SA 2031 .
46 Dennis Road, Atholhurst, Sandton, Johannesburg, SA
E-mail rmc@netactive.co.za
Phone (011 27 11) 786 5767    Fax (011 27 11) 786 1371
Cell (011 27) 82 800 3623

10570 Harich Lane
Boca Raton, FL 33498
E-mail lvmr9@aol.com
Phone (561) 477 0481    Fax (561) 477 7323
Cell (954) 609 7026 / (561) 212 9952

**Application to oppose the Motion to Redirect Restitution Order Payments to Joyce Mbigi**
**Case Number 00-6181-CR-HUCK**

---

2.4    I have accordingly applied for the Temporary Support Order to be reviewed and modified. Hearings are taking place on these issues before Judge James T Carlisle on 29 August 2002 and some time in September 2002.

2.5    The Temporary Relief Order is by its very nature for a specified short period of time. The Temporary Relief Order of $ 15 000 per month entered by the Family Court in January 2002 was granted for a period of three months, although Mrs. Mbigi applied for six months. The aforementioned order was then to be reviewed at the end of the specified period. It stands to reason that it is unfair and incorrect for Judge James T Carlisle to enter an order requiring all future restitution payments for the next four years received by the District Court Financial Unit to be forwarded to Mrs. Joyce Mbigi as payment of a $ 15 000 per month Temporary Relief Order entered by the Family Division Court.

2.6    The hearing on 29 July 2002 was too short notice to enable me to travel from Africa and I have applied for continuance of the hearing regarding this matter. Subsequently an order was entered by Judge T Carlisle in Palm Beach County Family Division Case Number 2001 DR 10932 (FZ), which directs that all future restitution payments be forwarded to Mrs. Mbigi – it was done in my absence. I only learnt about it on 12 August 2002.

2.7    I am requesting this court NOT to act according to the request and motion to redirect restitution payments to Mrs. Mbigi until after the end of September 2002 after the two family court hearings have taken place in the Family Division Court before Judge James T Carlisle.

3.    Mrs Mbigi is not financially desperate. She has accessed over $ 243 506 from funds from family accounts during the period 28 August 2001 to 12 August 2002 (refer attached Exhibit 3). In addition, in June 2002 I paid her $ 18 000 and in July 2002 $ 15 000 of which $ 13 000 was from MetLife (documentary evidence to this effect can be furnished on request). Mrs. Mbigi's problem is excessive and unnecessary expenditure as shown by an analysis of her payments from our Merrill Lynch checking account for July 2002, which is detailed below (once again documentary proof is available on request):

| EXPENDITURE | AMOUNT |
|---|---|
| Telephone ($ 573 + $ 300). | $ 873 |
| Southern Security. | $ 652 |
| TV Dish Network. | $ 190 |
| Gardening and Lawn ($ 440 + $ 99). | $ 539 |
| Bloomingdale | $ 114 |
| **TOTAL** | **$ 2 368** |

---

P O Box 321, Strathavon, Johannesburg, SA 2031 .
46 Dennis Road, Atholhurst, Sandton, Johannesburg, SA
E-mail rmc@netactive.co.za
Phone (011 27 11) 786 5767    Fax (011 27 11) 786 1371
Cell (011 27) 82 800 3623

10570 Harich Lane
Boca Raton, FL 33498
E-mail lvmr9@aol.com
Phone (561) 477 0481    Fax (561) 477 7323
Cell (954) 609 7026 / (561) 212 9952



Application to oppose the Motion to Redirect Restitution Order Payments to Joyce Mbigi
Case Number 00-6181-CR-HUCK

4.   The restitution order money was borrowed from various financial institutions by the family for Mr. Henry McFlicker to invest and we are still repaying it:

4.1   Most of these financial institutions have obtained court orders against Mrs. Mbigi and myself.

4.2   Some have issued summons against us and my SA lawyers had successfully negotiated with them on the strengths of the restitution order payments for us to repay them at the rate of $ 7 500.

4.3   The remaining amount of $ 7 500 of the restitution money is to be used to live on and to rebuild my management consulting business.

4.4   I am in possession of all the documentation regarding court judgments, summons and negotiated monthly payments, most of which are included as **Exhibit 4**.

4.5   Listed below are some of the institutions and individuals from which we borrowed:

4.5.1   ABN Amro Bank.
4.5.2   Standard Bank.
4.5.3   American Express.
4.5.4   Diners Club.
4.5.5   Mandla Gantsho.
4.5.6   John Mwaniki.

5.   The restitution order money is all I have at the moment and the family borrowed most of it from financial institutions and I use half of it to pay them back. The family debt burden is close to $ 377 000 – this is my current grim financial reality.

6.   **Discrimination:**

6.1   When the Temporary Relief Order was entered by Judge James T Carlisle on 11 January 2002, the decision was based on false fraudulent information given in the enclosed financial affidavit filed by Mrs. Mbigi, which claimed that the family had an asset base of over $ 19 million without any supporting documentation.

6.2   The Rules of the House in terms of Florida Family Law regarding the need for substantiated financial disclosure by the petitioning and respondent parties were not followed.

6.3   The divorce case also had not gone for mediation.

6.4    The fact that Mrs. Mbigi had withdrawn over $ 100 000 from family accounts and had access to family savings was ignored.

6.5    The fact the husband has no predictable income, that he had been defrauded of $ 1.1 million by Henry McFlicker, and that the husband's business in Africa was severely damaged by Mrs. Mbigi's defamatory newspaper article, was ignored.

6.6    I feel the Family Court in the person of Judge James T Carlisle ignored all these factors because of my African Black race and foreign African national origin. I have become a victim of racial discrimination and prejudice, which has caused me a lot of pain and helped to destroy my life, my business and the lives of my children.

7.    I am requesting you to not redirect payments to Mrs. Mbigi until after the end of September 2002 to allow the following to take place:

7.1    The hearing on 29 August 2002 to review the Temporary Relief Order of $ 15 000 per month, which was made on the basis of false information provided by Mrs. Mbigi under oath, regarding a non existent asset base of $ 19.7 million.

7.2    The hearing in September 2002 regarding the order to redirect payments which was made in my absence and a request for the continuance of the hearing on the above matter has already been made.

8.    In the meantime I will continue to support Mrs. Mbigi and my son using some of the restitution money until after the end of September 2002.

9.    I have written to Assistant US Attorney Ms. Diana L W Fernandez not to allow entry of the Order which redirects the payments to Mrs. Joyce Mbigi.

10.    The undersigned prays that this Court does NOT enter an order which directs restitution payments to Mrs. Joyce Mbigi. Instead, Mrs. Joyce Mbigi must be charged for fraud in the form of deliberate misrepresentations and callous disregard for the truth in the financial affidavit she filed in support of her motion for temporary relief and the perjurious testimony given at that hearing.

11.    Contact information for my US lawyer is as follows:

Mr. Charles Wender
109 West Palmetto Park Road
Boca Raton, Florida 33432
Tel    :    (561) 368 7004
Fax    :    (561) 368 5798

12.    Contact information for my SA lawyer is as follows:

P O Box 321, Strathavon, Johannesburg, SA 2031
46 Dennis Road, Atholhurst, Sandton, Johannesburg, SA
E-mail rmc@netactive.co.za
Phone (011 27 11) 786 5767    Fax (011 27 11) 786 1371
Cell (011 27) 82 800 3623

10570 Harich Lane
Boca Raton, FL 33498
E-mail lvmr9@aol.com
Phone (561) 477 0481    Fax (561) 477 7323
Cell (954) 609 7026 / (561) 212 9952

Viljoen-French & Chester Inc. Attorneys, Notaries and Conveyancers
Contact Person: Mr. Andrew Garratt
St Giles Street 10
Randburg 2194
P O Box 2414
Randburg 2125
South Africa
Tel      :        011 27 11 789 4302
Fax     :        011 27 11 789 5315
E-Mail  :        andrew@lawfc.co.za

Prof. Lovemore Mbigi

14 August 2002

/ US Court Motion Restitution Payment 14 August 2002

---

P O Box 321, Strathavon, Johannesburg, SA 2031
46 Dennis Road, Atholhurst, Sandton, Johannesburg, SA
E-mail rmc@netactive.co.za
Phone (011 27 11) 786 5767      Fax (011 27 11) 786 1371
Cell (011 27) 82 800 3623

10570 Harich Lane
Boca Raton, FL 33498
E-mail lvmr9@aol.com
Phone (561) 477 0481      Fax (561) 477 7323
Cell (954) 609 7026 / (561) 212 9952

# EXHIBIT 1

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**



CASE NUMBER 00-6181-CR-HUCK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

HENRY MCFLICKER

     Defendant.

## MOTION TO REDIRECT RESTITUTION PAYMENTS TO JOYCE MBIGI

     **COMES NOW,** JOYCE MBIGI, by and through the undersigned attorney and hereby file this Motion To Redirect Restitution payments to **JOYCE MBIGI,** and hereby states as follows:

     1.    A Restitution Order was entered in the above styled cause which directs the Defendant, HENRY MCFLICKER, to make monthly restitution payments to **LOVEMORE MBIGI.**

     2.    An Order was entered by Judge James T. Carlisle in Palm Beach County Family Division Case No. 2001 DR 10932 (FZ) which directs that all future restitution payments received by the U.S. District Court Clerk's Office-Financial Unit be forwarded to **JOYCE MBIGI** as payment of a $15,000.00 per month Temporary Relief Order entered by the Family Division Court (attached as Exhibit A).

     3.    The U.S. District Court Clerk's Office-Financial Unit has advised the undersigned that it requires the entry of an Order from this Honorable Court to redirect said payments to **JOYCE MBIGI.**

**U.S. of America vs. Henry McFlicker**
Motion To Redirect Restitution Payments To Joyce Mbigi
Page 2

    4.      The undersigned has contacted assistant U.S. Attorney Diana L.W. Fernandez

who does not object to the entry of an Order which redirects the payments to **JOYCE MBIGI**

        **WHEREFORE**, the undersigned prays that this Court enter an Order which directs the

restitution payments to **JOYCE MBIGI**.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via
U. S. Mail to: Charles Wender, Esq., 190 West Palmetto Park Road, Boca Raton, FL 33432,
Steven K. Hunter, Esq., 66 West Flagler Street, 9th Floor, Concord Building, Miami, FL 33130,
and Diana L.W. Fernandez, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700,
Fort Lauderdale, FL 33394, on this ~~day~~ of July, 2002.

                    Respectfully submitted,

                    **KNOVACK G. JONES, ESQ.**
                    **Florida Bar # 364258**
                    **Attorney for Joyce Mbigi**
                    18590 NW 67th Avenue, Suite 201
                    Miami Lakes, Florida 33015
                    Telephone:    (305)364-7668
                    Facsimile:     (305) 364-1244

# EXHIBIT 2

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM BEACH
COUNTY, STATE OF FLORIDA

CASE NO.  **2001 DR 10932 FZ**

Florida Bar No. 246271

IN RE:    The Marriage of

**JOYCE MBIGI,**
             Petitioner/Wife,

        vs.

**LOVEMORE MBIGI,**
             Respondent/Husband,

and

**RAINMAKER MANAGEMENT
CONSULTANTS, INC.,**
             Defendant,

and

**WILMORE CORPORATION, INC.,**
             Defendant,

and

**THE INTERNATIONAL BUSINESS
SCHOOL,**
             Defendant.

=====================================◇

## MOTION FOR RELIEF FROM ORDER OF TEMPORARY SUPPORT AN MODIFICATION OF ORDER OF SUPPORT

**PLEASE TAKE NOTICE,** that the above named Respondent, LOVEMORE
MBIGI, moves the court for an Order vacating the Temporary Support Order entered in this case --
due to fraud, deliberate misrepresentations and a callous disregard for the truth in the Petitioner/
Wife's financial affidavit filed in support of her motion for temporary relief and the perjuruios
testimony given at that hearing, and in support thereof submits as follows:

1.    On January 11,2002 this Court held a temporary relief hearing in which the Court Ordered the husband to pay support in the sum of $15,000 per month. This Order was based upon the financial affidavit submitted by the wife, which attested to total assets of the parties of $19,563, 274.00 and monthly expenses of $26,375.00.

2.    Understanding that, by its very nature, a temporary relief hearing is short in duration and there was little chance or opportunity to adequately challenge the truth of the assertions made in the wife's financial affidavit. After the hearing, such an opportunity afforded itself by taking the oral deposition of the wife. It is readily apparent from a reading of that deposition that the wife either deliberately fabricated numbers or pretended that these numbers were accurate while knowing, in truth, that they were not. A copy of that deposition is being filed along with this motion and the contents of which should be deemed incorporated herein.

3.    The wife, who has an M.BA. Degree from Leicester University, has been a college professor, worked at Coppers and Lybrand, the accounting firm, and studied at Northeastern College, pretended that she did not know the difference between a term life insurance policy and whole life policy; stated that she knew that the value of certain businesses because "my husband told me", knowing full well that this never happened and that these claims where pure fabrication on her part. The wife simply lied about almost every aspect of her financial situation. An award of support cannot stand upon the shoulders of fraudulent financial affidavits and false testimony. See, DeClair v. Yohanan, 453 So.2d 375 (Fla. 1984); Wilkes v. Wilkes, 768 So.2d 1150 (Fla. 2d DCA 2000); Rule, 12.540, Fla. R. Fam. L.

4.    The wife made the most fantastic claims in her financial affidavit, as well as in her testimony before this court. (A Copy of that testimony is annexed hereto.) The most glaring of those false statements concern the wife's claims of some $20,000,000.00 in assets. As noted below, her claims are the sheer product of her imagination and have no basis in reality. This was made clear when the wife was called upon to explain her sworn statement. To illustrate:

a.    *RAINMAKER MANAGEMENT CONSULTS* --    valued by wife at $2,000,000.00. At the hearing and on her affidavit the wife claimed under oath that Rainmaker Consultants was worth $2,000,000.00. But at her deposition , when probed as to the veracity source of that value, the wife had to admit that she really did not know and that she put down

$2,000,000.00, claiming that is what her husband told her the value of the Rainmaker "contracts" were. The wife, however, knew nothing about Rainmaker because she had not seen any of the Rainmaker books or records books for over two years, did not know what income it had, if any, and was merely speculating or guessing. (pp. 55-58 of the annexed deposition.) In truth, the wife just made up any number.

b.    *WILMORE CORPORATION* -- valued by wife at $200,000.00. The wife's sworn financial affidavit states that the Wilmore Corporation was worth $200,000.00. At her deposition she testified , however, that the last time she allegedly saw any of the books and records of Wilmore Corp. was in 1998. (pp. 53-54, wife's deposition) She admitted that all information concerning Wilmore was at least three years old (p. 54, wife's deposition). Again, the wife either deliberately lied or purposely mislead this Court by popping down any number that came into her head and claiming it. These claims are quite obnoxious in light of her superior education and knowledge in the field of business.

c.    *UNIVERSITY* –  valued by the wife at $6,000,000,00. The wife has represented to this Court, under oath, that an entity called University was worth some $6,000,000.00. This claim is perhaps more pernicious then the others, because the wife does not really know if such an entity even actually exists.. As revealed at her deposition (pp. 47-51), the wife knows absolutely nothing about University. The wife claimed that the $6,000,000.00 figure was based on what her husband allegedly told her, and that if he said it was worth $50,000,000.00 she would swear that is what it was worth. The wife cannot escape the requirements of truth and candor by resorting to the excuse that "my husband told me". This was the wife's own financial affidavit, not the husbands's. The wife deliberately mislead this Court by asserting values to property which she plainly knows are not the truth.

d.    *LIFE INSURANCE MET-LIFE* – valued by the wife at $1,250,000.00. The wife testified at deposition that there was approximately $2,000.00 available to the parties from the Met-Life policy. Then, where did the value of $1,250,000.00 come from? The wife, feigning total ignorance of anything about life insurance, claimed that this was the value upon her husband's death, she thinks !!!! (pp. 98-99, wife's deposition) The wife's testimony remains forever contradictory.

On the one hand she claims that the only money available to her is $2,000.00, but that the policy is worth some $1,250,000.00. This just can't be, but she thinks that is the value at his death.

     e.    *SAGE LIFE* -- valued by the wife at $5,000,000.00. At her deposition, the wife first insisted that the policy was presently worth $5,000,000.00; however, when pressed if she would accept the policy in exchange for real money she then "admitted" that she now believed the $5,000,000.00 was payable "after he dies." (pp. 65-67, wife's depositions) In reality the policy is presently <u>worthless.</u>

     f.    *MOMENTUM LIFE* -- valued by the wife at $2,845,000.00. The wife claimed that this was the real value of the policy based upon her review of the policy but, of course, she did not "have the document with her." (pp. 68-68, wife's deposition)

     g.    *PENDING LITIGATION -- $868,769.00.* This presumably is the restitution money ordered by the UNITED STATES DISTRICT COURT, the so-called McFlicker money, which is closer to $600,000,00. This figure, although inflated, at least represents a real asset, which is about as close the wife got to the truth in these entire proceedings.

     5.    It is all but apparent that the wife "inflated" or rather just fabricated a net worth statement of biblical proportions. She stated values in the millions when in fact there is zero value. Had she submitted these figures in a loan application for a mortgage she easily could be found guilty of criminal fraud. Is it any different that she now does it to a Court? The husband does not want to punish his children and wants to provide support for them, and would appeal to this Court to let him do so by the only present means possible --- which is to draw funds from the equity of their home, the only asset of value the parties have (except for the McFlicker restitution Order, which may turn out to be a real asset.)

     6.    Call the wife on her claims. The husband would suggest that, to demonstrate the extent of the fraud on this Court, he be permitted to purge his contempt and all future obligations to this wife, and that he give her, transfer to her, and forever make any claims upon the corporations and life insurance accounts that she has sworn and presented to this court as being worth in excess of $17,000,000.00. That, in exchange, he be relieved of his obligations to her. That would leave the home and the McFlicker funds to him. The wife should not flinch at such an offer, should she?

7.    It would appear that the wife has approached this case as a free-for-all -- and anything goes. The husband, in contrast, is struggling to rebuild his finances after being swindled in the McFlicker scam. The husband wants to support his child, but cannot afford the lifestyle the wife is carrying on as if there were no financial setbacks. Which brings up the matter of the wife's misconduct concerning her claims of living expenses.

8.    *Wife's Deliberate Overstatement of Living Expenses*:   The wife claimed in her finical affidavit that she spent $26,375,000.00 per month to live. A close examination of the affidavit and the wife's subsequent admissions at her deposition makes it clear that the wife used the same "I'll make up a figure" as she did for the asset aspect. For example:

a.    The wife testified at deposition that she spent between $200.00 and $250.00 a week on food, which is roughly $1,000.00 per month. A high figure, but not unheard of. However, in her financial affidavit she represented to this Court she spent $3,000.00 per month on food for the household (pp. 77-78, wife's deposition).  ·

b.    When confronted by her other claims of outrageous spending, the wife testified that she would spend $300.00 a week on lightbulbs -- which, one would submit, is utter nonsense.

c.    The wife claims that the house repairs are $1,000.00 per month, and at the same time she has a service contract to do the same repairs.

d.    The wife is not only guilty of acts of commission but also acts of omission. At the temporary relief hearing the wife failed to disclose to the court that in October of that year (2001), when the wife complained that the bills where not being paid, she personally withdrew and "cleaned out" the *Merrill Lynch Account* in the sum of $42,000.00 (pp. 96-97, wife's deposition). This tidy withdrawal was not disclosed in her financial affidavit, nor was it brought to this Courts's attention at the hearing for temporary relief, creating the improper impression that the wife and children were destitute.

9.    It is the husband's respectful submission that the Order for Temporary Relief entered in this case cannot stand upon the shoulders of a fraudulent and misleading financial affidavit of the magnitude submitted before this Court. While the wife does not deserve any relief from this Court and has forfeited any claims by her gross misconducts, it is not to suggest that the MBIGI

children should suffer for the misconduct of their mother. He suggests that this Court vacate the award of support, and enter an award of child support based upon the parties present financial status. To literally prove to this Court that what is represented herein as true with regard to the wife's claim of riches, the husband formally offers to her the following assets to satisfy his obligations to her, using the wife's own values:

| | | |
|---|---|---|
| a. | Rainmaker Management | $ 2,000,000.00 |
| b. | Wilmore Corp. | $    200,000.00 |
| c. | University | $ 6,000,000.00 |
| d. | Met-Life | $ 1,250,000.00 |
| e. | Sage Life | $ 5,000,000.00 |
| f. | Momentum Life | $ 2,845,000.00 |
| | TOTAL | |
| | | **$17,295,000.00** |

MR. Mbigi offers these "riches" to his wife in satisfaction of his obligations to her -- past and future.

**WHEREFORE**, the Respondent/Husband, LOVEMORE MBIGI, prays for the entry of an Order vacating the present Temporary Support Order, entering a new support order for child support only, in accordance with Florida Guidelines, and to have the wife accept the above outlined assets in satisfaction of her claims against him and he prays for such other and further relief that may be just proper and equitable.

Respectfully submitted,

CHARLES WENDER
Attorney-at-Law, Chartered
190 West Palmetto Park Road
Boca Raton, Florida 33432
(561) 368-7004

By:_____
Charles Wender, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail and/or facsimile to Knovack G. Jones, Esquire, LAW OFFICES OF KNOVACK G. JONES & ASSOCIATES, P.A., 18590 N.W. 67th Avenue, Suite 201, Miami Lakes, FL 33015, on this 5th day of July, 2002.

By: _____

Charles Wender, Esquire

IN RE: THE MARRIAGE OF

**JOYCE MBIGI,**
      Petitioner/Wife,

vs.

**LOVEMORE MBIGI,**
      Respondent/Husband,

and

**RAINMAKER MANAGEMENT
CONSULTANTS, INC.,**
      Defendant.

and

**WILMORE CORPORATION, INC.**
      Defendant.

and

**THE INTERNATIONAL
BUSINESS SCHOOL**
      Defendant.

_____/

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

FAMILY DIVISION

CASE NO.: 2001 DR 10933 (FZ)

FLORIDA BAR NO.: 364258



## PETITIONER/WIFE'S FAMILY LAW FINANCIAL AFFIDAVIT
### ($50,000 or more Individual Gross Annual Income)

| I, *(full name)* | JOYCE MBIGI | being duly sworn, certify |
|---|---|---|
| that the following is true: | | |

**SECTION I INCOME**

| 1. | Date of Birth: | AUGUST 17, 1955 |
|---|---|---|
| 2. | Social Security Number: | N/A |
| 3. | My occupation is: | HOME MAKER |

| 4. | I am currently;<br>[√ all that apply ] |
|---|---|

| √ | **a. Unemployed** |
|---|---|
| | Describe your efforts to find employment, how soon you expect to be employed, and the pay you |
| | expect to receive:    I hold an H-4 Visa, which does not allow me to work in the United States |



**CLERK:**
**File this document**
**in the court file.**

| City, State, Zip code: | | | | | |
|---|---|---|---|---|---|
| Telephone Number: | | | | | |
| Pay rate: | | every week | | every other week | | twice a month | |
| monthly: | | other: | | | |

| If you are expecting to become unemployed or change jobs soon, describe the change you expect and why and how it will affect your income: |
|---|
| |
| |
| ☐ Check here if you currently have more than one job.  List the information above for the second job(s) on a separate sheet and attach it to this affidavit: |

| c. Retired.  Date of Retirement: | |
|---|---|
| Employer from whom retired | |
| Address: | |
| City, State, Zip code: | Telephone Number: |

| LAST YEAR'S GROSS INCOME | | Your Income | Other Party's Income *(if known)* |
|---|---|---|---|
| YEAR | 1999 | $0.00 | UNKNOWN |

## PRESENT MONTHLY GROSS INCOME:

All amounts must be MONTHLY.  See the instructions with this form to figure out money amounts for anything that is NOT paid monthly.  Attach more paper, if needed.  Items included under "other" should be listed separately with separate dollar amounts.

| | | |
|---|---|---|
| 1. | Monthly gross salary or wages | $0.00 |
| 2. | Monthly bonuses, commissions, allowances, overtime, tips and similar payments | |
| 3. | Monthly business income from sources such as self-employment, partnerships, close corporations, and/or independent contracts (Gross receipts minus ordinary and necessary expenses required to produce income.) (☐ Attach sheet itemizing such income and expenses.) | |
| 4. | Monthly disability benefits/SSI | |
| 5. | Monthly Worker's Compensation | |
| 6. | Monthly Unemployment Compensation | |
| 7. | Monthly pension, retirement, or annuity payments | |
| 8. | Monthly Social Security benefits | |

| | 9a. From this case | 9b. From other case(s) |
|---|---|---|
| | $0.00 | $0.00 |
| 10. Monthly interest and dividends | | |
| 11. Monthly rental income (gross receipts minus ordinary and necessary expenses required to produce income)(☐ Attach sheet itemizing such income and expense items.) | | |
| 12. Monthly income from royalties, trusts, or estates | | |
| 13. Monthly reimbursed expenses and in-kind payments to the extent that they reduce personal living expenses.(☐Attach sheet itemizing each item and amount) | | |
| 14. Monthly gains derived from dealing in property (not including nonrecurring gains) | | |
| Any other income of a recurring nature (identify source): | | |
| 15. | | |
| 16. | | |
| **17. PRESENT MONTHLY GROSS INCOME (Add lines 1-16)**          **TOTAL:** | | $0.00 |

**PRESENT MONTHLY DEDUCTIONS:**
**All amounts must be MONTHLY.** See the instructions with this form to figure out money amounts for anything that is NOT paid monthly.

| | | |
|---|---|---|
| 18. Monthly federal, state, and local income tax (corrected for filing status and allowable dependents and income liabilities) | | |
| | a.   Filing Status | |
| | b.   Number of dependents claimed | |
| 19. Monthly FICA or self-employment taxes | | |
| 20. Monthly Medicare payments | | |
| 21. Monthly mandatory union dues | | |
| 22. Monthly mandatory retirement payments | | |
| 23. Monthly health insurance payments (including dental insurance), excluding portion paid for any minor children of this relationship | | |
| 24. Monthly court-ordered child support actually paid for children from another relationship | | |
| 25. Monthly court-ordered alimony actually paid | | |
| | 25a.  From this case | |
| | 25b.  From other case(s): | |
| | Add 25a and 25b. | $0.00 | $0.00 |
| **26. TOTAL DEDUCTIONS ALLOWABLE UNDER SECTION 61.30, 1 FLORIDA STATUTES**          (Add lines 18-25) | | $0.00 |

**Proposed/Estimated Expenses.** If this is a dissolution of marriage case and your expenses as listed below do not reflect what you actually pay currently, your should write "estimate" next to each amount that is estimated.

**A. HOUSEHOLD:**

| | |
|---|---|
| 1.  Monthly mortgage or rent payments | $6,454.00 |
| 2.  Monthly property taxes (if not included in mortgage) | |
| 3.  Monthly insurance on residence (if not included in mortgage) | $625.00 |
| 4.  Monthly condominium maintenance fees & homeowner's association fees | $400.00 |
| 5.  Monthly electricity | $750.00 |
| 6.  Monthly water, garbage, and sewer | $180.00 |
| 7.  Monthly telephone | $1,650.00 |
| 8.  Monthly fuel oil or natural gas | |
| 9.  Monthly repairs and maintenance | $750.00 |
| 10. Monthly lawn care | $330.00 |
| 11. Monthly pool maintenance | $82.00 |
| 12. Monthly pest control | $74.00 |
| 13. Monthly misc. household | $1,000.00 |
| 14. Monthly food and home supplies | $3,000.00 |
| 15. Monthly meals outside home | $500.00 |
| 16. Monthly cable t.v. | $87.00 |
| 17. Monthly alarm service contract | $22.00 |
| 18. Monthly service contracts on appliances | $150.00 |
| 19. Monthly maid service | $500.00 |

| | | | |
|---|---|---|---|
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25.       A. SUBTOTAL (Add lines 1 through 24) | $16,554.00 | $16,554.00 | |
| B. AUTOMOBILE: | | | |
| 26. Monthly gasoline and oil | $500.00 | | |
| 27. Monthly repairs | $140.00 | | |
| 28. Monthly auto tags and emission testing | $11.00 | | |
| 29. Monthly insurance | $400.00 | | |
| 30. Monthly payments (lease or financing) | $2,021.88 | | |
| 31. Monthly rental/replacements | | | |
| 32. Monthly alternative transportation (bus, rail, car pool, etc) | | | |
| 33. Monthly tolls and parking | | | |
| 34. Other: | | | |
| 35.             B.  SUBTOTAL (Add lines 26 through 34) | $3,072.88 | $3,072.88 | |
| C. EXPENSES FOR CHILDREN COMMON TO BOTH PARTIES: | | | |
| 36. Monthly nursery, babysitting or day care | | | |
| 37. Monthly school tuition | $108.33 | | |
| 38. Monthly school supplies, books, and fees | $500.00 | | |
| 39. Monthly after school activities | $100.00 | | |
| 40. Monthly lunch money | $100.00 | | |
| 41. Monthly private lessons or tutoring | | | |
| 42. Monthly allowances - Extra Lessons | $1,200.00 | | |
| 43. Monthly clothing and uniforms | | | |
| 44. Monthly entertainment (movies, parties, etc.) | | | |
| 45. Monthly health insurance | | | |

| | | |
|---|---|---|
| 48. Monthly orthodontic | | |
| 49. Monthly vitamins | | |
| 50. Monthly beauty parlor/barber shop | | |
| 51. Monthly nonprescription medication | | |
| 52 Monthly cosmetics, toiletries, and sundries | | |
| 53. Monthly gifts from child(ren) to others(other children,relatives, teachers,etc) | | |
| 54. Monthly camp or summer activities | | |
| 55. Monthly clubs (Boy/Girl Scouts, etc.) | | |
| 56. Monthly access expenses (for nonresidential parent) | | |
| 57. Monthly miscellaneous | | |
| 58.          **C. SUBTOTAL** (add Lines 36 through 57) | $2,008.33 | $2,008.33 |
| **D. MONTHLY EXPENSES FOR CHILD(REN) FROM ANOTHER RELATIONSHIP** (other than court-ordered child support) | | |
| 59. | | |
| 60. | | |
| 61. | | |
| 62. | | |
| 63.          **D. SUBTOTAL** (add lines 59 through 62) | $0.00 | $0.00 |
| **E. MONTHLY INSURANCE** | | |
| 64. Health insurance, excluding portion paid for any minor child(ren) of this relationship | $160.00 | |
| 65. Life insurance | $400.00 | |
| 66. Dental insurance | | |
| Other: | | |
| 67. | | |
| 68. | | |
| 69.          **E. SUBTOTAL** (add lines 64 through 68) | $560.00 | $560.00 |

| | | |
|---|---|---|
| 71. Monthly clothing | $500.00 | |
| 72. Monthly medical, dental, and prescription (unreimbursed only) | $100.00 | |
| 73. Monthly psychiatric, psychological, and counselor (unreimbursed only) | $300.00 | |
| 74. Monthly non-prescription medications, cosmetics, toiletries, and sundries | $300.00 | |
| 75. Monthly grooming | $200.00 | |
| 76. Monthly gifts | $50.00 | |
| 77. Monthly pet expenses | | |
| 78. Monthly club dues and membership | $1,500.00 | ✓ |
| 79. Monthly sports and hobbies | $300.00 | |
| 80. Monthly entertainment | | |
| 81. Monthly periodical/books/tapes/CDS | | |
| 82. Monthly vacations | | |
| 83. Monthly religious organizations | $50.00 | |
| 84. Monthly bank charges/credit card fees | $500.00 | |
| 85. Monthly education expenses | | |
| Other: (include any usual and customary expenses not otherwise mentioned in the items listed above) | | |
| 86. | | |
| 87. | | |
| 88. | | |
| 89. | | |
| 90. **F. SUBTOTAL** (add lines 70 through 89) | $3,900.00 | $3,900.00 |

**G. MONTHLY PAYMENTS TO CREDITORS:** (only when payments are currently made by you on outstanding balances)

| NAME OF CREDITORS: | | |
|---|---|---|
| 91. Mayor's | $180.00 | |
| 92. Bloomingdale's | $100.00 | |
| 93. | | |

| | | | |
|---|---|---|---|
| 96. | | | |
| 97. | | | |
| 98. | | | |
| 99.. | | | |
| 100. | | | |
| 101. | | | |
| 102. | | | |
| 103. | | | |
| 104. | **G. SUBTOTAL** (add lines 91-103) | $280.00 | $280.00 |
| 105. TOTAL MONTHLY EXPENSES (Add lines 25, 58, 68, 85, 89, 90 and 104 of Section II, Expenses) | | | $26,375.21 |

| SUMMARY | |
|---|---|
| **106. TOTAL PRESENT MONTHLY NET INCOME** (from line 27, SECTION I, INCOME) | $0.00 |
| **107. TOTAL MONTHLY EXPENSES (from line 105)** | $26,375.21 |
| **108. SURPLUS -(DEFICIT)**(if line 106 is more than line 107, subtract line 107 from line 106 & enter surplus here. If line 106 is less than line 107, enter deficit in Parenthesis. | ($26,375.21) |

**SECTION III. ASSETS AND LIABILITIES**

**A. ASSETS (This is where you list what you OWN:)**

**INSTRUCTIONS:**

**STEP 1: In column A,** list a description of each separate item owned by you (and/or your spouse, if this is a petition for dissolution of marriage). Blank spaces are provided if you need to list more than one of an item.

**STEP 2:** If this is a petition for dissolution of marriage, check the box **in column A** next to any item that you are requesting the judge award to you.

**STEP 3: In column B,** write what you believe to be the current fair market value of all items listed.

**STEP 4: Use column C only if this is a petition for dissolution of marriage and you believe an item is "nonmarital,"** meaning it belongs to only one of you and should not be divided. You should indicate to whom you believe the item belongs. (Typically, you will only use Column C if property was owned by one spouse before the marriage. See the "general information for pro se litigants" found at the beginning of this form and section 61.075(1), Florida Statutes, for definitions of "marital" and "nonmarital" assets and liabilities.

| √ the box next to any asset(s) which you are requesting the judge award you | Current Fair Market Value | Nonmarital (correct column) | |
|---|---|---|---|
| | | husband | wife |
| ☐ Cash (on hand) | $0.00 | | |
| ☐ Cash (in banks or credit unions) | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ Stocks/Bonds Traveler's Annuity | $9,742.81 | | |
| ☐ PPA Funds- Annuity Metlife | $16,610.69 | | |
| ☐ State Street Mutual Funds | $27,129.00 | | |
| ☐ Deferred Annuity | $18,223.95 | | |
| ☐ Van Kampen Funds | $5,003.61 | | |
| ☐ Notes (money owed to you in writing) | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ Money owed to you (not evidenced in writing) | | | |
| ☐ Money moved from account into Westbrooke | $45,000.00 | | |
| ☐ House bought for Rev Mehana | $78,991.99 | | |
| ☐ Real estate (Home) US Home | $1,400,000.00 | | |
| ☐ Other Home in Zimbabwe (7acres land) | $200,000.00 | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ Business interests | | | |
| ☐ Rainmaker Management Consultants | $2,000,000.00 | | |
| ☐ Wilmore Corporation | $200,000.00 | | |
| ☐ University | $6,000,000.00 | | |

PhAnToM            DorMuT

| | | | |
|---|---|---|---|
| ☐ 1998 Jaguar Daimler | $30,000.00 | | |
| ☐ 1998 Toyota Cressida | $1,000.00 | | |
| ☐ 1988 Toyota Corolla | $1,700.00 | | |
| ☐ | | | |
| ☐ Boats | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ Other vehicles | | Detailed | |
| ☐ Beach Aircraft  *# 34* | $70,000.00 | | |
| ☐ | | | |
| ☐ Retirement plans (Profit Sharing, Pension, IRA, 401(k)s, etc | | | |
| ☐ Southern Life Retirement Annuity | $101,900.00 | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ Furniture & furnishings in home | | | |
| ☐ US Home | $188,732.00 | | |
| ☐ Furniture & furnishings elsewhere | | | |
| ☐ Zimbabwe | $30,000.00 | | |
| ☐ Collectibles | | | |
| ☐ Art | $10,000.00 | | |
| ☐ Jewelry -Necklace | $500.00 | | |
| ☐ Watches | $11,000.00 | | |
| ☐ Rings | $2,000.00 | | |
| ☐ Life insurance (cash surrender value)-Met Life  *#25* | $1,250,000.00 | | |
| ☐ Sage Life | $5,000,000.00 | | |
| ☐ Momentum Life | $2,845,000.00 | | |

*ChRioTri Life ; 10,000 U.S.*

| | | | |
|---|---|---|---|
| ☐ 2 Stereos | $16,000.00 | | |
| ☐ 1 DVD Player | $2,000.00 | | |
| ☐ Television (3) | $2,740.00 | | |
| ☐ Other assets | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| **Total Assets (add column B)** | $19,563,274.05 | | |

## B. LIABILITIES/DEBTS (This is where you list what you OWE)

**INSTRUCTIONS:**

**STEP 1: In column A.** List a description of each separate debt owed by you (and or your spouse, if this is a petition for dissolution of marriage). Blank spaces are provided if you need to list more than one of an item.

**STEP 2:** If this is a petition for dissolution of marriage, check the box **in Column A** next to any debt(s) for which you believe your should be responsible.

**STEP 3: In column B,** write what you believe to be the current amount owed for all items listed.

**STEP 4: Use column C only if this is a petition for dissolution of marriage and you believe an item is "nonmarital,"** meaning the debt belongs to only one of you and should not be divided. You should indicate to whom you believe the debt belongs. (Typically, you will only use Column C if the debt was owed by one spouse before the marriage. See the "general information for pro se litigants" found at the beginning of these forms and section 61.075(1), Florida Statutes, for definitions of "marital" and "nonmarital" assets and liabilities.)

| A LIABILITIES: DESCRIPTION OF ITEM(S) (√ The box next to any debt(s) for which you believe you should be responsible) | B Current Amount Owed | C Nonmarital (√ correct column) | |
|---|---|---|---|
| | | Husband | Wife |
| ☐ Mortgages on real estate: (Home) | $684,000.00 | | |
| ☐ (Other) | | | |

| | | | |
|---|---|---|---|
| ☐ Charge/credit card accounts | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ Auto loan | | | |
| ☐ Auto loan | | | |
| ☐ Bank/Credit Union loans | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ Money you owe (not evidenced by a note) | | | |
| ☐ | | | |
| ☐ Judgments | | | |
| ☐ | | | |
| ☐ Other | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| **Total Debts** (add column B) | $684,000.00 | | |

| | |
|---|---|
| Employee's or IRA total B of Column B in Asset table Section A | $18,563,234.00 |
| Total Liabilities-enter total of Column B in Liabilities TableSec B | $684,000.00 |
| **TOTAL NETWORTH (Total Assets Minus Total Liabilities)** (excluding contingent assets and liabilities) | $18,879,279.00 |

**D. CONTINGENT ASSETS AND LIABILITIES**

**INSTRUCTIONS:**
If you have any POSSIBLE assets (income potential, accrued vacation or sick leave, bonus, inheritance, etc.) or POSSIBLE liabilities (possible lawsuits, future unpaid taxes, debts assumed by another), you must list them here.

| A<br>**Contingent Assets**<br><br>✓ the box next to any contingent asset(s) which you are requesting the judge award to you. | B<br><br>**Possible Value** | C<br>**Nonmarital**<br>(✓correct column) | |
|---|---|---|---|
| | | husband | Wife |
| ☐ Pending Litigation | $868,769.00 | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| **Total Contingent Assets** | $868,769.00 | | |

| A<br>**Contingent Liabilities**<br><br>✓ the box next to any contingent debt(s) for which you believe you should be responsible | B<br><br>**Possible Amount Owed** | C<br>**Nonmarital**<br>(✓correct column) | |
|---|---|---|---|
| | | husband | wife |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |
| **Total Contingent Liabilities** | $0.00 | | |

```
┌─────────────────────────────────────────────────────────┐
│                                                         │
├─────────────────────────────────────────────────────────┤
│                                                         │
├─────────────────────────────────────────────────────────┤
│                                                         │
├─────────────────────────────────────────────────────────┤
│                                                         │
├─────────────────────────────────────────────────────────┤
│                                                         │
├─────────────────────────────────────────────────────────┤
│                                                         │
└─────────────────────────────────────────────────────────┘
```

**ATTACHMENTS**

## CHILD SUPPORT GUIDELINES WORKSHEET

(✎Florida Family Law Form 12.901(g), Child Support Guidelines Worksheet, MUST be filed with the court at or prior to a hearing to establish or modify child support. This requirement cannot be waived by the parties. [√ one only]

√        **A Child Support Guidelines Worksheet IS or WILL BE filed in this case.** This case involves the establishment or modification of child support.

☐        **A Child Support Guideline Worksheet IS NOT being filed in this case.** The establishment or modification of child support is not an issue in this case.

IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA

CASE NO. **95-014254 CIVIL-05**

Florida Bar No. 246271

**CARDSERVICE INTERNATIONAL, INC.,**
      Plaintiff,

    vs.

**BEACH AUCTION HOUSE INC.,** a Florida corporation, and **MARCIA M. SHERWIN,** a/k/a MARCIA J. SHERWIN, et al.,
      Defendants.

===========================◇

## MOTION TO EXPEDITE HEARING

    **PLEASE TAKE NOTICE** that the above named Defendant, MARCIA M. SHERWIN, moves this Court to accelerate a hearing on her Motion For Relief From Judgment, and in support thereof would allege as follows:

    1.    Under separate cover the Defendant has filed a verified Motion For Relief From Judgment (a copy of which is annexed hereto). This motion was set down to be heard by The Honorable Catherine M. Pooler on Monday, July 8, 2002 at 10:15 a.m.

    2.    The Plaintiff has set the Sheriff's sale of the Defendant's property for July 2, 2002 at 11:00 a.m. Thus, it is imperative and of manifest importance that the Defendant's motion be heard prior to July 2, 2002. If it is not, the Defendant may lose her property and will not be in a position to either stay the sale or post a bond, supersedeas to stop the sale.

    3.    The Defendant presently has no appellate remedies. If this motion is granted, the Defendant can then file her appeal and post a bond; if denied, she could likewise appeal and similarly post a bond.

    4.    If the Plaintiff does not contest the Defendant's motion, the factual allegations could be heard in five (5) minutes, as the legal and evidentiary basis are fully spelled out in the motion – which is complete, both factually and legally.

1

# CHILD SUPPORT GUIDELINES WORKSHEET

(✎Florida Family Law Form 12.901(g), Child Support Guidelines Worksheet, MUST be filed in all cases in which the parties have a minor child in common, INCLUDING modifications of child support.)

[✓ one only]

☑ **A Child Support Guidelines Worksheet IS being filed in this case.** The parties have one or more minor children in common **or** one of the parties is requesting a modification of a previous court order regarding child support.

☐ **A Child Support Guideline Worksheet IS NOT being filed in this case.** There are no minor children common to the parties in this case **or**, if this case involves a modification of a previous court order, child support is not an issue.

   I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated \_\_11/30/01_____

_____
Signature of Party
Printed Name: \_Joyce Mbigi\_\_\_\_\_
Address: \_6367 N W 26th Terrace\_
City, State, Zip: \_Boca Raton, FL 33496\_
Telephone Number: \_(561) 988 - 9430\_

**STATE OF FLORIDA**
**COUNTY OF** \_Palm Beach\_

Sworn to or affirmed and signed before me on \_11/30/01\_ by \_Joyce Mbigi\_.

_____
**NOTARY PUBLIC-STATE OF FLORIDA**

[Print, type, or stamp commissioned name of notary.]

NOTARY PUBLIC - STATE OF FLORIDA
KNOVACK G. JONES
COMMISSION # CC658368
EXPIRES 8/31/2001
BONDED THRU ASA 1-888-NOTARY1

**WHEREFORE,** Defendant MARCIA M. SHERWIN moves this Court for an Order granting her an expedited hearing, and prays for such other and further relief as may be possible.

Respectfully yours,

CHARLES WENDER
Attorney-at-Law, Chartered
190 West Palmetto Park Road
Boca Raton, Florida 33432
    (561) 368-7004

By:_____
        Charles Wender, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail and/or facsimile to JUDITH A. FRANKEL, ESQUIRE, 960 Arthur Godfrey Road, Suite 116, Miami Beach, FL 33140, on this *12th* day of June, 2002.

By:_____
        Charles Wender, Esquire

2

# **EXHIBIT 3**

## Exhibit 2: Funds Accessed by Mrs. Mbigi

| FUNDS CHANNELLED THROUGH MRS. MBIGI'S ABSA BANK MASTERCARD | | | |
|---|---|---|---|
| DATE | FUNDS ACCESSED | SA RAND AMOUNT | $ AMOUNT |
| 1) 08/28/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 6 000 | |
| 2) 08/30/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 43 000 | |
| 3) 09/01/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 17 000 | |
| 4) 09/03/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 9 000 | |
| 5) 09/11/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 10 000 | |
| 6) 09/11/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 6 000 | |
| 7) 09/12/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 6 000 | |
| 8) 09/12/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 3 690 | |
| | Sub-Total (calculated at an average ROE of $1 = 8.494) | R 100 690 | $ 11 854 |
| 9) 09/14/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 3 000 | |
| 10)09/25/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 30 000 | |
| 11)09/27/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 10 000 | |
| 12)10/05/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 10 000 | |
| | Sub-Total (calculated at an average ROE of $1 = 8.784) | R 53 000 | $ 6 033 |
| 13)10/18/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 21 000 | |
| 14)10/25/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 9 000 | |
| 15)11/01/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 3 000 | |
| 16)11/03/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 29 000 | |
| 17)11/06/01 | ABSA Credit Card: J Mbigi: 5471-200- | R 120 000 | |

P O Box 321, Strathavon, Johannesburg, SA 2031
46 Dennis Road, Atholhurst, Sandton, Johannesburg, SA
E-mail rmc@netactive.co.za
Phone (011 27 11) 786 5767    Fax (011 27 11) 786 1371
Cell (011 27) 82 800 3623

10570 Harich Lane
Boca Raton, FL 33498
E-mail lvmr9@aol.com
Phone (561) 477 0481    Fax (561) 477 7323
Cell (954) 609 7026 / (561) 212 9952

**Application to oppose the motion to Redirect Restitution Order Payments to Joyce Mbigi**
**Case Number 00-6181-CR-HUCK**

| FUNDS CHANNELLED THROUGH MRS. MBIGI'S ABSA BANK MASTERCARD | | | |
|---|---|---|---|
| DATE | FUNDS ACCESSED | SA RAND AMOUNT | $ AMOUNT |
| | 0430-4019 | | |
| 18)11/08/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 154 000 | |
| | **Sub-Total (calculated at an average ROE of $1 = 9.342)** | **R 336 000** | **$ 35 966** |
| 19)11/16/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 10 000 | |
| 20)12/06/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 22 000 | |
| 21)12/08/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 45 000 | |
| 22)12/27/01 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 9 039 | |
| 23)01/03/02 | ABSA Credit Card: J Mbigi: 5471-200-0430-4019 | R 4 500 | |
| | **Sub-Total (calculated at an average ROE of $1 = 9.862)** | **R 90 539** | **$ 9 180** |
| 24)01/08/02 | Expenditure exceeding card limit 5471-200-0430-4019 | R 9 990 | |
| 25)01/08/02 | Outstanding authorization on card 5471-200-0430-4019 | R 1 711 | |
| | **Sub-Total (calculated at an average ROE of $1 = 9.862)** | **R 11 701** | **$ 1 186** |
| **SUB-TOTAL ABSA CREDIT CARD** | | | **$ 64 219** |
| **OCTOBER DRAFTS FOR SCHOOL FEES** | | | |
| 26)10/01/01 | Bank Draft 444462 | R 18 246.40 | $ 2 000 |
| 27)10/01/01 | Bank Draft 444463 | R 18 246.40 | $ 2 000 |
| 28)10/01/01 | Bank Draft 444464 | R 45 589.39 | $ 5 000 |
| **SUB-TOTAL: DRAFTS** | | **R 82 082** | **$ 9 000** |
| **OCTOBER 2001 TRAVEL ALLOWANCE / TRAVELLERS CHEQUES** | | | |
| 29)10/02/01 | Travel Allowance. | R 130 989 | $ 14 490 |
| 30)10/02/01 | Travel Allowance. | R 8 978 | $ 980 |
| **SUB-TOTAL: TRAVEL ALLOWANCE ETC.** | | **R 139 967** | **$ 15 470** |

P O Box 321, Strathavon, Johannesburg, SA 2031
46 Dennis Road, Atholhurst, Sandton, Johannesburg, SA
E-mail rmc@netactive.co.za
Phone (011 27 11) 786 5767     Fax (011 27 11) 786 1371
Cell (011 27) 82 800 3623

10570 Harich Lane
Boca Raton, FL 33498
E-mail lvmr9@aol.com
Phone (561) 477 0481     Fax (561) 477 7323
Cell (954) 609 7026 / (561) 212 9952

**Application to oppose the Motion to Redirect Restitution Order Payments to Joyce Mbigi**
**Case Number 00-6181-CR-HUCK**

| OTHER WITHDRAWALS FROM FAMILY FUNDS | | |
|---|---|---|
| **DATE** | **FUNDS ACCESSED** | **AMOUNT** |
| 31)01/02/02 | Unauthorized transaction: Wachovia ($ 28 000 - $ 8 000) | $ 20 000 |
| 32)10/17/01 | Unauthorized transaction: Merrill Lynch (estimate). | $ 42 200 |
| 33)October 2001 | Unauthorized transaction: Client J Mwaniki Funds. | $ 10 000 |
| 34)Unknown | Unauthorized transaction: Jaguar Credit Cheque. | $ 15 000 |
| 35)Nov. 2001-Jan. 2002 | World Savings | $ 26 000 |
| **SUB-TOTAL: FAMILY FUNDS ACCESSED** | | **$ 123 200** |
| **TOTAL** | | **$ 211 889** |

**The above constitutes $ 211 889 which Mrs. Mbigi denied to have withdrawn / accessed at the time of the hearing.**

**To date Mrs. Mbigi has accessed a staggering amount of family funds:**

| SOURCE | AMOUNT |
|---|---|
| As per above analysis. | $ 211 889 |
| Jackson National Life. | $ 18 617 |
| MetLife. | $ 13 000 |
| **TOTAL** | **$ 243 506** |

P O Box 321, Strathavon, Johannesburg, SA 2031
46 Dennis Road, Atholhurst, Sandton, Johannesburg, SA
E-mail rmc@netactive.co.za
Phone (011 27 11) 786 5767    Fax (011 27 11) 786 1371
Cell (011 27) 82 800 3623

10570 Harich Lane
Boca Raton, FL 33498
E-mail lvmr9@aol.com
Phone (561) 477 0481    Fax (561) 477 7323
Cell (954) 609 7026 / (561) 212 9952

**ABSA**

CARD DIVISION
**STATEMENT**

**TAX INVOICE**

PRETORIA 0001
ENQUIRIES
LOST CARDS
FAX

**ABSA BANK Limited (Reg No 86/04794/06)**

VAT Reg No : 4940112230

(012) 221-8802

| | | | PAGE | 1 OF 3 |
|---|---|---|---|---|
| ACCOUNT NUMBER | | | | 5471-2030-0430-4019 |
| BALANCE | | | R | 11991.62 CR |
| MINIMUM PAYMENT REQUIRED | | | R | 0.00 |
| INSERT AMOUNT REMITTED | | | R | |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

| | | | |
|---|---|---|---|
| AMOUNT | R | | |
| REFERENCE NUMBER | | | |

✂ DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT

| 101117.59 | 8759.75 | 68955.22 | 0.00 | 0.00 | 118.20 | 28 |
|---|---|---|---|---|---|---|

| Date | Reference | Description | | Foreign | Amount |
|---|---|---|---|---|---|
| | | BALANCE BROUGHT FORWARD | | | 12192.88 |
| 12/09 | 75435652124480984046688802 | PAYMENT CASH | | | 6000.00 CR |
| 28/08 | 75435652124280855355990091 | PAYMENT CHEQUE | | | 43000.00 CR |
| 30/08 | 75435652124400494464406906 | CREDIT TRANSFER | | | 17000.00 CR |
| 01/09 | 75435652124480497269980086 | CREDIT TRANSFER | | | 9000.00 CR |
| 03/09 | 75435652125480496012800006 | CREDIT TRANSFER | | | 10000.00 CR |
| 11/09 | 75435652125480496012800006 | CREDIT TRANSFER | | | 6000.00 CR |
| 11/09 | 75435652125480496012800005 | CREDIT TRANSFER | | | 6000.00 CR |
| 12/09 | 75435652125580496012800005 | PAYMENT CASH | | | 3690.00 CR |
| 12/09 | | 5471-2030-0430-4019 | | | |
| | 83434441252008815648817 | AFRIK BATIK | HARARE ZWE | | 74.67 |
| 18/08 | | FOREIGN AMOUNT | | 488.88 | |
| 29/08 | 75444991283534191525528 | PUBLIX 0016 #GROC SA1 | BOCA RATON FL | | 1366.28 |
| | | FOREIGN AMOUNT | | 169.84 | |
| 21/08 | 83541011234123411022428 | PREP CONNECTION | BOCA RATON FL | | 399.25 CR |
| | | FOREIGN AMOUNT | | 46.64 | |
| 21/08 | 73464561234785039651016 | FAMOUS FOOTWEAR #16125 | BOCA RATON FL | | 208.56 |
| | | FOREIGN AMOUNT | | 24.37 | |
| 29/08 | 83544471242351975139345 | OFFICE DEPOT #91 | BOCA RATON FL | | 1184.63 |
| | | FOREIGN AMOUNT | | 138.97 | |
| 29/08 | 83544801242381976139448 | PUBLIX 0016 #GROC SA1 | BOCA RATON FL | | 1069.60 |
| | | FOREIGN AMOUNT | | 125.48 | |
| 29/08 | 75429561242253242416026 | AMERICAN MUSIC | JUPITER FL | | 307.21 |
| | | FOREIGN AMOUNT | | 36.04 | |
| 29/08 | 83544191242000295033478 | BACKSTAGE MUSIC NETWRK | BOCA RATON FL | | 62.79 |
| | | FOREIGN AMOUNT | | 7.37 | |
| 31/08 | 85415751243078156452006 | SHELL NO.289085509:2 | BOCA RATON FL | | 148.12 |
| | | FOREIGN AMOUNT | | 17.38 | |
| 30/08 | 73541861244004061735250 | ECKERD DRUGS #2889 | BOCA RATON FL | | 998.16 |
| | | FOREIGN AMOUNT | | 116.74 | |
| 31/08 | 83444751245362525134821 | BLOOMINGDALE'S BR | BOCA RATON FL | | 168.58 |
| | | FOREIGN AMOUNT | | 19.61 | |
| 31/08 | 83444751245352525134904 | BLOOMINGDALE'S BR | BOCA RATON FL | | |

| | | BALANCE C/F | | | 83310.93 CR |

ABSA GOLD CREDIT CARD

| | | | | |
|---|---|---|---|---|
| CREDIT LIMIT | R | 10000.00 | TITLE INITIALS SURNAME | MRS J MBIGI |
| AVAILABLE CREDIT | R | 596.00 | ACCOUNT NUMBER | 5471-2030-0430-4019 |
| BUDGET ACCOUNT LIMIT | R | 20000.00 | STATEMENT DATE | 12/09/2001 |
| AVAILABLE BUDGET | R | 20000.00 | PAYMENT DUE DATE | 00/00/0000 |
| | | | MINIMUM PAYMENT REQUIRED | R 0.00 |

TO AVOID FINANCE CHARGES ON PURCHASES SHOWN ON THIS STATEMENT, PAYMENT OF THE
TOTAL BALANCE MUST BE RECEIVED AT CARD DIV PRETORIA

[DC086 (10/1990)]

**CARD DIVISION**
**STATEMENT /**
**TAX INVOICE**

PO BOX 2010
PRETORIA 0001
SWITCH BOARD    (012) 317-9000
ENQUIRIES    (012) 317-9000
LOST CARDS    0800 11 11 55
FAX    (012) 320-8162

**ABSA** BANK Limited (Reg No 86/04794/06)

<span>⌭</span> **ABSA**

VAT Reg No : 4940112230

| | |
|---|---|
| ACCOUNT NUMBER | PAGE    2 OF |
| | 5471-2030-0430-4019 |
| BALANCE | R    11091.62 CR |
| MINIMUM PAYMENT REQUIRED | R    0.00 |
| INSERT AMOUNT REMITTED | R |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

| | |
|---|---|
| AMOUNT | R |
| REFERENCE NUMBER | |

✂ DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT

| 101117.59 | 8759.75 | 68955.22 | 0.00 | 0.00 | 118.20 | 28 |
|---|---|---|---|---|---|---|

| 12/09 | BALANCE BROUGHT FORWARD | | 83310.95 CR |
|---|---|---|---|
| 31/08 | 83444002246355252515081 | FOREIGN AMOUNT    41.34 | 355.29 |
| | | PUBLIX 0016 WGROC  241    BOCA RATON  FL | |
| 01/09 | 75432861244800029465607 | FOREIGN AMOUNT    115.83 | 995.58 |
| | | CD NOW  n    800-595-6074PA | |
| 02/09 | 83444002246353104039368 | FOREIGN AMOUNT    3.17 | 27.25 |
| | | PUBLIX 0016 WGROC  241    BOCA RATON  FL | |
| 02/09 | 73432731246286962151856 | FOREIGN AMOUNT    24.63 | 211.48 |
| | | BEAUTY EXCHANGE    FORT LAUDERDFL | |
| 03/09 | 73453701247043480900114 | FOREIGN AMOUNT    35.33 | 303.28 |
| | | GATEWAY NEWS STAND    BOCA RATON  FL | |
| 31/08 | 75464941247115803200834 | FOREIGN AMOUNT    31.80 | 273.90 |
| | | CASH WACHOVIA BANK FL    BOCA RATON  FL | |
| 04/09 | 83444741248353952034134 | FOREIGN AMOUNT    3000.00 | 26038.32 |
| | | OFFICE DEPOT 891    BOCA RATON  FL | |
| 04/09 | 83544197248000633364794 | FOREIGN AMOUNT    44.95 | 387.62 |
| | | BACKSTAGE MUSIC NETWRX    BOCA RATON  FL | |
| 04/09 | 73466801248837080010066 | FOREIGN AMOUNT    43.35 | 573.79 |
| | | EXXONMOBIL34  010215'S    DELRAY B  FL | |
| 04/09 | 75466801248378000047728 | FOREIGN AMOUNT    5.95 | 51.31 |
| | | EXXONMOBIL34  010215'S    DELRAY B  FL | |
| 04/09 | 75464941248118093309823 | FOREIGN AMOUNT    22.58 | 194.75 |
| | | CASH WACHOVIA BANK FL    BOCA RATON  FL | |
| | | FOREIGN AMOUNT    5000.00 | 43116.90 |
| 05/09 | | OVERSEAS CASH WITHDRAWAL FEE | 40.00 |
| | | TAX ON    22  TRANSACTION(S) | 4.40 |
| | | INTEREST ON CASH | 58.31 |
| | | INTEREST ON REVOLVING CREDIT | 15.49 |
| | | INTEREST ON CREDIT BALANCE | 20.34 CR |

* 14.00% VAT INCLUDED
DEBIT  :  20.50%    CREDIT  :  7.50%
BUDGET (IF APPLICABLE)  :  20.75%

| | BALANCE C/F | 11091.62 CR |
|---|---|---|

| | | | |
|---|---|---|---|
| CREDIT LIMIT | R 10000.00 | TITLE INITIALS SURNAME | MRS J MBIGI |
| AVAILABLE CREDIT | R 596.00 | ACCOUNT NUMBER | 5471-2030-0430-4019 |
| BUDGET ACCOUNT LIMIT | R 20000.00 | STATEMENT DATE | 12/09/2001 |
| AVAILABLE BUDGET | R 20000.00 | PAYMENT DUE DATE | 00/00/0000 |
| | | MINIMUM PAYMENT REQUIRED | R 0.00 |

TO AVOID FINANCE CHARGES ON PURCHASES SHOWN ON THIS STATEMENT, PAYMENT OF THE

008 Ⓟ

CDXXSE (10/1999)

**CARD DIVISION**
**STATEMENT /**
**TAX INVOICE**

**ABSA BANK Limited (Reg No 86/04794/06)**

VAT Reg No.: 4840112230

P.O. BOX 3915
PRETORIA 0001
SWITCH BOARD    (012) 317-9008
ENQUIRIES       (012) 317-3800
LOST CARDS      0800 11-11 56
FAX             (012) 321-2002

**ABSA**

| | | |
|---|---|---|
| | PAGE | 1 OF 4 |
| ACCOUNT NUMBER | | 5471-2030-0430-4019 |
| BALANCE | | R 9868.46 |
| MINIMUM PAYMENT REQUIRED | | R 987.00 |
| INSERT AMOUNT REMITTED | | R |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

AMOUNT          R

REFERENCE NUMBER

✂ - - - - - - - - **DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT** - - - - - - - - -

| CREDITS | PURCHASES | CASH | PETROL | NET ADJUSTMENT | CHARGES | INTEREST DAYS |
|---|---|---|---|---|---|---|
| 43012.47 | 20993.62 | 44900.56 | 0.00 | 10000.00 | 78.37 | 28 |

| TRANSACTION DATE | REFERENCE | DETAILS | AMOUNT |
|---|---|---|---|
| | | BALANCE BROUGHT FORWARD | 11091.62 CR |
| 10/10 | 754355212578004953700003 | CREDIT TRANSFER | 3000.00 CR |
| 14/09 | 754355212648049185310005 | CREDIT TRANSFER | 30000.00 CR |
| 25/09 | 754355212748049944140005 | CREDIT TRANSFER | 10000.00 CR |
| 27/09 | 00000000000000000000 | 5471203004149042 | 10000.00 CR |
| 08/10 | | 5471-2030-0430-4019 | |
| 12/09 | 756649012561156056000033 | CASH WACHOVIA BANK FL    BOCA RATON  FL | 17569.96 |
| | | FOREIGN AMOUNT    2800.00 | |
| 13/09 | 834448012573564642104406 | PUBLIX 0016 MGROC  SA1   BOCA RATON  FL | 508.54 |
| | | FOREIGN AMOUNT    57.89 | |
| 14/09 | 836160112581258011012744 | PREP CONNECTION          BOCA RATON  FL | 516.83 |
| | | FOREIGN AMOUNT    58.83 | |
| 14/09 | 834448012593567564139099 | PUBLIX 0016 MGROC  SA1   BOCA RATON  FL | 129.10 |
| | | FOREIGN AMOUNT    14.75 | |
| 14/09 | 735475112582512570100059 | MAIL BOXES ETC. 42043    BOCA RATON  FL | 916.15 |
| | | FOREIGN AMOUNT    104.62 | |
| 14/09 | 734213512592533996189369 | PARTY CITY               BOCA      FL | 290.96 |
| | | FOREIGN AMOUNT    33.23 | |
| 17/09 | 735475112612512600100067 | MAIL BOXES ETC. 42043    BOCA RATON  FL | 65.24 |
| | | FOREIGN AMOUNT    7.44 | |
| 17/09 | 735475212611212671015436 | UNCLE TAI'S HUNAN YUAN   BOCA RATON  FL | 148.25 |
| | | FOREIGN AMOUNT    16.89 | |
| 18/09 | 734858212613313532204082 | WAL MART                 DELRAY BEACH FL | 533.65 |
| | | FOREIGN AMOUNT    60.80 | |
| 17/09 | 754868012613780000020537 | EXXONMOBIL34  01023575   DELRAY B    FL | 212.47 |
| | | FOREIGN AMOUNT    24.21 | |
| 18/09 | 834448012623580235512044 | PUBLIX 0339 MGROC  SA1   BOCA RATON  FL | 641.71 |
| | | FOREIGN AMOUNT    73.03 | |
| 19/09 | 735434512635540000119222 | BED BATH & BEYOND 492    BOCA RATON  FL | 357.83 |
| | | FOREIGN AMOUNT    40.72 | |
| 19/09 | 735426012634480760000058 | MIKE JURUS PHOTOGRAPHY   BOCA RATON  FL | 307.54 |
| | | FOREIGN AMOUNT    35.80 | |
| 19/09 | 735418612630010173325019 | HOME DEPOT 4204          BOCA RATON  FL | |
| | | BALANCE C/F | 41893.32 CR |

| ABSA GOLD CREDIT CARD | | |
|---|---|---|

| | | |
|---|---|---|
| TITLE INITIALS SURNAME | | MRS J MBIGI |
| ACCOUNT NUMBER | | 5471-2030-0430-4019 |
| STATEMENT DATE | | 10/10/2001 |
| PAYMENT DUE DATE | | 05/11/2001 |
| MINIMUM PAYMENT REQUIRED | R | 987.00 |

| | | |
|---|---|---|
| CREDIT LIMIT | R | 10000.00 |
| AVAILABLE CREDIT | R | 0.00 |
| BUDGET ACCOUNT LIMIT | R | 20000.00 |
| AVAILABLE BUDGET | R | 20000.00 |

TO AVOID FINANCE CHARGES ON PURCHASES SHOWN ON THIS STATEMENT, PAYMENT OF THE

**CARD DIVISION**
**STATEMENT /**
**TAX INVOICE**

**ABSA BANK Limited (Reg No 86/04794/06)**

**VAT Reg No : 4940112230**

P.O. BOX 2916
PRETORIA 0001
SWITCH BOARD (012) 317-9100
ENQUIRIES (012) 317-3300
LOST CARDS 0800 11 11 55
FAX (012) 325-1002

**ABSA**

| | |
|---|---|
| PAGE | 3 OF 4 |
| ACCOUNT NUMBER | 5471-2030-0430-4019 |
| BALANCE | R 9868.46 |
| MINIMUM PAYMENT REQUIRED | R 987.00 |
| INSERT AMOUNT REMITTED | R |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

AMOUNT                    R

REFERENCE NUMBER

✂ DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT

| CREDITS | PURCHASES | A CASH | RETIRE | BEG ADJUSTMENT | CHARGES | INTEREST DAYS |
|---|---|---|---|---|---|---|
| 45012.47 | 28993.62 | 44900.56 | 0.00 | 10000.00 | 78.37 | 28 |

| TRANSACTION DATE | REFERENCE | DETAILS | | AMOUNT |
|---|---|---|---|---|
| 18/10 | | BALANCE BROUGHT FORWARD | | 10865.78 CR |
| | | FOREIGN AMOUNT | 42.40 | 387.94 |
| 29/09 | 73453286127300036714207 | TEXACO INC 24604220461 | DELRAY BEACHFL | |
| | | FOREIGN AMOUNT | 15.00 | 137.25 |
| 29/09 | 73485411270004121266038 | MAYOR'S JEWELERS INC 4 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 180.00 | 1668.01 |
| 03/10 | 85415751276078156782002 | SHELL NO.209085589223 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 22.53 | 212.35 |
| 03/10 | 73434281277603443217806 | ENTERPRISE RENTACAR | DELRAY BEACHFL | |
| | | FOREIGN AMOUNT | 28.17 | 265.43 |
| 03/10 | 83444001277362505349595 | PUBLIX 0016 NGROC #A1 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 66.21 | 621.22 |
| 04/10 | 83444001278362791491865 | PUBLIX 0016 NGROC #A1 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 16.23 | 152.26 |
| 04/10 | 75486801276370000027467 | EXXONMOBILS9 701286399 | DELRAY B FL | |
| | | FOREIGN AMOUNT | 28.17 | 264.30 |
| 04/10 | 73547511278251277010234 | MAIL BOXES ETC. #2013 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 64.41 | 604.31 |
| 04/10 | 73547521278121704014332 | UNCLE TAI'S HUNAN YJAN | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 116.71 | 1095.10 |
| 05/10 | 73453261279207243526024 | BOSTONIAN SHOE STR #63 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 269.68 | 2436.58 |
| 05/10 | 83420991280500353602929 | SURREYS 7 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 848.95 | 8074.79 |
| 05/10 | 73432731279200172069218 | ARTURO'S RISTORANTE | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 191.98 | 1826.92 |
| 06/10 | 73434251280213130683560 | TOYS R US #6713 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 40.25 | 383.08 |
| 05/10 | 73541861280072019488244 | KENNETH COLE #038 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 100.00 | 951.62 |
| 07/10 | 73410191280142087407079 | WALGREEN 00014118 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 105.16 | 1000.71 |
| 07/10 | 73410191281142088146111 | WALGREEN 00055194 | BOCA RATON FL | |
| | | BALANCE C/F | | 9220.01 |

| | |
|---|---|
| TITLE INITIALS SURNAME | MRS J MBIGI |
| ACCOUNT NUMBER | 5471-2030-0430-4019 |
| STATEMENT DATE | 10/10/2001 |
| PAYMENT DUE DATE | 05/11/2001 |
| MINIMUM PAYMENT REQUIRED | R 987.00 |

| | | |
|---|---|---|
| CREDIT LIMIT | R | 10000.00 |
| AVAILABLE CREDIT | R | 0.00 |
| BUDGET ACCOUNT LIMIT | R | 20000.00 |
| AVAILABLE BUDGET | R | 20000.00 |

**CARD DIVISION
STATEMENT /
TAX INVOICE**

ABSA BANK Limited (Reg No 86/04794/06)

VAT Reg No : 4940112230

P.O. BOX 3915
PRETORIA 0001
SWITCH BOARD   (012) 3 7-0000
ENQUIRIES        (012) 3 7-0000
LOST CARDS     0800 11 11 55
FAX                 (012) 310-6992

**ABSA**

| | |
|---|---|
| ACCOUNT NUMBER | PAGE   4 OF   4 |
| | 5471-2030-0430-4019 |
| BALANCE | R   9868.46 |
| MINIMUM PAYMENT REQUIRED | R   987.00 |
| INSERT AMOUNT REMITTED | R |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

AMOUNT      R

REFERENCE NUMBER

⊱⊱ DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT

| CREDITS | PURCHASES | % CASH | RETAIL | VAT ADJUSTMENT | CHARGES | INTEREST DAYS |
|---|---|---|---|---|---|---|
| 43812.47 | 28995.62 | 4490.56 | 0.00 | 10000.00 | 78.37 | 28 |

| TRANSACTION DATE | REFERENCE | DETAILS | AMOUNT |
|---|---|---|---|
| 10/10 | | BALANCE BROUGHT FORWARD | 9220.01 |
| | | FOREIGN AMOUNT          8.47 | 80.07 |
| 08/10 | 8541575121076156252001 | SHELL NO.28998550922    BOCA RATON  FL | |
| | | FOREIGN AMOUNT          20.07 | 169.42 |
| 08/10 | 8344480128236390564998 | PUBLIX 0428 XCROC  SA1   BOCA RATON  FL | |
| | | FOREIGN AMOUNT          33.11 | 312.46 |
| 13/09 | | OVERSEAS CASH WITHDRAWAL FEE | 40.00 |
| | | TAX ON           48   TRANSACTION(S) | 9.60 |
| | | INTEREST ON CASH | 28.77 |
| | | INTEREST ON CREDIT BALANCE | 12.47 CR |

* 14.00% VAT INCLUDED
DEBIT  :  20.50%  CREDIT  :  7.50%
BUDGET (IF APPLICABLE)  :  20.75%
ATM WITHDRAWAL LIMIT IN SOUTH AFRICA IS R1 000 AND
R3 000 OVERSEAS PER CREDIT CARD, PER DAY.
600 CELLPHONES UP FOR GRABS* 140 NOKIA 3310 PHONES
PER MONTH FOR 6 MONTHS*  YOU MAY BE A WINNER IF YOU
USE YOUR CREDIT CARD MORE THAN 10 TIMES PER MONTH FROM
1/09/01 TO 28/02/02.  FOR EVERY 10 PURCHASES YOU WILL
AUTOMATICALLY RECEIVE ONE ENTRY.  SEE THE SEPTEMBER
TEMPO NEWSLETTER FOR DETAILS.

| | |
|---|---|
| BALANCE | 9868.46 |

| | |
|---|---|
| TITLE INITIALS SURNAME | MRS J MBIGI |
| ACCOUNT NUMBER | 5471-2030-0430-4019 |
| STATEMENT DATE | 10/10/2001 |
| PAYMENT DUE DATE | 05/11/2001 |
| MINIMUM PAYMENT REQUIRED | R   987.00 |

| | | |
|---|---|---|
| CREDIT LIMIT | R | 10000.00 |
| AVAILABLE CREDIT | R | 0.00 |
| BUDGET ACCOUNT LIMIT | R | 20000.00 |
| AVAILABLE BUDGET | R | 20000.00 |

TO AVOID FINANCE CHARGES ON PURCHASES SHOWN ON THIS STATEMENT, PAYMENT OF THE

# CARD DIVISION
## STATEMENT /
## TAX INVOICE

**ABSA BANK Limited (Reg No 86/04794/06)**

VAT Reg No : 4940112230

P.O. BOX 2818
PRETORIA 0001
SWITCH BOARD   (012) 317-4000
ENQUIRIES   (012) 317-3000
LOST CARDS   0800 11 11 55
FAX   (012) 358-6062



**ABSA**

| | |
|---|---|
| PAGE | 1 OF 5 |
| ACCOUNT NUMBER | 5471-2030-0430-4019 |
| BALANCE | R 279721.19 CR |
| MINIMUM PAYMENT REQUIRED | R 0.00 |
| INSERT AMOUNT REMITTED | R |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

| | |
|---|---|
| AMOUNT | R |
| REFERENCE NUMBER | |

**DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT**

| 336355.97 | 46641.32 | 100.00 | 0.00 | 0.00 | 25.00 | 33 |
|---|---|---|---|---|---|---|

| Date | Reference | Description | Location | | Amount |
|---|---|---|---|---|---|
| 12/11 | | BALANCE BROUGHT FORWARD | | | 9868.46 |
| 16/10 | 7543552129188494140000 | CREDIT TRANSFER | | | 21000.00 CR |
| 26/10 | 7645582129860960120004 | CREDIT TRANSFER | | | 9000.00 CR |
| 01/11 | 7543552138580496012000S | PAYMENT CASH | | | 5000.00 CR |
| 03/11 | 7543552130700499137000? | CREDIT TRANSFER | | | 29000.00 CR |
| 06/11 | 7543552151980494140007 | CREDIT TRANSFER | | | 120000.00 CR |
| 08/11 | 7543552131280495140080S | CREDIT TRANSFER | | | 154000.00 CR |
| | | 5471-2030-0430-4019 | | | |
| 09/10 | 8344001283344359009681 | PUBLIX 0016 #GROC #A1 | BOCA RATON FL | | 356.68 |
| | | FOREIGN AMOUNT | | 58.18 | |
| 09/10 | 7546570120304348380083 | GATEWAY NEWS STAND | BOCA RATON FL | | 198.04 |
| | | FOREIGN AMOUNT | | 21.80 | |
| 11/10 | 8344001287365340243165 | PUBLIX 0016 #GROC #A1 | BOCA RATON FL | | 375.73 |
| | | FOREIGN AMOUNT | | 40.66 | |
| 11/10 | 7546042128741000203485S | CHEVRON A.H.K. PETRLE | BOCA RATON FL | | 229.86 |
| | | FOREIGN AMOUNT | | 25.01 | |
| 14/10 | 7546101928779928714017G | AMOCO OIL 00377 01297106 | BOCA RATON FL | | 265.99 |
| | | FOREIGN AMOUNT | | 28.72 | |
| 19/10 | 7543552129288494140009 | ABSA BRANCHES - 001849 | | | 100.00 |
| 18/10 | 8344097312825672343934S | CIRCUIT CITY SS #3415 | BOCA RATON FL | | 7973.70 |
| | | FOREIGN AMOUNT | | 855.34 | |
| 18/10 | 7346601029283700001747S | EXXONMOBIL59 01285126 | HIALEAH FL | | 139.03 |
| | | FOREIGN AMOUNT | | 15.00 | |
| 20/10 | 8344472129436744720220 | CIRCUIT CITY SS #3415 | BOCA RATON FL | | 150.84 |
| | | FOREIGN AMOUNT | | 15.92 | |
| 20/10 | 05458521294414102015036 | COSTCO GAS #93088 | POMPANO BEACFL | | 114.40 |
| | | FOREIGN AMOUNT | | 12.10 | |
| 22/10 | 7349967129520762279809G | PALM BEACH EYES OF #0C | BOCA RATON FL | | 2063.34 |
| | | FOREIGN AMOUNT | | 213.25 | |
| 22/10 | 7541019129509100063088I1 | TARGET 00006187 | BOCA RATON FL | | 326.77 |
| | | FOREIGN AMOUNT | | 33.77 | |
| 22/10 | 8344001296548261974713 | PUBLIX 0016 #GROC #A1 | BOCA RATON FL | | 662.84 |
| | | FOREIGN AMOUNT | | 66.90 | |

| | | | BALANCE C/F | | 313177.82 CR |
|---|---|---|---|---|---|

**ABSA GOLD CREDIT CARD**

| | | |
|---|---|---|
| TITLE INITIALS SURNAME | | MRS J MBIGI |
| ACCOUNT NUMBER | | 5471-2030-0430-4019 |
| STATEMENT DATE | | 12/11/2001 |
| PAYMENT DUE DATE | | 00/00/0000 |
| MINIMUM PAYMENT REQUIRED | R | 0.00 |

| | | |
|---|---|---|
| CREDIT LIMIT | R | 10000.00 |
| AVAILABLE CREDIT | R | 19033.00 |
| BUDGET ACCOUNT LIMIT | R | 20000.00 |
| AVAILABLE BUDGET | R | 20000.00 |

TO AVOID FINANCE CHARGES NO PURCHASES SHOWN ON THIS STATEMENT, PAYMENT OF THE

17/01 '02 WED 07:22 FAX 011 787 7821    RAINMAKER MANAGEMENT CON    @014

**CARD DIVISION**
**STATEMENT I**
**TAX INVOICE**

P.O. BOX 2815
PRETORIA 0001
SWITCH BOARD (012) 317-9000
ENQUIRIES (012) 317-9000
LOST CARDS 0800 11 71 55
FAX (012) 366-0282



**ABSA BANK Limited (Reg No 86/04794/06)**

VAT Reg No : 4340112230

| | |
|---|---|
| PAGE | 2 OF 5 |
| ACCOUNT NUMBER | 5471-2030-0430-4019 |
| BALANCE | R 279721.19 CR |
| MINIMUM PAYMENT REQUIRED | R 0.00 |
| INSERT AMOUNT REMITTED | R |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

| | |
|---|---|
| AMOUNT | R |
| REFERENCE NUMBER | |

✂ - - - DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT - - - - - - -

| 336355.97 | 46641.32 | 100.00 | 0.00 | 0.00 | 25.00 | 33 |
|---|---|---|---|---|---|---|

| 12/11 | | BALANCE BROUGHT FORWARD | | 313177.82 CR |
|---|---|---|---|---|
| 23/10 | 73425631296500792471 | BOCA RATON ORTHOPEDIC | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 5.00 | 48.10 |
| 22/10 | 73541861297804959790040 | ECKERD DRUGS #2809 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 4.75 | 45.72 |
| 23/10 | 83444001297340539211327 | PUBLIX 0016 #GROC SA1 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 66.13 | 630.99 |
| 24/10 | 73453261296206296490029 | HAIR OASIS | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 127.20 | 1213.72 |
| 24/10 | 76406001298378000042041 | EXXONMOBIL34 012191.07 | BOCA RAT FL | |
| | | FOREIGN AMOUNT | 25.00 | 238.61 |
| 24/10 | 73541861299004071616532 | ECKERD DRUGS #2809 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 24.62 | 235.02 |
| 26/10 | 83444001299369121417144 | PUBLIX 0339 #GROC SA1 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 83.90 | 800.79 |
| 25/10 | 77046611299794000113239 | GNC #12759 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 14.99 | 143.07 |
| 27/10 | 73421918016830000040026 | AMOCO OIL 01297806 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 20.20 | 191.55 |
| 27/10 | 83444001301300987615465 | PUBLIX 0016 #GROC SA1 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 27.54 | 261.22 |
| 27/10 | 73541861301004014019455 | LIDS E073 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 25.42 | 241.44 |
| 27/10 | 73541861302072008215321 | CHEESECAKE BOCA RATON | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 63.49 | 602.08 |
| 29/10 | 83420991302500549642050 | CONTINENTAL UNIFORM IN | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 46.64 | 445.46 |
| 29/10 | 83444731303570404990008 | BLOOMINGDALE'S BR | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 20.67 | 198.67 |
| 30/10 | 75453261303000128317277 | TAI VITAL BASICS | 800-519-6422NE | |
| | | FOREIGN AMOUNT | 149.90 | 1449.57 |
| 29/10 | 73432731303286982151031 | BEAUTY EXCHANGE | FORT LAUDERDFL | |
| | | FOREIGN AMOUNT | 136.00 | 1297.37 |
| | | **BALANCE C/F** | | **305143.64 CR** |

| | | | |
|---|---|---|---|
| | TITLE INITIALS SURNAME | MRS J MBIGI | |
| | ACCOUNT NUMBER | 5471-2030-0430-4019 | |
| CREDIT LIMIT | R 10000.00 | STATEMENT DATE | 12/11/2001 |
| AVAILABLE CREDIT | R 19033.00 | PAYMENT DUE DATE | 00/00/0000 |
| BUDGET ACCOUNT LIMIT | R 20000.00 | MINIMUM PAYMENT REQUIRED | R 0.00 |
| AVAILABLE BUDGET | R 20000.00 | | |

TO AVOID FINANCE CHARGES ON PURCHASES SHOWN ON THIS STATEMENT, PAYMENT OF THE

CR0908 (03/1998)

# ABSA

**CARD DIVISION
STATEMENT /
TAX INVOICE**

**ABSA BANK Limited (Reg No 86/04794/06)**

VAT Reg No : 4940112230

PRETORIA 0001
SWITCH BOARD (012) 317-9898
ENQUIRIES (012) 317-9090
LOST CARDS 0800 11 11 55
FAX (012) 328-6982

| | |
|---|---|
| | PAGE 3 OF 5 |
| ACCOUNT NUMBER | 5471-2030-0430-4019 |
| BALANCE | R 279721.19 CR |
| MINIMUM PAYMENT REQUIRED | R 0.00 |
| INSERT AMOUNT REMITTED | R |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

AMOUNT R

REFERENCE NUMBER

DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT

| 336355.97 | 46641.32 | 100.00 | 0.00 | 0.00 | 25.00 | 33 |
|---|---|---|---|---|---|---|

| Date | Reference | Description | Location | Amount | Balance |
|---|---|---|---|---|---|
| 12/11 | | BALANCE BROUGHT FORWARD | | | 305143.64 CR |
| 29/10 | 73486801305657000003416 | SHOWBIZ134 01309145 | OPA LOCK FL | | 131.78 |
| | | FOREIGN AMOUNT | | 13.71 | |
| 31/10 | 85444001305571015426110 | PUBLIX 0016 #GROC SAI | BOCA RATON FL | | 78.48 |
| | | FOREIGN AMOUNT | | 8.07 | |
| 31/10 | 85410191305416254635990 | SOUTHWES | DALLAS TX | | 2499.65 |
| | | FOREIGN AMOUNT | | 257.00 | |
| 31/10 | 95417541305583052961441 | AGNT FEE | BOCA RATON FL | | 243.15 |
| | | FOREIGN AMOUNT | | 25.00 | |
| 01/11 | 85404722306371243949617 | CIRCUIT CITY SS 83465 | BOCA RATON FL | | 721.57 |
| | | FOREIGN AMOUNT | | 74.19 | |
| 04/11 | 75410191308799300700243 | AMOCO OIL 01297506 | BOCA RATON FL | | 244.54 |
| | | FOREIGN AMOUNT | | 25.00 | |
| 04/11 | 85444001309372211047263 | PUBLIX 0016 #GROC SAI | BOCA RATON FL | | 760.66 |
| | | FOREIGN AMOUNT | | 79.07 | |
| 05/11 | 85416011310131010036681 | PREP CONNECTION | BOCA RATON FL | | 713.80 |
| | | FOREIGN AMOUNT | | 74.20 | |
| 06/11 | 75410191310142074865148 | WALGREEN 00026441 | BOCA RATON FL | | 807.90 |
| | | FOREIGN AMOUNT | | 83.89 | |
| 07/11 | 75432061311180036615190 | CB #DNC SATI REGISTRAT | 609-771-7600NJ | | 388.85 |
| | | FOREIGN AMOUNT | | 40.00 | |
| 08/11 | 75481611312090239149853 | AT&T SERVICES | 800-2220500 NJ | | 7024.75 |
| | | FOREIGN AMOUNT | | -720.00 | |
| 07/11 | 75481611312154011178094 | AT&T Wireless Services | 800-888-7600FL | | 7122.31 |
| | | FOREIGN AMOUNT | | 730.00 | |
| 08/11 | 75410191312142007990165 | WALGREEN 00055194 | BOCA RATON FL | | 1511.88 |
| | | FOREIGN AMOUNT | | 154.96 | |
| 09/11 | 75410191313799313560213 | AMOCO OIL 01297506 | BOCA RATON FL | | 231.74 |
| | | FOREIGN AMOUNT | | 23.75 | |
| 08/11 | 85416751313070156722015 | SHELL NO.20908650922 | BOCA RATON FL | | 216.48 |
| | | FOREIGN AMOUNT | | 22.19 | |
| 08/11 | 73541841313004074396088 | THE RUG SHOP #53 | BOCA RATON FL | | 439.04 |
| | | FOREIGN AMOUNT | | 45.00 | |
| | | **BALANCE C/F** | | | **282007.06 CR** |

| | | |
|---|---|---|
| TITLE INITIALS SURNAME | | MRS J MBIGI |
| ACCOUNT NUMBER | | 5471-2030-0430-4019 |
| STATEMENT DATE | | 12/11/2001 |
| PAYMENT DUE DATE | | 00/00/0000 |
| MINIMUM PAYMENT REQUIRED | R | 0.00 |

| | | |
|---|---|---|
| CREDIT LIMIT | R | 10000.00 |
| AVAILABLE CREDIT | R | 19033.00 |
| BUDGET ACCOUNT LIMIT | R | 20000.00 |
| AVAILABLE BUDGET | R | 20000.00 |

TO AVOID FINANCE CHARGES ON PURCHASES SHOWN ON THIS STATEMENT, PAYMENT OF THE

CARD DIVISION
**STATEMENT /
TAX INVOICE**
ABSA BANK Limited (Reg No 86/04794/06)

VAT Reg No : 4940112230

**ABSA**

PRETORIA 2001
SWITCH BOARD
ENQUIRIES
LOST CARDS
FAX

| | |
|---|---|
| PAGE | 4 OF 5 |

| | | |
|---|---|---|
| ACCOUNT NUMBER | | 5471-2030-0430-4019 |
| BALANCE | R | 279721.19 CR |
| MINIMUM PAYMENT REQUIRED | R | 0.00 |
| INSERT AMOUNT REMITTED | R | |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

| | | |
|---|---|---|
| AMOUNT | R | |
| REFERENCE NUMBER | | |

DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT

| | | | | | | |
|---|---|---|---|---|---|---|
| 336355.97 | 46641.32 | 100.00 | 0.00 | 0.00 | 25.00 | 33 |

| Date | Reference | Description | Location | Foreign | Amount |
|---|---|---|---|---|---|
| 12/11 | | BALANCE BROUGHT FORWARD | | | 282007.06 CR |
| 08/11 | 73541861313004074396094 | THE RAG SHOP 853 | BOCA RATON FL | | 63.75 |
| | | FOREIGN AMOUNT | | 6.55 | |
| 10/11 | 73410191515639987426493 | VICTORIAS SECR00060748 | PROVIDENCE RI | | 435.91 |
| | | FOREIGN AMOUNT | | 44.35 | |
| 09/11 | 83444721315373754252821 | CIRCUIT CITY SS 83405 | BOCA RATON FL | | 1062.49 |
| | | FOREIGN AMOUNT | | 108.09 | |
| 10/11 | 73480771315200617295405 | FOREVER 21 864 | PROVIDENCE RI | | 915.14 |
| | | FOREIGN AMOUNT | | 93.10 | |
| 09/11 | 73547811314260315010055 | SMARTE CARTE PVDAP 059 | PROVIDENCE RI | | 19.65 |
| | | FOREIGN AMOUNT | | 2.00 | |
| 09/11 | 83415781315062634782818 | CITGO 7-ELEVEN STORE27 | PROVIDENCE RI | | 119.90 |
| | | FOREIGN AMOUNT | | 12.20 | |
| 19/10 | | CASH WITHDRAWAL TRANSFER FEE | | | 15.00 |
| | | TAX ON 86 TRANSACTION(S) | | | 10.00 |
| | | INTEREST ON CREDIT BALANCE | | | 356.97 CR |

\* 14.00% VAT INCLUDED
DEBIT : 19.50% CREDIT : 6.75%
BUDGET (IF APPLICABLE) : 19.50%
PLEASE NOTE THE ABOVE INTEREST RATE CHANGE, EFFECTIVE
9 NOVEMBER 2001.
USE YOUR CREDIT CARD FOR MORE THAN 10 PURCHASES
PER MONTH AND STAND A CHANCE TO WIN A NOKIA 3310
CELLPHONE SEE NOVEMBER 2001 TEMPO FOR DETAILS.
SECURE ONLINE SHOPPING - ANOTHER FIRST FROM ABSA.
USE ANY OF YOUR CREDIT OR DEBIT CARDS TO SHOP
ANYWHERE ON THE INTERNET WITH COMPLETE SECURITY.
IT IS 100% SAFE BECAUSE YOUR ACTUAL CARD DETAILS
NEVER TRAVEL OVER THE NET. VISIT WWW.ABSA.CO.ZA
FOR MORE INFORMATION OR TO REGISTER.
TELEPHONE BANKING. THE TIME SAVER. IT'S YOUR CALL.
REGISTER ON 08600 08600 OR AT A BRANCH.

| | |
|---|---|
| BALANCE C/F | 279721.19 CR |

| | | |
|---|---|---|
| TITLE INITIALS SURNAME | | MRS J MBIGI |
| ACCOUNT NUMBER | | 5471-2030-0430-4019 |
| STATEMENT DATE | | 12/11/2001 |
| PAYMENT DUE DATE | | 00/00/0000 |
| MINIMUM PAYMENT REQUIRED | R | 0.00 |

| | | |
|---|---|---|
| CREDIT LIMIT | R | 10000.00 |
| AVAILABLE CREDIT | R | 19033.00 |
| BUDGET ACCOUNT LIMIT | R | 20000.00 |
| AVAILABLE BUDGET | R | 20000.00 |

TO AVOID FINANCE CHARGES ON PURCHASES SHOWN ON THIS STATEMENT, PAYMENT OF THE
TOTAL BALANCE MUST BE RECEIVED AT

17/04 '02 WED 07:11 FAX 011 787 7821   RAINMAKER MANAGEMENT CON   ☐001

**CARD DIVISION
STATEMENT /
TAX INVOICE**

**ABSA BANK Limited (Reg No 86/04794/06)**

VAT Reg No : 4940112230

PRETORIA 0001
SWITCH BOARD   (012) 317-0988
ENQUIRIES   (012) 317-0988
LOST CARDS   0800 11 11 55
FAX   (012) 328-6882

**ABSA**

| | PAGE | 5 OF | 5 |
| --- | --- | --- | --- |

ACCOUNT NUMBER   5471-2030-0430-4019

BALANCE   R   279721.19 CR

MINIMUM PAYMENT REQUIRED   R   0.00

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

INSERT AMOUNT REMITTED   R

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

AMOUNT   R

REFERENCE NUMBER

✂ - - - - DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT - - - -

| 336355.97 | 46641.32 | 100.00 | 0.00 | 0.00 | 25.00 | 33 |
| --- | --- | --- | --- | --- | --- | --- |

| 12/11 | BALANCE BROUGHT FORWARD | 279721.19 CR |
| --- | --- | --- |

APPLY NOW FOR A SECONDARY OR GARAGE CARD AND YOU
WILL BE INCLUDED IN THE DRAW TO WIN R2 000*
INTRODUCING A REVOLUTION IN HOME LOANS FROM ABSA:
FASTFORWARD. NOW YOU CAN PAYOFF YOUR HOME LOAN
FASTER AND SAVE SUBSTANTIALLY ON INTEREST. CALL
0860 111 007, CLICK ON ABSA.CO.ZA OR VISIT ANY
ABSA BRANCH TO APPLY.

| | BALANCE | 279721.19 CR |
| --- | --- | --- |

| TITLE INITIALS SURNAME | MRS J MBIGI |
| --- | --- |
| ACCOUNT NUMBER | 5471-2030-0430-4019 |
| STATEMENT DATE | 12/11/2001 |
| PAYMENT DUE DATE | 00/00/0000 |
| MINIMUM PAYMENT REQUIRED | R   0.00 |

| CREDIT LIMIT | R | 18000.00 |
| --- | --- | --- |
| AVAILABLE CREDIT | R | 19033.00 |
| BUDGET ACCOUNT LIMIT | R | 20000.00 |
| AVAILABLE BUDGET | R | 20000.00 |

TO AVOID FINANCE CHARGES ON PURCHASES SHOWN ON THIS STATEMENT, PAYMENT OF THE

# CARD DIVISION
## STATEMENT /
## TAX INVOICE

**ABSA BANK Limited** (Reg No 86/04794/06)

VAT Reg No : 4940112230

P.O. BOX 8815
PRETORIA 0001
SWITCH BOARD    (012) 217-9000
ENQUIRIES       (012) 217-3911
LOST CARDS      0800 11 11 55
FAX             (012) 311-8883

# ✿ABSA

|  |  |
|---|---|
| PAGE | 1 OF 5 |
| ACCOUNT NUMBER | 5471-2030-0430-4027 |
| BALANCE | R 65077.79 CR |
| MINIMUM PAYMENT REQUIRED | R 0.00 |
| INSERT AMOUNT REMITTED | R |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

AMOUNT          R

REFERENCE NUMBER

✂ DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT

| CREDITS | PURCHASES | BALANCE | INTEREST ON OUTSTANDING BALANCE | SERV. CHARGES | INTEREST DAYS |
|---|---|---|---|---|---|
| 65295.55 | 31483.18 | 268411.57 | 0.00 | 54.00 | 78.20 | 30 |

| TRANSACTION DATE | REFERENCE | DETAIL | AMOUNT |
|---|---|---|---|
| 12/12 |  | BALANCE BROUGHT FORWARD | 279721.19 CR |
| 16/11 | 75435521320084711210005 | CREDIT TRANSFER | 18000.00 CR |
| 06/12 | 75435521340084711210001 | CREDIT TRANSFER | 22000.00 CR |
| 08/12 | 75435521342084944140009 | CREDIT TRANSFER | 45000.00 CR |
|  |  | 5471-2030-0430-4027 |  |
| 10/11 | 73410191316097357514433 | KMART      00673577.    LINCOLN    RI | 2456.09 |
|  |  | FOREIGN AMOUNT        249.03. |  |
| 11/11 | 73547511312450815010382 | SMARTE CARTE FLL/P Q39  FT. LAUDERDAFL | 19.72 |
|  |  | FOREIGN AMOUNT          2.00 |  |
| 12/11 | 73045821316313776444205 | WAL-MART              DELRAY BEACHFL | 302.71 |
|  |  | FOREIGN AMOUNT         30.69 |  |
| 12/11 | 73541843170720060357215 | MARRIOTT HOTELS-PROVID  PROVIDENCE RI | 3291.78 |
|  |  | FOREIGN AMOUNT        333.76 |  |
| 12/11 | 03436191317147460201315 | PALM BEACH MOTOR CARS  W PALM BEACHFL | 3554.93 |
|  |  | FOREIGN AMOUNT        359.89 |  |
| 12/11 | 75406801317162003996055 | EXXONMOBIL75  961.9206S  WEST PALM BEFL | 42.63 |
|  |  | FOREIGN AMOUNT          4.34 |  |
| 13/11 | 75438441318020002967461 | BRIC-855 165.0795.8355  RA8417917     US | 1640.49 |
| 13/11 | 03444001318375169022302 | PUBLIX 0016 #0ROC   SA1  BOCA RATON FL | 368.78 |
|  |  | FOREIGN AMOUNT         37.69 |  |
| 13/11 | 73547511318251517010108 | MAIL BOXES ETC. #2043   BOCA RATON FL | 249.53 |
|  |  | FOREIGN AMOUNT         25.50 |  |
| 13/11 | 75546071314549013140497 | BORDERS BOOKS & MUSIC   BOCA RATON FL | 682.44 |
|  |  | FOREIGN AMOUNT         69.75 |  |
| 14/11 | 73410191319745360667903 | RADIO SHACK   00.89472  BOCA RATON FL | 114.65 |
|  |  | FOREIGN AMOUNT         11.83 |  |
| 15/11 | 75420361319253319908497 | AMERICAN MUSIC         888-652-8502NY | 349.80 |
|  |  | FOREIGN AMOUNT         36.04 |  |
| 07/11 | 75446941320116015007019 | WACHOVIA BANK FL 04066  BOCA RATON FL | 48550.50 |
|  |  | FOREIGN AMOUNT       5000.00 |  |
| 16/11 | 03444001322376505160446 | WILD OATS MKT AUD 504   BOCA RATON FL | 646.00 |
|  |  | FOREIGN AMOUNT         66.18 |  |
| 16/11 | 03444001322376066552426 | PUBLIX 0016 #0ROC  SA1  BOCA RATON FL |  |
|  |  | BALANCE C/F | 302470.76 CR |

|  |  |  |
|---|---|---|
| **ABSA GOLD CREDIT CARD** | TITLE INITIALS SURNAME | MRS J MBIGI |
|  | ACCOUNT NUMBER | 5471-2030-0430-4027 |
| CREDIT LIMIT       R  18000.00 | STATEMENT DATE | 12/12/2001 |
| AVAILABLE CREDIT   R  71449.00 | PAYMENT DUE DATE | 00/00/0000 |
| BUDGET ACCOUNT LIMIT  R  20000.00 | MINIMUM PAYMENT REQUIRED   R  0.00 |
| AVAILABLE BUDGET   R  20000.00 |  |  |

TO AVOID FINANCE CHARGES ON PURCHASES SHOWN ON THIS STATEMENT, PAYMENT OF THE

**CARD DIVISION**
**STATEMENT /**
**TAX INVOICE**

P.O. BOX 596
PRETORIA 001
SWITCH BOARD (012) 317-9000
ENQUIRIES (012) 317-3098
LOST CARDS 0800 11 11 55
FAX (012) 326-8862

**ABSA BANK Limited (Reg No 86/04794/06)**

**VAT Reg No : 4940112230**

**◆◆ ABSA**

| | |
|---|---|
| PAGE | 2 OF 5 |
| ACCOUNT NUMBER | 5471-2030-0430-4027 |
| BALANCE | R 65077.79 CR |
| MINIMUM PAYMENT REQUIRED | R 0.00 |
| INSERT AMOUNT REMITTED | R |

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

| | |
|---|---|
| AMOUNT | R |
| REFERENCE NUMBER | |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

>------ DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT ------

| CREDITS | PURCHASES | CASH | PETROL | RETAIL ADJUSTMENT | CHARGES | INTEREST DAYS |
|---|---|---|---|---|---|---|
| 85295.55 | 31403.18 | 268411.57 | 0.00 | 54.00 | 70.20 | 30 |

| TRANSACTION DATE | REFERENCE | DETAILS | | AMOUNT |
|---|---|---|---|---|
| 12/12 | | BALANCE BROUGHT FORWARD | | 302478.76 CR |
| 16/11 | 734342513215291B7362777 | FOREIGN AMOUNT | 21.66 | 211.37 |
| | | WALDENBOOKS #1073 | BOCA RATON FL | |
| 16/11 | 7354660132185700001352 | FOREIGN AMOUNT | 22.19 | 216.59 |
| | | EXXONMOBIL59 01281626 | HIALEAH FL | |
| 17/11 | 734193513253493569441 39 | FOREIGN AMOUNT | 20.00 | 195.23 |
| | | TRINITY CATHDRL BOOKST | MIAMI FL | |
| 17/11 | 7346312132322084120607B | FOREIGN AMOUNT | 51.95 | 512.36 |
| | | MUVICO THEATRES (PALAC | BOCA RATON FL | |
| 19/11 | 85444001324377298297999 | FOREIGN AMOUNT | 16.25 | 160.24 |
| | | PUBLIX 9916 MCROC SA1 | BOCA RATON FL | |
| 19/11 | 7545702132400704268340 | FOREIGN AMOUNT | 103.50 | 1023.91 |
| | | SCHOLASTIC BOOK FAIRS | 407-8292665 FL | |
| 19/11 | 73547511324251325010059 | FOREIGN AMOUNT | 12.69 | 126.78 |
| | | MAIL BOXES ETC #2043 | BOCA RATON FL | |
| 20/11 | 75432861324000948726490 | FOREIGN AMOUNT | 35.96 | 359.20 |
| | | AOL ONLINE SERVICE SET | 800-827-9492VA | |
| 19/11 | 7542099132400062555209 | FOREIGN AMOUNT | 28.90 | 288.68 |
| | | WORLD SAVINGS & LOAN | BOCA RATRON FL | |
| 19/11 | 7542099132400062555217 | FOREIGN AMOUNT | 6000.00 | 59933.40 |
| | | WORLD SAVINGS & LOAN | BOCA RATRON FL | |
| 21/11 | 854257515780781562222U2 | FOREIGN AMOUNT | 16000.00 | 159822.40 |
| | | SHELL NO.20900550922 | BOCA RATON FL | |
| 21/11 | 7354007132658901B171880 | FOREIGN AMOUNT | 26.43 | 267.83 |
| | | BORDERS BOOKS & MUSIC | BOCA RATON FL | |
| 21/11 | 7341117132732721446 1509 | FOREIGN AMOUNT | 26.45 | 267.76 |
| | | WIGS & ACCESSORIES | DEL RAY BEACFL | |
| 24/11 | 85444001329370956294443 | FOREIGN AMOUNT | 54.02 | 546.96 |
| | | PUBLIX #428 MCROC SA1 | BOCA RATON FL | |
| 22/11 | 7346312132921697200036 5 | FOREIGN AMOUNT | 7.41 | 74.27 |
| | | MUVICO THEATRES (PALAC | BOCA RATON FL | |
| 22/11 | 734631213295346560001530 | FOREIGN AMOUNT | 22.00 | 220.64 |
| | | MUVICO THEATRES (PALAC | BOCA RATON FL | |
| | | BALANCE C/F | | 78245.14 CR |

| | | | |
|---|---|---|---|
| | TITLE INITIALS SURNAME | MRS J MBIGI | |
| | ACCOUNT NUMBER | 5471-2030-0430-4027 | |
| | STATEMENT DATE | 12/12/2001 | |
| | PAYMENT DUE DATE | 00/00/0000 | |
| | MINIMUM PAYMENT REQUIRED | R 0.00 | |

| | | |
|---|---|---|
| CREDIT LIMIT | R | 100000.00 |
| AVAILABLE CREDIT | R | 71449.00 |
| BUDGET ACCOUNT LIMIT | R | 20000.00 |
| AVAILABLE BUDGET | R | 20000.00 |

TO AVOID FINANCE CHARGES ON PURCHASES SHOWN ON THIS STATEMENT, PAYMENT OF THE

17/04 '02 WED 05:14 FAX 011 787 7821   RAINMAKER MANAGEMENT CON   ☐004

**CARD DIVISION**
**STATEMENT /**
**TAX INVOICE**
ABSA BANK Limited (Reg No 86/04794/06)

VAT Reg No : 4940112230

P.O. BOX 3613
PRETORIA 0001
SWITCH BOARD   (012) 317-9000
ENQUIRIES      (012) 317-3000
LOST CARDS     0800 11 11 55
FAX            (012) 329-6982

# ◆ABSA

| | |
|---|---|
| PAGE | 3 OF 5 |
| ACCOUNT NUMBER | 5471-2030-0430-4027 |
| BALANCE | R 65077.79 CR |
| MINIMUM PAYMENT REQUIRED | R 0.00 |
| INSERT AMOUNT REMITTED | R |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

| | |
|---|---|
| AMOUNT | R |
| REFERENCE NUMBER | |

DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT

| CREDITS | PURCHASES | CASH | RETRO | NETT ADJUSTMENT | CHARGES | INTEREST DAYS |
|---|---|---|---|---|---|---|
| 85295.55 | 31403.18 | 268411.57 | 0.00 | 54.00 | 70.20 | 30 |

| TRANSACTION DATE | REFERENCE | DETAILS | | AMOUNT |
|---|---|---|---|---|
| 12/12 | | BALANCE BROUGHT FORWARD | | 78243.14 CR |
| | | FOREIGN AMOUNT | 20.45 | 205.05 |
| 25/11 | 73410191327395554018059 | BEST BUY     0005546 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 138.81 | 1392.18 |
| 25/11 | 76432861330000162065094 | TEXACO INC 24675 20283 | POMPANO BEACFL | |
| | | FOREIGN AMOUNT | 25.77 | 237.81 |
| 21/11 | 73541861351004291146316 | MAYOR'S #4115 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 19.08 | 190.84 |
| 26/11 | 83444001331379967739018 | PUBLIX 0016 #GROC SA1 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 62.66 | 632.58 |
| 26/11 | 83444001331379967739430 | BARNES & NOBLE #053 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 38.05 | 384.10 |
| 26/11 | 73547611331261330010051 | MAIL BOXES ETC. 2043 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 19.98 | 201.69 |
| 27/11 | 85460791332150000010036 | SCHNE AT THE TOP | 561-2344329 FL | |
| | | FOREIGN AMOUNT | 445.00 | 4449.55 |
| 28/11 | 85416251333070156642011 | SHELL NO 39350855 1922 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 25.81 | 270.60 |
| 30/11 | 75432861334000356437750 | AO ONLINE SERVICE 110 | 800-679-9444VA | |
| | | FOREIGN AMOUNT | 23.90 | 250.57 |
| 29/11 | 75466601354370000028335 | EXXONMOBIL59 01 65699 | DELRAY B  FL | |
| | | FOREIGN AMOUNT | 18.41 | 192.96 |
| | | 5471-2030-0430-4027 | | |
| 06/12 | 73410191340142029520162 | WALGREEN    00 46524 | DELRAY BEACHFL | |
| | | FOREIGN AMOUNT | 21.41 | 237.92 |
| 06/12 | 85410191341416266976131 | SOUTHWES | DALLAS   TX | |
| | | FOREIGN AMOUNT | 179.50 | 1995.20 |
| 06/12 | 95417341341583411137795 | AGNT FEE | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 25.00 | 277.87 |
| 09/12 | 83444001344385034560712 | PUBLIX 0016 #GROC SA1 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 110.93 | 1249.24 |
| 09/12 | 83444001344385034560894 | PUBLIX 0016 #GROC SA1 | BOCA RATON FL | |
| | | FOREIGN AMOUNT | 16.96 | 190.99 |
| | | BALANCE C/F | | 65883.97 CR |

| | |
|---|---|
| TITLE INITIALS SURNAME | MRS J MBIGI |
| ACCOUNT NUMBER | 5471-2030-0430-4027 |
| STATEMENT DATE | 12/12/2001 |
| PAYMENT DUE DATE | 00/00/0000 |
| MINIMUM PAYMENT REQUIRED | R 0.00 |

| | | |
|---|---|---|
| CREDIT LIMIT | R | 10000.00 |
| AVAILABLE CREDIT | R | 71449.00 |
| BUDGET ACCOUNT LIMIT | R | 20000.00 |
| AVAILABLE BUDGET | R | 20000.00 |

TO AVOID FINANCE CHARGES ON PURCHASES SHOWN ON THIS STATEMENT, PAYMENT OF THE

17/04 '02 WED 07:35 FAX 011 787 7847   RAINMAKER MANAGEMENT CON   ☑005

**CARD DIVISION**
**STATEMENT /**
**TAX INVOICE**

**ABSA BANK Limited (Reg No 86/04794/06)**

VAT Reg No : 4940112230

P.O. BOX 2915
PRETORIA 0001
SWITCH BOARD (012) 317-0900
ENQUIRIES (012) 317-3600
LOST CARDS 0800 11 11 55
FAX (012) 320-6102

## ABSA

| | | |
|---|---|---|
| PAGE | 4 OF | 5 |
| ACCOUNT NUMBER | 5471-2030-0430-4027 | |
| BALANCE | R | 65077.79 CR |
| MINIMUM PAYMENT REQUIRED | R | 0.00 |
| INSERT AMOUNT REMITTED | R | |

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

| | | |
|---|---|---|
| AMOUNT | R | |
| REFERENCE NUMBER | | |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

✂ DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT

| CREDITS | PURCHASES | CASH | PAYMENTS | ADJUSTMENT | CHARGES | INTEREST DAYS |
|---|---|---|---|---|---|---|
| 65295.55 | 31403.16 | 260411.57 | 0.00 | 54.00 | 70.20 | 30 |

| TRANSACTION DATE | REFERENCE | DETAILS | AMOUNT |
|---|---|---|---|
| 12/12 | | BALANCE BROUGHT FORWARD | 65083.97 CR |
| 09/12 | 85416751344984010921005 | CITGO0570 MIZNER PARK    BOCA RATON  FL | 265.70 |
| | | FOREIGN AMOUNT                  23.59 | |
| 12/12 | 75435521346811424356132 | ABSA BRANCHES  - 008114 | 125.27 |
| 10/12 | 75410191345914958443862 | BIG LOTS #005300005389    DELRAY BEACHFL | 350.87 |
| | | FOREIGN AMOUNT                  31.13 | |
| 10/12 | 83444001345385572741319 | PUBLIX 0359 #CROC  SA1    BOCA RATON  FL | 179.34 |
| | | FOREIGN AMOUNT                  15.91 | |
| 10/12 | 73464941345200525199049 | BARLOW PEDIATRICS         BOCA RATON  FL | 56.35 |
| | | FOREIGN AMOUNT                   5.00 | |
| 02/12 | | SYSTEM LOST CARD ADMINISTRATION FEE | 54.00 |
| 17/11 | | OVERSEAS CASH WITHDRAWAL FEE | 60.00 |
| | | TAX ON       51  TRANSACTION(S) | 10.20 |
| | | INTEREST ON CREDIT BALANCE | 295.55 CR |

* 14.00% VAT INCLUDED
*DEBIT   :   19.50%   CREDIT   :   19.75%
BUDGET (IF APPLICABLE)   :   14.50%
PLEASE NOTE THE ABOVE INTEREST RATE CHANGE, EFFECTIVE
1 NOVEMBER 2001.
USE YOUR CREDIT CARD FOR MORE THAN 10 PURCHASES
PER MONTH AND STAND A CHANCE TO WIN A NOKIA 3310
CELLPHONE. SEE NOVEMBER 2001 TEMPO FOR DETAILS.
SECURE ONLINE SHOPPING - ANOTHER FIRST FROM ABSA.
USE ANY OF YOUR CREDIT OR DEBIT CARDS TO SHOP
ANYWHERE ON THE INTERNET WITH COMPLETE SECURITY.
IT IS 100% SAFE BECAUSE YOUR ACTUAL CARD DETAILS
NEVER TRAVEL OVER THE NET. VISIT WWW.ABSA.CO.ZA
FOR MORE INFORMATION OR TO REGISTER.
EFFECTIVE 1 JAN 2002, THE FOLLOWING FEES APPLICABLE TO
CREDIT CARDS WILL CHANGE. ABSA ATM WITHDRAWAL: R2.20
FOR THE FIRST R100 OR PART THEREOF,THEREAFTER R0.90 PER
R100 OR PART THEREOF: SASWITCH WITHDRAWALS: R7.20 PER

| BALANCE C/F | 65077.79 CR |
|---|---|

| | | |
|---|---|---|
| CREDIT LIMIT | R | 10000.00 |
| AVAILABLE CREDIT | R | 71449.00 |
| BUDGET ACCOUNT LIMIT | R | 20000.00 |
| AVAILABLE BUDGET | R | 20000.00 |

| | |
|---|---|
| TITLE INITIALS SURNAME | MRS J MBIGI |
| ACCOUNT NUMBER | 5471-2030-0430-4027 |
| STATEMENT DATE | 12/12/2001 |
| PAYMENT DUE DATE | 00/00/0000 |
| MINIMUM PAYMENT REQUIRED | R          0.00 |

TO AVOID FINANCE CHARGES ON PURCHASES SHOWN ON THIS STATEMENT, PAYMENT OF THE
TOTAL BALANCE MUST BE RECEIVED AT CARD DIVISION BY THE PAYMENT DUE DATE

CD056K (10/1998)

19/01 '02 SAT 13:14 FAX 011 787 7821   RAINMAKER MANAGEMENT CON   ☑022

**CARD DIVISION**
**STATEMENT I**
**TAX INVOICE**
**ABSA BANK Limited (Reg No 86/04794/06)**

VAT Reg No : 4940112230

P.O. BOX 5811
PRETORIA 0001
SWITCH BOARD    (012) 317-9000
ENQUIRIES       (012) 317-3000
LOST CARDS      0800 11 11 55
FAX             (012) 328-8882

**ABSA**

| | |
|---|---|
| | PAGE    5 OF    5 |
| ACCOUNT NUMBER | 5471-2030-0430-4027 |
| BALANCE | R   65077.79 CR |
| MINIMUM PAYMENT REQUIRED | R      0.00 |
| INSERT AMOUNT REMITTED | R |

MRS J MBIGI
P O BOX 162
STRATHAVON
2031

IF PAYMENT OR PART OF PAYMENT IS TO BE DIRECTLY
CREDITED TO A BUDGET ACCOUNT PLEASE STATE :

AMOUNT          R

REFERENCE NUMBER

**DETACH AND RETURN THIS SECTION WITH YOUR PAYMENT**

| CREDITS | PURCHASES | CASH | FINC | NETT ADJUSTMENT | CHARGES | INTEREST DAYS |
|---|---|---|---|---|---|---|
| 65295.55 | 31903.18 | 268411.57 | 0.00 | 54.00 | 70.20 | 30 |

| TRANSACTION DATE | REFERENCE | DETAILS | AMOUNT |
|---|---|---|---|
| 12/12 | | BALANCE BROUGHT FORWARD | 65077.79 CR |
| | | THE FIRST R100 OR PART THEREOF, THEREAFTER R0.90 PER R100 | |
| | | OR PART THEREOF: LOCAL COUNTER TRANSACTIONS: R22.00 | |
| | | TELEPHONE BANKING. THE TIME SAVER. IT'S YOUR CALL. | |
| | | REGISTER ON 08600 08600 OR AT A BRANCH. | |
| | | APPLY NOW FOR A SECONDARY OR GARAGE CARD AND YOU | |
| | | WILL BE INCLUDED IN THE DRAW TO WIN R2 000* | |
| | | INTRODUCING A REVOLUTION IN HOME LOANS FROM ABSA: | |
| | | FASTFORWARD. NOW YOU CAN PAYOFF YOUR HOME LOAN | |
| | | FASTER AND SAVE SUBSTANTIALLY ON INTEREST. CALL | |
| | | 0860 111 007, CLICK ON ABSA.CO.ZA OR VISIT ANY | |
| | | ABSA BRANCH TO APPLY. | |
| | | BALANCE | 65077.79 CR |

| | | |
|---|---|---|
| CREDIT LIMIT | R | 10000.00 |
| AVAILABLE CREDIT | R | 71449.00 |
| BUDGET ACCOUNT LIMIT | R | 20000.00 |
| AVAILABLE BUDGET | R | 20000.00 |

| | |
|---|---|
| TITLE INITIALS SURNAME | MRS J MBIGI |
| ACCOUNT NUMBER | 5471-2030-0430-4027 |
| STATEMENT DATE | 12/12/2001 |
| PAYMENT DUE DATE | 00/00/0000 |
| MINIMUM PAYMENT REQUIRED | R      0.00 |

*STILL OUTSTANDING.*

*JK 462651*

END OF DATA

START DATE  01/12/2001

ACCT/PLAS.547120300430402T  FIID 547120        PROD  20 SUB PRN:1
1RS  J  MBIGI              ASSOC              ACCT NCI 5471-0030-0430-4000
CURBAL            9,990.37- PAST DUE           0.00  MNTHS APRV      14
CR LINE          10,000-   TOTAL DUE           0.00  MNTHS DECL       2
AVAIL                0     AUTH AMT           12.00  MNTHS OUTSTG      1
OVERLINE             0.00                     STATUS    CYCLE BHD     07

STATUS DESCRIPTION > BAD HOLD DECLINE

| SEQ | TRDT | PSDT | REFERENCE NUMBER | CATG | DESCRIPTION | STAT | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | .11/30 | 12/01 | 75432861334000354437750 | PU | AOL*ONLINE SERVIC | N | 250.57- |
| 2 | .11/29 | 12/01 | 75486801334378000028335 | PU | EXXONMOBIL55 (012 | N | 192.96- |
| 3 | .12/02 | 1 | 00000000000000000000 | LP | SYSTEM LOST CARD | N | 54.00- |
| 4 | .12/06 | 12/06 | 75435521340884911210001 | PY | CREDIT TRANSFER | N | 22,000.00 |
| 5 | .12/06 | 12/07 | 73410191340142029320162 | PU | WALGREEN      (100 | N | 237.92- |
| 6 | .12/08 | 12/08 | 75435521342884964160009 | PY | CREDIT TRANSFER | N | 45,000.00 |
| 7 | .12/06 | 12/08 | 85410191341416266976131 | PU | SOUTHWES | N | 1,995.20- |
| 8 | .12/06 | 12/08 | 95417341341583411137795 | PU | AGNT FEE | N | 277.87- |
| 9 | .12/09 | 12/11 | 83446001344385034560712 | PU | PUBLIX 0016 *GROC | N | 1,249.24- |
| 10 | .12/09 | 12/11 | 83446001344385034560894 | PU | PUBLIX 0016 *GROC | N | 190.99- |
| 11 | .12/09 | 12/11 | 85415751344054010921005 | PU | CITGO0570 MIDNER | N | 265.70- |
| 12 | .12/12 | 12/12 | 75435521346811424356132 | CA | ABSA BRANCHES  -  | N | 125.27- |
| 13 | .12/10 | 12/12 | 73410191346591695844386? | PU | BIG LOTS #0X63000 | N | 350.87- |
| | | | END OF DATA | | | | |
| 14 | .12/10 | 12/12 | 83446001345385572741319 | PU | PUBLIX 0539 *GROC | N | 179.34- |
| 15 | .12/10 | 12/12 | 73466941345200525199069 | PU | BARLOW PEDIATRICS | N | 56.35- |
| 16 | .12/12 | 12/12 | 00000000000000000000 | TT | 000051 TRANSACTIO | N | 10.20- |
| 17 | .12/12 | 12/12 | 00000000000000000000 | IP | CREDIT BALANCE IN | N | 295.55 |
| 18 | .12/12 | 12/13 | 75425631346253997273122 | PU | BOCA RATON ORTHOP | N | 57.41- |
| 19 | .12/14 | 12/18 | 75486801349378000098281 | PU | EXXONMOBIL34  010 | N | 346.92- |
| 20 | .12/17 | 12/19 | 95417341352583520695382 | PU | AGNT FEE | N | 319.53- |
| 21 | .12/19 | 12/19 | 75432861353000221149006 | PU | DISHNETWORK SAT T | N | 957.98- |
| 22 | .12/16 | 12/19 | 73541861351010173447626 | PU | HOME DEPOT #1204 | N | 638.95- |
| 23 | .12/19 | 12/21 | 75486801354378000086405 | PU | EXXONMOBIL34  010 | N | 300.06- |
| 24 | .12/21 | 12/24 | 73410191356916023411556 | PU | BIG LOTS #0X93000 | N | 1,708.19- |
| 25 | .12/21 | 12/24 | 83446001357391014097851 | PU | PUBLIX 0016 *GROC | N | 2,802.21- |
| 26 | .12/21 | 12/24 | 73541861357072015188952 | PU | BLOCKBUSTER VIDEO | N | 595.60- |
| 27 | .12/22 | 12/24 | 75486801357378000020771 | PU | EXXONMOBIL34  076 | N | 232.86- |
| 28 | .12/21 | 12/24 | 75420991357000454313191 | CA | WORLD SAVINGS & L | N | 75,022.80- |
| 29 | .12/24 | 12/24 | 00000000000000000000 | TO | OVERSEAS CASH WIT | N | 20.00- |
| 30 | .12/24 | 12/24 | 75435521358884911210000 | CA | ABSA BRANCHES  -  | N | 100.00- |
| 31 | .12/24 | 12/24 | 00000000000000000000 | TO | CASH WITHDRAWAL/T | N | 15.00- |
| 32 | .12/27 | 12/27 | 75435521361811485836139 | CV | DT 404A583357 | N | 9,039.72 |
| 33 | .12/23 | 12/27 | 73434251358360475750436 | PU | MARSHALLS 475. | N | 1,338.84- |
| 34 | .12/23 | 12/27 | 73541861358010173541301 | PU | HOME DEPOT #204 | N | 532.66- |
| 35 | .12/23 | 12/27 | 73541861359004079052038 | PU | THE SPORTS AUTHOR | N | 1,546.53- |
| 36 | .12/24 | 12/28 | 73410191359211757280688 | PU | PIER 1 #211  000 | N | 299.78- |
| | | | END OF DATA | | | | |
| 37 | .12/24 | 12/28 | 73460291359074219010243 | PU | WHITEHALL JEWELLE | N | 1,313.86- |
| 38 | .12/24 | 12/28 | 85541861359004036091891 | PU | ROSS STORE #496 | N | 450.72- |
| 39 | .01/03 | 01/03 | 75435522002884991370002 | PY | CREDIT TRANSFER | N | 4,500.00 |

*TRF EX
RAINMAKER.*

| 40. | 12/25 | 12/27 |        | AU | AUTHORIZATION | N | 1,711.00 |
| 41. | 12/25 | 12/27 |        | AU | AUTHORIZATION | N | 1,711.00 |
| 42. | 12/23 | 12/22 | 282791 | AU | AUTHORIZATION | N |    12.00 |
| 43  |       |       |        |    |               |   |          |

****** END OF ENQUIRY ******

CHEQUE PRESENTATION ENQUIRY      1

RS J MBIGI          ABSA
O BOX 162         RIVONIA
TRATHAVON        ACCOUNT NUMBER : 40-4458-3369
031

CURRENT BALANCE     :        29,67
AVAILABLE BALANCE   :        29,67

STATEMENT FOR PERIOD : 01/12/2001 - 07/01/2002

| DATE | TRAN DESCRIPTION | REFERENCE | CHARGES | TRAN AMOUNT | BALANCE |
|------|------------------|-----------|---------|-------------|---------|
| 011201 | BALANCE B/FORWARD | | | | 46,95 |
| 011201 | MIN-SERVICE FEE | HEADOFFIC | | 18,00- | 28,95 |
| 011201 | ADMIN CHARGE | HEADOFFIC | | 3,45- | 25,50 |
| 041201 | TELEPHONE BANK FEE | | 0,00 | 8,99- | 16,51 |
| 241201 | TRANSFER FROM | RIVONIA 54712030-0430-4027 | 0,00 | 100,00 | 116,51 |
| 271201 | JOURNAL DEBIT | ABSA CARD CR 547120300430 | 0,00 | 9335,72- | 8923,21- |
| 010102 | MIN SERVICE FEE | HEADOFFIC | | 18,00- | 8941,21- |

CHEQUE PRESENTATION ENQUIRY      1

| DATE | TRAN DESCRIPTION | REFERENCE | CHARGES | TRAN AMOUNT | BALANCE |
|------|------------------|-----------|---------|-------------|---------|
| 010102 | ADMIN CHARGE | HEADOFFIC | | 3,45- | 8944,66- |
| 010102 | DEBIT INTEREST | HEADOFFIC | | 15,89- | 8960,55- |
| 010102 | INT ON EXCESS AMNT | HEADOFFIC | | 9,78- | 8970,33- |
| 030102 | TRANSFER FROM | RIVONIA 90-7413-5375 | 0,00 | 9000,00 | 29,67 |

*** END OF ENQUIRY    07/01/2002   09:52:20 ***

*TRF BY RAINMAKER*

*ATTN ANETTE.*

**ABSA**

VERIFY DEAL

Forex Branch Deal Receipt
Valuta – Taktransaksiekwitansie
TRAN NO : DRF8494444620110

OPERATOR NO : 043018

STOCK ORDER NUMBER : 0000000507347

DEAL RECEIPT — DRAFTS

Branch Code : 008849      Deal Date : 01102001      Value Date : 01102001

Client Acc No : 000009074135375
Client Name    : LOVEMORE MBIGI
Nostro/Vostro Acc No : 0000000315.01
Nostro/Vostro Name   : FIRSTAR BANK MILWAUKEE N.A.
Travel Agent Code :      Rewards Code : 0000000000000000

CCY Code : USD    Rate : 0009.06620000    C_CCY Code : ZAR

CCY Amount : ************2,000.00    C_CCY Amount  : ***********18,132.40
                                      Comm Amount   : **************100.00
                                      Postage       : *****************.00
                                      VAT Amount    : ***************14.00

                              Total due by client : ***********18,246.40

Draft Number   : 444462

Balance of Payments Category :   305
Description :
  Tuition fees

Full Details:

Details : SCHOOL FEES

Transaction no : DRF8494444620110

I/We declare that the information provided by me/us is complete and correct

Place..................................Signature..............................

Date....................................

# ☒ABSA

VERIFY DEAL

**Forex Transacties Receipt** 444630110
**Valuta − Taktransaksiekwitansie**

OPERATOR NO : 043018

STOCK ORDER NUMBER : 0000000507348

DEAL RECEIPT − DRAFTS

Branch Code : 008849       Deal Date : 01102001       Value Date : 01102001

Client Acc No : 0000009074135375
Client Name   : LOVEMORE MBIGI
Nostro/Vostro Acc No : 0000000315101
Nostro/Vostro Name   : FIRSTAR BANK MILWAUKEE N.A.
Travel Agent Code :      Rewards Code : 0000000000000000

CCY Code : USD    Rate : 0009.06620000    C_CCY Code : ZAR

CCY Amount : ************2,000.00    C_CCY Amount : ************18,132.40
                                     Comm Amount  : ***************100.00
                                     Postage      : *****************.00
                                     VAT Amount   : ****************14.00

                                     Total due by client : ************18,246.40

Draft Number   : 444463

Balance of Payments Category : 305
Description :
  :ition fees

Full Details:

Details : SCHOOL FEES

Transaction no : DRF8494444630110

I/We declare that the information provided by me/us is complete and correct

Place.................................Signature.............................

Date..................................

## ABSA

International Banking
Internasionale Bankdienste

**Forex – Branch Deal Receipt**
**Valuta – Taktransaksiekwitansie**

TRAN NO : DRF8494444640110          OPERATOR NO : 043018

STOCK ORDER NUMBER : 0000000507351

DEAL RECEIPT — DRAFTS

Branch Code : 008849      Deal Date : 01102001      Value Date : 01102001

Client Acc No : 000009074135375
Client Name   : LOVEMORE MBIGI
Nostro/Vostro Acc No : 0000000315101
Nostro/Vostro Name   : FIRSTAR BANK MILWAUKEE N.A.
Travel Agent Code :      Rewards Code : 0000000000000000

CCY Code : USD   Rate : 0009.0662000      C_CCY Code : ZAR

CCY Amount : *************5,000.00      C_CCY Amount : ***********45,331.00
                                        Comm Amount  : ************226.66
                                        Postage      : *****************.00
                                        VAT Amount   : ***************31.73

                          Total due by client : ***********45,589.39

Draft Number   : 444464

Balance of Payments Category :   305
Description :
   Tuition fees

Full Details:

Details : SCHOOL FEES

Transaction no : DRF8494444640110

I/We declare that the information provided by me/us is complete and correct

Place...................................Signature.............................

Date.................................

# ⟨ABSA

## PURCHASE AGREEMENT

International Banking
Internasionale Bankdienste

**Forex – Branch Deal Receipt**
Valuta – Taktransaksiekwitansie

Date: 02/10/2001

| Selling Agent: TE52 | Issuer: THOMAS COOK | Currency: USD |
| --- | --- | --- |

RIVONIA
BLOCK D, EDENBURG TERRACE
CNR RIVONIA BOULEVARD & 10TH
AVENUE, RIVONIA
2128

**Purchaser**

LOVEMORE MBIGI
46 DENNIS ROAD

N/A
2031

| Prefix | From | To | Qty | Denom | Amount |
| --- | --- | --- | --- | --- | --- |
| ME | 85480677 | 85480678 | 0002 | 20 | 40 |
| NF | 12909628 | 12909628 | 0001 | 50 | 50 |
| PF | 59373805 | 59373823 | 0019 | 100 | 1900 |
| RD | 36250490 | 36250514 | 0025 | 500 | 12500 |

|  |  |
| --- | --- |
| Total Sale | 14490 |
| @ 9.04000000 | |
| Rand Total | 130989.60 |
| Commission | 1440.89 |
| VAT | 201.72 |
| Deal Total | 132632.21 |

Signature of Purchaser

*x Mbigi*
_____

I confirm receipt of, and agree
to, the terms and conditions of
the above mentioned issuer, and
confirm receipt of these
travellers cheques.

19/01  02 SAT 12:57 FAX 011  787 7827        RAINMAKER MANAGEMENT CON                    @003

**ABSA**
International Banking
Internasionale Bankdienste

**32**

VERIFY DEAL

Forex – Branch Deal Receipt
Valuta – Taktransaksiekwitansie          TRAN NO : FBS8490823840210          OPERATOR NO : 043018

DEAL RECEIPT – FOREIGN BANKNOTES SOLD

Branch Code : 008849        Deal Date : 02102001        Value Date : 02102001

Client Acc No : 000009074135375
Client Name    : LOVEMORE MBIGI
Nostro/Vostro Acc No : 0000000000000
Nostro/Vostro Name    : NO NOSTRO
Travel Agent Code :        Rewards Code : 0000000000000000

CCY Code : USD    Rate : 0009.162000000        C_CCY Code : ZAR

CCY Amount : ***************980.00        C_CCY Amount : ************8,978.76
                                          Comm Amount  : *************112.23
                                          Postage      : ****************.00
                                          VAT Amount   : **************15.71

                              Total due by client : ************9,106.70

Balance of Payments Category :   303
Description :
Business travel – Residents

 ull Details:

Details : TRAVEL ALLOWANCE

Transaction no : FBS8490823840210

I/We declare that the information provided by me/us is complete and correct

Place..................................Signature.............................

Date..................................

97780 (ABSA 763)                    ABSA Bank Limited/Beperk, Reg.No 1986/004794/06            ABSA 66207 (01/200

Case 0:00-cr-06181-PCH    Document 147    Entered on FLSD Docket 08/16/2002    Page 63 of 114

Check Image Archive

Image View

Page 1 of 1

Apr 4 20

11:39:31 A

Name: Rainmaker Enterprises    Date 1/2/02

63-1356/670

Pay to the Order of: Joyce Mbigi

Twenty Eight thousand and No 1/100    Dollars

30239-FL (9/98)

**WACHOVIA**

Wachovia Bank, N.A.
West Palm Beach, FL

ACCOUNT NUMBER    AMOUNT

* 142796 98 $    142796 98 28000.00

DDA HOLD    $28000.00
RECEIVED 01-02-2002    PROCESSED 01-03-2002
TIME 14:35:01
04066    T 0003    129151

Mbigi

⑃005⑄487⑃ ⑊0670⑈3564⑊

| | View Selection | Posting Date | Amount | Serial No. | Sequence No. | Source | Type | Status | Description |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 01/03/2002 | $28,000.00 | 51487 | 0000000000041004607 | Check | Debit | Post | CHECK |

PAGE 00

732 LAST PAGE OF TRANSACTIONS

ACTIVITY DISPLAY                                01-03-

D 14279698          SUBPRODUCT: L3 - BUSINESS ECONOMY CHECKING ACC

ΛME 1: RAINMAKER ENTERPRISES INC

NAME 2:

ENTER 'Y' (YES) TO DISPLAY TRANSACTION DETAIL

| POSTED | CHK/SERIAL # | AMOUNT | DESCRIPTION | DAILY BALAN |
|--------|--------------|--------|-------------|-------------|
| 11-13 |  | 16.00- | ANALYSIS CHARGE | 59.0 |
| 12-12 |  | 16.00- | ANALYSIS CHARGE | 43.0 |
| 12-31 |  | 29000.00 | DEPOSIT | 29043.0 |
| 01-02 |  | 30.00- | NSF FEE | 29013.0 |
| 01-02 |  | 30.00- | NSF FEE | 28983.0 |
| 01-02 |  | 28000.00- | ONLINE TLR DD W/D |  |
| 01-03 |  | 8000.00- | NSF/OD FUNDS HELD |  |
| 01-03 |  | 2900.00 | UCF HOLD MEMO CR |  |
| 01-03 |  | 2900.00 | UCF HOLD MEMO CR |  |

PRESS F2 TO RETURN TO ACTIVITY REQUEST                    BREF 1:

# PRIORITY CLIENT CMA ACCOUNT

Merrill Lynch

DR LOVEMORE MBIGI AND

## Realized Monthly Capital Gains and Losses

| Quantity | Security Description | Date of Acquisition | Date of Liquidation | Sales Price | Cost Basis | Gain or (Loss) | |
|---|---|---|---|---|---|---|---|
| 407 | ML FUNDAMENTAL GROWTH B | 01/25/01 | 10/17/01 | 6,130.43 | 8,446.54 | (2,316.11) | ST |
| 161 | ML FUNDAMENTAL GROWTH B | 01/30/01 | 10/17/01 | 2,425.06 | 3,328.39 | (903.33) | ST |
| 456 | AIM BAS VAL FD CL B | 01/25/01 | 10/17/01 | 10,864.59 | 12,650.23 | (1,785.64) | ST |
| 176 | AIM BAS VAL FD CL B | 01/30/01 | 10/17/01 | 4,193.36 | 4,972.07 | (778.71) | ST |
| 1 | AIM BAS VAL FD CL B | 02/02/01 | 10/17/01 | 23.83 | 28.22 | (4.39) | ST |
| 450 | PIMCO CAP APPREC CL B | 01/30/01 | 10/17/01 | 6,425.49 | 8,433.84 | (2,008.35) | ST |
| 177 | PIMCO CAP APPREC CL B | 02/02/01 | 10/17/01 | 2,527.36 | 3,315.25 | (787.89) | ST |
| 1 | PIMCO CAP APPREC CL B | 02/02/01 | 10/17/01 | 14.28 | 18.70 | (4.42) | ST |
| 550 | ALLIANCE BALANCED SHS B | 01/25/01 | 10/17/01 | 7,661.45 | 8,431.34 | (769.89) | ST |
| 150 | ALLIANCE BALANCED SHS B | 01/30/01 | 10/17/01 | 2,089.49 | 2,322.73 | (233.24) | ST |

## Current Portfolio

### Cash and Money Accounts

| Quantity | Security Description | Adjust/Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Current Yield % |
|---|---|---|---|---|---|---|
| 8 | ML BANKING ADVANTAGE | 1.00 | 1.00 | | 8 | 1.74 |

## Current Portfolio

### Mutual Funds and Defined Asset Funds

| Quantity | Security Description | Total Client Investment | Cumulative Investment Return | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain or (Loss) | Estimated Annual Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| **Equity Funds** | | | | | | | | | |
| 75 | ALLIANCE BALANCED SHARES FUND CLASS B (.6740 FRACTIONAL SHARE) | $1,006 | $70 | 1,152 | 14.36 | 1,077 | (75) | 18 | 1.67 |
| | | | | N/A | 14.36 | 9 | N/A | | 1.67 |

Account No. 885-33H13

026025  2175

Statement Period 09/29/01 TO 10/31/01

Page 4 of 10

+ PLEASE SEE REVERSE SIDE



**Standard Bank Offshore**

**Standard Bank Isle of Man Limited**

| | |
|---|---|
| Standard Bank House | Telephone: 44 (0)1624 643643 |
| One Circular Road | Facsimile: 44 (0)1624 643800 |
| Douglas | SWIFT: SBICIMDX |
| Isle of Man IM1 1SB | E-mail: sbiomfi@sboff.com |
| | Website: www.sboff.com |

31 January 2002

Mr J G Mwaniki
C.O. L Mbigi
P O Box 162
Strathavon, 2031
Republic of South Africa

Dear Mr Mwaniki

**Cheque payment declined insufficient funds**

Please find enclosed the cheque for your initial deposit, unfortunately it has been returned to us stating there are insufficient funds.

May I suggest you contact the payee of the cheque and request they send the funds via telegraphic transfer direct to your account? Please find routing details enclosed.

With kind regards

Yours sincerely

Gillian Cole
Client Relationship Officer

Direct line 643670
e-mail: g.cole@sboff.com

enc

*Dear Puf Mbigi. 22/04/2002.*
*Greetings and trust that you*
*are fine. It was nice to talk to*
*you recently upon your return from*
*the USA. The cheque unfortunately*
*could not be credited as per attached*
*letter.*
*Could you deposit 10,000 as I am*
*being charged for inadequate*
*deposit.*
*Thank you and wish you well in*
*your next trip.*
*Mobile cell → My cell No. here is 072-119-3626*
*Regards John Mwaniki*

Standard Bank Offshore has offices in Jersey, Isle of Man inc Mauritius
Standard Bank Isle of Man Limited is registered with the Isle of Man Financial Supervision Commission for banking business



Excerpt from J Mbigi Disclosure file

Item 34

## MONEYS RECEIVED

| August | $14 000.00 | |
|--------|-----------|---|
| September | $6 000.00 | |
| October | $10 490.00 | |
| November | $ 15 000.00 | Jaguar Credit |
| | $ 1 000.00 | Card |
| | $ 6 000.00 | Card |
| | $ 5 000.00 | Card |
| | $ 16 000.00 | Card |
| **Total** | **= $ 73, 490.00** | |

| Total expenses | = | **$ 90,199.47** |

Joyce Mbigi

## Month Ending November 31, 2001

### Expense

| Check # | | $ |
|---|---|---|
| 119 | Aqua Clean | 155.00 |
| 120 | Carpenter Security | 49.52 |
| 121 | Jaguar Credit | 990.00 |
| 122 | Jaguar Credit | 1031.88 |
| 123 | Joyce Mbigi (Tutor, Mr Tocoretto) | 200.00 |
| 124 | World Savings (Mortguage) | 3117.49 |
| 125 | Foundation Health (plus late chrges) | 1082.00 |
| 126 | Costco (food) | 446.69 |
| 127 | Joyce Mbigi(Cash) | 300.00 |
| 128 | Rose Zorro (Cleaning Service) | 475.00 |
| 129 | Chapel of St. Andrews | 30.00 |
| 130 | World Savings | 2978.85 |
| 131 | St. Andrews (Bongani's Fees) | 1900.00 |
| 132 | American Heritage (Tinashe's Fees) | 1800.00 |
| 134 | Balfour (Grad. Ring for Tinashe) | 131.65 |
| 133 | St. Andrews (Gift Wrap) | 36.00 |
| 135 | Jaguar Credit | 990.00 |
| 136 | Foundation Health (plus late chrges) | 541.00 |
| 138 | Clerk of Court | 30.00 |
| 139 | Sherrif Dept. | 20.00 |
| | L. Mbigi | 1035.00 |
| | Account Closed | |
| | F.P.L. | 550.94 |
| | Card purchase Ticket to RI for mum | 765.00 |
| | Ticket to RI for Faral for thanks giving | 860.00 |
| | Return ticket for for Xmas and back | 204.50 |
| | Mum's expences at RI + car rental | 1500.00 |
| Total | | 19720.52 |

*Money Deposited*

Joyce Mbigi

## Month Ending October 31, 2001

### Expenses

| Check # | | $ |
|---|---|---|
| Automatic Dbts. | MetLife StateStreet | 1000.00 |
| | Travellers | 1000.00 |
| | Overdraft Charges | 150.00 |
| | N. S. Funds Fees | 420.00 |
| | Maintenance | 12.00 |
| 1551 | Home & Garden | 25.00 |
| 1552 | Smilling Lawn | 220.00 |
| 1555 | Jaguar Credit | 990.00 |
| 1559 | Southern Security | 100.00 |
| 1560 | Southern Security | 100.00 |
| 1561 | Southern Security | 100.00 |
| 1562 | Dish Network | 86.88 |
| 1563 | Jaguar Credit | 1081.88 |
| 1564 | Void | |
| 1565 | St. Andrews | 501.56 |
| 1566 | Liberty Mutual ( Car Insurance) | 750.00 |
| 1567 | Bell South | 345.07 |
| 1568 | Smilling Lawn | 400.00 |
| 1570 | Dish Network | 98.58 |
| 1771 | Home & Garden | 49.00 |
| 1572 | American Heritage | 15.00 |
| World Savings: | | |
| 92 | Joyce (Cash/Mr. Tocorello, Tutor) | 100.00 |
| 91 | Food Purchase | 75.00 |
| 95 | Mike Juru Photos (Bongani's Sc. Photos) | 19.00 |
| 97 | Mrs. Maihura (Refund for lost sent parcel) | 150.00 |
| 98 | ...Daughters of the King (St. Andrews) | 40.00 |
| 99 | Joyce (Cash forTutoring) | 100.00 |
| 100 | St. Andrews | 12.71 |
| 101 | Home & Garden | 74.00 |
| 102 | Joyce (Cash forTutoring) | 100.00 |
| 103 | St. Andrews School | 264.34 |
| 104 | Grand Oaks Residense Association | 1060.00 |
| 105 | MetLife | 600.00 |
| 106 | MetLife | 400.00 |
| 107 | American Heritage (Lunches) | 325.00 |
| 108 | Chapel of St. Andrews | 15.00 |
| 109 | AT&T Wireless | 916.56 |
| 110 | Merill Lynch | 470.00 |
| | St. Andrews School (Compulsary Fund raising) | 200.00 |
| | Mayors (includes late chrges) | 603.76 |
| | Bloomingdales | 100.00 |
| | Joyce Mbigi (Deposit into Wachovia a/c) | 6000.00 |
| | Farai Mbigi | 500.00 |
| | Joe Rio (Tutor) | 45.00 |
| | F.P.L. | 579.48 |
| bank Drafts | Bryant College bal for symester | 5000.00 |
| | St Andrews School fees for Sept and Oct | 2000.00 |
| | American Heritage fees for Sept and Oct | 2000.00 |
| Total | | 29194.82 |

Joyce Mbigi

## Month Ending September 30, 2001

### Expenses

| Check # | | $ |
|---|---|---|
| | World Savings (Automatic Debit) | 2978.85 |
| | MetLife Insurance (400+600) | 1000.00 |
| 1525 | Jaguar Credit (2000 Jag) | 1031.88 |
| 1526 | Bell South | 156.80 |
| 1527 | City of Boca | 277.37 |
| 1528 | Jo Rio | 90.00 |
| 1533 | Aqua Clean (Tinashe's Tutor) | 96.00 |
| 1534 | Dish Network | 88.88 |
| 1535 | Tax Collector (Car Reg.) | 65.20 |
| 1536 | Broken Sound Club | 2875.50 |
| 1537 | St. Andrews Scholl | 81.56 |
| 1538 | Home & Garden | 74.00 |
| 1539 | City of Boca | 121.27 |
| 1541 | Farai Mbigi | 500.00 |
| 1542 | Robin Hanna(Car Phone Installer) | 125.00 |
| 1543 | Rose Zarro | 470.00 |
| 1544 | American Heritage (Launch) | 65.00 |
| Auto Dbt. | World Savings | 2978.85 |
| | Foundation Health | 521.00 |
| | F.P.L (Aug. bounded) | 684.27 |
| | F.P.L | 789.14 |
| | AT&T International | 139.13 |
| | Card Purchases (gas e.t.c.) | 102.36 |
| | Souther Security | 300.00 |
| | Van Kampen | 1000.00 |
| | MetLife | 1000.00 |
| 1521 | Bryant College | 120.00 |
| 1531 | Smiling Lawn | 220.00 |
| **Total** | | 17950.06 |

Joyce Mbigi

## Month Ending August 31, 2001

### Expenses

| Check # | | $ |
|---|---|---|
| | Bryant College | 13 000.00 |
| 500 | Southern Secruity | 22.26 |
| 512 | Ms. Rose Zorro (Cleaning Services) | 420.00 |
| 513 | Jaguar Credit Car1 | 1085.96 |
| | Jaguar Credit Car2 | 1031.88 |
| | Key Club (Tinashe) | 15.00 |
| | World Savings Mortgage | 2978.85 |
| 515 | American Heritage (Txt books) | 863.00 |
| 516 | Joyce Mbigi (Farai College Cab) | 400.00 |
| 517 | Nelsons Funiture | 106.00 |
| 1512 | Dish Network | 86.88 |
| 1513 | Home & Garden | 25.00 |
| 1515 | St. Andrews School | 104.10 |
| 1518 | Farai Mbigi (Pocket Money) | 500.00 |
| 1519 | E.C.W. (Episcopal Church Women) | 12.00 |
| 1520 | American Heritage | 65.00 |
| 1522 | Farai Mbigi (College Txt bks) | 400.00 |
| 1524 | Joyce Mbigi (dpt-into Meril Lynch) | 1000.00 |
| | Card Purchases (gas e.t.c.) | 263.14 |
| | Petty Cash Drawings w/chk Card | 540.00 |
| | Over draft charges | 60.00 |
| | Car Repairs (new tyres) | 724.45 |
| | Office Depot (School stationary/office inks) | 391.14 |
| | Worl Savings (Mortgage) | 2978.85 |
| | Travellers | 1000.00 |
| | Van Kampen | 1000.00 |
| | MetLife Inv. | 1000.00 |
| | MetLife State Street | 1000.00 |
| | MetLife ins. (400+600) | 1000.00 |
| | Southern Security (100*3) | 300.00 |
| | Foundation Health | 521.00 |
| 1502 | Smiling Lawn | 220.00 |
| 1503 | Bloomingdales | 100.00 |
| 1504 | AT&T | 877.00 |
| 1505 | Mayors | 180.00 |
| 1507 | Aqua Pools (Automatic Debit) | 70.00 |
| 1508 | Bell South | 160.69 |
| 1509 | Key Edu. Resource | 950.00 |
| 1510 | American Heitage | 859.61 |
| 1511 | Carpenter Security | 22.26 |
| | Card purchase- Farai's ticket to RI | 575.00 |
| **Total** | | 23334.07 |

Item 35

*How may we help you?™*

**WORLD SAVINGS BANK, FSB**
**BOCA RATON-YAMATO #919**
**3005 YAMATO ROAD**
**BOCA RATON, FL 33434**
**FOR INFORMATION CALL**
**(561) 241-8066**

ACCOUNTS INSURED TO LEGAL
MAXIMUM BY THE FDIC

| | | |
|---|---|---|
| | 919 | PAGE 1 |
| LOVEMORE MBIGI | | ACCOUNT NUMBER 68-380997-4 |
| OR JOYCE MBIGI | | BEGINNING STATEMENT DATE 10-26-01 |
| 6367 NW 26TH TER | | ENDING STATEMENT DATE 11-25-01 |
| BOCA RATON FL 33496-2026 | | CHECKS ENCLOSED 23 |

## WORLD SAVINGS BANK UPDATE

FIND OUT HOW A CD CAN HELP A FAMILY MEMBER WITH THE DOWN PAYMENT ON A NEW HOME.
CALL US AT 1-800-FOR-MONEY OR VISIT WWW.WORLDSAVINGS.COM TODAY.

## HOUSEHOLD CHECKING ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 1,053.57 | 37,002.00 | 0.00 | 21,873.04 | 8.50 | 16,174.03 |

## SEQUENTIAL CHECK LISTING

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | 11-02 | 19.00 | 102 | 11-09 | 100.00 | 109 | 11-20 | 916.56 | 116 | 11-19 | 500.00 |
| 97* | 11-19 | 150.00 | 103 | 11-14 | 267.34 | 110 | 11-21 | 470.00 | 117 | 11-23 | 45.00 |
| 98 | 11-14 | 40.00 | 105* | 11-16 | 600.00 | 111 | 11-21 | 200.00 | 121* | 11-23 | 990.00 |
| 99 | 10-27 | 60.00 | 106 | 11-23 | 400.00 | 113* | 11-19 | 603.76 | 123* | 11-19 | 300.00 |
| 100 | 11-21 | 12.71 | 107 | 11-23 | 325.00 | 114 | 11-19 | 100.00 | 124 | 11-23 | 3,117.49 |
| 101 | 11-14 | 74.00 | 108 | 11-20 | 15.00 | 115 | 11-19 | 6,000.00 | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## HOUSEHOLD CHECKING ACCOUNT ACTIVITY

| DATE | AMOUNT | ITEM DESCRIPTION | BALANCE |
|---|---|---|---|
| 10 26 | | BEGINNING BALANCE | 1,053.57 |
| 10 27 | 60.00 | CHECK 99 | 993.57 |
| 11 02 | 19.00 | CHECK 95 | 974.57 |
| 11 07 | 6,000.00+ | DEPOSIT CASH | 6,974.57 |
| 11 07 | 5,987.70 | TRANSFER WITHDRAWAL | 986.87 |
| 11 09 | 16,000.00+ | DEPOSIT CASH | 16,986.87 |
| 11 09 | 100.00 | CHECK 102 | 16,886.87 |
| 11 14 | 40.00 | CHECK 98 | 16,846.87 |
| 11 14 | 74.00 | CHECK 101 | 16,772.87 |
| 11 14 | 267.34 | CHECK 103 | 16,505.53 |
| 11 15 | 579.48 | PREAUTHORIZED WITHDRAWAL ELEC PYMT FL POWER & LIGHT | 15,926.05 |
| 11 16 | 600.00 | CHECK 105 | 15,326.05 |
| 11 19 | 14,472.00+ | DEPOSIT CHECK | 29,798.05 |
| 11 19 | 100.00 | CHECK 114 | 29,698.05 |
| 11 19 | 150.00 | CHECK 97 | 29,548.05 |
| 11 19 | 300.00 | CHECK 123 | 29,248.05 |
| 11 19 | 500.00 | CHECK 116 | 28,748.05 |
| 11 19 | 603.76 | CHECK 113 | 28,144.29 |
| 11 19 | 6,000.00 | CHECK 115 | 22,144.29 |
| 20 | 15.00 | CHECK 108 | 22,129.29 |
| 20 | 916.56 | CHECK 109 | 21,212.73 |



*How may we help you?™*

WORLD SAVINGS BANK, FSB
BOCA RATON-YAMATO #919
3005 YAMATO ROAD
BOCA RATON, FL 33434
FOR INFORMATION CALL
(561) 241-8066

ACCOUNTS INSURED TO LEGAL
MAXIMUM BY THE FDIC

| | | |
|---|---|---|
| | 919 | PAGE                          2 |
| | | ACCOUNT NUMBER    68-380997-4 |
| LOVEMORE MBIGI | | BEGINNING STATEMENT DATE  10-26-01 |
| OR   JOYCE MBIGI | | ENDING STATEMENT DATE   11-25-01 |
| | | CHECKS ENCLOSED              23 |

## HOUSEHOLD CHECKING ACCOUNT ACTIVITY

| DATE | AMOUNT | ITEM DESCRIPTION | BALANCE |
|---|---|---|---|
| 11 21 | 12.71 | CHECK    100 | 21,200.02 |
| 11 21 | 200.00 | CHECK    111 | 21,000.02 |
| 11 21 | 470.00 | CHECK    110 | 20,530.02 |
| 11 23 | 530.00+ | DEPOSIT CHECK | 21,060.02 |
| 11 23 | 45.00 | CHECK    117 | 21,015.02 |
| 11 23 | 325.00 | CHECK    107 | 20,690.02 |
| 11 23 | 400.00 | CHECK    106 | 20,290.02 |
| 11 23 | 990.00 | CHECK    121 | 19,300.02 |
| 11 23 | 3,117.49 | CHECK    124 | 16,182.53 |
| 11 23 | 0.00 | NOTICE OF FUTURE DEBIT FOR | 16,182.53 |
| | | MORTG PMT  WORLD SAVINGS | |
| 24 | 3.00 | SERVICE CHARGE ** | 16,179.53 |
| 24 | 5.50 | EXCESS CHARGE | 16,174.03 |



njoy toll-free updates 24 hours a day, 7 days a week. Call 1-800-HOT RATE (1-800-468-7283) for World's
urrent interest rates. And, if you have a World ATM Card or ATM/Check Card, call 1-888-BANK-WORLD
-888-226-5967) for recent activity on your checking or savings accounts.

# WORLD SAVINGS

*How may we help you?™*

WORLD SAVINGS BANK, FSB
BOCA RATON-YAMATO  #919
3005 YAMATO ROAD
BOCA RATON, FL  33434
FOR INFORMATION CALL
(561) 241-8066

ACCOUNTS INSURED TO LEGAL
MAXIMUM BY THE FDIC

919

LOVEMORE MBIGI
OR  JOYCE MBIGI
6367 NW 26TH TER
BOCA RATON FL  33496-2026

PAGE                          1
ACCOUNT NUMBER        68-380997-4
BEGINNING STATEMENT DATE  11-26-01
ENDING STATEMENT DATE     12-25-01
CHECKS ENCLOSED              15

## WORLD SAVINGS BANK UPDATE

ASK US ABOUT A FREE SAFE DEPOSIT BOX TO PROTECT YOUR VALUABLES. IT'S SO EASY. SIMPLY MAINTAIN
A QUALIFYING BALANCE IN A WORLD CD, MONEY MARKET OR SAVINGS ACCOUNT AND YOU'LL RECEIVE A WHOLE
PACKAGE OF TERRIFIC FREE FINANCIAL SERVICES. STOP BY YOUR WORLD BRANCH TODAY.

## HOUSEHOLD CHECKING ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 16,174.03 | 6,010.00 | 0.00 | 20,097.38 | 5.00 | 2,081.65 |

## SEQUENTIAL CHECK LISTING

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | 12-10 | 1,060.00 | 125* | 11-28 | 1,082.00 | 129 | 12-04 | 30.00 | 134* | 12-24 | 131.65 |
| 119* | 11-29 | 155.00 | 126 | 11-27 | 446.69 | 130 | 12-03 | 2,978.85 | 137* | 12-24 | 5,200.00 |
| 120 | 12-03 | 49.52 | 127 | 11-29 | 200.00 | 131 | 12-14 | 1,900.00 | 138 | 12-24 | 30.00 |
| 122* | 11-26 | 1,031.88 | 128 | 12-03 | 472.00 | 132 | 12-11 | 1,800.00 | | | |

*INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## HOUSEHOLD CHECKING ACCOUNT ACTIVITY

| DATE | AMOUNT | ITEM DESCRIPTION | BALANCE |
|---|---|---|---|
| 11 26 | | BEGINNING BALANCE | 16,174.03 |
| 11 26 | 1,031.88 | CHECK  122 | 15,142.15 |
| 11 27 | 446.69 | CHECK  126 | 14,695.46 |
| 11 28 | 1,082.00 | CHECK  125 | 13,613.46 |
| 11 29 | 155.00 | CHECK  119 | 13,458.46 |
| 11 29 | 200.00 | CHECK  127 | 13,258.46 |
| 12 03 | 10.00+ | DEPOSIT CHECK | 13,268.46 |
| 12 03 | 49.52 | CHECK  120 | 13,218.94 |
| 12 03 | 472.00 | CHECK  128 | 12,746.94 |
| 12 03 | 2,978.85 | CHECK  130 | 9,768.09 |
| 12 04 | 30.00 | CHECK  129 | 9,738.09 |
| 12 04 | 2,978.85 | PREAUTHORIZED WITHDRAWAL MORTG PMT  WORLD SAVINGS | 6,759.24 |
| 12 05 | 550.94 | PREAUTHORIZED WITHDRAWAL ELEC PYMT  FL POWER & LIGHT | 6,208.30 |
| 12 10 | 1,060.00 | CHECK  104 | 5,148.30 |
| 12 11 | 1,800.00 | CHECK  132 | 3,348.30 |
| 12 14 | 1,900.00 | CHECK  131 | 1,448.30 |
| 12 17 | 6,000.00+ | DEPOSIT CASH | 7,448.30 |
| 12 24 | 30.00 | CHECK  138 | 7,418.30 |
| 12 24 | 131.65 | CHECK  134 | 7,286.65 |
| 12 24 | 5,200.00 | CHECK  137 | 2,086.65 |
| 12 24 | 2.00 | EXCESS CHARGE | 2,084.65 |
| 12 24 | 3.00 | SERVICE CHARGE ** | 2,081.65 |

by toll-free updates 24 hours a day, 7 days a week. Call 1-800-HOT RATE (1-800-468-7283) for World's
rent interest rates. And, if you have a World ATM Card or ATM/Check Card, call 1-888-BANK-WORLD
888-226-5967) for recent activity on your checking or savings accounts.



**WORLD SAVINGS**

*How may we help you?*℠

WORLD SAVINGS BANK, FSB
BOCA RATON-YAMATO  #919
3005 YAMATO ROAD
BOCA RATON, FL  33434
FOR INFORMATION CALL
(561) 241-8066

ACCOUNTS INSURED TO LEGAL
MAXIMUM BY THE FDIC

919

| | |
|---|---|
| LOVEMORE MBIGI | PAGE |
| OR  JOYCE MBIGI | ACCOUNT NUMBER 68-380997- |
| 6367 NW 26TH TER | BEGINNING STATEMENT DATE 12-26-0 |
| BOCA RATON FL  33496-2026 | ENDING STATEMENT DATE 01-25-0 |
| | CHECKS ENCLOSED |

## WORLD SAVINGS BANK UPDATE

NEW-LOG ON TO WWW.WORLDSAVINGS.COM TODAY BECAUSE NOW YOU CAN VIEW YOUR CHECKING ACCOUNT INFORMATION
ONLINE. ALL IT TAKES IS YOUR CHECKING ACCOUNT NUMBER AND YOUR OWN UNIQUE PASSCODE. YOU CAN GET THE
PASSCODE AT YOUR LOCAL BRANCH OR CALL US TOLL FREE AT 1-866-IN-PERSON (1-866-467-3776).

## HOUSEHOLD CHECKING ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS/ CREDITS | INTEREST PAID | CHECKS/ DEBITS | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|
| 2,081.65 | 0.00 | 0.00 | 2,078.65 | 3.00 | 0.0 |

## SEQUENTIAL CHECK LISTING

| UMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | 12-27 | 36.00 | 135* | 12-27 | 990.00 | 139* | 12-27 | 20.00 | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## HOUSEHOLD CHECKING ACCOUNT ACTIVITY

| DATE | AMOUNT | ITEM DESCRIPTION | BALANCE |
|---|---|---|---|
| 12 26 | | BEGINNING BALANCE | 2,081.6 |
| 12 27 | 20.00 | CHECK  139 | 2,061.6 |
| 12 27 | 36.00 | CHECK  133 | 2,025.6 |
| 12 27 | 990.00 | CHECK  135 | 1,035.6 |
| 12 28 | 3.00 | SERVICE CHARGE | 1,032.6 |
| 12 28 | 500.00 | TRANSFER WITHDRAWAL | 532.6 |
| 12 28 | 532.65 | WITHDRAWAL CASH | 0.00 |

Enjoy toll-free updates 24 hours a day, 7 days a week. Call 1-800-HOT RATE (1-800-468-7283) for World's
current interest rates. And, if you have a World ATM Card or ATM/Check Card, call 1-888-BANK-WORLD
(1-888-226-5967) for recent activity on your checking or savings accounts.



# **EXHIBIT 4**

# VILJOEN-FRENCH & CHESTER INC./ING. Reg. No. 90/07619/21

*ATTORNEYS, NOTARIES & CONVEYANCERS*
*PROKUREURS, NOTARISSE & AKTEVERMAKERS*

ST GILES STREET/STRAAT 10
RANDBURG
2194
P O BOX 2414
RANDBURG
2125
SOUTH AFRICA

YOURS/U: Ms Vivian Sanchez
OUR/ONS:  Mr A Garratt

TEL: (011) 789-4302
FAX: (011) 789-5315
DX : 12 RANDBURG
E-MAIL: andrew@lawvfc.co.za

DATE/DATUM: 14 August, 2002

**Ms Vivian Sanchez**
Office of the Clerk of the Court
US District Court
301 North Miami Avenue
Florida
33128
UNITED STATES OF AMERICA

**TELEFAX NO.: +1 305 523 5059**

Ma'am

## RESTITUTION ORDER IN FAVOUR OF LOVEMORE MBIGI

We are the attorneys representing Professor Lovemore Mbigi in South Africa.  We presently manage a number of matters on his instructions both in his personal capacity and that of director of his corporation, Rainmaker Management Consulting CC.

Our client has advised that he was the subject of fraud by Mr Henry McFliker and as a result of the effect that had on his cashflow, he has been unable to timeously service his debts in South Africa.  Due to this a number of his creditors and those of his corporation have threatened court action or have actually instituted court action against him.  We have successfully negotiated with a number of them for extended repayment terms in the light of his cash flow situation.  We continue with negotiations with two of them and hope that a settlement and repayment schedule will be agreed in the near future.  We enclose herewith copies of the following documentation related to the various creditors:

1.      Summons issued by Nedcor Bank Limited t/a American Express in the Magistrate's Court;
2.      Summons issued by Diner's Club SA (Pty) Limited in the Magistrate's Court;
3.      Summons issued by Mandla Sizwe Vulindlela Gantsho in the High Court;
4.      Summons issued by Standard Bank of SA Limited in the Magistrate's Court;
5.      Letter of demand from Master Tech Aviation CC;
6.      "Refer to Drawer" cheque drawn in favour of Mr J Mwaniki;
7.      Letter of demand from Nashua Mobile;
8.      Letter from Standard Bank with regard to overdraft excess;
9.      Letter from Standard Bank with regard to outstanding balance on Mastercard;
10.     Letter of demand from Ramsay Webber & Co. Attorneys;
11.     Letter of demand from Lesly Robinowitz Attorneys.

Director/Direkteur : Hendrik Cornelis Viljoen B.PROC
Associates/Assosiate : Fredrick Aubrey Chester E IURIS LLB; Cinzia Manuela Bocchiola B. PROC
Assisted by/Bygestaan deur : Renier Erhard Nel B.PROC

V.A.T. Reg. No. 4510107966

o: Ms Anet du Preez, Rainmaker Management Consulting C From: Andrew Garratt      08/14/02   16:58:28   Page 2 of 2   ID: 112
'iljoen-French & Chester Inc. Fax +27 11 789-5315

Had it not been for the provision of the restitution funds since March 2002, our client would not have been in a position to arrange the settlement of his various creditors. The funds are essential to his livelihood and in preventing his creditors from applying for his sequestration.

Professor Mbigi has expressed his sincerest gratitude to the United States Government for the restitution funds and we implore you to continue to make payment to him as these monies are essential to his financial survival.

Should you have any questions or need further clarification of any issues herein, please do not hesitate to contact our Andrew Garratt on the above numbers and / or e-mail address.

Yours faithfully
**VILJOEN-FRENCH & CHESTER INC.**

PER: A GARRATT
*Electronically signed by Andrew Garratt*

Issued by

| Clerk of the Court | Case No. | |
|---|---|---|
| | Date | |
| | | R20 Revenue Stamp |

Clerk of the Court
**PH 163 (B43)**

48553

**No. RM2    Summons Commencing Action (Ordinary)**

Sued out by
**BLAKES MAPHANGA INC**
**14 PLEIN STREET**
**JOHANNESBURG**
Fax : (011) 491-5628
Tel : (011) 491-5500
POSTAL ADDRESS :
P O Box 5315, JOHANNESBURG, 2000 (DX308)

**(SGD) D.W. ZELLER**

*Signature of Plaintiff or his Attorney*

**Ref: N0266/91/D ZELLER/ST**

---

In the Magistrate's Court for the District of JOHANNESBURG held at **JOHANNESBURG**
Between

**NEDCOR BANK LIMITED t/a AMERICAN EXPRESS**                    Plaintiff

and

**PROF LOVEMORE MBIGI**                    Defendant

To: **PROF LOVEMORE MBIGI**, an adult male with full legal capacity whose full and/or further particulars are to the Plaintiff unknown, residing at **281 NORTH ROAD, SANDOWN, SANDTON,** (Defendant's chosen domicilium citandi et executandi0.

You are hereby summoned that you do within   **5 (FIVE)**   days of the service of this summons deliver or cause to be delivered to the **CLERK OF THE AFORESAID COURT** and also the **PLAINTIFF OR HIS ATTORNEY** at the address specified herein, a notice in writing of your intention to defend this action and answer the claim of:

**NEDCOR BANK  LIMITED (REG NO: 51/00009/06))** trading as **AMERICAN EXPRESS**, a company with limited liability duly incorporated and registered in accordance with the company laws of the Republic of South Africa with principal place of business at G1 FORUM V, BRAAMPARK, 33 HOOFD STREET, BRAAMFONTEIN, JOHANNESBURG, the plaintiff herein, particulars whereof are endorsed hereunder:

**(1)Particulars**

Plaintiff's claim against Defendant is for payment of the sum/balance of **R138 254.20** for:

### SEE ANNEXURE : PARTICULARS OF CLAIM

Costs if the action is undefended, will be as follows:

| | Summons | Judgment |
|---|---|---|
| Attorney's charges | R231,00 | R 194,00 |
| Court fees | R 20,00 | R |
| Sheriff's fees | R | R |
| VAT | R | |
| Totals | R | R |

**AND TAKE NOTICE THAT -**

(a). in default of your paying the amount of the claim and costs within the said period or of your delivering a notice of intention to defend, you will be held to have admitted the said claim and the plaintiff may proceed therein and judgment may be given against you in your absence;

(b) if you pay the said claim and costs within the said period, judgment will not be given against you herein and you will save judgment charges. You will also save judgment charges if, within the said period, you lodge with the clerk of the aforesaid court a consent to judgment;

(c) if you admit the claim and wish to consent to judgment or wish to undertake to pay the claim in instalments or otherwise, you may approach the plaintiff or his attorney.

**NOTICE:**

(i)   Any person against whom a Court has, in a civil case, given any Judgment or made any Order, and who has not, within 10 days, satisfied in full such Judgment or Order may be called upon by Notice in terms of Section 65A(1) of the Act to appear on a specified date before the Court in chambers in order to enable the Court to enquire into the financial position of the Judgment Debtor and to make such Order as the Court may deem just and equitable.

(ii)  If the Court is satisfied that -

(aa)  the Judgment Debtor or, if the Judgment Debtor is a juristic person, a Director or Officer of the juristic person has knowledge of the abovementioned Notice and that he or she has failed to appear before the Court on the date and at the time specified in the Notice; or

(bb)  the Judgment Debtor, Director or Officer concerned, where the relevant proceedings were postponed in his or her presence to a date and time determined by the Court, has failed to appear before the Court on that date and at that time; or

(cc)  the Judgment Debtor, Director or Officer concerned has failed to remain in attendance at the relevant proceedings or at the proceedings so postponed;

the Court may, at the request of the Judgment Creditor or his or her Attorney, authorise the issue of a Warrant directing a Sheriff to arrest the said Judgment Debtor, Director or Officer and to bring him or her before a competent Court in order to enable that Court to conduct a financial enquiry. (Section 65A(6) of the Act)

(iii) Any person who -

(aa)  is called upon to appear before a Court under a Notice in terms of Section 65A(1) or Section 65A(8)(b) (where the Sheriff, in lieu of arresting a person, hands to that person a Notice to appear in Court) and who wilfully fails to appear before the Court and on the date and at the time specified in the Notice; or

(bb)  where the relevant proceedings were postponed in his or her presence to a date and time determined by the Court, wilfully fails to appear before the Court on that date and at that time; or

(cc)  wilfully fails to remain in attendance at the relevant proceedings or at the proceedings as so postponed, shall be guilty of an offence and liable on conviction to a fine or to imprisonment for a period not exceeding three months. (Section 65A(9) of the Act)

(iv)  On appearing before the Court on the date determined in the Notice in terms of Section 65A(1) or (8)(b) of the Act in pursuance of the arrest of the Judgment Debtor, Director or Officer concerned under a Warrant

referred to in Section 65A(6) of the Act or on any date to which the proceedings have been postponed, such Judgment Debtor, Director or Officer concerned shall be called upon to give evidence on his or her financial position or that of the juristic person and his or her or its ability to pay the Judgment Debt. (Section 65D of the Act)

(v) Any person against whom a Court has, in a civil case, given any Judgment or made any Order who has not satisfied in full such Judgment or Order and paid all costs for which he or she is liable in connection therewith shall, if he or she has changed his or her place of residence, business or employment, within 14 days from the date of every such change notify the Clerk of the Court who gave such Judgment or made such Order and the Judgment Creditor or his or her Attorney fully and correctly in writing of his or her new place of residence, business or employment, and by his or her failure to do so such Judgment Debtor shall be guilty of an offence and liable upon conviction to a fine or to imprisonment for a period not exceeding three months. (Section 109 of the Act)

---

**(2)    Consent to judgment:**

I admit that I am liable to the plaintiff as claimed in this summons (or in the amount of R                    and costs to date) and I consent to judgment accordingly.

Dated at                    this                    day of                    ,19

................................................................................

*Defendant*

---

**\*(3)    Notice of intention to defend:**

To the Clerk of the Court.
Kindly take notice that the defendant hereby notified his intention to defend this action.

Dated at

................................................................................

*Defendant/Defendant's Attorney*

Address

Postal address

(Give full address for acceptance of service of process or documents within eight kilometres from the Court-house and also the postal address.)

---

\*Note:  The original notice must be filed of record with the Clerk of the Court and a copy thereof served on the plaintiff or his attorney.

13/03 '02 FRI 08:49 FAX 011 787 7821    RAINMAKER MANAGEMENT CON    ⧄004

ANNEXURE "A"

## PARTICULARS OF CLAIM

1.      Plaintiff is **NEDCOR BANK LIMITED (REG NO: 51/00009/06)**, trading as **AMERICAN EXPRESS,** a company with limited liability duly incorporated and registered in accordance with the company laws of the Republic of South Africa with principal place of business at GI FORUM V, BRAAMPARK, 33 HOOFD STREET, BRAAMFONTEIN.

2.      The Defendant is **PROF LOVEMORE MBIGI,** an adult male with full legal capacity whose full and/or further particulars are to the Plaintiff unknown, and residing at **281 NORTH ROAD, SANDOWN, SANDTON (Which addres is Defendant's domicilium citandi et executandi).**

        (Defendant will hereinafter be referred to as the Card Holder)

3.      In terms of a written Agreement between the Plaintiff and the Defendant, the Plaintiff afforded credit card facilities to the Defendant in terms of a credit card scheme as defined in Section 1 of the Usury Act No.73 of 1968, at the Defendant's special instance and request, wherein the Plaintiff lent, advanced and disbursed monies to the Defendant.

4.      The following are inter alia expressed terms of the aforementioned agreement:-

4.1    The Defendant authorised the Plaintiff to pay for purchases made and cash advances obtained by the Defendant and undertook to pay the Plaintiff the amount of the facilities utilised.

4.2    Interest was payable by the Defendant to the Plaintiff on the amount owing at a rate entirely at the Plaintiff's discretion but not exceeding the maximum rate permissible at law; such interest to accrue until the debt was settled in full; the applicable maximum permissible rate being 22% per annum.

4.3    That upon breach of the Defendant's obligations the Defendant (Card Holder) would be liable for all expenses incurred by the Plaintiff in the process of recovery of the outstanding amount including all legal charges on the Attorney and Client scale; collection charges and tracing fees.

4.4    The Defendant has in terms of Section 45 of the Magistrate's Court Act No.32 of 1944 (as amended), consented in writing to the jurisdiction of the Magistrate's Court, irrespective of the amount being claimed.

4.5    The Defendant has elected the address appearing on the face of the Summons as his/her chosen domicilium citandi et executandi.

4.6    (A true copy of the relevant terms and condition of use is annexed hereto marked Annexure "B".)

5.      The Plaintiff duly performed in terms of the agreement mentioned
in Paragraph 3 above.

6.      The credit card remained the property of the Plaintiff and the Card
Holder was obliged to surrender the card on demand to the
Plaintiff or any person acting on behalf of the Plaintiff.

7.      The Defendant utilised the said credit card facilities and in
consequence became indebted to the Plaintiff in the sum mentioned
in prayer (1) below, together with interest mentioned in prayer (2)
below, which amounts were due and owing by the Defendant to the
Plaintiff on **2 MAY 2001.**

8.      Notwithstanding lawful demand the Defendant has failed, refused
and/or neglected to pay the Plaintiff the amount of the facilities
utilised.

9.      The whole cause of action arose within the Jurisdiction of the
above Honourable Court.

**W H E R E F O R E**   the Plaintiff prays for Judgment against the Defendant
for:

1.      Payment of the sum of **R135 254.20**;

2.      Interest on the said sum calculated at the rate of **22%** per annum from **2
MAY 2001** to date of payment in full;

3.      Delivery of the Credit Card issued by the Plaintiff to the Card Holder;

4.    Costs on the Attorney and Client scale, collection charges and tracing costs;

5.    Further and/or alternative relief.

DATED at **JOHANNESBURG** on this the **28th** day of **MAY 2001**.

**(Sgd) D.W. ZELLER**

**BLAKES MAPHANGA INC**
**Plaintiff's Attorneys**
**14 PLEIN STREET**
P O BOX 5315
JOHANNESBURG, 2000
Tel.: (011) 491-5500
Ref.: MR D ZELLER/st/N0266/91

Issued by
Clerk of the Court

ANNESBURG Case No.
Date 11 May 2001

R20.00 Revenue Stamp

## NO. RM2    SUMMONS COMMENCING ACTION (ORDINARY)

Sued out by

DINERS CLUB (SA) (PTY) LIMITED
35 Symons Road
Auckland Park 358-8400
P O BOX 590
AUCKLAND PARK
2006

ACA Krans Building(SGD) J BREYTENBACH
Signature for Plaintiff
D56
P/H 520        DOCEX:552
MR S VANIA    /W3613 570025 0
LD/SV/AM

IN THE MAGISTRATE'S COURT FOR THE DISTRICT OF JOHANNESBURG HELD AT JOHANNESBURG

Between:

| | | |
|---|---|---|
| DINERS CLUB (SA) (PTY) LIMITED | | Plaintiff |
| and | | |
| RAINMAKER MANAGEMENT CONSULTING | | 1st Defendant |
| MR L MBIGI | | 2nd Defendant |
| MRS J MBIGI | | 3rd Defendant |

You are hereby summoned that you do within FIVE(5) days of the service of this Summons deliver or caused to be delivered to the CLERK OF THE AFORESAID COURT and also the PLAINTIFF, at the address specified hereinabove, a notice in writing of your intention to defend this action and answer the claim of

DINERS CLUB (SA) (PTY) LIMITED, a company duly incorporated with limited liability and registered according to the Company Laws of the Republic of South Africa having its principal place of business at ACA KRANS BUILDING, 35 SYMONS ROAD, AUCKLAND PARK, 2092

the plaintiff herein, particulars whereof are endorsed hereunder

(1) **PARTICULARS**

Plaintiffs claim against defendant is for: SEE ANNEXURE ANNEXED HERETO

Wherefore plaintiff prays for judgment against the defendant in the said sum, with disbursements

Disbursements if the action is undefended will be as follows:

| | Summons | | Judgment | |
|---|---|---|---|---|
| | R | c | R | c |
| Attorneys charges............................................. | | | | |
| Court fees........................................................ | 20.00 | | | |
| Letter of demand............................................. | | | | |
| Notice to disclose partners............................... | | | | |
| Messenger fees................................................. | | | | |
| Messenger fees on re-issue.............................. | | | | |
| Totals.............................................................. | R | | R | |
| Total................................................................ | | | R | |

(see page 2)

Page 2

**AND TAKE NOTICE THAT: -**

(a) in default of your paying the amount of the claim and costs within the said period or of your delivering a notice of intention to defend you will be held to have admitted the said claim and the plaintiff may proceed therein and judgment may be given against you in your absence;

(b) if you pay the said claim and costs within the said period, judgment will not be given against you therein and you will save judgment charges. You will also save judgment charges if, within the said period, you lodge with the Clerk of the aforesaid Court consent to judgment;

(c) if you admit the claim and wish to consent to judgment or wish to undertake to pay the claim in installments or otherwise, you may approach the plaintiff or his/her/its attorneys.

**NOTICE:**

(i) Any person against whom a Court has, in a civil case, given judgment or made any order, who has not, within ten (10) days, satisfied in full such judgment or order may be called upon by notice in terms of section 65A(1) of the Act to appear on a specified date before the Court in chambers to enable the Court to inquire into the financial position of the judgment debtor and to make such order as the Court may deem just and equitable.

(ii) If the Court is satisfied that –

  (aa) the judgment debtor or, if the judgment debtor is a juristic person, a director or officer of the juristic person has knowledge of the abovementioned notice and that he or she has failed to appear before the Court on the date and at the time specified in the notice; or

  (bb) the judgment debtor, director or officer, where the proceedings were postponed in his or her presence to a date and time determined by the Court, has failed to appear before the Court on that date and at that time; or

  (cc) the judgment debtor, director or officer has failed to remain in attendance at the proceedings or at the proceedings so postponed, the Court may, at the request of the judgment creditor or his or her Attorney, authorize the issue of a Warrant directing a Sheriff to arrest the said judgment debtor, director or officer and to bring him or her before a competent Court to enable that Court to conduct a financial inquiry. [Section 65A(6) of the Act]

(iii) Any person who –

  (aa) is called upon to appear before a Court under a Notice in terms of Section 65A(1) or Section 65A(8)(b) of the Act (where the Sheriff, in lieu of arresting a person, hands to that person a Notice to Appear in Court) and who willfully fails to appear before the Court on the date and at the time specified in the notice; or

  (bb) where the proceedings were postponed in his or her presence to a date and time determined by the Court, willfully fails to appear before the Court on that date and at that time; or

  (cc) willfully fails to remain in attendance at the relevant proceedings or at the proceedings so postponed, shall be guilty of an offence and liable on conviction to a fine or to imprisonment for a period not exceeding three months [Section 65A(9) of the Act].

(iv) On appearing before the Court on the date determined in the Notice in terms of Section 65A(1) or (8)(b) of the Act in pursuance of the arrest of the judgment debtor, director or officer under a Warrant referred to in Section 65A(6) of the Act or on any date to which the proceedings have been postponed, such judgment debtor, director or officer shall be called upon to give evidence on his or her financial position or that of the juristic person and his or her or its ability to pay the judgment debt [Section 65D of the Act].

(v) Any person against whom a Court has, in a civil case, given any judgment or made any order who has not satisfied in full such judgment or order and paid all costs for which he or she is liable in connection therewith shall, if he or she has changed his or her place of residence, business or employment within 14 days from the date of every such change notify the Clerk of the Court who gave such judgment or made such order and the judgment creditor or his or her Attorney fully and correctly in writing of his or her new place of residence, business or employment, and by his or her failure to do such judgment debtor shall be guilty of an offence and liable upon conviction to a fine or to imprisonment for a period not exceeding three months. [Section 109 of the Act].

---

**[2]** **CONSENT TO JUDGMENT**

I admit that I am liable to the Plaintiff as claimed in the summons [or in the amount of R ____ and costs to date] and I consent to judgment accordingly.

Date at ____  on this the ____ day of ____

_____
Defendant

---

**[3]** **NOTICE OF INTENTION TO DEFEND**

Kindly take notice that the defendant hereby notifies his intention to defend the action.

Date at ____  on this the ____ day of ____

_____
Defendant/Defendant's Attorney(s)

Address

Postal address
(Give full address for acceptance of service of process or documents within eight kilometers of the Courthouse and also the postal address)

*Note: The original notice must be filed of record with the Clerk of the Court and a copy thereof served on the Plaintiff or his attorney.

ANNEXURE "C"

## PARTICULARS OF CLAIM:

1.  The plaintiff is DINERS CLUB (SA) (PTY) LIMITED, a company duly
    registered and incorporated with limited liability in accordance with the
    Company Laws of the Republic of South Africa and having its principal
    place of business at 35 SYMONS ROAD, AUCKLAND PARK,
    JOHANNESBURG.

2.  The First Defendant is RAINMAKER MANAGEMENT CONST
    a firm carrying on business at
    46 DENNIS RAOD ATHOLHURST, JOHANNESBURG.

3.  The Second Defendant is MR L MBIGI
    an adult male whose first names and occupation are to the Plaintiff
    unknown of
    C/O 46 DENNIS ROAD ATHOLHURST, JOHANNESBURG.

4.  The Third Defendant is MRS J MBIGI
    an adult female duly assisted here in by her husband as far as need be,
    whose first names and occupation are to the Plaintiff unknown,
    both residing at
    C/O 46 DENNIS ROAD ATHOLHURST, JOHANNESBURG.

5.  5.1  At all material times the First, Second and Third Defendants were
    the holders of a "Diners Club Card" (the card) and used same
    subject to the "Terms and Conditions Applying to the Issue and
    Acceptance of Diners Club Cards" (the conditions), which were
    recorded in the Contract referred to hereunder.

    5.2  The Contract between the parties and by virtue of which the First,
    Second and Third Defendants held and used the card, was
    concluded in writing arising from a written application submitted
    by the First, Second and Third Defendants to Plaintiff at
    Johannesburg and accepted by Plaintiff at Johannesburg as well
    as the issue of the card and renewal cards from time to time by
    the Plaintiff at Johannesburg at the express, alternatively implied
    requests of the First, Second and Third Defendants, accompanied
    by the conditions then prevailing and by the signature,
    acceptance and use by or on behalf of the First, Second and Third
    Defendants of the card's and/or renewal cards from time to time.

6.  6.1  From time to time during or about the period 2001 ,the
    First, Second and Third Defendants and/or their duly authorised

PAGE 2

## PAGE 2

agents made use of the card/s by presenting same, alternatively by presenting the card number/s, under their signature, to merchants and suppliers for the purchase of goods and/or services alternatively by the use of the card to withdraw cash money at automatic teller machines (A.T.M.'s).

6.2   In consequence thereof the Plaintiff at Johannesburg became liable to and disbursed and/or discharged to such merchants and suppliers the actual price of the goods and/or services, alternatively disbursed and/or discharged to financial institutions operating automatic teller machines nominated by the Plaintiff, the actual amount withdrawn by the Defendants from the said automatic teller machines.

7.   In terms of the Contract and the conditions recorded in the Contract, the First, Second and Third Defendants became liable to pay to the plaintiff -

7.1   all charges incurred by the use of the card, such charges to be payable to the Plaintiff at Johannesburg in full upon presentation of the Diners Club statements and

7.2   interest to the Plaintiff on overdue amounts at the maximum rates permitted in terms of the Usury Act as amended, alternatively as permitted by law; and

7.3   attorney and client costs in this action.

8.   The First, Second and Third Defendants have breached the conditions in that they failed to pay the sum of R36005.29 arising from the use of the card/s, notwithstanding the due presentation to the First, Second and Third Defendants of the Diners Club statements timeously and/or at all and are accordingly obliged to effect payment of that sum, plus interest thereon as recorded in the conditions and claimed hereunder.

9.   In terms of the Contract and the conditions, the Second and Third Defendants accepted joint and several liability as co-principal debtor with the First Defendant for the due payment of all charges incurred persuant thereto and agreed to be bound by the Contract and the conditions and the Second and Third Defendants are accordingly liable to the Plaintiff on the grounds and for the amounts recorded herein.

/PAGE 3

PAGE 3

10. The First, Second and Third Defendants have consented in writing in terms of the Contract and the conditions to the jurisdiction of the above Honourable Court.

11. The whole cause of action arose within the jurisdiction of the above Honourable Court.

ALTERNATIVE CLAIM AGAINST THE SECOND DEFENDANT :

12. The Second Defendant recorded and agreed in writing in terms of the Contract and the conditions that he had read the terms and conditions printed therein, understood same and assented thereto. In accordance with such terms, the Second Defendant -

   12.1 acknowledged liability for all debts incurred by the use of the card issued in his name;

   12.2 agreed to pay interest and costs as referred to in paragraph 7 above;

   12.3 agreed that all the terms and conditions recorded in the Contract and the conditions applied to him as cardholder.

13. The Second Defendant has breached the conditions in that he has failed to pay the sum of R35905.29 arising from the use of the card issued to him, notwithstanding due presentation of Diners Club Statements as referred to above.

14. In the premises the Second Defendant is, in the alternative, obliged to effect payment of the aforesaid sum of R35905.29 plus interest thereon and Attorney and client costs as claimed in the prayers hereunder, which are all due and payable.

15. The Plaintiff repeats paragraphs 10 and 11 above mutatis mutandis.

ALTERNATIVE CLAIM AGAINST THE THIRD DEFENDANT :

16. The Third Defendant recorded and agreed in writing in terms of the Contract and the conditions that he had read the terms and conditions printed therein, understood same and assented thereto. In accordance with such terms, the Third Defendant -

/PAGE 4

PAGE 4

16.1  acknowledged liability for all debts incurred by the use of the card issued in his name;

16.2  agreed to pay interest and costs as referred to in paragraph 7 above;

16.3  agreed that all the terms and conditions recorded in the Contract and the conditions applied to him as cardholder.

17.  The Third Defendant has breached the conditions in that he has failed to pay the sum of R36905.29 arising from the use of the card issued to to him, notwithstanding due presentation of Diners Club Statements as referred to above.

18.  In the premises the Third Defendant is, in the alternative, obliged to effect payment of the aforesaid sum of R35905.29 plus interest thereon and and Attorney and client costs as claimed in the prayers hereunder, which are all due and payable.

19.  The Plaintiff repeats paragraphs 10 and 11 above mutatis mutandis.

WHEREFORE the Plaintiff prays for Judgment against the First, Second and Third Defendants, jointly and severally, the one paying the other to be absolved, for:

(a)  payment of the sum of R36005.29

(b)  interest on the sum of R36005.29 calculated at the prescribed rate of 22.00 % per annum, alternatively at such other maximum rate permitted in terms of the Usury Act as amended hereafter from time to time, from 28 APRIL 2001 being the date when the said sum became due and payable, to date of payment;

(c)  costs of suit on the scale as between Attorney and client;

(d)  further and/or alternative relief.

ALTERNATIVELY, and in the event of the above Honourable Court not granting judgment against the Second and/or Third Defendants as prayed for above, then the Plaintiff prays for judgment as against -

RAINMAKER MANAGEMENT CON

⏷015

PAGE 5

The Second Defendant for:

(i)   payment of the sum of R35905.29

(ii)  interest on the sum of R35905.29 calculated at the prescribed rate of 22.00 % per annum, alternatively at such other maximum rate permitted in terms of the Usury Act as amended hereafter from time to time, from 28 APRIL 2001 being the date when the said sum became due and payable, to date of payment;

(iii) costs of suit on the scale as between Attorney and client;

(iv)  further and/or alternative relief.

The Third Defendant for:

(A)   payment of the sum of R35905.29

(B)   interest on the sum of R35905.29 calculated at the prescribed rate of 22.00 % per annum, alternatively at such other maximum rate permitted in terms of the Usury Act as amended hereafter from time to time, from 28 APRIL 2001 being the date when the said sum became due and payable, to date of payment;

(C)   costs of suit on the scale as between Attorney and client;

(D)   further and/or alternative relief.

/PAGE 6

02 (RI 09:04 FAX 011  787 7821          RAINMAKER MANAGEMENT CON                                    ☒010

PAGE 6

DATED at Johannesburg on this the 11 day of MAY 2001.

DINERS CLUB (SA) (PTY) LIMITED
ACA KRANS BUILDING
35 SYMONS ROAD
AUCKLAND PARK
TEL : 358-8400
REF : LD SV/AM
ACC : 36135700250

02 FRI 08:05 FAX 011  787 7821          RAINMAKER MANAGEMENT CON                    017

# DINERS CLUB
# CORPORATE CARD ACCOUNT
### APPLICATION FORM

3613578815S105

Incomplete forms will delay the issuing of the card. No tipper is permitted. Please sign all alterations and do not detach any part of this form. Thank you.

Return to: DINERS CLUB INTERNATIONAL, P.O. BOX 10727, JOHANNESBURG 2000

AF 36185 70025 0105 0113 - 0121

**Name of Company** RAINMAKER MANAGEMENT          **Diners Club Account No (if applicable)** 36

| | | |
|---|---|---|
| [1] Surname MBIGI | [12] Personal Bankers UNITED RHODINA |
| [2] First names LOVEMORE | [13] Branch EL NORAN |
| [3] Title: Mr, Mrs, Miss, etc MR    Language Preference ☑En ☐Afr | [14] Account No. 40LU51WU |
| [5] Residential address 15A MARION STREET | [15] Cost centre, subsidiary, etc STD RANDBURG |
| BANGION                 [6] Postal code | [16] Other Diners Club card held No. 36135B5R2D38P1Q |
| [7] Telephone (H) 782423   [8] ☑Owner ☐Tenant | I record I have read the terms and conditions printed on the reverse hereof, understood same and assert thereto. |
| [9] Date of birth 080153 | X Signature |
| [10] Identity No. 555K085H41W42 | R Mbigi |

| | | |
|---|---|---|
| [1] Surname DE RECK | [12] Personal Bankers UUIEB BANK |
| [2] First names NICOLETTE JANE | [13] Branch RANDBURG |
| [3] Title: Mr, Mrs, Miss, etc MRS    Language Preference ☑En ☐Afr | [14] Account No. 404095846B |
| [5] Residential address 11 WINDSOR MEWS | [15] Cost centre, subsidiary, etc STD RANDBURG |
| VISCOUNT PUG WINDSOR 2191   [6] Postal code | [16] Other Diners Club card held No. |
| [7] Telephone (H) 7892072   [8] ☑Owner ☐Tenant | I record I have read the terms and conditions printed on the reverse hereof, understood same and assert thereto. |
| [9] Date of birth 230672 | X Signature |
| [10] Identity No. 720250112061 | DeRenk |

| | | |
|---|---|---|
| [1] Surname MBIGI | [12] Personal Bankers UNITED |
| [2] First names JOYCE | [13] Branch RANDAN |
| [3] Title: Mr, Mrs, Miss, etc MRS    Language Preference ☑En ☐Afr | [14] Account No. 40L15K41WB |
| [5] Residential address 15A MARION STREET | [15] Cost centre, subsidiary, etc STD RANDBERG |
| BANGION                 [6] Postal code | [16] Other Diners Club card held No. 36 |
| [7] Telephone (H) 782423   [8] ☑Owner ☐Tenant | I record I have read the terms and conditions printed on the reverse hereof, understood same and assert thereto. |
| [9] Date of birth | X Signature |
| [10] Identity No. | AMbigi |

We, the company, duly represented by the signatories hereunder, hereby apply for the establishment of a Corporate Diners Club account subject to the terms and conditions printed overleaf with which we acknowledge ourselves to be fully acquainted and which we accept. We recognise that the grant of membership is solely in the discretion of Diners Club; in the event of this application being granted, we, the Company, duly represented as aforesaid and we, each of the

signatories hereunder, accept joint and several liability as co-principal debtors for the due payment of all charges incurred on any corporate account established pursuant to this application. We, each of the signatories hereunder, individually and personally warrant that we duly and are fully authorised to sign this application on behalf of the company and that the company is in consequence bound by our signatures thereto.

**For** _____
Company stamp or print Company name

**Date** 26/6/96

**Two signatures required**

**Authorised Signatory** NICOLETTE DE RECK
Print name

**Signature** DeRenk

**Authorised Signatory** LOVEMORE MBIGI
Print name

**Signature** R Mbigi

**Introduced by** L. ROBERTS   J.L.S.          **Card No:** 49

**For office use**

☐ Date: 3/7/96   Initials: _____     D ☐ Date: _____   Initials: _____

If you require further information telephone: Sales Department
Transvaal (Head Office) (011) 337-3244; Western Cape (021) 419-6800;
Natal (031) 23-6343; Eastern Cape (041) 56-4305
Central Region (051) 30 6222

p.p. Diners Club (S.A.) (Pty)

F. Taljaard          S. Martinelli

MKtg 01/93

RAINMAKER MANAGEMENT CON    ☒001

REPUBLIC OF SOUTH AFRICA
REVENUE

27.06.01    R 080.00

RAEB 523
REPUBLIEK VAN . .ID AFRIKA

IN THE HIGH COURT OF SOUTH AFRICA

(WITWATERSRAND LOCAL DIVISION)

CASE NO: 01 14150

In the matter between:

**MANDLA SIZWE VULINDLELA GANTSHO**                    **PLAINTIFF**

and

**LOVEMORE MBIGI**                                          **DEFENDANT**

---

SUMMONS – PROVISIONAL SENTENCE

---

**To the sheriff or his deputy:**

**INFORM LOVEMORE MBIGI** an adult male residing at **NO. 46 DENNIS ROAD ATHOLHURST, RANDBURG** and whose full and further particulars are to the Plaintiff unknown.

1. that he is hereby called upon immediately to pay to **MANDLA SIZWE VULINDLELA GANTSHO**, an adult male Charted Accountant, residing at Autumnfields, Fife Street Euccleugh, Sandton, the Plaintiff herein, immediately after service of this summons, an amount of **R111 926.23 (one hundred and eleven thousand nine hundred and twenty six rand twenty three cents)**

together with interest thereon at the rate of 15.5% per annum as from 31 October 2000 to date of payment Plaintiff's claim is in respect of two cheques drawn by the defendant in favour of the Plaintiff on the 30th August 2000 and 31st October 2000 for the sums of $ 7 936.00 (Rate of Exchange 6.75) and $ 7 939.99 (Rate of Exchange 7.35) respectively. Copies of such cheques are annexed hereto marked "A";

2.  that failing such payment, you are hereby called upon to appear before this court personally or by an Advocate at Johannesburg on the 24TH day of **JULY 2001** at **10h00** in the forenoon(or as soon thereafter as the matter can be heard) to admit or deny his liability for the said claim.

3.  that if he denies liability for the same, he shall not later than noon on the 20th day of **JULY 2001** file an affidavit with the registrar of this court, and serve a copy thereof on plaintiff's attorney, which affidavit shall set forth the grounds of his defence to the said claim, and in particular state whether he admits or denies his signature to the said cheques or whether he admits or denies the signature or authority of his agent.

**AND INFORM** the said defendant further that in the event of his not paying the amount and interest abovementioned to the plaintiff immediately and if he (the said defendant) further fails to file an affidavit as aforesaid, and to appear before this Court at the time above stated, provisional sentence may forthwith be granted against him with costs.

AND serve a copy of this summons and of the said cheques on the said defendant and then return this summons to the registrar with your return of what you have done thereon.

DATED at   JOHANNESBURG  this  **25**TH  day of  JUNE 2001 .

_____

Registrar of the Supreme Court

Plaintiff's Attorneys

ADRESS AT WHICH PROCESS TO BE SERVED

NUMBER: 46 DENNIS ROAD

ATHOLHURST       RANDBURG





Issued by

Case No.

Clerk of the Court

Date

R 2000 Revenue Stamp

No. RM2   Summons Commencing Action (Ordinary)

Issued by
RANDMCAMPOS ATTORNEYS
~ Avenue
Cralghall Park
Johannesburg
Tel: 325-5594
Fax: 325-6371
Docex 30, Rosebank
P.O. Box 556
Parklands 2121

Signature of Plaintiff or his Attorney
(Ref: Mr Campos / S 398 )

In the Magistrate's Court for the District of RANDBURG held at RANDBURG

Between: **THE STANDARD BANK OF SOUTH AFRICA LIMITED**                                Plaintiff

and        **LOVEMORE MBIGI**                                                          Defendant

To:        **LOVEMORE MBIGI**, an adult male whose full and further particulars are to the Plaintiff unknown
           of 46 Dennis Road, Atholhurst, Sandton.

You are hereby summoned that you do within         FIVE (5)       days of the service of this summons
deliver or cause to be delivered to the CLERK OF THE AFORESAID COURT and also the PLAINTIFF OR
HIS ATTORNEY, at the address specified herein, a notice in writing of your intention to defend this action and
answer the claim of:

**THE STANDARD BANK OF SOUTH AFRICA LIMITED** a company with limited liability, duly registered and
incorporated in accordance with the company laws of the Republic of South Africa, having it's principal place
of business at 5 Simmonds Street, Marshalltown, Johannesburg, carrying on business as a registered
commercial bank.

the plaintiff herein, particulars whereof are endorsed hereunder

**(1) Particulars**

Plaintiff's claim against Defendant is for the payment of the sum/balance of R 34 695-39       for:
Plaintiff, a banking institution as defined in Section1 (1) of Act 23 of 1965, claims from the Defendant payment
of the amount of R 34 695-39 being the debt balance due and owing by the Defendant, to the Plaintiff as at
18 February 2002, together with interest thereon at the rate of 14.5% per annum as from 25 January 2002, on
a banking cheque account, for monies loaned and advanced to, and/or disbursed on behalf of the Defendant,
together with Bank and other charges and interest at Plaintiff's ruling rate applicable to this particular account,
being 14.5% *per annum*, all the aforesaid at the Defendant's special instance and request and in accordance
with the Plaintiff's customary banking practise, due notice having been given to the Defendant of any interest
rate change, it being agreed that the Plaintiff was entitled to vary the interest rate from time to time. Despite
demand, the Defendant has refused and/or neglected to pay the aforesaid amount or any portion thereof to
the Plaintiff.  The entire cause of action arose within the area of jurisdiction of the above Honourable Court.

Wherefore Plaintiff prays for judgment against the Defendant in the sum of R 34 695-39, together with interest
thereon at 14.5% *per annum* from 25 January 2002 to date of payment, and costs.

| Costs if the action is undefended will be as follows: | Summons | | Judgement | |
|---|---|---|---|---|
| | R | c | R | c |
| Attorney's charges ............................................. | 263 | 58 | 221 | 16 |
| Court fees.......................................................... | 20 | 00 | | |
| Sheriff's fees..................................................... | | | | |
| Sheriff's fees on re-issue.................................... | | | | |
| Totals ................................................ | R | | R | |
| Total .................................................. | R | | R | |

## AND TAKE NOTICE THAT -

(a)  In default of your paying the amount of the claim and costs within the said period or of your delivering a notice of intention to defend you will be held to have admitted the said claim and the Plaintiff may proceed therein and Judgment may be given against you in your absence.

(b)  If you pay the said claim and costs within the said period judgment will not be given against you herein and you will save judgment charges. You will also save judgment charges if, within the said period, you lodge with the clerk of the aforesaid court a consent to judgment;

(c)  if you admit the claim and wish to consent to judgment or wish to undertake to pay the claim in instalments or otherwise, you may approach the Plaintiff or his attorney.

**TAKE NOTICE**

i)  Any person against whom a court has, in a civil case given any judgment or made any order, and who has not, within Ten (10) days satisfied in full such judgment or order may be called upon by notice in terms of Section 65A(1) of the Act to appear on a specified date before the court in chambers to enable the court to inquire into the financial position of the judgment debtor and to make such order as the court may deem just and equitable.

ii)  If the court is satisfied that -

a)  the Judgment debtor or, if the judgment debtor is a juristic person, a director or officer of the juristic person has knowledge of the abovementioned notice and that he or she has failed to appear before the court on the date and at the time specified in the notice; or

b)  the judgment debtor, director or officer, where the proceeding were postponed in his or her presence to a date and time determined by the court, has failed to appear before the court on that date and at that time; or

c)  the judgment debtor, director or officer has failed to remain in attendance at the proceedings or at the proceedings as postponed,

the court may, at the request of the judgment creditor or his or her attorney, authorize the issue of a warrant directing a sheriff to arrest the said judgment debtor, director or officer and bring him or her before a competent court to enable that court to conduct a financial inquiry (Section 65A(6) of the Act)

iii)  Any person who-

a)  is called upon to appear before a court under a notice in terms of section 65A(1) or 65A(8)(b) of the Act (where the sheriff in lieu of arresting a person, hands to that person a notice to appear in court ) and who wilfully fails to appear before the court on the date and at the time specified in the notice; or

b)  where the proceedings were postponed in his or her presence to a date and time determined by the court, wilfully fails to appear before the court on that date and that time ; or

c)  wilfully fails to remain in attendance at the relevant proceedings or at that proceed so postponed, shall be guilty of an offence and liable on conviction to a fine or to imprisonment for a period not exceeding three months (section 65A(9) of the Act)

iv)  On appearing before the court on the date determined in the notice in terms of section 65A(1) or 65A(8)(b) of the Act in pursuance of the arrest of the judgment debtor, director or officer under a warrant referred to in section 65A(6) of the Act or on any date to which the proceedings have been postponed, such judgment debtor, director or officer shall be called upon to give evidence on his or her financial position or that of the juristic person and his or her or its liability to pay the judgment debt. (Section 65D of the Act)

v)  Any person against whom a court has, in a civil case, given any judgment or made any order who has not satisfied in full such judgment or order and paid all costs for which he or she is liable in connection therewith shall, if he or she has changed his or her place of residence, business or employment, within 14 days from the date of every such change notify the clerk of the court who gave such judgment or made such order and the judgment creditor or his or her attorney fully and correctly in writing of his or her new place of residence, business or employment, and by his or her failure to do such judgment debtor shall be guilty of an offence and liable upon conviction to a fine or to imprisonment for a period not exceeding three months (Section 109 of the Act)

---

(2)    **CONSENT TO JUDGMENT**

I admit that I am liable to the Plaintiff as claimed in this summons (or in the amount of R          and costs to date) and I consent to judgment accordingly.

Dated at         on the         day of                    2002

_____
                                              **Defendant**

---

*(3)    **Notice of Intention to Defend :**

To the Clerk of the Court

Kindly take notice that the Defendant hereby notifies his intention to defend this action.

Dated at              on the              day of              2002

_____
                                          **DEFENDANT**

Address
Postal address

(Give full address for acceptance of service of process or documents within eight kilometers from the Court house and also the postal address.
NOTE : The original notice must be filed of record with the Clerk of the Court and a copy thereof served on the Plaintiff or his attorney.)

14/08/'02 WED 17:20 FAX 011  787 7821     RAINMAKER MANAGEMENT CON
FROM : MASTER_TECH          PHONE NO. : 011701 3845        Dec. 04 2001 09:33AM P1



# MASTER TECH AVIATION CC

Reg. Ck Soo1et/C735123
AMO 861

P.O Box 398 Lanseria 1748
Hangar 28, 29, 30 Lanseria Airport
Tel: +27 (011) 701-3818 / 3819 / 3824 / 3843
Fax: +27 (011) 701-3845
Email: corp.air.int@freemail.absa.co.za

20th September 2001

Mr. Professor Mbigi
P.O Box 321
STRATHOVEN
2031

**ATTENTION: PROFESSOR MBIGI**
**FAX NO. 786-1371**

**ZS-LWO**

Dear Sir,

Please note that the amount of R 51,833.12 is still outstanding on your account. If this account hasn't been settled within seven (7) days legal action will be taken.

Account details are as follows:
Account name: Corporate Air International
Absa Northgate
Branch code: 515-205
Account no: 4053094624

Regards

MARIETTE HENDRIKZ

M739.01

Members: J. Schamrel, D. Mitchell, M.Hendrikz, V.Scagrwww

NASHUA MOBILE
Reg No: 1904/004708/07

68 James Crescent Halfway House Midrand
PO Box 3543 Halfway House 1685 South Africa
Sales: 0860 531 531
Client Services: 0860 412 412
Tel: +27 11 207 8000
Fax: +27 11 207 8000
www.nashuamobile.com



2002-05-06
MR L MBIGI
P.O.BOX 162
STRATHAVON
2031

Dear SIR/MADAM

<u>OVERDUE ACCOUNT N-33056</u>
Our records show an overdue balance on your account in the amount of  R26,238.31  Please inform us of any problems, which may be causing the delay in the settlement of this account.  If you have already settled this account please contact and supply us with the relevant receipt number.  Our policy is to assist our clients as far as possible whilst maintaining a strict credit policy.

We wish furthermore to draw your attention to the breach of contract clause permitting us to:

Terminate this Agreement, suspend and disconnect the Terminal Equipment, taking possession of this equipment, retain all monies already paid by the customer, and claim;

    (a)    Settlement of all amounts due and payable as at such date of termination including the aggregate of the monthly access charges for the unexpired portion (if any)  of the initial period, and

    (b)    Alternatively liquidated damages plus R1.500-00 for early termination, as well as

    (c)    Payment of all legal costs on attorney – and – client scale.

To avoid the above and further escalation of costs, forward payment for the outstanding balance to our offices before 2002-05-15
Proof of payment can be faxed to (011) 805-4214.  Please quote your account number as reference.

Yours sincerely

Ronsley Jacobs
CREDIT CONTROL
(011) 207 – 8000 ext 8253

Nashua NexTel Communications (Pty) Ltd
G Pretorius (Chairman) JC Cruickshank BP Gallagher BP Herbert (Managing Director) BJ Hore
DJ Rawlinson CN Scoble J Kretzschmar RG Dreker(Alt.) I Hindle(Alt.) GJ Oosthuizen(Alt.) GH Rhodes(Alt.)



**Standard Bank**

Mcd2/3R

Card Division

Mr L Mbingi
P O BOX 162
STRATHAVON
2031

Standard Bank Centre
6 Simmonds Street
Johannesburg 2001

PO Box 61704
Marshalltown 2107
Fax (011) 636-5710
Telephone Switchboard
(011) 636-9118
e-mail: queries@za.eds.com
website: www.standardbank.co.za

Date
22 August 2001

Direct telephone number

In reply please quote our reference

Your reference

Dear Mr Mbingi

**Account Number:**    5221 2610 9151 0776
**Balance:**    R 10939-37

**THIS LETTER IS IMPORTANT!**
**IT CONTAINS IMPORTANT INFORMATION WITH REGARDS TO YOUR Gold Mastercard.**

It is with regret that we inform you of the following:

1.  Your credit facilities with regard to your Gold Mastercard have been revoked with immediate effect.
2.  You are required to cut your Gold Mastercard in two and return it to your nearest Standard Bank branch.
3.  Under NO CIRCUMSTANCES may you continue to use the card! It must also be noted that all merchants have been requested to retain your card should you attempt to use it.
4.  Failure to contact us within 14 days from the date hereof will result in us listing your name on the credit bureaux. Summons will be issued against you for the recovery of the full outstanding balance together with legal costs for which you will be held liable.
5.  Please note that should you be a Voyager member, all points that you have accumulated have been provisionally cancelled (in accordance with the terms and conditions of the Voyager programme).
6.  The points can only be re-instated provided you rectify the full balance on the account within a period of one year from dated of this letter.

We encourage you to respond hereto without any further delay, thus avoiding any further disputes.

Please phone us TODAY on (011) 498-4670. Alternatively our e-mail address is Cardcollections@mail.sbic.co.za.

Yours faithfully

Standard Bank Card Division, Collections Department

The Standard Bank of South Africa Limited    Reg. No. 1962/000738/06    Registered Bank

Directors: D E Cooper (Chairman), E A G Mackay (Joint Dep ty Chairman), S J Macozoma (Joint Deputy Chairman), J H Maree (Chief Executive), M J D Ruck (Executive Director)
R C Andersen, D D S Band, E Bradley, A E Evans, A Z Ʌ rn, II A Hawton, V E Hetser, R J Khoza, W S MacFarlane, S J M Mazibuko, H K Mehta, R P Menell, R A Plumbridge,
M Rapp (British), S S Rayner, A Romanis (British), C L Stals, C B Strauss, E P Theron

of South Africa

Eastern Gauteng Commercial Suite
Bedfordview

Prof. L Mbigi
Rainmaker Management Consultants

**Fax:** 091 561 988 149

9th Floor                          Private Bag 5
Bedford Centre                     Garden View 2047
Smith Road                         Fax (011) 615-6542
Bedfordview 2008                   Telephone Switchboard
                                   (011) 520-6300

| Date | Direct telephone number | In reply please quote our reference | Your reference |
|------|------------------------|-------------------------------------|----------------|
| 23 June 2000 | 620 6318 | CP De Beer/ids | |

Dear Lovemore

### OVERDRAFT EXCESS

Thank you for your fax dated 22 June 2000 advising us of your cashflow predicament.

Unfortunately the bank is not comfortable at the current level of your group borrowings. Your group balance is now R1 368 240 and we cannot be expected to pay any further cheques.

The additional security you wish to provide cannot be perfected until you return to South Africa. We would therefore suggest that you recall some of your foreign funds and reduce your balance accordingly.

I trust that this clarifies matters and look forward to hearing from you.

Yours sincerely

CLIVE DE BEER
RELATIONSHIP MANAGER



# Standard Bank
# Offshore

Ref: LDO/OPS

8 April 2002

Standard Bank Isle of Man Limited

Mr J Mwaniki
Co L Mbigi
PO Box 162
Strathavon 2031
Rep of South Africa

Standard Bank House    Telephone: 44 (0)1624 643643
One Circular Road    Facsimile: 44 (0)1624 643800
Douglas    SWIFT:    SBICIMDX
Isle of Man IM1 1SB    E-mail:    sbiom@sboff.com
   Website:    www.sboff.com

Dear Mr Mwaniki

## Re Your account no 43019635

## Unpaid cheque

Amount:-     USD 5000.00

Payee:-     Mr J Mwaniki

Drawn on:-    Dr Lovemore Mbigi + Joyce Mbigi

The above-mentioned cheque recently credited to your account has been returned by the bank on whom it was drawn with the answer:-

### INSUFFICIENT FUNDS

Please find the cheque attached. Please also be advised that a charge of USD 30.00 has been levied over your account.

Yours faithfully

Authorised Signatory
for & on behalf of
Standard Bank (IOM) Ltd

Standard Bank Offshore has offices in Jersey, Isle of Man and Mauritius
Standard Bank Isle of Man Limited is registered with the Isle of Man Financial Supervision Commission for banking business
Registered in the Isle of Man No. 4713 VAT Registration No. 0 30 1116 73
For your protection all communication by telephone is recorded

DR LOVEMORE MBIGI
JOYCE MBIGI
6387 NW 26TH TER
BOCA RATON, FL 33496

**CMA** Cash Management Account®

154

25-80/440

120224705 032903 40-48-52

PAY TO THE ORDER OF ___ M'e Standard Bank ___ | $ 5,000.00

ISLE OF MAN LIMITED
STANDARD BANK HOUSE
ONE CIRCULAR ROAD, DOUGLAS
ISLE OF MAN IM1 1SB

Fun of 5,000.00 ___

TO:
RETURNED UNPAID
INSUFFICIENT FUNDS

PRS
Merrill Lynch

BANK ONE. BANK ONE, COLUMBUS, NA
Columbus, Ohio 43271

⑈044000804⑈ 041152394293⑈ 0154 ⑈00000500000⑈

04-08-02 WED 17:21 FAX 011 787 7821 RAINMAKER MANAGEMENT CON... ☒007



# Standard Bank Offshore

**Standard Bank Isle of Man Limited**

Standard Bank House
One Circular Road
Douglas
Isle of Man IM1 1SB

Telephone: 44 (0)1624 643643
Facsimile: 44 (0)1624 643800
SWIFT: SBICIMDX
E-mail: sbiom@sboff.com
Website: www.sboff.com

31 January 2002

Mr J G Mwaniki
C.O. L Mbigi
P O Box 162
Strathavon, 2031
Republic of South Africa

Dear Mr Mwaniki

**Cheque payment declined insufficient funds**

Please find enclosed the cheque for your initial deposit, unfortunately it has been returned to us stating there are insufficient funds.

May I suggest you contact the payee of the cheque and request they send the funds via telegraphic transfer direct to your account? Please find routing details enclosed.

With kind regards

Yours sincerely

Gillian Cole
Client Relationship Officer

Direct line 643670
e-mail: g.cole@sboff.com

enc

*[Handwritten note:]*

Dea Puy Mbigi. 22/04/2002.
Greetings and trust that you
are fine. It was nice to talk to
you recently upon your return from
the USA. The cheque unfortunately
could not be credited as per attached
letter.
Could you deposit 10,000 As I am
being charged for inadequate
deposit.
Thank you and wish you well in
your next trip.
Mobile Cell → My tell No. here is 072-119-3626
Regards John Mwaniki

Standard Bank Offshore has offices in Jersey, Isle of Man and Mauritius
Standard Bank Isle of Man Limited is registered with the Isle of Man Financial Supervision Commission for banking business
Registered in the Isle of Man No. 4713 VAT Registration No. 000 1116 73

DR. LOVEMORE MBIGI
JOYCE MBIGI
8367 NW 28TH TER
BOCA RATON, FL 33496

CMA® Cash Management Account

153

25-80/440

DATE 9 14 01

PAY TO THE
ORDER OF _____ $ 240,000.00

Five Thousand and _____ DOLLARS

STANDARD BANK
ISLE OF MAN LIMITED
STANDARD BANK HOUSE
ONE CIRCULAR ROAD, DOUGLAS
ISLE OF MAN IM1 1SB

BANK ONE

MEMO

:044000804: 0411523942931 0153 00000500000

RETURNED UNPAID FOR
NON-SUFFICIENT FUNDS

# *RAMSAY, WEBBER & CO.*

**ATTORNEYS, NOTARIES & CONVEYANCERS**

TELEPHONE: (011) 778-0600
TELEFAX: (011) 778-0677 / 778-0681
CONVEYANCING TELEFAX: (011) 778-0683
DOCEX 123 JHB.
269 OXFORD ROAD
CNR. HARRIES ROAD
ILLOVO
JOHANNESBURG
SOUTH AFRICA
P.O. BOX 55232
NORTHLANDS, 2116
E-MAIL: bw@ramweb.co.za
DIRECT LINE: (011) 778-0610

The LWO Aircraft Partnership
229 Jan Smuts Avenue
PARKTOWN NORTH

Your Ref:

Our Ref:   Mr. Webber/gm/S826

BY HAND

22 June 2001

Dear Sirs,

re:   OUR CLIENT – STANDARD BANK OF S.A. LIMITED – STANNIC DIVISION / YOURSELVES:

We advise that we have been consulted by our client, the Standard Bank of S.A. Limited – Stannic Division, with whom you contracted for the financing of a Beechcraft Baron B55TC in terms of an instalment sale agreement dated 20 November, 1999.

In terms of such agreement you are in arrears with your obligations under the agreement in the sum of R49 490,05 as no instalments have been made since December, 2000.   The balance currently owing in respect of the agreement amounts to R896 486,88 which amount is now due and payable.

Should the amount of R896 486,88 not be paid within seven (7) days from the date of delivery hereof then, without prejudice to our client's other rights, our client shall institute proceedings against you for the recovery thereof without further notice and retain possession of the aircraft.

In the interim all our client's rights are reserved.

Yours faithfully,

RAMSAY, WEBBER & CO.

Partners: BRIAN WEBBER, IAN LINTON, RUSSELL BRUTON, RUSSELL LOFTUS, TONY NEWELL
Assisted by: BRETT LANDMAN, GAVIN SMITH, DEREK MILNE, JASON MEYER

MACKRELL
INTERNATIONAL      RAMSAY WEBBER & CO is a member of Mackrell International, an association of independent law firms with worldwide representation

**Stannic**

Standard Bank

RATE VARIATION
NOTICE

The Standard Bank of South Africa Limited    Registered Bank
☒ P.O. BOX 8296
JOHANNESBURG  2000
☎ (086) 0123032

THE MANAGING DIRECTOR
RAINMAKER MANAGEMENT
P O BOX 321
STRATHAVON
2031

GAUTENG COMM 16

| Account number Rekeningnommer | 23 222 859 | PAGE NO: 1 | Date Datum | 2002-03-19 |
|---|---|---|---|---|

| DEAL | GOODS DESCRIPTION | NEW PAYMENT PLAN | | BALANCE |
|---|---|---|---|---|
| 0005 | 1 X NEW MAZDA 323 160 I S HATCHB | FROM  2002-04-06 13 X    R1796,08 | OLD | R25059,93 |
| | | | NEW | R25184,21 |
| 0008 | EPSON IGA PROJECTO R | FROM  2002-04-06 13 X    R1643,81 | OLD | R22888,74 |
| | | | NEW | R23001,71 |

THE ABOVEMENTIONED DEALS WERE CHANGED IN ACCORDANCE
WITH THE RATE VARIATION CLAUSES OF YOUR AGREEMENTS.

PRIME LENDING R FROM: 14,000 TO 15,000

EFFECTIVE DATE: 2002-03-18

STANNIC MAY BE CONTACTED AT THE UNDERMENTIONED ADDRESS
REGARDING ANY QUERIES THAT YOU MAY HAVE:

2ND FLOOR
6 SIMMONDS STREET

APT 1320 1999/02

Case 0:00-cr-06181-PCH     Document 147     Entered on FLSD Docket 08/06/2002     Page 112 of 114

33

# Lesly Rabinowitz
## Attorney at Law

Prof. L. Mbigi
46 Dennis Road
Atholhurst
SANDTON
2194

98 WILLIAM ROAD
NORWOOD
2192
SUITE 77
PRIVATE BAG X6
NORWOOD, 2117
TEL : (011) 483 0090
FAX : (011) 483 0050
DOCEX 20
NORWOOD

**PER SEPARATE REGISTERED POST**

Our Ref. 100468               Your Ref. 239779300002
Date 10 July 2001

Dear Prof. L. Mbigi

| | | |
|---|---|---|
| STANNIC AGREEMENT NUMBER | : | 23 977 930 0002 |
| DATED | : | 21 February 1997 |
| GOODS | : | JAGUAR |
| MONTHLY PAYMENT | : | R9279.09 |
| CURRENT ARREARS | : | R28036.76 |
| ARREAR INTEREST | : | R272.43 |
| TOTAL AMOUNT NOW PAYABLE | : | R28309.19 |

1. We act on behalf of our client, The Standard Bank of South Africa Limited, Stannic Division.

2. In terms of Section 11 of the Credit Agreements Act 75 of 1980, we hereby formally notify you that your account is in arrears as indicated above.

3. Should you fail to pay the total amount now payable, to our client, within a period of 30 (thirty) days from the date of posting hereof, our client will have no alternative but to cancel the Agreement and claim return of the goods, in which event our client will also exercise all of their remaining rights in terms of the Agreement.

4. In addition to the above, should you fail to adhere to the contents hereof, your name will be forwarded to the relevant Credit Bureau for listing.

5. Should you wish to make arrangements for payment, kindly contact A Maree on telephone number 083 408 7121.

Yours faithfully
**Lesly Rabinowitz Attorney**

L. Rabinowitz
BA.LLB(Wits)

## SUMMARY OF CREDITORS / MONTHLY LIABILITIES

| NAME / DESCRIPTION | AMOUNT - CREDITOR | MONTHLY LIABILITY |
|---|---|---|
| ABN AMRO Bank | R3 000 000-00 | |
| Accounting Fees | R163 000-00 | |
| American Express Card | R135 254-20 Plus interest | |
| Diners Club | R36 005-29 Plus interest | |
| Gantsho: Mandla | R111 926-23 Plus interest | |
| Legal Fees | R90 000-00 | |
| Master Tech Aviation CC | R51 833-12 | |
| Mwaniki: John | R156 000-00 Plus interest | |
| Nashua Mobile | R26 238-31 | |
| Office Rent | R90 000-00 Six months arrears | R12 554-95 |
| Operating costs: Telephone, Electricity, etc. | K192 000-00 | R32 000-00 |
| Staff Performance Bonuses - arrears | R367 000-00 | |
| Staff Salary - arrears | R256 000-00 | R130 000-00 |
| Standard Bank | R1 368 240-00 | |
| Standard Bank Card | R10 939-37 | |
| Stannic 14 704 617 0001 BEECH Baron | R896 486-88 | |
| Stannic 23 222 859 0005 Mazda Midge | R25 184-21 | R1 861-38 |
| Stannic 23 222 859 0008 Data Projector | R23 001-71 | R1 650-69 |

## SUMMARY OF CREDITORS / MONTHLY LIABILITIES

| NAME / DESCRIPTION | AMOUNT - CREDITOR | MONTHLY LIABILITY |
|---|---|---|
| Starnic 23 97 930 0002 | R28 036-76 | - |
| Jaguar | | |
| USA Lawyers | R340 000-00 | - |