UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6181-CR-HUCK
Magistrate Judge William C. Turnoff

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY MCFLIKER,

    Defendant.

_____/

FILED by ____ D.C.
AUG 1 5 2002
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S D OF FLA. - MIAMI

## SCHEDULING NOTICE

PLEASE TAKE NOTICE that a Hearing on The Motion to Redirect Restitution Payments to Joyce Mbigi is set in this for Thursday August 29, 2002, at 3:30 p.m. before the Honorable Paul C. Huck, United States District Judge, in the Federal Justice Building, Tenth Floor, Courtroom 6, 99 NE 4th Street, Miami, Florida. Only counsel need appear.

DONE in Chambers, Miami, Florida, this 15th day of August, 2002

AUG 1 9 2002

Rec'd in MIA Dkt _____

Elvis Taveras
Courtroom Deputy to Judge Huck

cc:    Diana Fernandez, AUSA
       Charles Winder, Esq.
       Knovack Jones, Esq.
       Probation Department

