UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6181-CR-HUCK
Magistrate Judge William C. Turnoff

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY MCFLIKER,

    Defendant.

_____/

FILED by _____ D.C.
AUG 27 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## SCHEDULING NOTICE

PLEASE TAKE NOTICE that a Hearing on The Motion to Redirect Restitution Payments to Joyce Mbigi is reset for Thursday, SEPTEMBER 12, 2002, at 4:30 p.m. before the Honorable Paul C. Huck, United States District Judge, in the Federal Justice Building, Tenth Floor, Courtroom 6, 99 NE 4th Street, Miami, Florida. Only counsel need appear.

DONE in Chambers, Miami, Florida, this 27 day of August, 2002

Genevieve McGee
Relief Courtroom Deputy to Judge Huck

cc:    Diana Fernandez, AUSA
       Charles Winder, Esq.
       Knovack Jones, Esq.
       Probation Department