Stoyan Kovatchev  09/06/02
2633 Pierce str.#208
Hollywood Fl 33020
Phone:( 954) 924 9476
Fax: (954) 924 6139



To whom it may concern.

Dear Madam/Sir,

This is to inform you that the compensation of 2500 $ I received from the case 00-6181-Cr-Huck (United States v. Henry McFliker) is not sufficient. On june 18 1998 I applied for green card petition through mr. McFliker's company "American Visa Services". As mr. MacFliker advised me I regulary checked the situation of the case and I always received a confirmation that everything is going normal. Two years later I personally visited the the office of mr.McFliker and understood that he forget to proceed the case.
Because of negligence of mr.McFliker my loses of time are two years and more than 30 000 u.s. doll. The compensation received was 2500 doll. which is less than a 10% of my loses.
Recently I and my family were forced to apply for extention of our Visas which expired on may/20/2002. The fees for this visas are 1595 u.s. doll. Other expences are connected with the homested wich in our case is 1000 u.s. doll yearly. In case of green card holders the homested is only 150 doll.



This fee we are paying already for third consecutive year. Because of lack of green cards for two years we've lost a lot of possibilities for employment, study etc. Because of wrong advise of mr. McFliker I payied taxes for more than 12 000 doll.

Keeping in mind the information provided above I hope to receive your justice.

Thank you for considering my case: Stoyan Kovatchev