UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6181-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRY MCFLICKER

    Defendant.

FILED by ____ D.C.
SEP 12 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## AGREED ORDER ON MOTION TO REDIRECT RESTITUTION PAYMENTS TO JOYCE MBIGI

**THIS CAUSE** came on to be considered upon a Motion to Redirect Restitution payments to **JOYCE MBIGI**, and the Court having considered said Motion To Redirect Restitution Payments To **JOYCE MBIGI**,

**IT IS HEREBY ORDERD AND ADJUDGED that:**

1.    The Motion To Redirect Restitution Payments to Joyce Mbigi is hereby **GRANTED**.

2.    The U.S. District Court Clerk's Office - Financial Unit is directed to forward all payments that are currently being held and all future payments upon the immediate receipt of this Order to the Clerk Of Court - Court Registry - South County Courthouse, 200 West Atlantic Avenue, Delray Beach, Florida 33444, Reference Case No. 2001 DR 10933 (FZ), for further disbursement pursuant to the Order on Petitioner/Wife's Emergency Motion For Contempt And Other Relief, entered on August 1, 2002 by Judge James Carlisle, until further Order of Court.

**DONE AND ORDERED** at Miami-Dade County, Florida on this _____ day of _____, 2002.

_____
**U.S. DISTRICT COURT JUDGE**

**Copies furnished to:**
Diana L.W. Fernandez, Assistant U.S. Attorney
Knovack G. Jones, Esq.
Charles Wender, Esq.
Steve K. Hunter, Esq.

