UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6181-CR-HUCK
Magistrate Judge William C. Turnoff

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY MCFLIKER,

    Defendant.

_____/



FILED by D.C.
FEB 10 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PROBATION

THIS CAUSE is before this Court on Defendant's Unopposed Motion to Modify Conditions of Probation filed on February 5, 2003. Upon consideration and otherwise being fully advised, it is

ORDERED that the Motion To Modify The Conditions of Probation is GRANTED. The condition that the Defendant serve community service as part of his Probation is hereby removed. The Defendant is therefore relieved from having to complete the remainder hours of community service.

DONE AND ORDERED in Chambers, Miami, Florida, this 7 day of February, 2003.

                                                PAUL C. HUCK
                                              UNITED STATES DISTRICT JUDGE

CC:    Diana Fernandez, AUSA
        Mark Nurik, Esq.
        U.S. Probation

