IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

vs.

HENRY HARRY McFLIKER, et al.,

    Defendant.
_____/



## DEFENDANT MCFLIKER'S *UNOPPOSED* MOTION TO PERMIT TRAVEL

COMES NOW, the defendant, HENRY HARRY McFLIKER ("Mr. McFliker"), by and through his undersigned counsel, and respectfully requests permission to travel outside of the United States over the course of the next three years for business purposes, beginning with a business trip to Toronto, Canada, from August 27, 2003 through August 28, 2003, and in support thereof states as follows:

    1.    On November 29, 2001, this Court sentenced Mr. McFliker to a period of probation for a term of five (5) years with a special condition that he pay restitution in the total amount of $1,716,259.65 in accordance with a Stipulated Monthly Repayment Schedule. As the Court may recall from the sentencing, all parties agreed that it was imperative that Mr. McFliker be permitted to perform all the duties at his company necessary to make the significant required restitution in this matter. To date, Mr. McFliker has religiously adhered to the schedule of restitution payments; paying approximately $825,000 towards restitution.

    2.    To ensure that Mr. McFliker can continue to make his scheduled payments, he is in need of permission to travel outside of the United States for a series of business trips over the course of the next three years, beginning with a business trip to Toronto, Canada, from August



FTL:1076131:1

27, 2003 through August 28, 2003, followed by similar trips to Winnipeg, Canada; Vancouver, Canada; Shannon/Dublin, Ireland; Curacao; Tel-Aviv, Israel; Nassau, Bahamas; London, England; Rome, Italy; Turks & Caicos; Athens, Greece; Buenos Aires, Argentina; and Tokyo, Japan.

3. The business trips to the above-referenced destinations are essential to Mr. McFliker's business and ability to make his scheduled restitution payments inasmuch as he is the only person at the company with the acquired experience of inspecting and negotiating the purchase of inventories, as well as long standing personal contacts with the vendors.

4. From conversations with vendors, Mr. McFliker has learned that inventory packages will become available at the above-reference destinations over the next three years; however, since the actual availability of the inventory packages will become known on short notice, Mr. McFliker now requests permission for the above-referenced destinations as it might be impractical to petition the Court for approval each and every time the information becomes available.

5. The Assistant U.S. Attorney, Diane Fernandez, Esquire, and the Probation Officer, Terry Levix, have been contacted regarding this matter and they have indicated that they have no objection to this motion; however do not believe that they can permit such travel absent the Court's authorization.

6. Consequently, Mr. McFliker herein requests authorization to travel outside the United States for business purposes with the particulars of each individual trip to be verified and approved by the Office of Probation as the information becomes available.

7. Mr. McFliker has complied and continues to comply with all terms and conditions of his probation.

WHEREFORE, Defendant, HENRY HARRY McFLIKER, respectfully requests this Court enter an order authorizing his travel for business purposes to Toronto, Canada, from August 27, 2003 through August 28, 2003. Defendant further requests that this Court authorize him to travel outside of the United States over the next three years for business purposes to the destinations outlined above subject to notification and approval of the dates, itineraries and vendor information to the United States Office of Probation as the information becomes available.

Respectfully submitted,
RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
*Attorneys for Defendant*
200 E. Broward Boulevard, 15th Fl.
Fort Lauderdale, FL 33301
Ph. (954) 764-6600
Fax (954) 764-4996

By: _____
MARC S. NURIK
Florida Bar No. 272817
BRIAN T. JAMES
Florida Bar No. 431842

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by facsimile this 15th day of August, 2003 to: **Diane Fernandez**, Assistant United States Attorney, Office of the United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, FL 33394 and **Mr. Terry Levix**, United States Probation Officer, United States District Courthouse, 299 East Broward Boulevard, #409, Fort Lauderdale, FL 33301.

_____
BRIAN T. JAMES

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

vs.

HENRY HARRY McFLIKER, et al.,

　　Defendant.
_____/

## ORDER ON DEFENDANT MCFLIKER'S *UNOPPOSED* MOTION TO TRAVEL

**THIS CAUSE**, having come before the Court upon the Defendant's, HENRY HARRY McFLIKER, Unopposed Motion to Travel, and the Court being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion is GRANTED. Defendant may travel from Florida to Toronto, Canada, from August 27, 2003 through August 28, 2003.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant may travel over the next three years from Florida to the following destinations subject to notification and approval of dates, itineraries, and vendor information by the United States Office of Probation: Winnipeg, Canada; Vancouver, Canada; Shannon/Dublin, Ireland; Curacao; Tel-Aviv, Israel; Nassau, Bahamas; London, England; Rome, Italy; Turks & Caicos; Athens, Greece; Buenos Aires, Argentina; and Tokyo, Japan.

**DONE AND ORDERED** at Miami, Miami-Dade County, Florida this _____ day of August, 2003.

_____
HONORABLE PAUL C. HUCK
United States District Judge

cc: Marc S. Nurik, Esq.
AUSA Diane Fernandez
U.S. Probation Officer Terry Levix

5

FTL:1076131:1