IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

FILED by _____ D.C.
AUG 1 8 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

vs.

HENRY HARRY McFLIKER, et al.,

    Defendant.
_____/

### ORDER ON DEFENDANT MCFLIKER'S *UNOPPOSED* MOTION TO TRAVEL

**THIS CAUSE**, having come before the Court upon the Defendant's, HENRY HARRY McFLIKER, Unopposed Motion to Travel, and the Court being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion is GRANTED. Defendant may travel from Florida to Toronto, Canada, from August 27, 2003 through August 28, 2003.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant may travel over the next three years from Florida to the following destinations subject to notification and approval of dates, itineraries, and vendor information by the United States Office of Probation: Winnipeg, Canada; Vancouver, Canada; Shannon/Dublin, Ireland; Curacao; Tel-Aviv, Israel; Nassau, Bahamas; London, England; Rome, Italy; Turks & Caicos; Athens, Greece; Buenos Aires, Argentina; and Tokyo, Japan.

**DONE AND ORDERED** at Miami, Miami-Dade County, Florida this ___ day of August, 2003.

_____
HONORABLE PAUL C. HUCK
United States District Judge



FTL:1076131:1    4

cc: Marc S. Nurik, Esq.
AUSA Diane Fernandez
U.S. Probation Officer Terry Levix

FTL:1076131:1         5