IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

HENRY HARRY McFLIKER, et al.,

       Defendant.

_____/



## DEFENDANT MCFLIKER'S *UNOPPOSED* MOTION TO TERMINATE PROBATION

COMES NOW, Defendant, HENRY HARRY McFLIKER, by and through his undersigned counsel hereby moves this Honorable Court, without opposition from the Government, for an Order terminating probation and in support thereof states as follows:

1.     On November 29, 2001, this Court sentenced Defendant, Henry Harry McFliker, to a period of probation for a term of five (5) years with a special condition that he serve twelve (12) months of home confinement and imposed a condition of one thousand seven hundred and fifty (1,750) hours of community service over the period of probation. In addition, the Court ordered that the Defendant pay restitution in the total amount of $1,716,259.65 in accordance with a Stipulated Monthly Repayment Schedule. *A copy of the Amended Judgment is attached hereto as Composite Exhibit "A."*



2.    On February 5, 2003, on behalf of Mr. McFliker, undersigned counsel filed an Unopposed Motion to Modify Conditions of Probation which sought an Order from the Court to terminate the community service condition of his probation, and the same was granted by the Court on February 7, 2003. *A copy of the Unopposed Motion to Modify Conditions of Probation and the Order Granting same are attached hereto as Composite Exhibit "B".*

3.    To date, Mr. McFliker has completed all terms of his probation, including having paid the total restitution imposed of $1,716,259.65. *A copy of a chart of all payments made as well as a copy of all checks are attached hereto as Exhibits "C" and "D", respectively.*

4.    To date, Defendant has served over three years of the five year term of probation imposed with exemplary behavior.

5.    Defendant has maintained employment and has abided by all rules and conditions of his probation.

6.    The Defendant has submitted his required reports in a timely manner and has no infractions and has demonstrated rehabilitation. It is respectfully submitted that the continuation of Defendant's term of probation would only incur undue financial liability and undue burden upon the United States Probation Department's already overloaded case load. As such, Defendant requests that this Court terminate his sentence of probation.

7.    Assistant United States Attorney Brian McCormick has informed the undersigned that the United States Probation Office and the United States Attorney's Office do not oppose the termination of Mr. McFliker's probation sentence at this time.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that this Court enter an order terminating Mr. McFliker's probation sentence and to grant such other relief as deemed just and appropriate.

Respectfully submitted,

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
*Attorneys for Defendant*
200 E. Broward Boulevard, 15th Fl.
Fort Lauderdale, FL  33301
Tel.: (954) 527-2432/Fax: (954) 333-4032

By:_____
    MARC S. NURIK
    Florida Bar No. 272817

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by facsimile this _____ day of February, 2005 to: **Brian McCormick**, Assistant United States Attorney, Office of the United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, FL 33394 and United States Probation Office, United States District Courthouse, 299 East Broward Boulevard, #409, Fort Lauderdale, FL 33301.

_____
MARC S. NURIK

USDC FLSD 245B (Rev 3/01) - Judgment in a Criminal Case

FILED by _____ Page 1 of 3 _____ D.C.

ct

FEB 15 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

UNITED STATES OF AMERICA

v.

HENRY HARRY MCFLIKER

AMENDED (payment schedule amended)
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**Case Number: 1:00-6181-CR-HUCK**

Counsel For Defendant: MARC NURIK, ESQ.
Counsel For The United States: DIANA FERNANDEZ, AUSA
Court Reporter: LARRY HERR

The defendant pleaded guilty to Count 1,2,3 OF THE SUPERSEDING INFORMATION.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 USC 1956 (h) | CONSPIRACY TO LAUNDER MONEY | 4/13/00 | 1 |
| 18 USC 371 | CONSPIRACY TO COMMIT PASSPORT AND VISA FRAUD | 4/13/00 | 2 |
| 18 USC 371 | CONSPIRACY TO TRANSPORT STOLEN GOODS | 4/13/00 | 3 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 10/8/45
Deft's U.S. Marshal No.: 55270-004

Defendant's Mailing Address:
5124 NW 57th Way
Coral Springs, Florida 33067

RECEIVED
FEB 19 2002

Date of Imposition of Sentence:
November 29, 2001

Certified to be a true and correct copy of the original.
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By_____
Date 2/15/02    Deputy Clerk

PAUL C. HUCK
United States District Judge

DATE OF AMENDMENT
February _____,2002

**Composite
Exhibit "A"**

2/15

DEFENDANT: HENRY HARRY MCFLIKER
CASE NUMBER: 1:00-6181-CR-HUCK

# PROBATION

The defendant is hereby sentenced to probation for a term of **FIVE (5) YEARS ON EACH COUNTS 1, 2, 3 TO RUN CONCURRENTLY. SPECIAL CONDITION THAT HE SERVE TWELVE (12) MONTHS OF HOME CONFINEMENT. THE DEFENDANT IS ALLOWED TO WORK TWELVE HOURS A DAY, SEVEN DAYS PER WEEK. THE DEFENDANT IS TO SERVE 1,750 HOURS OF COMMUNITY SERVICE OVER THE FIVE YEAR PERIOD.**

While on probation, the defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

**The defendant shall also comply with the additional conditions on the attached page.**

# STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;
2. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. the defendant shall support his or her dependents and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7. the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: HENRY HARRY MCFLIKER
CASE NUMBER: 1:00-6181-CR-HUCK

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional condition(s) of probation:

The defendant shall participate in the Home Detention Electric Monitoring program for a period of **TWELVE (12) MONTHS.** During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without call forwarding, call waiting, a modem, caller ID, or call back/call block services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. States Probation Officer.


The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer.

The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation, including but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and any other documents requested by the U.S. Probation Office.

USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case                                    Page 4 of 5

DEFENDANT: HENRY HARRY MCFLIKER
CASE NUMBER: 1:00-6181-CR-HUCK

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $300.00 | $ | $1,716,259.65 |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

**                  MONTHLY REPAYMENT SCHEDULE TO COMPLETE RESTITUTION

| 3JECT | RESTITUTION | MO. # 1 - | MOS. #2-28 | MO. #29 | MOS. #30-41 | MO. #42 |
|---|---|---|---|---|---|---|
| MAD | 41,000.00 | 113.48 | 966.96 | 971.60 | 1,074.40 | 914.20 |
| VARADO | 2,000.00 | 2,000.00 | | | | |
| ANGO | 47,800.00 | 132.28 | 1,127.16 | 1,132.57 | 1,252.40 | 1,073.03 |
| ZZICHELLI | 44,185.80 | 122.27 | 1,041.84 | 1,046.84 | 1,157.60 | 995.81 |
| ERETON | 43,400.00 | 120.11 | 1,023.48 | 1,028.39 | 1,137.20 | 971.14 |
| AROS | 30,300.00 | 83.87 | 714.60 | 718.03 | 794.00 | 675.90 |
| VILLIERS | 18,090.50 | 50.06 | 426.60 | 428.65 | 474.00 | 405.59 |
| AN | 39,400.00 | 109.04 | 929.16 | 933.62 | 1,032.40 | 881.22 |
| ALD | 115,827.16 * | 4,000.00 | 4,000.00 | 3,827.16 | | |
| R | 6,181.00 | 6,181.00 | | | | |
| ATMAN | 22,900.00 | 63.37 | 540.00 | 542.59 | 600.00 | 514.04 |
| UETA | 31,960.96 | 88.43 | 753.48 | 757.10 | 837.20 | 725.07 |
| , Ghia. | 40,880.00 | 113.14 | 964.08 | 968.71 | 1,071.20 | 913.59 |
| JO, Shoh. | 4,400.00 | 4,400.00 | | | | |
| AN | 5,200.00 | 5,200.00 | | | | |
| VATCHEV | 2,500.00 | 2,500.00 | | | | |
| IGHTON | 26,848.02 | 74.27 | 632.88 | 635.92 | 703.20 | 611.67 |
| BERTADOR | 91,478.50 | 253.16 | 2,157.12 | 2,167.47 | 2,396.80 | 2,054.03 |
| U, Cath. | 47,850.00 | 132.41 | 1,128.24 | 1,133.65 | 1,253.60 | 1,078.26 |
| U, Claud. | 48,950.00 | 135.45 | 1,154.16 | 1,159.70 | 1,282.40 | 1,103.73 |
| AHBOOB | 45,215.91 | 125.14 | 1,066.32 | 1,071.44 | 1,184.80 | 1,011.09 |
| BIGI | 615,683.58 | 1,704.13 | 14,518.44 | 14,588.29 | 16,131.60 | 13,814.08 |
| ETO | 59,000.00 | 163.29 | 1,391.40 | 1,398.08 | 1,546.00 | 1,318.83 |
| TO | 16,221.41 | 44.87 | 382.32 | 384.15 | 424.80 | 372.15 |
| RIQ | 18,450.00 | 51.08 | 435.24 | 437.33 | 483.60 | 406.91 |
| DRIGUEZ | 33,286.00 * | 92.10 | 784.80 | 788.56 | 872.00 | 751.74 |
| PLI | 11,494.00 | 11,494.00 | | | | |
| D. MERWE | 107,106.81 * | 296.26 | 2,525.76 | 2,537.88 | 2,806.40 | 2,400.35 |
| N MAANEN | 56,650.00 * | 156.79 | 1,335.96 | 1,342.27 | 1,484.40 | 1,267.22 |
| TOTAL | 1,674,259.65 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 34,259.65 |

ULL RESTITUTION DEPENDENT UPON RETURN OF REMAINING AIRCRAFT PARTS

DEFENDANT: HENRY HARRY MCFLIKER
CASE NUMBER: 1:00-6181-CR-HUCK

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

      A. Lump sum payment of **$300.00** for the Special assessment is due immediately.
      In addition, the full restitution amount of **$1,716,259.65** is due immediately, but the parties are given
**\*\***   permission to **follow the stipulated monthly repayment schedule listed in page 4.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**The assessment/fine/restitution is payable to the U.S. COURTS and is to be addressed to:**

      **U.S. CLERK'S OFFICE**
      **ATTN: FINANCIAL SECTION**
      **301 N. MIAMI AVENUE, ROOM 150**
      **MIAMI, FLORIDA 33128**

**The assessment/fine/restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

CASE NO. 00-6181-CR-HUCK/BROWN

2003 FEB -5 PM 3: 56

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

vs.

HENRY HARRY McFLIKER, et al.,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION
## TO MODIFY CONDITIONS OF PROBATION

COMES NOW, HENRY HARRY McFLIKER, by and through his undersigned counsel hereby moves this Honorable Court, without opposition from the Government, for an Order modifying conditions of his probation by terminating the community service condition and in support thereof states as follows:

1.    On November 29, 2001, this Court sentenced Defendant, Henry Harry McFliker, to a period of probation for a term of five (5) years with a special condition that he serve twelve (12) months of home confinement and imposed a condition of one thousand seven hundred and fifty (1,750) hours of community service over the period of probation. In addition, the Court ordered that the Defendant pay restitution in the total amount of $1,716,259.65 in accordance with a Stipulated Monthly Repayment Schedule. *A copy of the Amended Judgment is attached hereto as Composite Exhibit "A."*

2.    To date, Mr. McFliker has completed the home confinement portion of his sentence, has made each and every required monthly restitution payment, and according to his probation officer, Terry Levix, has completed approximately three hundred (300) hours of his community service, and complied with all of the terms and conditions of his probation without incident.

FTL:995100:1

**Composite
Exhibit "B"**

3.    Mr. McFliker suffers from coronary artery disease, i.e., heart disease, and on December 26, 2002 underwent cardiac catheterization and coronary angiography at Lenox Hill Hospital in New York.  The complex, difficult procedure included six stents being placed in Mr. McFliker's right coronary artery and multiple stents, along with balloon angioplasty, in his left circumflex.  As noted in the attached letters from Dr. Michael B. Collins, who performed the surgery, and Dr. Seth Baum, Mr. McFliker's cardiologist in Florida, it is highly recommended that Mr. McFliker indefinitely eliminate, or at the very least reduce, the physical, emotional, and psychological stress in his daily activities for his own "safety and well-being." *A copy of Dr. Collins' and Dr. Baum's letters are attached hereto as Composite Exhibit "B."*

4.    As the Court may recall from the sentencing, Mr. McFliker requested and obtained permission to work significantly longer hours than normally permitted under house arrest in order to perform the duties at his office necessary to make the significant required restitution in this matter.  To date, Mr. McFliker has religiously adhered to the schedule of restitution payments.  However, the lengthy workday and accompanying stress, combined with the additional hours required for community service, which Mr. McFliker has performed approximately three hundred (300) hours to date, has taken its toll on Mr. McFliker's health.   Mr. McFlicker's doctors adamantly oppose the physical and mental strain placed on Mr. McFlicker in performing the long hours necessary to satisfy the restitution and community service requirements, as it exposes him to a greater risk of further heart disease, including heart attacks.

5.    After consultation with Mr. McFliker's probation officer, Terry Levix, and Assistant United States Attorney, Diana Fernandez, it is respectfully requested that this Court terminate the community service portion of Mr. McFliker's sentence for health reasons so that he may continue to work and make restitution, without jeopardizing his health any further.  Both Mr. Levix and Assistant United States Attorney Fernandez have indicated that they do not oppose this request.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that this Court enter an order terminating Mr. McFliker's community service condition portion of the probation sentence and to grant such other relief as deem just and appropriate.

Respectfully submitted,

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
Attorneys for Defendant
200 E. Broward Boulevard, 15th Fl.
Fort Lauderdale, FL  33301
Ph. (954) 764-6600 Fax (954) 764-4996

By:
MARC S. NURIK
Florida Bar No. 272817

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail this _____ day of February, 2003:

Diane Fernandez, Esq.
Office of the United States Attorney
500 East Broward Boulevard
Fort Lauderdale, FL  33394

Mr. Terry Levix
United States Probation Officer
United States District Courthouse
299 East Broward Boulevard, #409
Fort Lauderdale, FL  33301

MARC S. NURIK

FTL:995100:1                                4

USDC FLSD 245B (Rev. 3/01)  Judgment in a Criminal Case

FILED by _____ Page 1 of 5 ___ D.C.

CT

FEB 15 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

UNITED STATES OF AMERICA

v.

HENRY HARRY MCFLIKER

AMENDED (payment schedule amended)
## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

### Case Number: 1:00-6181-CR-HUCK

Counsel For Defendant: MARC NURIK, ESQ.
Counsel For The United States: DIANA FERNANDEZ, AUSA
Court Reporter: LARRY HERR

The defendant pleaded guilty to Count 1,2,3 OF THE SUPERSEDING INFORMATION.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 USC 1956 (h) | CONSPIRACY TO LAUNDER MONEY | 4/13/00 | 1 |
| 18 USC 371 | CONSPIRACY TO COMMIT PASSPORT AND VISA FRAUD | 4/13/00 | 2 |
| 18 USC 371 | CONSPIRACY TO TRANSPORT STOLEN GOODS | 4/13/00 | 3 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 10/8/45
Def't's U.S. Marshal No.: 55270-004

Defendant's Mailing Address:
5124 NW 57th Way
Coral Springs, Florida 33067

Date of Imposition of Sentence:
November 29, 2001

certified to be a true and
correct copy of the original.
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida

_____
PAUL C. HUCK
United States District Judge

DATE OF AMENDMENT
February _____,2002

MIAMI OFFICE
FLORIDA
SOUTHERN DISTRICT OF
2002 FEB 15 PM 3: 34
UNITED STATES MARSHAL
RECEIVED

Composite
Exhibit "A"

USDC FLSD 245B (Rev 3/01) - Judgment in a Criminal C...                                                    Page 2 of 5

DEFENDANT: HENRY HARRY MCFLIKER
CASE NUMBER: 1:00-6181-CR-HUCK

# PROBATION

The defendant is hereby sentenced to probation for a term of **FIVE (5) YEARS ON EACH COUNTS 1, 2, 3 TO RUN CONCURRENTLY. SPECIAL CONDITION THAT HE SERVE TWELVE (12) MONTHS OF HOME CONFINEMENT. THE DEFENDANT IS ALLOWED TO WORK TWELVE HOURS A DAY, SEVEN DAYS PER WEEK. THE DEFENDANT IS TO SERVE 1,750 HOURS OF COMMUNITY SERVICE OVER THE FIVE YEAR PERIOD.**

While on probation, the defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

*The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).*

**The defendant shall also comply with the additional conditions on the attached page.**

## STANDARD CONDITIONS OF SUPERVISION

1.  the defendant shall not leave the judicial district without the permission of the court or probation officer;
2.  the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3.  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4.  the defendant shall support his or her dependents and meet other family responsibilities;
5.  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6.  the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7.  the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8.  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9.  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

USDC FLSD 245B (Rev 3-01) - Judgment in a Criminal Case    Page 3 of 5



DEFENDANT: HENRY HARRY MCFLIKER
CASE NUMBER: 1:00-6181-CR-HUCK

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional condition(s) of probation:

The defendant shall participate in the Home Detention Electric Monitoring program for a period of **TWELVE (12) MONTHS**. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without call forwarding, call waiting, a modem, caller ID, or call back/call block services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. States Probation Officer.


The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer.

The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation, including but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and any other documents requested by the U.S. Probation Office.

USDC FLSD 245B (Rev 3/01) - Judgment in a Crimin.                                                    Page 4 of 5

DEFENDANT: HENRY HARRY MCFLIKER
CASE NUMBER: 1:00-6181-CR-HUCK

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $300.00 | $ | $1,716,259.65 |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

### **   MONTHLY REPAYMENT SCHEDULE TO COMPLETE RESTITUTION

| SUBJECT | RESTITUTION | MO. #1 | MOS. #2-28 | MO. #29 | MOS. #30-41 | MO. #42 |
|---|---|---|---|---|---|---|
| AHMAD | 41,000.00 | 113.48 | 966.96 | 971.60 | 1,074.40 | 914.20 |
| ALVARADO | 2,000.00 | 2,000.00 | | | | |
| ARANGO | 47,800.00 | 132.28 | 1,127.16 | 1,132.57 | 1,252.40 | 1,073.03 |
| BAZZICHELLI | 44,185.80 | 122.27 | 1,041.84 | 1,046.84 | 1,157.60 | 995.81 |
| BRERETON | 43,400.00 | 120.11 | 1,023.48 | 1,028.39 | 1,137.20 | 971.14 |
| CLAROS | 30,300.00 | 83.87 | 714.60 | 718.03 | 794.00 | 675.90 |
| DEVILLIERS | 18,090.50 | 50.06 | 426.60 | 428.65 | 474.00 | 405.59 |
| DOAN | 39,400.00 | 109.04 | 929.16 | 933.62 | 1,032.40 | 881.22 |
| DUWALD | 115,827.16 * | 4,000.00 | 4,000.00 | 3,827.16 | | |
| DURAO | 6,181.00 | 6,181.00 | | | | |
| FLATMAN | 22,900.00 | 63.37 | 540.00 | 542.59 | 600.00 | 514.04 |
| GUAQUETA | 31,960.96 | 88.43 | 753.48 | 757.10 | 837.20 | 725.07 |
| JUNEJO, Ghla. | 40,880.00 | 113.14 | 964.08 | 968.71 | 1,071.20 | 913.59 |
| JUNEJO, Shoh. | 4,400.00 | 4,400.00 | | | | |
| KHAN | 5,200.00 | 5,200.00 | | | | |
| KOVATCHEV | 2,500.00 | 2,500.00 | | | | |
| LEIGHTON | 26,848.02 | 74.27 | 632.88 | 635.92 | 703.20 | 611.67 |
| LIBERTADOR | 91,478.50 | 253.16 | 2,157.12 | 2,167.47 | 2,396.80 | 2,054.03 |
| LUU, Cath. | 47,850.00 | 132.41 | 1,128.24 | 1,133.65 | 1,253.60 | 1,078.26 |
| LUU, Claud. | 48,950.00 | 135.45 | 1,154.16 | 1,159.70 | 1,282.40 | 1,103.73 |
| MAHBOOB | 45,215.91 | 125.14 | 1,066.32 | 1,071.44 | 1,184.80 | 1,011.09 |
| MBIGI | 615,683.58 | 1,704.13 | 14,518.44 | 14,588.29 | 16,131.60 | 13,814.08 |
| NIETO | 59,000.00 | 163.29 | 1,391.40 | 1,398.08 | 1,546.00 | 1,318.83 |
| OTTO | 16,221.41 | 44.87 | 382.32 | 384.15 | 424.80 | 372.15 |
| TARIQ | 18,450.00 | 51.08 | 435.24 | 437.33 | 483.60 | 406.91 |
| RODRIGUEZ | 33,286.00 * | 92.10 | 784.80 | 788.56 | 872.00 | 751.74 |
| SIPPLI | 11,494.00 | 11,494.00 | | | | |
| V. D. MERWE | 107,106.81 * | 296.26 | 2,525.76 | 2,537.88 | 2,806.40 | 2,400.35 |
| VAN MAANEN | 56,650.00 * | 156.79 | 1,335.96 | 1,342.27 | 1,484.40 | 1,267.22 |
| TOTAL | 1,674,259.65 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 34,259.65 |

' FULL RESTITUTION DEPENDENT UPON RETURN OF REMAINING AIRCRAFT PARTS



**Lenox Hill
Heart and Vascular
Institute
of New York**

Michael B. Collins, MD
*Associate Chief,*
*InterventionalCardiology*

January 13, 2003

Henry McFlicker
5124 North West 57th Way
Coral Spring, FL 33067

Dear Mr. McFlicker:

As you know, you underwent diagnostic cardiac catheterization and coronary angiography on 12.26.02 at Lenox Hill Hospital. That study revealed a 60% narrowing in the mid portion of a calcified LAD with a 30% narrowing at the ostium of the calcified circumflex artery. There was an 80% stenosis in the proximal segment of the circumflex with a 70% narrowing of the second obtuse marginal branch. The dominant right coronary artery was heavily calcified and contained a 99% stenosis in its proximal segment with an 80% narrowing in its mid portion. The distal right coronary artery was totally occluded with filling of the distal branches by collaterals from the left coronary artery. A left ventricular angiogram was not performed because the left ventricle was known to be normal from a prior study of 10.16.02 performed at Northridge Medical Center in Fort Lauderdale, Florida.

Percutaneous coronary intervention was performed with recanalization of the occluded distal right coronary artery. Subsequently, six stents were placed from the crux all the way back to the ostium. As I am sure you recall, this procedure was very time consuming and difficult. Ultimately an excellent angiographic result was obtained. There was a residual, lengthy 70% narrowing in the proximal segment of the lateral left ventricular branch of the right coronary artery. There was brisk antegrade flow through the lateral left ventricular branch as well as in the posterior descending branch. It was felt not to be prudent to attempt further intervention on the lateral left ventricular branch at that time.

You returned to the cath lab on 12.30.02. Right coronary angiography demonstrated patency of all stents with no change in the appearance of the distal branches. The circumflex artery was treated by percutaneous coronary intervention. Three stents were placed in the proximal, middle and distal segments of the circumflex and the first obtuse marginal branch was dilated by balloon angioplasty. An excellent angiographic result was obtained.

Lenox Hill Hospital
130 East 77th Street
New York, NY 10021
Tel: 212 434 2606
Fax:212 434 2610

**Composite
Exhibit "B"**



Henry McFlicker                                                                                2

Following these interventional procedures, it was decided to manage you medically.   You are left with significant residual disease in the mid portion of the LAD as well as in the lateral left ventricular branch of the right coronary artery.  You are returned to the care of Dr. Baum for further medical management.  Based on the residual disease in the LAD and RPLS, it is my opinion that stress either physical or emotional in origin would put you at significant risk for an ischemic event.  I strongly urge you to eliminate or curtail any such activities.   This is for your own safety and well-being.

If you have any questions regarding this, please don't hesitate to contact me.

Sincerely,

Michael B. Collins, MD

MBC/ck

- PAGE 2/2 * RCVD AT 1/13/2003 10:34:42 AM [Eastern Standard Time] * SVR:FILFAX06 * DNIS:4052 * CSID:0 * DURATION (mm-ss):01-08

Case 0:00-cv-06181-JdG31 Document 160 Entered on FLSD Docket 03/01/2005 Page 20 of 71

 *Integrative Heart Care*

SETH J. BAUM, M.D., F.A.C.C
Diplomate American Board of Clinical Cardiac Electrophysiology
Diplomate American Board of Cardiovascular Disease
Diplomate American Board of Internal Medicine

January 7, 2003

Mr. Henry McFlicker

Dear Mr. McFlicker:

This is just to reiterate our discussion regarding your quite extension procedures. As you know, you had complex angioplasty and stenting done on the right coronary artery and left circumflex coronary arteries last week. I discussed your procedure at great length with Dr. Michael Collins. This was one of the most difficult procedures he has ever done. He placed six stents in your right coronary artery and multiple stents in the left circumflex as well. You are still left with some disease in the posterolateral branch of the right and in the left anterior descending coronary artery as well.

I feel you should definitely lighten your workload indefinitely. Stress can certainly be a factor in the progression of coronary artery disease and you should do everything in your power to limit your risk factors for atherosclerotic heart disease.

If there is anything I can do further to help you, please do not hesitate to contact me.

Sincerely,

Seth J. Baum, MD. F.A.C.C.
SJB/al

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6181-CR-HUCK
Magistrate Judge William C. Turnoff

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

HENRY MCFLIKER,

  Defendant.

_____/



FILED by _____ D.C.

FEB 1 0 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PROBATION

THIS CAUSE is before this Court on Defendant's Unopposed Motion to Modify Conditions of Probation filed on February 5, 2003. Upon consideration and otherwise being fully advised, it is

ORDERED that the Motion To Modify The Conditions of Probation is GRANTED. The condition that the Defendant serve community service as part of his Probation is hereby removed. The Defendant is therefore relieved from having to complete the remainder hours of community service.

DONE AND ORDERED in Chambers, Miami, Florida, this 7 day of February, 2003.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC. Diana Fernandez, AUSA
  Mark Nurik, Esq.
  U.S. Probation



## RESTITUTION ORDERED

**$1,716,259.65**

| DATE | PAYMENTS MADE | COMMENTS |
|---|---|---|
| 11/27/01 | -$25,593.00 | IN TRUST FOR U.S. COURT-Ruden&McLosky Trust for U.S. Court |
| 11/28/01 | -$37,000.00 | CHECK #10183 -PAID TO Daniel Lacesa-as per approval of judge |
| 11/28/01 | -$5,000.00 | Money order -PAID TO Daniel Lacesa-as per approval of judge |
| 1/3/02 | -$40,000.00 | check 10293 drawn on CitiBank-Ruden&McLosky Trust for U.S. Court |
| 2/6/02 | -$40,000.00 | check 10467 drawn on CitiBank-Ruden&McLosky Trust for U.S. Court |
| 2/28/02 | -$40,000.00 | check 10603 drawin on CitiBank-Ruden&McLosky Trust for U.S. Court |
| 3/4/02 | -$40,000.00 | cashiers check# 074-656006961  CitiBank |
| 4/3/02 | -$40,000.00 | cashiers check# 074-656007351  CitiBank |
| 5/2/02 | -$40,000.00 | cashiers check# 074-656007452  CitiBank |
| 6/4/02 | -$40,000.00 | cashiers check# 074-656007539  CitiBank |
| 7/7/02 | -$40,000.00 | cashiers check# 074-656007615  CitiBank |
| 8/2/02 | -$40,000.00 | cashiers check# 074-656007721  CitiBank |
| 9/3/02 | -$40,000.00 | cashiers check# 074-656008025  CitiBank |
| 10/2/02 | -$40,000.00 | cashiers check# 074-656008024  CitiBank |
| 10/31/02 | -$40,000.00 | CitiBank Check # 12127 |

*Exhibit "C"*

| Date | Amount | Description |
|------|--------|-------------|
| 11/27/02 | -$40,000.00 | cashiers check# 2645141 -drawn on Bank Of America |
| 12/30/02 | -$40,000.00 | cashiers check# 074-656007841  CitiBank |
| 2/3/03 | -$40,000.00 | cashiers check# 180923733 CitiBank |
| 2/28/03 | -$40,000.00 | cashiers check# 074-656008204  CitiBank |
| 3/28/03 | -$40,000.00 | cashiers check# 074-656008227  CitiBank |
| 4/29/03 | -$40,000.00 | cashiers check# 074-656008334  CitiBank |
| 5/29/03 | -$40,000.00 | cashiers check# 2972038 -drawn on Bank Of America |
| 6/30/03 | -$40,000.00 | cashiers check# 1105580 - Drawn on Point Bank |
| 8/4/03 | -$40,000.00 | cashiers check# 1104380 - Drawn on Point Bank |
| 9/4/03 | -$40,000.00 | cashiers check# 074-656008664  CitiBank |
| 10/3/03 | -$40,000.00 | cashiers check# 074-656008636  CitiBank |
| 11/4/03 | -$40,000.00 | cashiers check# 074-656008721  CitiBank |
| 12/1/03 | -$40,000.00 | cashiers check# 1105754  -Drawn on Point Bank |
| 12/30/03 | -$40,000.00 | cashiers check# 111011 - Drawn on Point Bank |
| 2/2/04 | -$40,000.00 | cashiers check# 868965585 - Drawn on BankAtlantic |
| 3/5/04 | -$40,000.00 | cashiers check# 112337 - Drawn on Point Bank |
| 4/5/04 | -$40,000.00 | cashiers check# 943396879  CitiBank |

| | | |
|---|---|---|
| 5/5/04 | -$40,000.00 | cashiers check# 850628075 - Drawn on BankAtlantic |
| 6/2/04 | -$40,000.00 | cashiers check# 850628181 - Drawn on BankAtlantic |
| 7/6/04 | -$40,000.00 | cashiers check# 850628306 - Drawn on BankAtlantic |
| 8/3/04 | -$40,000.00 | cashiers check# 850628443 - Drawn on BankAtlantic |
| 9/7/04 | -$40,000.00 | cashiers check# 1111239 - Drawn on Point Bank |
| 10/4/04 | -$40,000.00 | cashiers check# 1111264 - Drawn on Point Bank |
| 11/2/04 | -$40,000.00 | cashiers check# 1111294 - Drawn on Point Bank |
| 12/6/04 | -$40,000.00 | cashiers check# 1111314 - Drawn on Point Bank |
| 1/1/05 | -$40,000.00 | cashiers check# 1111342 - Drawn on Point Bank |
| 2/5/05 | -$40,000.00 | cashiers check# 1111379 - Drawn on Point Bank |
| 2/15/05 | -$88,666.65 | check #2131 drawn on Point Bank |
| | | |
| | $0.00 | **Remaining Balance as of February 2005** |
| | | |
| | | **Paid Total $1,716,259.65 as per Court Order** |

MCFLIKER
MC FLIKER HOUSEHOLD ACCOUNT
5124 NW 57TH WAY   PH. 954-575-2770
CORAL SPRINGS, FL  33067-4031

53-8655/74
2660
310706 2647

1910

Date  FEB 28/02

Pay to the order of     U. S.  COURT                        |  $ 300 00/100

THREE  HUNDRED                                 00/100  Dollars

citibank
CITIBANK, F.S.B.      74
3660 WEST HILLSBORO BOULEVARD
DEERFIELD BEACH, FL 33442

H. McFliker

Memo  SPECIAL  ASSESSMENT        Perry McOfliker

⑆2660865541⑆   310706 2647⑈  1910

**DAYTONA AEROSPACE, INC.**
508 S. MILITARY TRL.
DEERFIELD BEACH, FL  33442-3011

10182

63-8655 74
2660

DATE 11/27/2001

PAY
TO THE
ORDER OF  Ruden McLosky  Trust Account          | $ 25,593 00/100

TWENTY FIVE THOUSAND & FIVE HUNDRED & NINETY THREE — 00/100 DOLLARS

**citibank**
CITIBANK, F.S.B. BR. #74
3660 WEST HILLSBORO BOULEVARD
DEERFIELD BEACH, FL 33442

FOR  DECEMBER  PAYMENT

⑈0 10 18 2⑈ ⑉2660 8 6 5 5 4⑉ 3 2003 766 14⑈

**DAYTONA AEROSPACE, INC.**
508 S. MILITARY TRL.
DEERFIELD BEACH, FL 33442-3011

10183

PAY
TO THE
ORDER OF   DANIEL LACESA, P.A. - TRUST ACCOUNT          DATE  11/28/2001          63-0655/74
                                                                                   2660

THIRTY SEVEN THOUSAND                                              $ 37,000.00

citibank                                                            00  DOLLARS
CITIBANK, F.S.B. RR #74                                            100
3860 WEST HILLSBORO BOULEVARD
DEERFIELD BEACH, FL 33442
FOR  Inventory Purchase-Dover/Doerwald

⑆010183⑆ ⑈266086554⑈  3200396614⑈

---

**ank of America** 〉〉〉              **Cashier's Check**              **No. 2026445**

VOID AFTER 90 DAYS                          30-1/1140        (NTX)
ance to Purchaser - In the event this check is lost, misplaced or stolen, a sworn
tement and 90-day waiting period will be required prior to replacement. This          Date ___DECEMBER 17, 2001___    If this check is not returned for
eck should be negotiated within 90 days.                                             cancellation by the remitter or
                                                                                     presented for payment by the
Banking                                                                              payee or an endorsee within
Branch   DEERFIELD CENTURY VILLAGE                                                   one year after its date, it will
                                                                                     be subject to a nonrefundable
         0107321  00010   2026445            AIRSPACES NETWORK INC                    dormancy fee of $5.00 per
                                             Remitter (Purchased By)                  month thereafter.

Pay  **FIVE THOUSAND DOLLARS AND 00 CENTS**                                 $  **$5000.00**

To                                                      Tran 00085    12/17/2001  10:25    NFL
The                                                     R/TM 540590135  CC 0107321  Tlr 00010
Order   **DOVER ENTERPRISES INC.**                      Account 003871159505
Of      ****                                            Document # 2026445
                                                        **Non Negotiable**
Bank of America, N.A.                      Authorized Signature  Special Check Sale        $5,000.00
an Antonio, Texas                                       Customer Copy ***************001641002062
                                                        Retain For Your Records

10293

**DAYTONA AEROSPACE, INC.**
508 S. MILITARY TRL.
DEERFIELD BEACH, FL 33442-3011

63-8655/2660   74

DATE 01/03/02

PAY TO THE ORDER OF _Ruden, McClosky et al TRUST ACCOUNT_     $ 40,000.00

_FORTY THOUSAND_ ————————————————— 00/100 DOLLARS

**citibank**
CITIBANK, F.S.B. BR. #74
3660 WEST HILLSBORO BOULEVARD
DEERFIELD BEACH, FL 33442

FOR _January 2002_                         _BNPersaud_

⑆010293⑆ ⑆266086554⑆     320039661 4⑈

1046

**DAYTONA AEROSPACE, INC.**
508 S. MILITARY TRL.
DEERFIELD BEACH, FL 33442-3011

63-8655
2660

DATE 2/6/02

PAY TO THE ORDER OF _Ruden McCloskey TRUST Account_    $ 40,000.

_Forty thousand_                                    00/100 DOLLARS

**citibank**
CITIBANK, F.S.B. BR #74
3850 WEST HILLSBORO BOULEVARD
DEERFIELD BEACH, FL 33442

FOR _February 2002_

⑈01046⑈ ⑆266086554⑆ 3200396614⑈



**CITIBANK** ✚    **OFFICIAL CHECK**    074-656006961

CITIBANK, FEDERAL SAVINGS BANK, MIAMI, FL

FCH 074 FAH  003          $0.00 ONL                    10-86
C?I-03 CK. SER.#    656006961   *****40,000.00***   DATE 3 / 0 4 / 0 2    220

PAY ***FORTY THOUSAND DOLLARS***

TO
THE      ******U.S. Court.******
ORDER
OF

NAME OF REMITTER
ADDRESS      MC Fliker

                                    DRAWER: CITIBANK, FEDERAL SAVINGS BANK

Issued By Integrated Payment Systems Inc., Englewood, Colorado        BY
To Citibank (New York State), Buffalo, N.Y.                    AUTHORIZED SIGNATURE

⑈022000868⑈28⑈ 101608  656006961



**OFFICIAL CHECK**

074-656007351

# CITIBANK

CITIBANK, FEDERAL SAVINGS BANK, MIAMI, FL

FC# 074  FA# 008        $0.00  ONL        DATE 4 / 0 3 / 0 2

107-02  CK  SER. #    656007351    ** * * * * 4  0  0 0 0 . 0 0 * * *

PAY   ****FORTY THOUSAND DOLLARS****

TO
THE        ****US Court****
ORDER
OF

NAME OF REMITTER        H McFliker
ADDRESS                 508 S Military Trail Deerfield Beach FL 33442

DRAWER: CITIBANK, FEDERAL SAVINGS BANK
BY
AUTHORIZED SIGNATURE

Issued By Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State), Buffalo, N.Y.

⑆022000868⑆ 28⑈ 101608  656007351

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MIDDL



**CITIBANK** ⊕          **OFFICIAL CHECK**     074  656007452

CITIBANK, FEDERAL SAVINGS BANK, MIAMI, FL

FC# 074 FA# 001          $0.00 ONL          DATE 5 / 0 2 / 0 2
052-02 CK. SER. #     656007452   * * * * 4 0 , 0 0 0 . 0 0 * * *

PAY  ****FORTY THOUSAND DOLLARS****

TO
THE     ****U.S. COURTS****
ORDER
OF

NAME OF REMITTER    MCFLIKER
ADDRESS

Issued By Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State) Buffalo, N.Y.

DRAWER: CITIBANK, FEDERAL SAVINGS BANK

BY
AUTHORIZED SIGNATURE

⑈02 2000868⑈: 28⑈ 10 1608  656007452

**ITIBANK⊕**

**OFFICIAL  CHECK**

074-656007539

NK, FEDERAL SAVINGS BANK, MIAMI, FL

SERVICE INSTRUCTIONS

FOR STOP PAYMENTS, PHOTOCOPIES OR ANY OTHER SERVICE REQUIREMENT,
CONTACT INTEGRATED PAYMENT SYSTEMS INC. AT 1-800-223-7520

10-86
220

074 FA# 001        $0.00 ONL        06/04/02
02 CK. SER.#    656007539    * * * * * 4 0 , 0 0 0 . 0 0 * * *

****FORTY THOUSAND DOLLARS****

****U.S. COURT****

MCFLIKER

**NON NEGOTIABLE**

Integrated Payment Systems Inc. Englewood Colorado,
Buffalo New Service, Buffalo, N.Y.

**TERMS**

KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

REMITTER COPY

# CITIBANK ®

## OFFICIAL CHECK

### SERVICE INSTRUCTIONS

074-656007615

CITIBANK, FEDERAL SAVINGS BANK, MIAMI, FL    FOR STOP PAYMENTS, PHOTOCOPIES OR ANY OTHER SERVICE REQUIREMENT.
CONTACT INTEGRATED PAYMENT SYSTEMS INC. AT 1-800-223-7520.

10-86
220

PCH 074 FA# 005        $0.00 UNL        07/02/02
072-02  CK. SER.#    656007615    * * * * * 4 0 , 0 0 0 . 0 0 * * *

****FORTY THOUSAND DOLLARS****

****U. S. COURT****

MCFLIKER

**NON NEGOTIABLE**

Issued By Integrated Payment Systems Inc., Englewood, Colorado
b Citibank (New York State): Buffalo, N.Y.

**TERMS**
**KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.**

REMITTER COPY



**OFFICIAL CHECK**

074-656007721

CITIBANK, FEDERAL SAVINGS BANK, MIAMI, FL

SERVICE INSTRUCTIONS

FOR STOP PAYMENTS, PHOTOCOPIES OR ANY OTHER SERVICE REQUIREMENT,
CONTACT INTEGRATED PAYMENT SYSTEMS INC. AT 1-800-223-7920

10-86
220

FCB 074 FA# 001
023-02  CK. SER.#    656007721    $0.00  * * * * * 4 0 .

***FORTY THOUSAND DOLLARS****

****U.S. COURT****

Aug 2/02

McFLIKER

**NON NEGOTIABLE**

Issued By Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State): Buffalo, N.Y.

**TERMS**

KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

# CITIBANK○®

## OFFICIAL CHECK

074-656008025

### SERVICE INSTRUCTIONS

CITIBANK, FEDERAL SAVINGS BANK, MIAMI, FL    FOR STOP PAYMENTS, PHOTOCOPIES OR ANY OTHER SERVICE REQUIREMENT,
CONTACT INTEGRATED PAYMENT SYSTEMS INC. AT 1-800-223-7520

F C# 074 FA# 005                    00.00 ONL                          09/03/02
03-02 CK. SER.#      656008025    *****40,000.00***

****FORTY THOUSAND DOLLARS****

****US COURT****

H. MCFLIKER
508 S MILITARY TRAIL DEERFIELD BEAC FL33442

**NON NEGOTIABLE**

Issued By Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State) Buffalo, N.Y.

### TERMS
**KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.**

FOR YOUR PROTECTION SAVE THIS COPY

# CITIBANK ®

## OFFICIAL CHECK

**074-656008024**

10-86
220

CITIBANK, FEDERAL SAVINGS BANK, MIAMI, FL

**SERVICE INSTRUCTIONS**
FOR STOP PAYMENTS, PHOTOCOPIES OR ANY OTHER SERVICE REQUIREMENT,
CONTACT INTEGRATED PAYMENT SYSTEMS INC. AT 1-800-223-7520.

074 FOR OOE         $0.00 ONL              10/01/00

02 CX. SER. #   656008024   *****40,000.00***

****FORTY THOUSAND DOLLARS****

****U.S. COURT****

HENRY MCFLIKER

Issued By Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State), Buffalo, N.Y.

**NON NEGOTIABLE**

REMITTER COPY

**TERMS**
**KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION**
**ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.**

# citibank

**Commercial Markets Group**
**Joel Ceballos, Relationship Manager**
**899 West Cypress Creek Road**
Suite 100
**Fort Lauderdale, FL 33309**
Phone:  954/267-4218
Fax: 954/267-9353
joel.ceballos@citicorp.com

November 14, 2002

Daytona Aerospace, Inc.
508 South Military Trail
Deerfield Beach, FL 33442

Dear Mr. McFliker:

Citibank FSB has confirmed payment of check #12127 in the amount of $40,000. The check was presented for payment November 6, 2002 to the Daytona Aerospace account ending in numbers 6614.

Should you need additional information, please call my office.

It's a pleasure to serve you and your company.

Best Regards,

Joel Ceballos
Assistant Vice President
Relationship Manager

**DAYTONA AEROSPACE, INC.**
508 S. MILITARY TRAIL
DEERFIELD BEACH, FL 33442

12127

63-8655-2660

U.S. CLERK OF COURT          Oct 31/02

40,000 00/100

citibank

F.S.B. GR. 674
HILLSBORO BOULEVARD
BEACH, FL 33442

CASE  00-6181-CR  (INFORMATION)

**NOT NEGOTIABLE**

11-27-02   16:06:19

09-14-3726B  6-2001

**Bank of America.** ⬎

**Cashier's Check**

No. **2645141**

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days

VOID AFTER 90 DAYS

Date _____ NOVEMBER 27, 2002

30-1/1140     ·(NTX)

Banking
Center    DEERFIELD·CHIMEY VILLAGE

0107371  60006   2665141

HENRY MCELIFFE

Remitter (Purchased By)

**Pay**  ‡‡FORTY THOUSAND DOLLARS AND 00 CENTS‡‡

$                **\*\*40,000.00\*\***

**To
The
Order
Of**   ‡‡W.S. COURT‡‡
‡‡‡‡

**Non-Negotiable**

Authorized Signature

**Customer Copy
Retain For Your Records**

001641002062

Bank of America, N.A.
San Antonio, Texas

# CITIBANK ®                    **OFFICIAL CHECK**

                                                                        074-656007841

CITIBANK, FEDERAL SAVINGS BANK, MIAMI, FL                                                           10-86
                                                                                                   220

FC# 074 FA# 005              $0.00 ONL              DATE 1 2 / 3 0 / 0 2

058-02 CK. SER.#    656007841    * * * * * 4 0 , 0 0 0 . 0 0 * * *

PAY  ****FORTY THOUSAND DOLLARS****

TO
THE      ****U S COURT****
ORDER
OF

NAME OF REMITTER    MCFLIKER
ADDRESS                                      DRAWER: CITIBANK, FEDERAL SAVINGS BANK

                                             BY                    NON NEGOTIABLE

Issued by Integrated Payment Systems Inc., Englewood, Colorado      AUTHORIZED SIGNATURE
To Citibank (New York State), Buffalo, N.Y.

⑆022000868⑆67⑈ 101608  656007841

INTEGRATED PAYMENT SYSTEMS INC. COPY

## OFFICIAL  CHECK

180923733

# CITIBANK○®

**SERVICE INSTRUCTIONS**
FOR STOP PAYMENTS, PHOTOCOPIES OR ANY OTHER SERVICE REQUIREMENT,
CONTACT INTEGRATED PAYMENT SYSTEMS INC. AT 1-800-223-7520.

0 2 / 0 3 / 0 3

10-86
220

CITIBANK FEDERAL SAVINGS BANK
177-02  CK. SER.#        180923733    * * * * * 4 0 , 0 0 0 . 0 0 * * *        DATED

$0.00 ONL

****FORTY THOUSAND DOLLARS****

PAY

TO        *******US COURT*******
THE
ORDER
OF

NAME OF REMITTER        ***DAYTONA AEROSPACE, INC.
ADDRESS

**NON NEGOTIABLE**

Issued By Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State): Buffalo, N.Y.

REMITTER COPY

<u>TERMS</u>
**KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.**



**OFFICIAL CHECK**

CITIBANK FEDERAL SAVINGS BANK, MIAMI, FL

**SERVICE INSTRUCTIONS**
FOR STOP PAYMENTS, PHOTOCOPIES OR ANY OTHER SERVICE REQUIREMENT,
CONTACT INTEGRATED PAYMENT SYSTEMS INC. AT 1-800-223-7520.

074 656008204

PC# 074 FM# 001

037-02  CK SER.#

$0.00 ONL

02/28/03

10-86
220

656008204** ****40,000.00***

****FORTY THOUSAND DOLLARS****

****U. S. COURT****

NCFLICKER

REMITTER COPY

Issued By Integrated Payment Systems Inc, Englewood, Colorado
To Citibank (New York State), Buffalo, NY

**NON NEGOTIABLE**

KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.    **TERMS**



**OFFICIAL CHECK**

074-656008227

SERVICE INSTRUCTIONS

CITIBANK, FEDERAL SAVINGS BANK MIAMI, FL    FOR STOP PAYMENTS, PHOTOCOPIES OR ANY OTHER SERVICE REQUIREMENT,
CONTACT INTEGRATED PAYMENT SYSTEMS INC. AT 1-800-223-7520.

10-86
220

FC# 074 FA# 001    $0.00 DNL    03/28/03
052-07  CK# REF #    656008227    *****40,000.00***

***FORTY THOUSAND DOLLARS***

FOURT

**NON NEGOTIABLE**

REMITTER COPY

Issued By Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (West) FSB San Francisco, CA

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.



## OFFICIAL CHECK

**074-656008334**

SERVICE INSTRUCTIONS

TIBANK, FEDERAL SAVINGS BANK, MIAMI, FL

FOR STOP PAYMENTS, PHOTOCOPIES OR ANY OTHER SERVICE REQUIREMENT,
CONTACT INTEGRATED PAYMENT SYSTEMS INC. AT 1-800-223-7520.

65100

5 10-66
220

# 074 FA# 007          $0.00 ONL                04 / 2-9 / 03

51-02  CK. SER.#      656008334    *  *  *  *  *  4 0 . 0 0 0 . 0 0 * * *

****FORTY THOUSAND DOLLARS****

****U.S. Court****

McFlicker

**NON NEGOTIABLE**

ed By Integrated Payment Systems Inc., Englewood, Colorado
Citibank (New York State), Buffalo, N.Y.

**TERMS**

KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

REMITTER COPY

09-14-3726B  6-2001

# Bank of America.

## Cashier's Check

No. **2972038**

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

VOID AFTER 90 DAYS

Date ____ **MAY 29, 2003**

30-1/1140    (NTX)

Banking
Center    **DEERFIELD CENTURY VILLAGE**

0107321  00003   2972038

**MCFLICKER**

Remitter (Purchased By)

**\*\*40000.00\*\***

Pay  **\*\*FORTY THOUSAND DOLLARS AND 00 CENTS\*\***

$

To
The
Order
Of

**\*\*US COURT\*\***
\*\*\*\*

Tran 00086       05/29/2003  12:28    NFL
R/TN 540590135  CD 0107321  Tlr 00003
Account 00107115845
Document # 2972038

Non-Negotiable

Authorized Signature

Bank of America, N.A.
San Antonio, Texas

Official Check Sale          $40,000.00
Customer Copy \*\*\*\*\*\*\*\*\*\*\*\*\* 0016410020529/00

**Retain For Your Records**

09-14-3726B  6-2001

PURCHASER'S RECEIPT - RETAIN FOR YOUR RECORDS

 **POINTE**BANK                                      1105580

4697 N State Road 7
Coral Springs    FL 33067-

63-1338/670

REMITTER   MCFLIKER

NOT NEGOTIABLE                06/30/03

PAYABLE TO    **** US COURT **                                            40,000.00

***FORTY THOUSAND and 00/100***USDollars

**CASHIER'S CHECK**

***40,000.00***

The purchase of an indemnity bond for twice
the amount will be required before this
check will be replaced or refunded in the
event it is reported lost, misplaced or stolen.

MEMORANDUM

FOR

7/4/03
PAYMENT

PURCHASER'S RECEIPT - RETAIN FOR YOUR RECORDS

**POINTE**BANK
21845 POWERLINE ROAD
BOCA RATON  FL 33433-

1104380

63-1336/670

REMITTER ___ HENRY  MCFLICKER ___

08/04/03

PAYABLE TO    **** U.S. COURT ****   NOT NEGOTIABLE

40,000.00

***FORTY THOUSAND and 00/100***USDollars

# CASHIER'S CHECK
***40,000.00***

The purchase of an indemnity bond for twice
the amount will be required before this
check will be replaced or refunded in the
event it is reported lost, misplaced or stolen.

MEMORANDUM

FOR _____

AuG.



## OFFICIAL CHECK

**SERVICE INSTRUCTIONS**

074-656008664

CITIBANK, FEDERAL SAVINGS BANK, MIAMI, FL    FOR STOP PAYMENTS, PHOTOCOPIES OR ANY OTHER SERVICE REQUIREMENT,
CONTACT INTEGRATED PAYMENT SYSTEMS INC. AT 1-800-223-7520.

C# 074 FA# 001                    $0.00 ONL                    0 9 / 0 4 / 0 3
10-02  CK. SER.#      656008664    * * * * * 4 0 . 0 0 0 . 0 0 * * *

****FORTY THOUSAND DOLLARS****

****U.S. COURT****

McFLIKER

**NON NEGOTIABLE**

Issued By Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State): Buffalo, N.Y.

**TERMS**

KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

REMITTER COPY



**OFFICIAL CHECK**

**CITIBANK**

074 656008636

CITIBANK FEDERAL SAVINGS BANK, MIAMI, FL

PAY ***FORTY THOUSAND DOLLARS***

TO THE ORDER OF ****U.S. Court****

NAME OF REMITTER McFlicker
ADDRESS

DRAWER: CITIBANK, FEDERAL SAVINGS BANK

BY

AUTHORIZED SIGNATURE

Issued By Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State), Buffalo, N.Y.

⑆022000868⑆ 28⑆ 101608  656008636

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MIDD



**OFFICIAL CHECK**

074-656008721

**SERVICE INSTRUCTIONS**
CITIBANK, FEDERAL SAVINGS BANK, MIAMI, FL    FOR STOP PAYMENTS, PHOTOCOPIES OR ANY OTHER SERVICE REQUIREMENT,
CONTACT INTEGRATED PAYMENT SYSTEMS INC. AT 1-800-223-7520.

10-86
220

PC# 074 FAX 001                    $0.00 ONL                    11 / 0 4 / 0 3
055-02  CK SER #    656008721    * * * * 4 0 , 0 0 0 . 0 0 * * *

****FORTY THOUSAND DOLLARS****

****U.S. COURTS****

KFLIKER

**NON NEGOTIABLE**

REMITTER COPY

Issued By Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State) Buffalo, N.Y.

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

**POINTEBANK**
4697 N State Road 7
Coral Springs, FL 33067

110575

63-1336/670

REMITTER  MCELIKER

DATE   12/01/03

PAY TO THE
ORDER OF  **** US COURT ****                                    $ 40,000.00

***FORTY THOUSAND and 00/100***USDollars                              DOLLARS

**CASHIER'S CHECK**    The purchase of an Indemnity bond for twice the amount will be required before the check will be replaced or refunded in the event it is reported lost, misplaced or stolen.

***40,000.00***

⑈105750⑈ ⑆067013360⑆ 0017000027⑈

POINTEBANK
21845 POWERLINE ROAD
BOCA RATON  FL 33433-

1111011

63-1336/670

REMITTER    MC FLIKER

DATE    12/30/03

PAY TO THE
ORDER OF    **** U.S. COURT ****

$   40,000.00

***FORTY THOUSAND and 00/100***USDollars                                    DOLLARS

**CASHIER'S CHECK**

The purchase of an indemnity bond for twice
the amount will be required before this
check will be replaced or refunded in the
event it is reported lost, misplaced or stolen.

***40,000.00***

⑆1111011⑆ ⑈067013360⑉ 0017000027⑆



**OFFICIAL CHECK**

868965585

**BankAtlantic**

FLORIDA'S MOST CONVENIENT BANK

BankAtlantic
P.O. Box 8608
Fort Lauderdale, Florida 33302

FEBRUARY 02, 2004

$40,000.00

Amount **FORTY THOUSAND DOLLARS AND ZERO CENTS**

Pay to the Order of ***TO THE US COURT***

Remitter BANKATLANTIC
RE:MCFLICKER

Drawer: BankAtlantic

Authorized Signature

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State), Buffalo, N.Y.

⑈113843⑈ ⑆022000868⑆ 6800868965585 3⑈

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MIDDLE

**P POINTE**BANK
21845 POWERLINE ROAD
BOCA RATON  FL 33433-

1112337

63-1336/670

REMITTER ___MCFLICKER___

DATE ___03/05/04___

PAY TO THE
ORDER OF ___**** U.S. COURT ****___  $  40,000.00

***FORTY THOUSAND and 00/100***USDollars _____ DOLLARS

# CASHIER'S CHECK

***40,000.00***

The purchase of an indemnity bond for twice
the amount will be required before this
check will be replaced or refunded in the
event it is reported lost, misplaced or stolen.

⑈ 1112337 ⑈ ⑆067013360⑆    0017000027⑈



## OFFICIAL CHECK

**BankAtlantic**

BankAtlantic
P.O. Box 8608
Fort Lauderdale, Florida 33310-8608

*FLORIDA'S MOST CONVENIENT BANK*

10-86/220    **850628075**

June 24, 2004

**$40,000.00**

Amount **\*\*Forty Thousand Dollars and Zero Cents\*\***

Pay to the Order of   **\*\*\*U.S. COURT\*\*\***

Remitter  **MCFLIKER**
          **DR1025**

Keep this copy for your record of the transaction. To report a loss or for any other information about the instrument contact the institution from which you received the instrument.

**Drawer: BankAtlantic**

**NON NEGOTIABLE - PURCHASER COPY** NP

Authorized Signature

A product of Integrated Payment Systems Inc.  Englewood, Colorado

**OFFICIAL CHECK**

HOLD THE DOCUMENT AT A SMALL ANGLE TO SEE THIS SECURITY FEATURE

10-86/220

**850628181**

**BankAtlantic**

BankAtlantic
P.O. Box 8608
Fort Lauderdale, Florida 33310-8608

*FLORIDA'S MOST CONVENIENT BANK*

JUNE 02, 2004

0000025 BR1025

$********40,000.00

Amount

FORTY THOUSAND  DOLLARS AND  ZERO  CENTS

Pay to the Order of
**U.S COURT**

MCFLICKER

Remitter

Drawer: BankAtlantic

Authorized Signature

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State), Buffalo, N.Y.

⑈113843⑈ ⑆022000868⑆ 680085062818 16⑈

VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MIDDLE

## OFFICIAL CHECK



BankAtlantic
P.O. Box 8608
Fort Lauderdale, Florida 33310-8608

*FLORIDA'S MOST CONVENIENT BANK*

10-86/220    **850628306**

Date ~~~~ Jul  05, 2004

$********40,000.00

Amount

FORTY THOUSAND DOLLARS AND ZERO CENTS

Pay to the Order of
**U.S. COURT**

MCFLICKER

Remitter _____

Keep this copy for your record of the transaction. To report a loss or for any other information about the instrument contact the institution from which you received the instrument.

Drawer: BankAtlantic

NON NEGOTIABLE — PURCHASER COPY

Authorized Signature

Issued by Integrated Payment Systems Inc., Englewood, Colorado
On Citibank (New York State), Buffalo, N.Y

## OFFICIAL CHECK

**BankAtlantic**

BankAtlantic
P.O. Box 8608
Fort Lauderdale, Florida 33310-8608

*FLORIDA'S MOST CONVENIENT BANK*

10-86/220    **850628443**

August 03, 2004

$**********40,000.00

Amount

**FORTY THOUSAND DOLLARS AND ZERO CENTS**

Pay to the Order of

**U.S. COURT**

Remitter    H. HUFFECKER

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank (New York State), Buffalo, N.Y.

Keep this copy for your record of the transaction. To report a
loss or for any other information about the instrument contact
the institution from which you received the instrument.

Drawer: BankAtlantic

**NON NEGOTIABLE — PURCHASER COPY** NP

Authorized Signature

**POINTE**BANK    **1111239**
4697 N State Road 7
Coral Springs    FL 33067-

63-1336/670

REMITTER    H. MCFLICKER/ INV.                    DATE    09/07/04

PAY TO THE
ORDER OF    **** U.S. COURT ****                          $    40,000.00

***FORTY THOUSAND and 00/100***USDollars                    DOLLARS

**CASHIER'S CHECK**    The purchase of an indemnity bond for twice
the amount will be required before this
check will be replaced or refunded in the
event it is reported lost, misplaced or stolen.

        ***40,000.00***

⑈1111239⑈ ⑆067013360⑆    0017000027⑈

**POINTE**BANK
4697 N State Road 7
Coral Springs, FL 33067

1111264

63-1336/670

TTER    MCFLIKER

DATE    10/04/04

O THE
ORDER OF    **** US COURT ****

$ 40,000.00

***FORTY THOUSAND and 00/100***USDollars

DOLLARS

ASHIER'S CHECK

The purchase of an indemnity bond for twice
the amount will be required before this
check will be replaced or refunded in the
event it is reported lost, misplaced or stolen.

***40,000.00***

⑈1111264⑈ ⑆067013360⑈ 001700002 7⑈



POINTE BANK
4697 N State Road 7
Coral Springs, FL 33067

1111314

63-1336/670

MITTER   MCFLIKER

DATE   12/06/04

TO THE
ORDER OF   **** U. S. COURT ****

$   40,000.00

***FORTY THOUSAND and 00/100***USDollars

DOLLARS

CASHIER'S CHECK

The purchase of an indemnity bond for before
the amount will be required before the
check will be replaced or refunded in the
event it is reported lost, destroyed or stolen.

***40,000.00***

⑈ 1111314⑈ ⑆067013360⑉    001700002 7⑈

**POINTE**BANK
4697 N State Road 7
Coral Springs    FL 33067-

1111294

63-1336/670

REMITTER    HENRY MCFLIKER                           DATE    11/02/04

PAY TO THE
ORDER OF ____ **** U. S. COURT **** _____ ]  $    40,000.00

***FORTY THOUSAND and 00/100***USDollars                                DOLLARS

# CASHIER'S CHECK

The purchase of an indemnity bond for twice
the amount will be required before this
check will be replaced or refunded in the
event it is reported lost, misplaced or stolen.

***40,000.00***

⑈1111294⑈ ⑆067013360⑆ 001700002 7⑈

**Ⓟ POINTE**BANK
4697 N State Road 7
Coral Springs    FL 33067-

1111342

63-1336/670

REMITTER __MCFLIKER_____

DATE  __01/04/05_____

PAY TO THE
ORDER OF __**** U. S. COURT ****_____|    $   40,000.00

***FORTY THOUSAND and 00/100***USDollars                                          DOLLARS

# CASHIER'S CHECK

The purchase of an indemnity bond for twice
the amount will be required before this
check will be replaced or refunded in the
event it is reported lost, misplaced or stolen.

***40,000.00***

MP

⑈"1111342"⑈ ⑆067013360⑆    00⑆7000027"⑈

**POINTE**BANK
4697 N State Road 7
Coral Springs    FL 33067-

1111379

63-1336/670

EMITTER  MCFLIKER

DATE  02/02/05

AY TO THE
ORDER OF  **** U.S COURT ****

$  40,000.00

***FORTY THOUSAND and 00/100***USDollars

DOLLARS

# CASHIER'S CHECK

***40,000.00***

The purchase of an indemnity bond for twice
the amount will be required before this
check will be replaced or refunded in the
event it is reported lost, misplaced or stolen.

⑈1111379⑈ ⑆067013360⑆ 0017000027⑈

**⊘ POINTE*BANK***
4697 N State Road 7
Coral Springs    FL 33067-

1111389

63-1336/670

REMITTER    MCFLIKER

DATE    02/15/05

PAY TO THE
ORDER OF    **** U. S. COURT ****

$    88,666.65

***EIGHTY EIGHT THOUSAND SIX HUNDRED SIXTY SIX and 65/100***USDollars _____ DOLLARS

# CASHIER'S CHECK

The purchase of an indemnity bond for twice
the amount will be required before this
check will be replaced or refunded in the
event it is reported lost, misplaced or stolen.

***88,666.65***

⑈"1111389"⑈ ⑉067013360⑊ 001700002 7"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

vs.

HENRY HARRY McFLIKER, et al.,

     Defendant.

_____/

## ORDER ON DEFENDANT MCFLIKER'S
## _UNOPPOSED_ TO TERMINATE PROBATION

**THIS CAUSE**, having come before the Court upon the Defendant's, HENRY HARRY McFLIKER, Unopposed Motion to Terminate Probation, and the Court being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion is GRANTED. The remainder of the term of probation imposed is hereby terminated. The Defendant is relieved from the supervision of the United States Office of Probation.

**DONE AND ORDERED** at Miami, Miami-Dade County, Florida this _____ day of February, 2005.

_____
HONORABLE PAUL C. HUCK
United States District Judge

cc:    Marc S. Nurik, Esq.
       AUSA Brian McCormick
       U.S. Probation Office

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

vs.

HENRY HARRY McFLIKER, et al.,

     Defendant.

_____/

**ORDER ON DEFENDANT MCFLIKER'S**
**_UNOPPOSED_ TO TERMINATE PROBATION**

     **THIS CAUSE,** having come before the Court upon the Defendant's, HENRY HARRY McFLIKER, Unopposed Motion to Terminate Probation, and the Court being otherwise duly advised in the premises, it is hereby

     **ORDERED AND ADJUDGED** that said Motion is GRANTED. The remainder of the term of probation imposed is hereby terminated. The Defendant is relieved from the supervision of the United States Office of Probation.

     **DONE AND ORDERED** at Miami, Miami-Dade County, Florida this _____ day of February, 2005.

_____
HONORABLE PAUL C. HUCK
United States District Judge

cc:    Marc S. Nurik, Esq.
       AUSA Brian McCormick
       U.S. Probation Office

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

vs.

HENRY HARRY McFLIKER, et al.,

Defendant.
_____/

## ORDER ON DEFENDANT MCFLIKER'S
## *UNOPPOSED* TO TERMINATE PROBATION

**THIS CAUSE,** having come before the Court upon the Defendant's, HENRY HARRY

McFLIKER, Unopposed Motion to Terminate Probation, and the Court being otherwise duly

advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion is GRANTED. The remainder of the

term of probation imposed is hereby terminated. The Defendant is relieved from the supervision

of the United States Office of Probation.

**DONE AND ORDERED** at Miami, Miami-Dade County, Florida this _____ day of

February, 2005.

_____
HONORABLE PAUL C. HUCK
United States District Judge

cc:    Marc S. Nurik, Esq.
       AUSA Brian McCormick
       U.S. Probation Office

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

vs.

HENRY HARRY McFLIKER, et al.,

Defendant.

_____/

### ORDER ON DEFENDANT MCFLIKER'S
### *UNOPPOSED* TO TERMINATE PROBATION

**THIS CAUSE,** having come before the Court upon the Defendant's, HENRY HARRY McFLIKER, Unopposed Motion to Terminate Probation, and the Court being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion is GRANTED. The remainder of the term of probation imposed is hereby terminated. The Defendant is relieved from the supervision of the United States Office of Probation.

**DONE AND ORDERED** at Miami, Miami-Dade County, Florida this _____ day of February, 2005.

_____
HONORABLE PAUL C. HUCK
United States District Judge

cc:    Marc S. Nurik, Esq.
       AUSA Brian McCormick
       U.S. Probation Office