

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.. 00-6181-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY HARRY MCFLIKER,

    Defendant.
_____/

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO TERMINATE PROBATION

THIS MATTER is before the Court pursuant to Defendant's Unopposed Motion to Terminate Probation (D.E. #160). After reviewing the motion, it is

ORDERED and ADJUDGED that Defendant's Unopposed Motion to Terminate Probation (**D.E. #160**) is **GRANTED**. Defendant, Henry Harry McFliker's probation is terminated.

DONE and ORDERED in Chambers at Miami, Florida this ___ day of March, 2005.

                                                                      PAUL C. HUCK
                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Brian McCormick, AUSA
Marc S. Nurik, Esq.
Ann Roman, U.S. Probation Officer

