
ERS:rl



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRY HARRY MCFLIKER,

    Defendant.
_____/

### SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, does hereby release and relinquish that certain Judgment entered by the United States District Court for the Southern District of Florida on November 29, 2001, against Defendant, Henry Harry McFliker. A Notice of Lien relating thereto was duly recorded on December 14, 2001, in Official Records Book 20079, Page 1774, of the Public Records of Dade County, Florida.

Said lien is relinquished as the restitution order was paid in full.



The Clerk of the United States District Court for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

                                                Respectfully submitted,

Witness my hand and seal this
28 day of September, A.D. 2005
                                                R. ALEXANDER ACOSTA
                                                UNITED STATES ATTORNEY

Signed, Sealed and Delivered in Presence of:

_____
Colleen A. Perez

_____
Magda Del Valle

                                                Elizabeth Ruf Stein
                                                Assistant U.S. Attorney
                                                FL. Bar No. 354945
                                                99 N.E. 4th Street, #313
                                                Miami, FL  33132-2111
                                                TEL (305) 961-9313
                                                FAX (305) 530-7195
                                                elizabeth.stein@usdoj.gov

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Elizabeth Ruf Stein, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 28th day of September, A.D. 2005.

                                                Rolando A. León
                                                NOTARY PUBLIC, State of Florida

Rolando A. Leon
MY COMMISSION # DD142399
September 3, 200(
BONDED THRU TROY FAIN INSURA...

                                                DID not take an oath

My Commission Expires:

This Instrument prepared by:  Elizabeth Ruf Stein
                                            Assistant U.S. Attorney
                                            99 NE 4th Street, #313
                                            Miami, Florida  33132-2111